| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA | |
| Case number *(if known)* | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Drain Services Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  45-3577720

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 415 Main Ave E<br>Ste 691<br>West Fargo, ND 58078 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Cass | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  http://www.drainservicesinc.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor __Drain Services Inc._____   Case number (*if known*)_____
       Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4237__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  Drain Services Inc.  Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion

Debtor  __Drain Services Inc._____    Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __Drain Services Inc.__     Case number (*if known*) _____
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __October 2, 2023__
                       MM / DD / YYYY

**X** __/s/ Kevin Cameron__                         __Kevin Cameron__
   Signature of authorized representative of debtor            Printed name

Title    __Vice President__

---

**18. Signature of attorney**

**X** __/s/ Maurice Verstandig__           Date    __October 2, 2023__
   Signature of attorney for debtor                      MM / DD / YYYY

__Maurice Verstandig__
Printed name

__The Dakota Bankruptcy Firm__
Firm name

1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
Number, Street, City, State & ZIP Code

Contact phone   __(701) 394-3215__      Email address   __mac@dakotabankruptcy.com__

Bar number and State                   MD18071 / District of Columbia

**RESOLUTION OF SHAREHOLDER OF DRAIN SERVICES INC.**

The undersigned, constituting the sole equity holder of Drain Services Inc. ("Drain Services"), does hereby resolve as follows:

WHEREAS, Drain Services has become burdened by various debts to third parties; and

WHEREAS, Drain Services believes it can operate at a profitable level if permitted occasion to reorganize the foregoing debts; and

IT IS NOW, THEREFORE, RESOLVED as follows:

1. Pursuant to Sections 10-19.1-26, 10-19.1-32(2), 10-19.1-75 and 10-19.1-75 of the North Dakota Century Code, Kevin Cameron, acting on behalf of Drain Services, is authorized to take any and all actions necessary to file a petition for relief pursuant to Section 301 of Title 11 of the United States Code;

2. Pursuant to Sections 10-19.1-26, 10-19.1-32(2), 10-19.1-75 and 10-19.1-75 of the North Dakota Century Code, Kevin Cameron and Caitlyn Cameron are each individually authorized to engage counsel to act as general reorganization counsel to Drain Services, and any efforts already so taken are hereby ratified and affirmed to the extent necessary; and

3. Pursuant to Sections 10-19.1-26, 10-19.1-32(2), 10-19.1-75 and 10-19.1-75 of the North Dakota Century Code, Kevin Cameron is authorized and directed to work with the general reorganization counsel of Drain Services to reorganize Drain Services through whatever means may be most efficient, including reapportionment of equity, sale and/or liquidation.

Dated this 2nd day of October, 2023

Drain Services, Inc.

By: *Caitlyn Cameron*
Caitlyn Cameron
Its: Sole Shareholder

Fill in this information to identify the case:

Debtor name: Drain Services Inc.
United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Acme Electric Motor, Inc. c/o Scott Foyt, Registered Agent 1101 N. Washington Street Grand Forks, ND 58203 | | Judgment | | | | $23,783.72 |
| Arvig Enterprises, Inc. f/k/a Smartsearch 150 2nd St SE Perham, MN 56573 | | Judgment | | | | $8,696.61 |
| DSI Investments, LLC 1131 Legion Lane West Fargo, ND 58078 | | Rent | | | | $24,000.00 |
| Holcim - MWR, Inc. t/a Aggregate Industries 2815 Dodd Road Ste 101 Saint Paul, MN 55121 | | Judgment | | | | $0.00 |
| Insure Forward 5650 37th Ave S Fargo, ND 58104 | | | | | | $23,000.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| North Dakota Office of State Tax Commiss 600 E. Boulevard Ave. Dept. 127 Bismarck, ND 58505 | | | | | | $0.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  Drain Services Inc.  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537 | | | | | | $0.00 |
| Perma Liner Industries<br>3000 Automobile Blvd #300<br>Clearwater Beach, FL 33762 | | | | | | $12,000.00 |
| The City of Mapleton, North Dakota<br>P O Box 9<br>Mapleton, ND 58059 | | | | | | $0.00 |
| Xcel Energy<br>P.O. Box 8<br>Eau Claire, WI 54702 | | | | | | $0.00 |

```
Acme Electric Motor, Inc.
c/o Scott Foyt, Registered Agent
1101 N. Washington Street
Grand Forks, ND 58203


Arvig Enterprises, Inc.
f/k/a Smartsearch 150 2nd St SE
Perham, MN 56573


Bank of the West
1560 11th Ave E
West Fargo, ND 58078


Choice Financial Group
4501 23rd Ave S
Fargo, ND 58104


DSI Investments, LLC
1131 Legion Lane
West Fargo, ND 58078


Holcim - MWR, Inc.
t/a Aggregate Industries
2815 Dodd Road Ste 101
Saint Paul, MN 55121


Insure Forward
5650 37th Ave S
Fargo, ND 58104


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250


Kevin Cameron
c/o Drain Services Inc. 415 Main Ave E
West Fargo, ND 58078


Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Orion First Financial, L.L.C.
P.O. Box 2149
Gig Harbor, WA 98335
```

```
Otter Tail Power Company
215 S. Cascade St.
Fergus Falls, MN 56537


Perma Liner Industries
3000 Automobile Blvd #300
Clearwater Beach, FL 33762


The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059


U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Xcel Energy
P.O. Box 8
Eau Claire, WI 54702
```

# United States Bankruptcy Court
## District of North Dakota

In re: Drain Services Inc.  
Debtor(s)

Case No.  
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Drain Services Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

October 2, 2023  
Date

/s/ Maurice Verstandig  
Maurice Verstandig  
Signature of Attorney or Litigant  
Counsel for  Drain Services Inc.  
The Belmont Firm  
1050 Connecticut NW  
Suite 500  
Washington, DC 20036  
Fax:  
mac@mbvesq.com