**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Drain Services, Inc.**                                              **Bankr. No. 23-30352**

                                                                         **Chapter 11**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

      PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Sarah J. Wencil hereby appears in this case on behalf of Mary R. Jensen, Acting United States Trustee Region 12, and requests, pursuant to Bankruptcy Rules 2002 & 3017(a), that notice of all matters arising in this case be duly served upon:

        Sarah J. Wencil
        Office of the U.S. Trustee
        Suite 1015 U.S. Courthouse
        300 South Fourth St.
        Minneapolis, MN 55415
        Telephone: (612) 334-1366
        Email:  Sarah.J.Wencil@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply, memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, wither written or oral, and whether transmitted or conveyed by mail, delivery, telephone, tax, email or otherwise.

Dated: October 2, 2023                          MARY R. JENSEN
                                                           ACTING U.S. TRUSTEE REGION 12

                                                             /s/ Sarah J. Wencil
                                                            Sarah J. Wencil
                                                            Office of the U.S. Trustee
                                                            Suite 1015 U.S. Courthouse
                                                           300 South Fourth St.
                                                           Minneapolis, MN 55415
                                                           Telephone: (612) 334-1366
                                                           Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Drain Services, Inc.**                                  **Bankr. No. 23-30352**

                                                          **Chapter 11**

**CERTIFICATE OF SERVICE**

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the Notice of Appearance of United States Trustee was electronically transmitted via CM/ECF.

Dated:   October 2, 2023

                                                          /s/ Sarah J. Wencil
                                                          Sarah J. Wencil