IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B. VERSTANDIG, ESQ. AND THE DAKOTA BANKRUPTCY FIRM AS <u>GENERAL REORGANIZATION COUNSEL TO ABOVE-CAPTIONED DEBTOR</u>

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm as general reorganization counsel. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature Block and Certificate of Service on Following Page]*

Respectfully submitted,

Dated: October 2, 2023      By:      /s/ Maurice B. VerStandig
    Maurice B. VerStandig, Esq.
    The Dakota Bankruptcy Firm
    1630 1st Avenue N
    Suite B PMB 24
    Fargo, North Dakota 58102-4246
    Phone: (701) 394-3215
    mac@dakotabankruptcy.com
    *Proposed Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig