**Fill in this information to identify the case:**

Debtor name    Drain Services Inc.

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    3:23-bk-30352

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 2, 2023     **X** /s/   Kevin Cameron
Signature of individual signing on behalf of debtor

Kevin Cameron
Printed name

Vice President
Position or relationship to debtor

Official Form 202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Drain Services Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NORTH DAKOTA__

Case number (if known) __3:23-bk-30352__

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*................................................................................    $ _____0.00

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.............................................................................    $ _____2,158,262.87

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*................................................................................    $ _____2,158,262.87

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____925,515.20

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____259,000.00

4.  **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b                    $ _____1,184,515.20

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Drain Services Inc._

United States Bankruptcy Court for the: _DISTRICT OF NORTH DAKOTA_

Case number (if known) _3:23-bk-30352_

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  BankNorth | Checking | 9319 | $184,350.87 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$184,350.87

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,005,000.00 | - | 0.00 | = .... | $1,005,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | Drain Services Inc. | Case number *(if known)* | 3:23-bk-30352 |
|---|---|---|---|
| | Name | | |

| 12. | **Total of Part 3.** | | |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.   Copy the total to line 82. | | $1,005,000.00 |

**Part 4:** | **Investments**

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** | **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** | **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:** | **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.<br>2014 Ford F-350 | $45,000.00 | Acquisition Cost (not depreciated) | $45,000.00 |
| 47.2.  Ford transit (stolen - hence $0.00 value) | $42,000.00 | N/A | $0.00 |
| 47.3.<br>2012 Ford F-250 | $11,500.00 | Acquisition Cost (not depreciated) | $11,500.00 |
| 47.4.<br>2015 Ford F-250 | $16,000.00 | Acquisition Cost (not depreciated) | $16,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| Debtor | Drain Services Inc. | Case number (If known) 3:23-bk-30352 |
|---|---|---|
| | Name | |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Grout injection equipment -- wisdot | $17,000.00 | Acquisition Cost (not depreciated) | $17,000.00 |
| Bosch demolition equipment | $7,000.00 | Acquisition Cost (not depreciated) | $7,000.00 |
| Combo truck extension hoses | $12,500.00 | Acquisition Cost (not depreciated) | $12,500.00 |
| Picote milling machine and items (2) | $26,000.00 | Acquisition Cost (not depreciated) | $26,000.00 |
| Uvcipp curing equipment and items | $150,000.00 | Acquisition Cost (not depreciated) | $150,000.00 |
| Uvcipp enclosed trailer | $20,000.00 | Acquisition Cost (not depreciated) | $20,000.00 |
| Equipment trailer | $17,000.00 | Acquisition Cost (not depreciated) | $17,000.00 |
| Mytana 200 foot camera | $8,000.00 | Acquisition Cost (not depreciated) | $8,000.00 |
| Point repair bladder and items 8"-10" | $12,000.00 | Acquisition Cost (not depreciated) | $12,000.00 |
| Picote spin casting machine | $13,450.00 | Acquisition Cost (not depreciated) | $13,450.00 |
| Cobra crawler (stolen - hence $0 value) | $62,000.00 | N/A | $0.00 |
| Kubota kx-040 excavator | $36,000.00 | Acquisition Cost (not depreciated) | $36,000.00 |
| Kubota tilt-trailer | $6,000.00 | Acquisition Cost (not depreciated) | $6,000.00 |
| Titan epoxy spraying pump & items | $7,000.00 | Acquisition Cost (not depreciated) | $7,000.00 |
| Light ray uv cure | $12,812.00 | Acquisition Cost (not depreciated) | $12,812.00 |
| Light ray uv cure items | $16,300.00 | Acquisition Cost (not depreciated) | $16,300.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   Drain Services Inc.                                      Case number *(If known)*  3:23-bk-30352
         _____
         Name

