IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**JOHN D. SCHROEDER**, Attorney at Law, of the law firm of Zimney Foster P.C., hereby makes his appearance as attorney for **Choice Financial Group**, a creditor in the above-entitled bankruptcy, pursuant to Rules 2002 and 9010 and requests that all notices and papers (including pleadings, motions, applications, orders, financial and other reports) be served upon the following:

**Zimney Foster P.C.**
**Attn: John D. Schroeder**
**3100 S. Columbia Road, Suite 200**
**Grand Forks, ND 58201**
**Phone: 701.772.8111; Fax: 701.772.7328**
**Email:** jschroeder@northdakotalaw.net

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive nor does it waive (i) any right to have final orders in non-core matters entered

1

only after *de novo* review by a District Court Judge; (ii) any right to a jury trial in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, at law or in equity, all of which are expressly reserved.

Dated: October 3, 2023

*John D. Schroeder*
**JOHN D. SCHROEDER  (ND ID #07147)**
jschroeder@northdakotalaw.net
ZIMNEY FOSTER P.C.
3100 South Columbia Road, Ste 200
Grand Forks, ND 58201
Phone:  701/772-8111   Fax:  701/772-7328
Attorneys for Choice Financial Group

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30352 |
| Drain Services Inc. ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

### **DECLARATION OF SERVICE**

**KAREN SYRSTAD,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the August 1, 2023, she served the following:

1. **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and aby depositing said envelop in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo ND 58102
mac@mbvesq.com
**Attorney for Debtor**

**Drain Services Inc.**
575 County Road 10
Mapleton ND 58059

**Sarah J. Wencil**
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

**Robert B. Rashcke**
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

1

Dated: October 3, 2023 at Grand Forks, North Dakota

>*/s/ Karen Syrstad*
>**KAREN SYRSTAD**

2