UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 23-30352 |
| ) | Chapter 11 – Subchapter V |
| Drain Services Inc.. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER GRANTING MOTION TO EXPEDITE HEARING
ON FIRST DAY MOTIONS**

Before the Court is Debtor's Motion for Expedited Hearings, seeking to be heard on its First Day Motions filed on October 2, 2023. The Court finds that it is appropriate to conduct a hearing on an expedited basis. Therefore, IT IS ORDERED that Debtor's motion is GRANTED.  The First Day Motions (Doc. 8 – Debtor's Motion for Leave to Use Cash Collateral on an Interim and Final Basis; Doc. 9 – Debtor's Motion for Leave to Pay Pre-Petition Employee Wages to One Person; Doc. 10 – Debtor's Motion to Retain Existing Bank Account) will be heard by video conference on **Friday, October 6, 2023 at 10:00 a.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

Video Conference Instructions, **Procedures** and link to join the meeting are located at: https://www.ndb.uscourts.gov/video-conferences. **Parties must make arrangements with the court to secure video conference service and to test the video conference service from the remote site generally not less than 48 hours (72 hours preferred) in advance of the hearing.**  To test the connection, submit a testing request to https://www.ndb.uscourts.gov/VCtestform.  Parties who do not have video conferencing capability or who prefer to appear by video from a federal courthouse location in Bismarck, Minot, or Grand Forks must call the Bankruptcy Clerk's Office at (701) 297-7100 or email clerks_office@ndb.uscourts.gov.  Parties may also elect to appear in person at the Quentin N. Burdick United States Courthouse in Fargo, North Dakota.

1

Written objections to interim relief shall be filed by **10:00 a.m. Friday, October 6, 2023.** If the Court receives no objections, it may enter an order granting the relief requested and cancel the hearing.

IT IS ORDERED that the Debtor's Motion for Leave to Use Cash Collateral will be regarded as a preliminary hearing pursuant to 11 U.S.C. § 363(c)(3) and Rule 4001(b)(2). Consistent with Rule 4001(b)(2), the court will authorize use of only that amount of cash collateral as is necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

A final hearing on Debtor's Motion for Leave to Use Cash Collateral will be held on **<u>Tuesday, October 17, 2023, at 2:00 p.m. in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>**. Additional objections to the motion, if any, must be filed not later than **noon October 17, 2023.** If the Court receives no additional objections, it may enter an order granting the relief requested and cancel the hearing on the motion.

Please be advised that all hearings are evidentiary unless, upon the court's initiative or the written request of a party, the court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter unless the Court granted an expedited hearing.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the

court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

Dated: October 3, 2023.

*signature*

SHON HASTINGS, JUDGE
U.S. BANKRUPTCY COURT

\*All times referred to in this Order are Central Standard Time.
Copy filed and sent electronically October 3, 2023, to Attorney Maurice VerStandig for service.