UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 23-30352 |
| ) | Chapter 11 – Subchapter V |
| Drain Services Inc., ) | |
| ) | |
| Debtor. ) | |
| _____) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE
IN A CASE FILED UNDER SUBCHAPTER V**

Pursuant to 11 U.S.C. Chapter 11, Subchapter V, Debtor's representative, Debtor's counsel and the Subchapter V Trustee shall appear at the status conference scheduled on **Thursday, November 16, 2023, at 10:00 a.m.**  Other interested parties are welcome to attend.

Please use the following instructions for the telephone conference:

Telephonic Conference Instructions:

1) Call **701-297-7116**
**2)** Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Not less than **14 days** before the date of the status conference, Debtor shall file the report required by 11 U.S.C. §1188(c) and shall serve the report on the Subchapter V Trustee, United States Trustee, and all other interested parties.  In the report, Debtor shall summarize the steps taken to comply with Subchapter V, any impediments to prompt confirmation and its efforts to address them and include an estimate of when it will file a plan of reorganization.  At the conference, the Trustee and counsel for Debtor shall summarize the status of the case and Debtor's proposed plan and identify actions necessary to further the expeditious and economical resolution of the case under Subchapter V.

Dated: October 3, 2023.

*Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT

Copy served electronically on October 3, 2023, to Attorney Maurice VerStandig for service on interested parties.