IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of October, 2023, I caused a copy of the (i) Order Granting Motion to Expedite Hearing on First Day Motions (DE #14); and (ii) Motion for Leave to Use Cash Collateral (DE #8) to be served on all parties on the attached mailing matrix, via US Mail, postage prepaid.

Respectfully submitted,

Dated: October 3, 2023     By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Proposed Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig