| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30352<br>District of North Dakota<br>Fargo<br>Tue Oct  3 13:11:03 CDT 2023 | Choice Financial Group<br>4501 23rd Avenue South<br>Fargo, ND 58104-8782 | Drain Services Inc.<br>415 Main Ave E<br>Ste 691<br>West Fargo, ND 58078-5327 |
| U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Acme Electric Motor, Inc.<br>c/o Scott Foyt, Registered Agent<br>1101 N. Washington Street<br>Grand Forks, ND 58203-0734 | Arvig Enterprises, Inc.<br>f/k/a Smartsearch 150 2nd St SE<br>Perham, MN 56573 |
| Bank of the West<br>1560 11th Ave E<br>West Fargo, ND 58078-5202 | Choice Financial Group<br>4501 23rd Ave S<br>Fargo, ND 58104-8782 | Choice Financial Group<br>c/o Zimney Foster P.C.<br>Attn: John D. Schroeder<br>3100 S. Columbia Road, Suite 200<br>Grand Forks, ND 58201-6062 |
| DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078-8531 | Holcim - MWR, Inc.<br>t/a Aggregate Industries<br>2815 Dodd Road Ste 101<br>Saint Paul, MN 55121-1532 | Insure Forward<br>5650 37th Ave S<br>Fargo, ND 58104-7883 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kevin Cameron<br>c/o Drain Services Inc. 415 Main Ave E<br>West Fargo, ND 58078-5300 |
| Kubota Credit Corporation, U.S.A.<br>PO Box 2046<br>Grapevine, TX 76099-2046 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 | Orion First Financial, L.L.C.<br>P.O. Box 2149<br>Gig Harbor, WA 98335-4149 |
| Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537-2897 | Perma Liner Industries<br>3000 Automobile Blvd #300<br>Clearwater Beach, FL 33762 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| The City of Mapleton, North Dakota<br>P O Box 9<br>Mapleton, ND 58059-0009 | U.S. Small Business Administration<br>2 North Street Suite 320<br>Birmingham, AL 35203 | (p)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102-4246 | Robert B. Raschke<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

Xcel Energy
P.O. Box 8
Eau Claire, WI 54702

End of Label Matrix
Mailable recipients   25
Bypassed recipients    0
Total                 25