# Drain Services, Inc.
## Balance Sheet
### As of March 31, 2023

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
|   Current Assets |  |
|     Bank Accounts |  |
|       Choice Bank Checking x7102 | 8,210.44 |
|       Choice Bank Money Market x2209 | 90.04 |
|       Choice Bank Savings x3525 | 0.00 |
|       QuickBooks Checking Account | 4.23 |
|     **Total Bank Accounts** | **$8,304.71** |
|     Accounts Receivable |  |
|       Accounts Receivable (A/R) | 745,335.80 |
|     **Total Accounts Receivable** | **$745,335.80** |
|     Other Current Assets |  |
|       Shareholder Loan | 435,470.46 |
|       Uncategorized Asset | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$435,470.46** |
|   **Total Current Assets** | **$1,189,110.97** |
|   Fixed Assets |  |
|     -2022 Midsota Equipment | 15,229.39 |
|     -2022 Wells Cargo Trailer | 17,530.14 |
|     -Depreciable Assets | 452,030.52 |
|     -Kubota RTV | 0.00 |
|     -Major Repairs | 42,470.78 |
|     -UV Curing Equipment | 144,000.00 |
|     Accumulated Depreciation | -513,990.35 |
|   **Total Fixed Assets** | **$157,270.48** |
|   Other Assets |  |
|     Due from DSI Investments | 35,900.16 |
|   **Total Other Assets** | **$35,900.16** |
| **TOTAL ASSETS** | **$1,382,281.61** |

These financial statements have not been subjected to an audit, review, or compilation engagement and no assurance is provided on them.

# Drain Services, Inc.

## Balance Sheet
### As of March 31, 2023

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** |  |
|   Liabilities |  |
|     Current Liabilities |  |
|       Other Current Liabilities |  |
|         Choice Bank Loan x7338 | 100,000.00 |
|         Choice Bank Loan x8726 | 117,998.01 |
|         Payroll Liabilities | 0.00 |
|           Employee Pay | 0.00 |
|           Federal Payroll Taxes | 35,348.76 |
|           Federal Unemployment | 52.67 |
|           MN Withholding | 149.00 |
|           ND Unemployment | 7.02 |
|           ND Withholding | 39.00 |
|           WI Child Support | 0.00 |
|         **Total Payroll Liabilities** | **35,596.45** |
|       **Total Other Current Liabilities** | **$253,594.46** |
|     **Total Current Liabilities** | **$253,594.46** |
|     Long-Term Liabilities |  |
|       Choice Bank Loan x3876 | 18,940.89 |
|       Choice Bank Loan x8006 | 97,185.66 |
|       EIDL Loan | 497,400.00 |
|       Kubota Credit | 0.00 |
|     **Total Long-Term Liabilities** | **$613,526.55** |
|   **Total Liabilities** | **$867,121.01** |
|   Equity |  |
|     Capital Stock | 1,000.00 |
|     Retained Earnings | 472,485.77 |
|     Shareholder Distributions | 0.00 |
|     Net Income | 41,674.83 |
|   **Total Equity** | **$515,160.60** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,382,281.61** |

These financial statements have not been subjected to an audit, review, or compilation engagement and no assurance is provided on them.