# Drain Services, Inc.

## Profit and Loss
January - March, 2023

|  | TOTAL |
|---|---:|
| **Income** | |
| Sales | 107,137.94 |
| **Total Income** | **$107,137.94** |
| Cost of Goods Sold | |
| Job Materials Purchased | 6,049.22 |
| Tools and Small Equipment | 635.94 |
| **Total Cost of Goods Sold** | **$6,685.16** |
| **GROSS PROFIT** | **$100,452.78** |
| Expenses | |
| Advertising & Marketing | 29.99 |
| Auto & Truck Expenses | 4,382.09 |
| Bank Charges & Fees | 218.00 |
| Business Licenses & Permits | 862.00 |
| Dues & Subscriptions | 946.00 |
| Insurance Expense | 3,525.00 |
| Interest Expense | 3,732.71 |
| Meals & Entertainment | 866.05 |
| Miscellaneous Expense | 71.73 |
| Office Supplies | 347.56 |
| Payroll Expenses | |
| Employee Wages | 8,778.00 |
| Officer Salary | 38,507.91 |
| Payroll Taxes | 731.21 |
| **Total Payroll Expenses** | **48,017.12** |
| Rent & Lease Expense | |
| Building | 6,000.00 |
| **Total Rent & Lease Expense** | **6,000.00** |
| Repairs & Maintenance | 164.19 |
| Telephone Expense | 79.20 |
| Travel Expenses | 1,640.41 |
| Utilities | 867.94 |
| **Total Expenses** | **$71,749.99** |
| **NET OPERATING INCOME** | **$28,702.79** |
| Other Income | |
| Gain on Sale | 12,972.04 |
| **Total Other Income** | **$12,972.04** |
| **NET OTHER INCOME** | **$12,972.04** |
| **NET INCOME** | **$41,674.83** |

These financial statements have not been subjected to an audit, review, or compilation engagement and no assurance is provided on them.