UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

# EXHIBIT LIST

Bankruptcy Case No. 23-30352  
Adversary Case No:

Bankruptcy Case Title: In re: Drain Services, Inc.  
Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-1 | 10/6/23 | Tim Ziemba | Promissory Note #***7338 dated August 13, 2020, along with Promissory Note in renewal and increase in principal amount dated August 19, 2021 and associated Change in Terms Agreements dated May 26, 2021, June 30, 2022, September 12, 2022, and December 13, 2022 | Will | | | | | | | | |
| CB-2 | 10/6/23 | Tim Ziemba | Promissory Note #***3876 dated March 4, 2021 | Will | | | | | | | | |
| CB-3 | 10/6/23 | Tim Ziemba | Promissory Note #***8726 dated October 1, 2021, along with Change in Terms Agreement dated January 21, 2022 | Will | | | | | | | | |
| CB-4 | 10/6/23 | Tim Ziemba | Promissory Note #***8006 dated January 21, 2022 | Will | | | | | | | | |
| CB-5 | 10/6/23 | Tim Ziemba | Commercial Security Agreement dated August 19, 2021 | Will | | | | | | | | |
| CB-6 | 10/6/23 | Tim Ziemba | Commercial Security Agreement dated March 4, 2021 | Will | | | | | | | | |

\* - O - Original Record & Authenticity Only  
\* - A - Admitted into Evidence for all purposes  
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Page 1 of 2

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-7 | 10/6/23 | Tim Ziemba | Commercial Security Agreement dated October 1, 2021 | Will | | | | | | | | |
| CB-8 | 10/6/23 | Tim Ziemba | Commercial Security Agreement dated January 21, 2022 | Will | | | | | | | | |
| CB-9 | 10/6/23 | Tim Ziemba | financing statement Initial Filing #: 20-000772436-1 | Will | | | | | | | | |
| CB-10 | 10/6/23 | Tim Ziemba | UCC Search Results ND Sec. of State "Drain Services, Inc." | Will | | | | | | | | |
| CB-11 | 10/6/23 | Tim Ziemba | Certificates of Title Listing Choice Financial Group as lienholder | Will | | | | | | | | |
| CB-12 | 10/6/23 | Tim Ziemba | Outstanding loan balances | Will | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30352 |
| Drain Services Inc. ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

## DECLARATION OF SERVICE

**BRENDA R. DIPERSIO**, a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on the October 5, 2023, she served the following:

1. **CHOICE FINANCIAL EXHIBIT LIST**
2. **Exhibit CB-1 - Promissory Note #***7338 dated August 13, 2020, along with Promissory Note in renewal and increase in principal amount dated August 19, 2021 and associated Change in Terms Agreements dated May 26, 2021, June 30, 2022, September 12, 2022, and December 13, 2022**
3. **Exhibit CB-2 - Promissory Note #***3876 dated March 4, 2021**
4. **Exhibit CB-3 - Promissory Note #***8726 dated October 1, 2021, along with Change in Terms Agreement dated January 21, 2022**
5. **Exhibit CB-4 - Promissory Note #***8006 dated January 21, 2022**
6. **Exhibit CB-5 - Commercial Security Agreement dated August 19, 2021**
7. **Exhibit CB-6 - Commercial Security Agreement dated March 4, 2021**
8. **Exhibit CB-7 - Commercial Security Agreement dated October 1, 2021**
9. **Exhibit CB-8 - Commercial Security Agreement dated January 21, 2022**
10. **Exhibit CB-9 - financing statement Initial Filing #: 20-000772436-1**
11. **Exhibit CB-10 - UCC Search Results ND Sec. of State "Drain Services, Inc."**
12. **Exhibit CB-11 - Certificates of Title Listing Choice Financial Group as lienholder**
13. **Exhibit CB-12 - Outstanding loan balances**
14. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

1

| | |
|---|---|
| **Maurice VerStandig**<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo ND 58102<br>mac@mbvesq.com<br>**Attorney for Debtor** | **Drain Services Inc.**<br>575 County Road 10<br>Mapleton ND 58059 |
| **Sarah J. Wencil**<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>sarah.j.wencil@usdoj.gov | **Robert B. Rashcke**<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: October 5, 2023 at Grand Forks, North Dakota

*/s/ Brenda R. DiPersio*
**BRENDA R. DIPERSIO**

2