

ALVIN A JAEGER
SECRETARY OF STATE
STATE OF NORTH DAKOTA

EXHIBIT

CB-9

# Confirmed Record

08/26/2020

| | |
|---|---|
| Initial Financing Statement # | 20-000772436-1 |
| Filing Date/Time | 08/26/2020 11:37 AM |
| Lien Lapse Date | 08/26/2025 |
| Filing # | 20-000772436-1 |
| First Debtor Name | Drain Services, Inc. |
| Lien Type | UCC Lien |
| Index | UCC Lien Index |
| Filing Type | UCC-1 |

| Debtor Name | Debtor Type | Debtor Address |
|---|---|---|
| Drain Services, Inc. | Organization | 415 Main Ave E Unit 691   West Fargo   ND   58078   USA |

| Secured Party Name | Secured Party Type | Secured Party Address |
|---|---|---|
| Choice Financial Group | Organization | 4501 23rd Ave S   Fargo   ND   58104   USA |

| Collateral Description |
|---|
| All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property. |

- Page 2 of 2 -

| Lien Information |
|---|
| *Collateral is:* N/A |
| *Financing statement relates to a:* N/A |
| *Alternative Designation:* N/A |
| *Optional Filer Reference Data:* N/A |

*Central Indexing Unit*  *Initial Financing Number:* 20-000772436-1
*(701) 328-3662*  *Filing Number:* 20-000772436-1