

MICHAEL HOWE
SECRETARY OF STATE
STATE OF NORTH DAKOTA



|  |  |
|---|---|
| **Requested By** | Zimney Foster, P.C. |
| **Filer Address** | 3100 S. Columbia Rd.  Ste. 200  Grand Forks  ND  58201  USA |
| **Search Number** | 23-1267195 |
| **Information Option** | Information and Copies |

## Search Criteria

| Indexes | Date Searched From | Date Searched To |
|---|---|---|
| All | All Lapsed and Unlapsed filings | 10/03/2023 |

| Search By | Debtor Name | Search Type | Cities |
|---|---|---|---|
| Debtor | Drain Services, Inc. | General | N/A |

- Page 2 of 2 -

## UCC-11: Information and Copies

10/03/2023

*Certificate*

The undersigned filing officer hereby certifies that the above listing is a record of all lapsed and unlapsed filings on the above search criteria up to 10/03/2023.

The search requested contains a total of 6 images, which are included below.

The above information and certificate are only for the name, address, social security number or file number given to the filing officer in the search request. Any variations in spelling would not be reflected in the above information. The filing officer indicates by the above certificate that all requested indexes have been searched for the information complying with the search request.

Michael Howe
North Dakota Secretary of State