| Filing Information | |
|---|---|
| **Initial Filing#:** 17-000285411-3 | **Index:** UCC Lien Index |
| **Lien Type:** UCC Lien | **Filing Date/Time:** 10/13/2017 11:58 AM |
| **Lapse Date:** 10/13/2027 | **Filing Type:** UCC-1 |

| Debtor Information | | | |
|---|---|---|---|
| **Debtor Name** | **Debtor Type** | **Debtor Address** | **Debtor County** |
| DRAIN SERVICES INC. | Organization | 1560 11TH AVE E   WEST FARGO   ND   58078  USA | Cass |

| Secured Party Information | | |
|---|---|---|
| **Secured Party Name** | **Secured Party Type** | **Secured Party Address** |
| Bank of the West | Organization | 475 Sansome Street, 19th Floor, NC-TRI-19-A San Francisco  CA  94111 USA |

| UCC Collateral Information |
|---|
| **Collateral Description:** 1 PB30 HI FLOW S/N: PB30G220558 WITH PORTAPOWER 13 S/N: PPWR1320545 All personal property leased or financed from Bank of the West including, but not limited to those items and proceeds thereof, set forth in the agreement listed below and in any and all subsequent addendums and schedules to the agreement. Agreement # 1796340. |

| Lien Information | |
|---|---|
| **Collateral is:** | N/A |
| **Financing statement relates to a:** | N/A |
| **Alternative Designation:** | N/A |
| **Optional Filer Reference Data:** | ND-0-61003366-54088068 |

| Filing Information | |
|---|---|
| **Filing #:** 22-001116531 | **Index:** UCC Lien Index |
| **Lien Type:** UCC Lien | **Filing Date/Time:** 10/13/2022 04:55 PM |
| **Lapse Date:** 10/13/2027 | **Filing Type:** UCC-3 Continuation |
| **Amendment Type:** Continuation | |

**Central Indexing Unit**
**(701) 328-3662**

**Search Number:**  23-1267195

| Filing Information | |
|---|---|
| **Initial Filing#:** 20-000734707-2 | **Index:** UCC Lien Index |
| **Lien Type:** UCC Lien | **Filing Date/Time:** 06/02/2020 05:16 AM |
| **Lapse Date:** 06/02/2025 | **Filing Type:** UCC-1 |

| Debtor Information | | | |
|---|---|---|---|
| **Debtor Name** | **Debtor Type** | **Debtor Address** | **Debtor County** |
| DRAIN SERVICES INC. | Organization | 415 MAIN AVE E UNIT 694   WEST FARGO   ND 58078  USA | Cass |
| CAITLYN ROSE CAMERON | Individual | 1131 LEGION LANE WEST   WEST FARGO   ND 58078  USA | Cass |

| Secured Party Information | | |
|---|---|---|
| **Secured Party Name** | **Secured Party Type** | **Secured Party Address** |
| Kubota Credit Corporation, U.S.A. | Organization | PO Box 2046  Grapevine  TX  76099 USA |

| UCC Collateral Information |
|---|
| **Collateral Description:** KUBOTA RTV-X1140W-A A5KD2GDBCLG036989 *UV WORKSITE W ATV TIRES; |

| Lien Information | |
|---|---|
| **Collateral is:** | N/A |
| **Financing statement relates to a:** | N/A |
| **Alternative Designation:** | N/A |
| **Optional Filer Reference Data:** | ND-0-75292885-59185970 |

| Filing Information | |
|---|---|
| **Filing #:** 22-001108216 | **Index:**UCC Lien Index |
| **Lien Type:**UCC Lien | **Filing Date/Time:**09/22/2022 05:16 AM |
| **Lapse Date:** 06/02/2025 | **Filing Type:**UCC-3 Termination |
| **Amendment Type:** Termination | |

*Central Indexing Unit*
*(701) 328-3662*

***Search Number:*** 23-1267195

## Filing Information

| | |
|---|---|
| **Initial Filing#:** 20-000772436-1 | **Index:** UCC Lien Index |
| **Lien Type:** UCC Lien | **Filing Date/Time:** 08/26/2020 11:37 AM |
| **Lapse Date:** 08/26/2025 | **Filing Type:** UCC-1 |

## Debtor Information

| Debtor Name | Debtor Type | Debtor Address | Debtor County |
|---|---|---|---|
| Drain Services, Inc. | Organization | 415 Main Ave E Unit 691   West Fargo   ND   58078   USA | Cass |

## Secured Party Information

| Secured Party Name | Secured Party Type | Secured Party Address |
|---|---|---|
| Choice Financial Group | Organization | 4501 23rd Ave S   Fargo   ND   58104   USA |

## UCC Collateral Information

**Collateral Description:** All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

## Lien Information

| | |
|---|---|
| **Collateral is:** | N/A |
| **Financing statement relates to a:** | N/A |
| **Alternative Designation:** | N/A |
| **Optional Filer Reference Data:** | N/A |

---

*Central Indexing Unit*
*(701) 328-3662*

*Search Number:* 23-1267195

## Filing Information

| | |
|---|---|
| **Initial Filing#:** 22-001021615-8 | **Index:** UCC Lien Index |
| **Lien Type:** UCC Lien | **Filing Date/Time:** 02/25/2022 09:32 AM |
| **Lapse Date:** 02/25/2027 | **Filing Type:** UCC-1 |

## Debtor Information

| Debtor Name | Debtor Type | Debtor Address | Debtor County |
|---|---|---|---|
| DRAIN SERVICES INC. | Organization | 2802 44TH AVE N UNIT 100   FARGO   ND   58102   USA | Cass |

## Secured Party Information

| Secured Party Name | Secured Party Type | Secured Party Address |
|---|---|---|
| U.S. Small Business Administration | Organization | 1545 Hawkins Blvd, Suite 202   El Paso   TX   79925   USA |

## UCC Collateral Information

**Collateral Description:** All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code. The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto. 334134 9105

## Lien Information

| | |
|---|---|
| **Collateral is:** | N/A |
| **Financing statement relates to a:** | N/A |
| **Alternative Designation:** | N/A |
| **Optional Filer Reference Data:** | N/A |

---

**Central Indexing Unit**
**(701) 328-3662**

**Search Number:** 23-1267195