| As of 10/2/23 | Note # | Date | Original | Rate | Outstanding Principal | Accrued Interest | Lates Fees | Accrued Escrow | Total | Per diem |
|---|---|---|---|---|---|---|---|---|---|---|
| Drain Services, Inc. | ***7338 | 8/19/2021 | $ 100,000.00 | 16.250% | $64,350.75 | $2,174.96 | $150.00 | 0 | $66,675.71 | $29.047213542 |
| Drain Services, Inc. | ***3876 | 3/4/2021 | $ 36,000.00 | 10.750% | $15,888.60 | $355.84 | $400.00 | 0 | $16,644.44 | $4.744512500 |
| Drain Services, Inc. | ***8726 | 10/1/2021 | $ 160,000.00 | 11.500% | $119,870.94 | $2,871.91 | $50.00 | 0 | $122,792.85 | $38.292105833 |
| Drain Services, Inc. | ***8006 | 1/21/2022 | $ 140,000.00 | 10.750% | $84,328.25 | $1,888.60 | $1,773.60 | $0.00 | $87,990.45 | $25.181352431 |
| | | | | | | | | | $294,103.45 | $97.265184306 |

EXHIBIT

CB-12