| Dates | Payroll | Materials | Utilities | Rent | Insurance | Total Expenses | Income |
|---|---|---|---|---|---|---|---|
| 10/9/2023 | $1,626.00 | $2,000.00 | $800.00 | $0.00 | $0.00 | $4,426.00 | $5,000.00 |
| 10/16/2023 | $1,626.00 | $4,000.00 | $800.00 | $0.00 | $0.00 | $6,426.00 | $13,000.00 |
| 10/23/2023 | $1,626.00 | $12,000.00 | $800.00 | $0.00 | $0.00 | $14,426.00 | $29,000.00 |
| 10/30/2023 | $1,626.00 | $26,000.00 | $1,064.00 | $2,000.00 | $3,200.00 | $33,890.00 | $30,000.00 |
| 11/6/2023 | $1,626.00 | $2,000.00 | $1,064.00 | $0.00 | $0.00 | $4,690.00 | $0.00 |
| 11/13/2023 | $1,626.00 | $4,000.00 | $1,064.00 | $0.00 | $0.00 | $6,690.00 | $47,000.00 |
| 11/20/2023 | $1,626.00 | $12,000.00 | $1,415.12 | $0.00 | $0.00 | $15,041.12 | $0.00 |
| 11/27/2023 | $1,626.00 | $2,000.00 | $1,415.12 | $2,000.00 | $3,200.00 | $10,241.12 | $0.00 |
| 12/4/2023 | $1,626.00 | $4,000.00 | $1,882.11 | $0.00 | $0.00 | $7,508.11 | $76,000.00 |
| 12/11/2023 | $1,626.00 | $6,000.00 | $1,882.11 | $0.00 | $0.00 | $9,508.11 | $205,000.00 |
|  | $16,260.00 | $74,000.00 | $12,186.46 | $4,000.00 | $6,400.00 | $112,846.46 | $405,000.00 |



EXHIBIT A