UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30352 |
| | ) | Chapter 11 – Subchapter V |
| Drain Services Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO RETAIN EXISTING BANK ACCOUNT**

Debtor Drain Services Inc. filed a Motion to Retain Existing Bank Account. Doc. 10.  In its motion, Debtor argues that the Court should grant it authority to maintain its existing bank account in accord with prevailing notions of equity and a plain language reading of the Bankruptcy Code.  The United States Trustee asserted no objection to the motion.

On October 6, 2023, the Court held a hearing on the motion.  Based on the record, the Court finds cause for granting Debtor the relief it seeks. Therefore,

**IT IS ORDERED** that Debtor's Motion to Retain Existing Bank Account is granted.  Debtor is authorized to retain its existing bank account provided it complies with 11 U.S.C. § 345.

Dated:  October 6, 2023.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT