UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 23-30352 |
| ) | Chapter 11 – Subchapter V |
| Drain Services Inc., ) | |
| ) | |
| Debtor. ) | |
| _____) | |

### ORDER GRANTING MOTION FOR LEAVE TO PAY
### PREPETITION EMPLOYEE WAGES TO ONE PERSON

Debtor Drain Services Inc. filed a Motion for Leave to Pay Prepetition Employee Wages to One Person.  Doc. 9.  In its motion, Debtor seeks Court authority to pay the prepetition wages of one non-insider employee consistent with Debtor's normal payroll practices.  On October 6, 2023, the Court held a hearing on the motion.

For the reasons stated on the record and based on the motion and evidence received at the hearing, the Court finds cause for granting Debtor the relief it seeks.  Specifically, the Court finds that paying the $250.00 in prepetition wages is necessary to protect and preserve the estate, critical to the operation of Debtor's business, and in the best interest of Debtor's estate, its creditors, and other parties in interest.  It also finds that payment of the prepetition wages listed in the motion is necessary to avoid immediate and irreparable harm.

Therefore,

**IT IS ORDERED** that Debtor's Motion for Leave to Pay Prepetition Employee Wages to One Person is granted.

1. Upon entry of this Order, Debtor is authorized to pay to one non-insider employee the prepetition wages in a sum not to exceed $250.00 and is permitted to pay

such wages in accord with the Debtor's normal payroll practices without delay pursuant to the allowances of Federal Rule of Bankruptcy Procedure 6003.

    2.    Debtor is also authorized to pay and remit withholding, including social security, federal and state income taxes, garnishments and other types of withholding.

Dated: October 6, 2023.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT