United States Bankruptcy Court

District of North Dakota

In re:  
Drain Services Inc.  
    Debtor

Case No. 23-30352-skh  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0868-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 04, 2023      Form ID: 309F2      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |
| aty | + | John D. Schroeder, Zimney Foster P.C., 3100 S. Columbia Road, Ste. 200, Grand Forks, ND 58201-6062 |
| tr | + | Thomas Kapusta, PO Box 90624, Sioux Falls, SD 57109-0624 |
| cr | + | Choice Financial Group, 4501 23rd Avenue South, Fargo, ND 58104-8782 |
| 1089253 | + | Acme Electric Motor, Inc., c/o Scott Foyt, Registered Agent, 1101 N. Washington Street, Grand Forks, ND 58203-0734 |
| 1089254 | | Arvig Enterprises, Inc., f/k/a Smartsearch 150 2nd St SE, Perham, MN 56573 |
| 1089255 | + | Bank of the West, 1560 11th Ave E, West Fargo, ND 58078-5202 |
| 1089256 | + | Choice Financial Group, 4501 23rd Ave S, Fargo, ND 58104-8782 |
| 1089288 | + | Choice Financial Group, c/o Zimney Foster P.C., Attn: John D. Schroeder, 3100 S. Columbia Road, Suite 200, Grand Forks, ND 58201-6062 |
| 1089257 | + | DSI Investments, LLC, 1131 Legion Lane, West Fargo, ND 58078-8531 |
| 1089258 | + | Holcim - MWR, Inc., t/a Aggregate Industries, 2815 Dodd Road Ste 101, Saint Paul, MN 55121-1532 |
| 1089259 | + | Insure Forward, 5650 37th Ave S, Fargo, ND 58104-7883 |
| 1089262 | + | Kevin Cameron, c/o Drain Services Inc. 415 Main Ave E, West Fargo, ND 58078-5300 |
| 1089264 | + | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1089265 | + | Orion First Financial, L.L.C., P.O. Box 2149, Gig Harbor, WA 98335-4149 |
| 1089266 | + | Otter Tail Power Company, 215 S. Cascade St., Fergus Falls, MN 56537-2897 |
| 1089267 | | Perma Liner Industries, 3000 Automobile Blvd #300, Clearwater Beach, FL 33762 |
| 1089285 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1089268 | + | The City of Mapleton, North Dakota, P O Box 9, Mapleton, ND 58059-0009 |
| 1089269 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Oct 04 2023 18:49:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| 1089261 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 04 2023 18:49:00 | Internal Revenue Service, PO Box 145595, Cincinnati, OH 45250 |
| 1089263 | ^ | MEBN | Oct 04 2023 18:44:02 | Kubota Credit Corporation, U.S.A., PO Box 2046, Grapevine, TX 76099-2046 |
| 1089270 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 04 2023 18:49:00 | Xcel Energy, P.O. Box 8, Eau Claire, WI 54702 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1089260 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0868-3        User: admin        Page 2 of 2
Date Rcvd: Oct 04, 2023        Form ID: 309F2        Total Noticed: 24

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| Maurice VerStandig | on behalf of Debtor Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Drain Services Inc.** <br> Name | EIN: | 45–3577720 |
| United States Bankruptcy Court | District of North Dakota | Date case filed for chapter: | 11   10/2/23 |
| Case number: | 23–30352 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Drain Services Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 415 Main Ave E <br> Ste 691 <br> West Fargo, ND 58078 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice VerStandig <br> The Dakota Bankruptcy Firm <br> 1630 1st Avenue N <br> Suite B PMB 24 <br> Fargo, ND 58102 | Contact phone 701–394–3215 <br><br> Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Thomas Kapusta <br> PO Box 90624 <br> Sioux Falls, SD 57109 | Contact phone 605–376–6715 <br><br> Email: tkapusta@aol.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210 <br> FARGO, ND 58102 | Hours open: <br> 8:00am–4:30pm Mon–Fri <br><br> Contact phone (701) 297–7100 <br><br> Date: 10/4/23 |

**For more information, see page 2 >**

Debtor **Drain Services Inc.**                                                                                  Case number **23–30352**

| | | |
|---|---|---|
| **7. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 2, 2023 at 01:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Teleconference *ONLY*, Toll Free: 866–821–5980, Participant# 9065076** |
| **8. Proof of claim deadline** | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 12/11/23 |
| | **For a governmental unit:** | 4/1/24 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| **9. Exception to discharge deadline**  The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.  **Deadline for filing the complaint:** | 1/2/24 |
| **10. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |