United States Bankruptcy Court

District of North Dakota

In re:                                                                                    Case No. 23-30352-skh

Drain Services Inc.                                                            Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023                              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov |
| Maurice VerStandig | on behalf of Debtor Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3                          User: admin                                    Page 2 of 2
Date Rcvd: Oct 06, 2023                       Form ID: pdf2some                               Total Noticed: 1

Thomas Kapusta
                          tkapusta@aol.com


TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30352 |
| | ) | Chapter 11 – Subchapter V |
| Drain Services Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION TO RETAIN EXISTING BANK ACCOUNT

Debtor Drain Services Inc. filed a Motion to Retain Existing Bank Account. Doc. 10.  In its motion, Debtor argues that the Court should grant it authority to maintain its existing bank account in accord with prevailing notions of equity and a plain language reading of the Bankruptcy Code.  The United States Trustee asserted no objection to the motion.

On October 6, 2023, the Court held a hearing on the motion.  Based on the record, the Court finds cause for granting Debtor the relief it seeks. Therefore,

**IT IS ORDERED** that Debtor's Motion to Retain Existing Bank Account is granted.  Debtor is authorized to retain its existing bank account provided it complies with 11 U.S.C. § 345.

Dated:  October 6, 2023.

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT