United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30352-skh
Drain Services Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0868-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |
| Maurice VerStandig | on behalf of Debtor Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3                  User: admin                  Page 2 of 2
Date Rcvd: Oct 06, 2023           Form ID: pdf2some           Total Noticed: 1

Thomas Kapusta                  tkapusta@aol.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30352 |
| | ) | Chapter 11 – Subchapter V |
| Drain Services Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE TO PAY
PREPETITION EMPLOYEE WAGES TO ONE PERSON**

Debtor Drain Services Inc. filed a Motion for Leave to Pay Prepetition Employee Wages to One Person.  Doc. 9.  In its motion, Debtor seeks Court authority to pay the prepetition wages of one non-insider employee consistent with Debtor's normal payroll practices.  On October 6, 2023, the Court held a hearing on the motion.

For the reasons stated on the record and based on the motion and evidence received at the hearing, the Court finds cause for granting Debtor the relief it seeks. Specifically, the Court finds that paying the $250.00 in prepetition wages is necessary to protect and preserve the estate, critical to the operation of Debtor's business, and in the best interest of Debtor's estate, its creditors, and other parties in interest.  It also finds that payment of the prepetition wages listed in the motion is necessary to avoid immediate and irreparable harm.
Therefore,

**IT IS ORDERED** that Debtor's Motion for Leave to Pay Prepetition Employee Wages to One Person is granted.

1. Upon entry of this Order, Debtor is authorized to pay to one non-insider employee the prepetition wages in a sum not to exceed $250.00 and is permitted to pay

such wages in accord with the Debtor's normal payroll practices without delay pursuant to the allowances of Federal Rule of Bankruptcy Procedure 6003.

    2.    Debtor is also authorized to pay and remit withholding, including social security, federal and state income taxes, garnishments and other types of withholding.

Dated: October 6, 2023.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT