United States Bankruptcy Court
District of North Dakota

In re:     Case No. 23-30352-skh
Drain Services Inc.     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2
Date Rcvd: Oct 06, 2023     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net;amattingly@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov |
| Maurice VerStandig | on behalf of Debtor Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |
| Sarah J. Wencil | on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov |

District/off: 0868-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 06, 2023 | Form ID: pdf2some | Total Noticed: 1

Thomas Kapusta
                            tkapusta@aol.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 23-30352 |
| | ) | Chapter 11 – Subchapter V |
| Drain Services Inc., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING INTERIM RELIEF ON
MOTION FOR LEAVE TO USE CASH COLLATERAL**

Debtor Drain Services Inc. filed a Motion for Leave to Use Cash Collateral. Doc. 8. Choice Financial Group filed an objection. On October 6, 2023, the Court held a preliminary hearing on the motion. Based on the motion, exhibits and other evidence received during the October 6, 2023, hearing, the Court finds that use of a limited sum of cash collateral during the interim period is necessary to avoid immediate and irreparable harm. More specifically, the relief provided in this Order is necessary to maintain the Debtor's operations during the interim period. Accordingly, for the reasons stated on the record,

**IT IS ORDERED:**

1. The Motion is GRANTED on an interim basis.

2. Consistent with the weekly budget proposed, Debtor is authorized to use not more than $20,000 in cash collateral during the interim period, October 2, 2023, to October 17, 2023.

3. As adequate protection for Debtor's use of cash collateral, the Court finds that equity in Debtor's property serves as adequate protection for the limited use of cash collateral. Additionally, Debtor agreed to grant Choice Financial Group, the United States

Small Business Administration and the Internal Revenue Service replacement liens on cash generated by Debtor during the course of its Chapter 11 case up to the full sum of the cash collateral Debtor uses. Accordingly, to the extent Debtor uses prepetition cash collateral in which Choice Financial Group, the United States Small Business Administration and/or the Internal Revenue Service hold a security interest, Debtor is authorized to grant these creditors replacement liens, pursuant to 11 U.S.C. § 552, in Debtor's post-petition cash of the same priority, dignity, and effect as the prepetition liens on the prepetition property; provided such replacement liens will not attach to avoidance actions or other actions under Chapter 5 of the Bankruptcy Code or any proceeds or recoveries from them. The liens and security interests granted shall be effective and perfected without further act by any party.

The final hearing on this matter will be held on October 17, 2023, at 2:00 p.m. The deadline to object to final relief is noon on October 17, 2023.

Dated: October 6, 2023.

*/s/ Shon Hastings*

SHON HASTINGS, JUDGE
UNITED STATES BANKRUPTCY COURT