UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.                                                Bankr. No. 23-30352

Chapter 11

MOTION TO APPEAR BY TELEPHONE

    Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, October 17, 2023 at 2:00 p.m. on the Final Hearing on Motion for Leave to Use Cash Collateral.

    1.    The U.S. Trustee has no objection at this time to the relief requested. The court has set a telephonic hearing at the same time in the jointly administered chapter 11 case of Bourbon Street, LLC. 23-30246.

    2.    Travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: October 12, 2023        MARY R. JENSEN
                                          ACTING U.S. TRUSTEE REGION 12

                                          /s/ Sarah J. Wencil
                                          Sarah J. Wencil
                                          Office of the U.S. Trustee
                                          Suite 1015 U.S. Courthouse
                                          300 South Fourth St.
                                          Minneapolis, MN 55415
                                          Telephone: (612) 334-1366
                                          Sarah.J.Wencil@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**Drain Services, Inc.**                                **Bankr. No. 23-30352**

                                                        **Chapter 11**

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   October 12, 2023

                                        /s/ Sarah J. Wencil
                                        Sarah J. Wencil