UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Drain Services, Inc. | ) | Case No. 23-30352 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |

MOTION TO APPEAR BY TELEPHONE

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-1 allowing him to appear by telephone Tuesday, October 17, 2023 at 2:00pm on the Final Hearing on Motion for Leave to Use Cash Collateral.

The Subchapter V Trustee has no objections to the relief sought. Travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Trustee requests that he be allowed to appear by telephone.

Dated: October 12, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Drain Services, Inc. | ) | Case No. 23-30352 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:  October 12, 2023

/s/ Thomas Kapusta
Thomas Kapusta