(03/20)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## **EXHIBIT LIST**

Bankruptcy Case No: 23-30352

Adversary Case No:

Bankruptcy Case Title: Drain Services, Inc.

Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | * STIPULATED | OFFERED | § OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SBA-1 | 10/17/2023 | Alan Haut, SBA Dist Dir | Proof of Claim 1 | M | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

*  - O - Original Record & Authenticity Only
*  - A - Admitted into Evidence for all purposes
§  - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, the <u>Witness List, and Exhibit List</u> were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Thomas Kapusta
tkapusta@aol.com

Tracy A. Kennedy on behalf of Creditor Choice Financial Group
tracykennedy@northdakotalaw.net, brendadipersio@northdakotalaw.net

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

John D. Schroeder on behalf of Creditor Choice Financial Group
jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net

Maurice VerStandig on behalf of Debtor Drain Services Inc.
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

_____
Margo M. Kern, Secretary
Office of the United States Attorney