(12/11)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## WITNESS LIST

Bankruptcy Case Name: Drain Services, Inc.
Bankruptcy Case No.: 23-30352                    Chapter 11

Contested Matter (_)
Adversary Proceeding No.: _____
Adversary Proceeding Title: _____

Witness(es) to be called by: United States of America

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Alan Haut, SBA Deputy District Director, 657 2nd Ave. N. Fargo, ND 58108 | May | Foundation for admission of SBA proof of claim |
| IRS employee TBD | May | Amount of unpaid federal tax debt; nature of underlying tax; federal tax lien filing information |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Use Additional Sheet(s) For Additional Witnesses

# CERTIFICATE OF SERVICE

       I hereby certify that on October 13, 2023, the Witness List, and Exhibit List were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Thomas Kapusta
tkapusta@aol.com

Tracy A. Kennedy on behalf of Creditor Choice Financial Group
tracykennedy@northdakotalaw.net, brendadipersio@northdakotalaw.net

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

John D. Schroeder on behalf of Creditor Choice Financial Group
jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net

Maurice VerStandig on behalf of Debtor Drain Services Inc.
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov


*/s/ Margo M. Kern*

_____
Margo M. Kern, Secretary
Office of the United States Attorney

2