(12/11)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## AMENDED WITNESS LIST

Bankruptcy Case Name: Drain Services, Inc.
Bankruptcy Case No.: 23-30352                           Chapter 11

Contested Matter (_)
Adversary Proceeding No.: _____
Adversary Proceeding Title: _____

Witness(es) to be called by: United States of America

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Alan Haut<br>SBA District Director<br>657 2nd Ave. N.<br>Fargo, ND 58108 | May | foundation for admission of SBA proof of claim;<br>facts related to loan SBA made to debtor |
| Michael Reinhardt<br>IRS Revenue Officer<br>657 2nd Ave. N<br>Fargo, ND 58102 | May | amount of unpaid federal tax debt;<br>nature of underlying tax;<br>federal tax lien filing information; |
| Kevin Cameron,<br>c/o Drain Services, Inc. | May | income, expenses, assets and liabilities of Drain Services, Inc.;<br>facts related to loan SBA made to debtor |
|  |  |  |
|  |  |  |
|  |  |  |

Use Additional Sheet(s) For Additional Witnesses

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2023, the **AMENDED WITNESS LIST** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Thomas Kapusta
tkapusta@aol.com

Tracy A. Kennedy on behalf of Creditor Choice Financial Group
tracykennedy@northdakotalaw.net, brendadipersio@northdakotalaw.net

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

John D. Schroeder on behalf of Creditor Choice Financial Group
jschroeder@northdakotalaw.net, karensyrstad@northdakotalaw.net

Caren W. Stanley on behalf of Creditor Tony Hamilton
cstanley@vogellaw.com, jnona@vogellaw.com;sthompson@vogellaw.com;
kjohnson@vogellaw.com

Maurice VerStandig on behalf of Debtor Drain Services Inc.
mac@mbvesq.com, mac@dakotabankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Sarah J. Wencil on behalf of U.S. Trustee Robert B. Raschke
sarah.j.wencil@usdoj.gov

*Margo M. Kern* (signature)

_____
Margo M. Kern, Secretary
Office of the United States Attorney

1