UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Drain Services, Inc.**                                           **Bankr. No. 23-30352**

                                                                   **Chapter 11**

---

### MOTION TO APPEAR BY TELEPHONE

---

      Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by telephone on Tuesday, October 31, 2023 at 1:00 p.m. on the Final Hearing on Motion for Leave to Use Cash Collateral.

      1.      The U.S. Trustee has no objection at this time to the relief requested.

      2.      Travel to Fargo, North Dakota would be unduly burdensome and expensive.

      WHEREFORE, Counsel requests that she be allowed to appear by telephone.

Dated: October 26, 2023          MARY R. JENSEN
                                         ACTING U.S. TRUSTEE REGION 12

                                         /s/ Sarah J. Wencil
                                         Sarah J. Wencil
                                         Office of the U.S. Trustee
                                         Suite 1015 U.S. Courthouse
                                         300 South Fourth St.
                                         Minneapolis, MN 55415
                                         Telephone: (612) 334-1366
                                         Sarah.J.Wencil@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

**Drain Services, Inc.**  **Bankr. No. 23-30352**

**Chapter 11**

## CERTIFICATE OF SERVICE

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   October 26, 2023

/s/ Sarah J. Wencil
Sarah J. Wencil