UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                  Bankruptcy No. 23-30352
                                                                        Chapter 7
Drain Services Inc.,

                               Debtor.
_____/
IN THE MATTER OF:

Final Hearing on Motion by Debtor for Leave to Use
Cash Collateral filed October 2, 2023. (Doc. 8)
_____/

**NOTICE OF HEARING CHANGE**

PLEASE TAKE NOTICE that the Final Hearing on Debtor's Motion for Leave to Use Cash Collateral (Doc. 8) currently scheduled for a courtroom hearing on **Tuesday, October 31, 2023, at 1:00 p.m.** will instead be held as a **telephonic hearing** on <u>**Tuesday, October 31, 2023, at 1:30 p.m. (Central Standard Time)**</u>. Please use the following instructions for the conference call.

Telephonic Conference Instructions:

1) Call **701-297-7115**
2) Enter the Meeting ID **088076463#**
3) After the Meeting ID is entered you will be connected into the conference.
4) Please identify yourself after you have joined the conference.

Dated:  October 30, 2023.                      Kay A. Melquist, Clerk
                                               United States Bankruptcy Court
                                               Quentin N. Burdick United States Courthouse
                                               655 1st Avenue South, Suite 210
                                               Fargo, ND 58102-4932

                                    By:        _/s/   Sharon Horsager_____
                                               Sharon Horsager, Deputy Clerk

Copy served electronically October 30, 2023, to Electronic Mail Notice List for Case No. 23-30352.