# EASY-KLEEN ®

## PRESSURE SYSTEMS LTD.

### MANUFACTURER OF HIGH PRESSURE CLEANING EQUIPMENT

*The Longest Lasting Pressure Washers On The Market*

## PORTABLE JETTER



GROUNDHOG
JETTERS



**MANUFACTURED IN CANADA** 🍁

 
Intertek


SINCE 1982

## 1-800-315-5533

**EASY-KLEEN**
PRESSURE SYSTEMS LTD. ®
MANUFACTURER OF HIGH PRESSURE CLEANING EQUIPMENT

**JETTERS**

# *GROUNDHOG*
# *JETTERS*



**Mr. Rooter** *"The Best Van Pack In The Business"*
- *Brad Sims, Mr. Rooter*

### EZJ3512G ▶

*Designed to be transported in a pickup truck or the
side or rear door of a van.*

- 35 HP Vanguard Gasoline Engine
- Pump (Gearbox Driven)
- 12 GPM @ 3500
- 12 Volt Hose Reel Complete With
  Hose Guides, Super Swivel and
  Foot Pedal Control
- 300 Feet of 3/8" Jetter Hose
- 10 Gallon Poly Fuel Tank
- 200 Gallon Poly Water Tank

EZJ3512G-R
12 GPM @ 3500 PSI
with *Optional Remote - Add (-R)*

64" x 42" x 45"



144" x 72" x 60"

EZJ4020D-R
20 GPM @ 4000 PSI
with Optional Remote

### EZJ4020D ▲

*Designed to be truck or
trailer mounted*

- 60 HP Kubota Diesel Engine
- Pump (Belt Driven)
- 20 GPM @ 4000 PSI
- Hydraulic Driven Hose Reel
- 300 Feet of 1/2" Jetter Hose
- 525 Gallon Poly Water Tank

**VAC Truck Heater/Jetting
Combo Unit** ▶
Bolt on cabinet unit for Septic
and Jetting trucks.
- 20 GPM @ 4000 PSI
- 1,000,000 BTUs



EZJ4020HD

| MODEL | GPM | PSI | HP | DRIVE | WATER TANK | FUEL TANK | HOSE REEL |
|-------|-----|-----|-----|-------|-----------|-----------|-----------|
| EZJ3512G | 12 | 3500 | 35 HP VANGUARD | GEARBOX | 200 GALLON | 10 GALLON | 12 VOLT - 300 FT |
| EZJ4020D/SKID | 20 | 4000 | 60 HP KUBOTA | BELT | 525 GALLON | 10 GALLON | HYDRAULIC - 300 FT |

**1-800-315-5533**

*WARNING: California Proposition 65 - www.P65Warnings.ca.gov)*

Case 23-30352    Doc 61-1    Filed 10/30/23    Entered 10/30/23 20:22:27    Desc  Exhibit A (Part 2) Page 3 of 4

**EASY-KLEEN**
PRESSURE SYSTEMS LTD.
MANUFACTURER OF HIGH PRESSURE CLEANING EQUIPMENT

# *LEARN MORE FROM OUR VIDEOS!*

## VANPACK JETTER

### Hosted by Mike

The Groundhog Jetter is designed to clean clogged pipes with a 35 HP Vanguard Engine that provides 12 GPM @ 3500 PSI. It is compact and easily transported in a pickup truck or van.

## JETTER SKID

### Hosted by Josh

The Easy-Kleen Jetter Skid has a 58 HP Kubota Engine that delivers 16 GPM @ 4000 PSI, and has the power to clean through clogged pipes with ease. It is designed to be truck or trailer mounted for easy access and portability.

# *OPTIONAL HEATER PACKAGES AVAILABLE*




## MODULAR HOT WATER HEATERS

### Hosted by Mike

Introducing our install-ready Hot Water Oil Fired Modular Heaters for vacuum or hydro vac trucks. The coils have been specially designed for maximum heating and are enclosed in a rugged heavy-gauge cabinet for durability, even in severe road conditions.

Modular Heaters
• Up To 10,000 PSI
• 2 to 80 GPM
• Up to 2,000,000 BTUs
Available with or without cabinet

WARNING: California Proposition 65 - www.P65Warnings.ca.gov)

*1-800-315-5533*



# FRAME OPTIONS & ACCESSORIES



## JETTER NOZZLE KITS
Selection of 4 nozzles, so you are covered for any jetting application.
Available in the following:
11 or 12 GPM @ 3000 PSI, 3/8" Nozzle
18 or 20 GPM @ 4000 PSI, 1/2" Nozzle

  
1/8"    1/4"    3/8"

## SEWER/CULVERT NOZZLES
The reverse jets pull the hose through the pipe or sewer line and blast debris from line or pipe walls. These sewer/culvert nozzles are available in 1/8", 1/4" and 3/8" with 5.5 orifice with 1 front jet and 3 back jets. Rated at 4200 PSI.



## HYDRO EXCAVATION NOZZLE
This Ripsaw Rotating Turbo nozzle is specifically designed and engineered for the rugged Hydro-Excavation industry. It's cone shaped flow pattern (18˚) is ideal for potholing applications. 35% faster than regular rotary tips.



## BLACK JETTER HOSE
Available in the following:
1/8" in 50' or 100' length
1/4" in 50', 100', 200', or 300' lengths
3/8" in 100', 200', or 300' lengths



## HYDRAULIC HOSE REEL
180˚, RIGHT & LEFT SWIVEL (HOLDS 1000' OF 1/2" HP HOSE / 600' OF 3/4" JETTER HOSE)
**Hose not included.**



## JETTER HOSE REEL KIT
Electric driven hose reel with a 12 volt motor and roller bracket. It has 300' capacity.
**Hose not included.**



## HOSE REEL TROLLEY KITS
For the ability to move hose around easily.
**Hose and joiner hose not included.**


SWT-FTSW-SNP-Y        SWT-FV5012

## FOOT PEDAL INLINE
When operating sewer or jetter machine, this allows hands to be free. SWT-FV5012 12 GPM @ 5000 PSI, 300˚ F.


**EZO440**
440,000 BTUs
Oil Fired Burner

## HEATER PACKAGE
Add hot water to your Sewer Jetter System with a Modular Heater. Increases speed and efficiency when cleaning out ice or grease.

# OPEN & ENCLOSED JETTER TRAILERS

### OPEN JETTER TRAILER
Twin Engine Jetter Trailer
Complete turnkey open jetter trailers available in either 8 or 14 foot trailers. Great for mobile service and trailers have a compact design.

### CUSTOM JETTER TRAILER
2 x 38 HP Kohler Gasoline Engines
Dual Pump System
20 GPM @ 4000 PSI

### ENCLOSED JETTER TRAILER
Complete turnkey jetter trailer kits available in 8, 14, and 16 foot trailers. Your jetter equipment is ready to go and protected from the elements. The trailer also allows you to drop your trailer at the job side and free up your truck.



**1-800-315-5533**

WARNING: California Proposition 65 - www.P65Warnings.ca.gov