| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Sum |
|---|---|---|---|---|---|---|
| 1 | 1 | U.S. Small Business Administration | $527,810.02 | $527,810.02 | $0.00 | $527,810.02 |
| 2 | n/a | Bank of the West | $15,738.62 | $15,738.62 | $0.00 | $15,738.62 |
| 2 | n/a | Choice Financial Group | $66,675.71 | $66,675.71 | $0.00 | $56,424.53 |
| 2 | n/a | Choice Financial Group | $16,644.44 | $16,644.44 | $0.00 | $0.00 |
| 2 | n/a | Choice Financial Group | $122,792.85 | $122,792.85 | $0.00 | $122,792.85 |
| 2 | n/a | Choice Financial Group | $87,990.45 | $87,990.45 | $0.00 | $87,990.45 |
| 3 | 2 | Xcel Energy | $192.55 | $0.00 | $0.00 | $192.55 |
| 3 | n/a | Insure Forward | $23,000.00 | $0.00 | $0.00 | $23,000.00 |
| 3 | n/a | Kaler Doeling, PLLP | $12,000.00 | $0.00 | $0.00 | $12,000.00 |
| 3 | n/a | Perma Line Industries | $12,000.00 | $0.00 | $0.00 | $12,000.00 |
| 3 | 3 | Internal Revenue Service | $1,036.03 | $0.00 | $0.00 | $1,036.03 |
| 4 | n/a | DSI Investments, LLC | $24,000.00 | $0.00 | $0.00 | $24,000.00 |
| n/a | 3 | Internal Revenue Service | $53,385.69 | $53,333.25 | $52.44 | $53,385.69 |