| | | | |
|---|---|---|---|
| Aluminum trench shoring | $3,500.00 | Acquisition Cost (not depreciated) | $3,500.00 |
| Dump trailer 2 | $8,500.00 | Acquisition Cost (not depreciated) | $8,500.00 |
| Tilt trailer 2 | $6,000.00 | Acquisition Cost (not depreciated) | $6,000.00 |
| Traffic control devices | $4,500.00 | Acquisition Cost (not depreciated) | $4,500.00 |
| Portable jetting reel for combo truck | $3,500.00 | Acquisition Cost (not depreciated) | $3,500.00 |
| Combo truck trailer, hoses, & items | $12,000.00 | Acquisition Cost (not depreciated) | $12,000.00 |
| Ibak crawler | $105,000.00 | Acquisition Cost (not depreciated) | $105,000.00 |
| Permaliner inversion drum and items | $45,000.00 | Acquisition Cost (not depreciated) | $45,000.00 |
| Quik shot continuous inversion cannon and items | $65,000.00 | Acquisition Cost (not depreciated) | $65,000.00 |
| Point repair bladder 4-6 and items | $15,000.00 | Acquisition Cost (not depreciated) | $15,000.00 |
| Point repair bladder 1.5-3 and items | $15,000.00 | Acquisition Cost (not depreciated) | $15,000.00 |
| Air delivery rods | $750.00 | Acquisition Cost (not depreciated) | $750.00 |
| Concrete mixer and items | $2,000.00 | Acquisition Cost (not depreciated) | $2,000.00 |
| Jackhammers (3), bits(many), rods, etc | $5,000.00 | Acquisition Cost (not depreciated) | $5,000.00 |
| Dump trailer | $8,500.00 | Acquisition Cost (not depreciated) | $8,500.00 |
| Picote milling machine and items | $22,000.00 | Acquisition Cost (not depreciated) | $22,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   Drain Services Inc.                                          Case number *(If known)*  3:23-bk-30352
_____
Name

| | | | |
|---|---|---|---|
| PB30 porta burst and items | $33,000.00 | Acquisition Cost (not depreciated) | $33,000.00 |
| Hydraullic pump and power pack, hoses | $4,500.00 | Acquisition Cost (not depreciated) | $4,500.00 |
| Ridgid 200 ft camera | $10,000.00 | Acquisition Cost (not depreciated) | $10,000.00 |
| Ridgid 200 ft camera | $10,000.00 | Acquisition Cost (not depreciated) | $10,000.00 |
| Ridgid 100 ft camera | $6,400.00 | Acquisition Cost (not depreciated) | $6,400.00 |
| Custom 65 ft pool camera | $4,200.00 | Acquisition Cost (not depreciated) | $4,200.00 |
| Ridgid locator | $2,000.00 | Acquisition Cost (not depreciated) | $2,000.00 |
| Generator | $5,500.00 | Acquisition Cost (not depreciated) | $5,500.00 |
| Air compressors (6) | $3,000.00 | Acquisition Cost (not depreciated) | $3,000.00 |
| Ladders, hand tools, misc. | $5,000.00 | Acquisition Cost (not depreciated) | $5,000.00 |
| Concrete mixer and items | $3,500.00 | Acquisition Cost (not depreciated) | $3,500.00 |
| Concrete curing blankets | $1,000.00 | Acquisition Cost (not depreciated) | $1,000.00 |
| Dewattering pumps (6) | $22,000.00 | Acquisition Cost (not depreciated) | $22,000.00 |

51.  **Total of Part 8.**                                                              | $864,912.00 |

Add lines 47 through 50.   Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor    Drain Services Inc.                                                    Case number *(If known)*  3:23-bk-30352
_____
Name

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| Theft claim from 2020 tied to Ford Transit and Cobra crawler | $104,000.00 |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.  **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | $104,000.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor      Drain Services Inc.                                    Case number *(If known)*  3:23-bk-30352
            Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $184,350.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,005,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $864,912.00 | |
| 88. **Real property.** *Copy line 56, Part 9*................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $104,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,158,262.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,158,262.87 |

**Fill in this information to identify the case:**

Debtor name __Drain Services Inc.__

United States Bankruptcy Court for the:   __DISTRICT OF NORTH DAKOTA__

Case number (if known)   __3:23-bk-30352__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Bank of the West**
Creditor's Name

1560 11th Ave E
West Fargo, ND 58078
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
October 13, 2017
**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| PB30 porta burst and items | $15,738.62 | $33,000.00 |

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2   Choice Financial Group**
Creditor's Name

4501 23rd Ave S
Fargo, ND 58104
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
August 26, 2020
**Last 4 digits of account number**

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| First position lien on all assets except for PB30 porta burst | $368,000.00 | $33,000.00 |

**Describe the lien**
UCC
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Drain Services Inc.
_____
Name

Case number (if known)   3:23-bk-30352

| 2.3 | Internal Revenue Service | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
Third position lien on all assets (behind Small
Business Administration)

$46,776.58    $1,005,000.00

PO Box 7346
Philadelphia, PA 19101-7346

Creditor's mailing address

**Describe the lien**
Federal Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
1. Internal Revenue Service
2. U.S. Small Business
Administration

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | U.S. Small Business
Administration | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
Second position lien on all assets (behind Choice
Financial Group)

$495,000.00    $1,005,000.00

2 North Street
Suite 320
Birmingham, AL 35203

Creditor's mailing address

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
February 25, 2020
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.3

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $925,515.20 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you
enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250 | Line  2.3 | |

| Debtor | Drain Services Inc. | Case number (if known) | 3:23-bk-30352 |
|---|---|---|---|
| | Name | | |

Orion First Financial, L.L.C.
P.O. Box 2149
Gig Harbor, WA 98335

Line   2.1

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Drain Services Inc.

United States Bankruptcy Court for the:    DISTRICT OF NORTH DAKOTA

Case number (if known)    3:23-bk-30352

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**North Dakota Office of State Tax Commiss**<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Acme Electric Motor, Inc.**<br>c/o Scott Foyt, Registered Agent<br>1101 N. Washington Street<br>Grand Forks, ND 58203 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** __ | Basis for the claim: __Judgment__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Drain Services Inc. | Case number (if known) | 3:23-bk-30352 |
|---|---|---|---|
| | Name | | |

---

**3.2** | Nonpriority creditor's name and mailing address
Arvig Enterprises, Inc.
f/k/a Smartsearch
150 2nd St SE
Perham, MN 56573

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Judgment_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3** | Nonpriority creditor's name and mailing address
DSI Investments, LLC
1131 Legion Lane
West Fargo, ND 58078

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rent_

Is the claim subject to offset? ☒ No ☐ Yes

$24,000.00

---

**3.4** | Nonpriority creditor's name and mailing address
Holcim - MWR, Inc.
t/a Aggregate Industries
2815 Dodd Road
Ste 101
Saint Paul, MN 55121

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _Judgment_

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.5** | Nonpriority creditor's name and mailing address
Insure Forward
5650 37th Ave S
Fargo, ND 58104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$23,000.00

---

**3.6** | Nonpriority creditor's name and mailing address
Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099

**Date(s) debt was incurred** _June 2, 2020_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.7** | Nonpriority creditor's name and mailing address
Otter Tail Power Company
215 S. Cascade St.
Fergus Falls, MN 56537

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.8** | Nonpriority creditor's name and mailing address
Perma Liner Industries
3000 Automobile Blvd
#300
Clearwater Beach, FL 33762

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$12,000.00

---

| Debtor | Drain Services Inc. | Case number (if known) | 3:23-bk-30352 |
|---|---|---|---|
| | Name | | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

Sewer Equipment Co. of America
1590 Dutch Rd
Dixon, IL 61021

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Xcel Energy
P.O. Box 8
Eau Claire, WI 54702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 259,000.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 259,000.00 |

**Fill in this information to identify the case:**

Debtor name ___Drain Services Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NORTH DAKOTA___

Case number (if known) ___3:23-bk-30352___

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Lease of building (from insider) |
| State the term remaining | Perpetual |
| List the contract number of any government contract | _____ DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078 |

**Fill in this information to identify the case:**

Debtor name _Drain Services Inc._

United States Bankruptcy Court for the: _DISTRICT OF NORTH DAKOTA_

Case number (if known) _3:23-bk-30352_

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2  Kevin Cameron | c/o Drain Services Inc.<br>415 Main Ave E<br>West Fargo, ND 58078 | Arvig Enterprises, Inc. | ☐ D _____<br>☒ E/F ___3.2___<br>☐ G _____ |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                    )        Case No. 23-30352
                                          )        (Chapter 11)
DRAIN SERVICES INC.                       )
                                          )
            Debtor.                       )
_____ )

## SUPPLEMENT TO SCHEDULES

*Schedule A/B, Line 3.1*

At the close of Friday, September 29, 2023, Drain Services Inc. (the "Debtor") had a balance of -$20,774.32 in the designated bank account, rendering BankNorth a creditor herein. As of the time at which the petition for relief was filed on Monday, October 2, 2023, the subject account showed a "pending" balance $184,350.87, being indicative of certain deposits awaiting clearance and the bank's setoff of the monies pending clearance. The extent to which this "pending" balance was actually accessible by the Debtor, for expenditure, at the time the case was filed, is unclear. The Debtor is in the process of assessing the proper treatment of these funds, which will, in turn, inform the degree, *vel non*, to which the Debtor entered bankruptcy holding the cash collateral of certain creditors.

*Schedule D, Lines 2.2-2.4*

Column B (indicating the value of property securing each lien) is accurate for Line 2.1 but inaccurate for Lines 2.2-2.4. Each of these values should be $2,158,262.87, being the whole of the Debtor's assets, as each lien is believed to be all-encompassing.

*Official Form 204*

DSI Investments, LLC is an insider under common control with the Debtor. This entity should *not* appear on the list of 20 largest unsecured claimants. The inclusion of this entity is a byproduct of issue with form-preparation software. However, inasmuch as the Debtor has fewer than 20 unsecured creditors, this errant inclusion does not result in the omission of any qualifying creditor from the subject list.

*These notes are provided by proposed counsel to the Debtor and not by the Debtor's principal. The Debtor's principal has not signed this document and it is not included on the list set forth on Official Form 202. These notes are intended to address drafting and legal issues, and not to reflect any firsthand knowledge of the Debtor's assets, liabilities, or business operations.*

Dated: October 2, 2023          By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com
                                        *Proposed Counsel for the Debtors*

Fill in this information to identify the case:

Debtor name ___Drain Services Inc.___

United States Bankruptcy Court for the:   ___DISTRICT OF NORTH DAKOTA___

Case number (if known) ___3:23-bk-30352___

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☐ Operating a business<br>☒ Other  Income through March 31, 2023 | $107,137.94 |
   | For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br>☐ Other | $737,635.00 |
   | For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $944,461.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   Drain Services Inc.                                                                    Case number (if known)  3:23-bk-30352

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Kevin Cameron c/o Drain Services Inc. 415 Main Ave E West Fargo, ND 58078 Vice President and Spouse of President/Equity Holder | Each month for the past year (approx. $10k/month) | $120,000.00 | Compensation for services rendered |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| BankNorth 41 Langer Ave South Casselton, ND 58012 | Bank set off overdrafted funds - and overdraft fees - against subsequent deposits Last 4 digits of account number:   9319   | Various - approximately $640.00 in overdraft charges. It is unclear if approximately $20,774.00 in overdrafts were setoff slightly before the petition was filed or slightly after; the debtor is investigating. | Unknown |
| Choice Financial Group 4501 23rd Ave S Fargo, ND 58104 | Setoff of checking account Last 4 digits of account number: _____ | July 2023 | $42,000.00 |

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | Drain Services Inc. | | Case number *(if known)* | 3:23-bk-30352 |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Orion First Financial, L.L.C. v. Drain Services Inc., et al.<br>CGC-22-600134 | Civil | Superior Court of California, County of San Francisco<br>400 McAllister Street<br>San Francisco, CA 94102 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Choice Financial Group v. Drain Services, Inc.<br>09-2023-CV-02947 | Civil | Cass County District Court<br>211 9th St S<br>Fargo, ND 58103 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Sewer Equipment Co. of America, et al. v. Drain Services Inc.<br>09-2022-CV-02259 | Civil | Cass County District Court<br>211 9th St S<br>Fargo, ND 58103 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Drain Services Inc. | | Case number *(if known)* | 3:23-bk-30352 |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Retainer | September 15, 2023 - $2,000.00; October 2, 2023 - $8,000.00 | $10,000.00 |
| | **Email or website address**<br>http://www.dakotabankruptcy.com | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Drain Services Inc. | Case number *(if known)* | 3:23-bk-30352 |

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Choice Financial Group<br>Grand Forks North<br>1697 S 42nd Street<br>Grand Forks, ND 58201 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | | Unknown |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Drain Services Inc. | Case number *(if known)* | 3:23-bk-30352 |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Arrow Advisors 1202 28th St S Fargo, ND 58103 | Full two year period |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☒ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Arrow Advisors 1202 28th St S Fargo, ND 58103 | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Drain Services Inc. | Case number *(if known)* | 3:23-bk-30352 |

☒ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Caitlyn Cameron | 1131 Legion Ln W<br>West Fargo, ND 58078 | Sole Shareholder & President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Cameron | c/o Drain Services Inc.<br>415 Main Ave E<br>West Fargo, ND 58078 | Vice President | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Kevin Cameron<br>c/o Drain Services Inc.<br>415 Main Ave E<br>West Fargo, ND 58078 | Approximately $10k/month each month ($120k in the aggregate) | Once a month | Compensation for services rendered |
| | **Relationship to debtor**<br>Vice President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Drain Services Inc.                                          Case number *(if known)*  3:23-bk-30352

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ October 2, 2023 ___

/s/   Kevin Cameron                                        Kevin Cameron
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Vice President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## United States Bankruptcy Court
### District of North Dakota

In re    Drain Services Inc.                            Case No.    3:23-bk-30352
                                    Debtor(s)                     Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Caitlyn Cameron<br>1131 Legion Ln W<br>West Fargo, ND 58078 | | | Sole Shareholder |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 2, 2023                      Signature    /s/ Kevin Cameron
                                                                 Kevin Cameron

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### United States Bankruptcy Court
#### District of North Dakota

In re    Drain Services Inc.                                        Case No.    3:23-bk-30352

                          Debtor(s)                               Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    October 2, 2023                    /s/  Kevin Cameron

                                             Kevin Cameron/Vice President
                                             Signer/Title

Acme Electric Motor, Inc.
c/o Scott Foyt, Registered Agent
1101 N. Washington Street
Grand Forks, ND 58203


Arvig Enterprises, Inc.
f/k/a Smartsearch 150 2nd St SE
Perham, MN 56573


Bank of the West
1560 11th Ave E
West Fargo, ND 58078


Choice Financial Group
4501 23rd Ave S
Fargo, ND 58104


DSI Investments, LLC
1131 Legion Lane
West Fargo, ND 58078


Holcim - MWR, Inc.
t/a Aggregate Industries
2815 Dodd Road Ste 101
Saint Paul, MN 55121


Insure Forward
5650 37th Ave S
Fargo, ND 58104


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250


Kevin Cameron
c/o Drain Services Inc. 415 Main Ave E
West Fargo, ND 58078


Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Orion First Financial, L.L.C.
P.O. Box 2149
Gig Harbor, WA 98335

Otter Tail Power Company
215 S. Cascade St.
Fergus Falls, MN 56537


Perma Liner Industries
3000 Automobile Blvd #300
Clearwater Beach, FL 33762


Sewer Equipment Co. of America
1590 Dutch Rd
Dixon, IL 61021


The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059


U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Xcel Energy
P.O. Box 8
Eau Claire, WI 54702