| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $53,333.25 | $0.00 | -$355.56 | $355.56 | $53,688.81 |
| February-24 | $53,688.81 | $0.00 | -$357.93 | $357.93 | $54,046.74 |
| March-24 | $54,046.74 | $0.00 | -$360.31 | $360.31 | $54,407.05 |
| April-24 | $54,407.05 | $1,184.76 | $822.05 | $362.71 | $53,585.00 |
| May-24 | $53,585.00 | $1,184.76 | $827.53 | $357.23 | $52,757.47 |
| June-24 | $52,757.47 | $1,184.76 | $833.04 | $351.72 | $51,924.43 |
| July-24 | $51,924.43 | $1,184.76 | $838.60 | $346.16 | $51,085.83 |
| August-24 | $51,085.83 | $1,184.76 | $844.19 | $340.57 | $50,241.64 |
| September-24 | $50,241.64 | $1,184.76 | $849.82 | $334.94 | $49,391.82 |
| October-24 | $49,391.82 | $1,184.76 | $855.48 | $329.28 | $48,536.34 |
| November-24 | $48,536.34 | $1,184.76 | $861.18 | $323.58 | $47,675.16 |
| December-24 | $47,675.16 | $1,184.76 | $866.93 | $317.83 | $46,808.23 |
| January-25 | $46,808.23 | $1,184.76 | $872.71 | $312.05 | $45,935.52 |
| February-25 | $45,935.52 | $1,184.76 | $878.52 | $306.24 | $45,057.00 |
| March-25 | $45,057.00 | $1,184.76 | $884.38 | $300.38 | $44,172.62 |
| April-25 | $44,172.62 | $1,184.76 | $890.28 | $294.48 | $43,282.34 |
| May-25 | $43,282.34 | $1,184.76 | $896.21 | $288.55 | $42,386.13 |
| June-25 | $42,386.13 | $1,184.76 | $902.19 | $282.57 | $41,483.94 |
| July-25 | $41,483.94 | $1,184.76 | $908.20 | $276.56 | $40,575.74 |
| August-25 | $40,575.74 | $1,184.76 | $914.26 | $270.50 | $39,661.48 |
| September-25 | $39,661.48 | $1,184.76 | $920.35 | $264.41 | $38,741.13 |
| October-25 | $38,741.13 | $1,184.76 | $926.49 | $258.27 | $37,814.64 |
| November-25 | $37,814.64 | $1,184.76 | $932.66 | $252.10 | $36,881.98 |
| December-25 | $36,881.98 | $1,184.76 | $938.88 | $245.88 | $35,943.10 |
| January-26 | $35,943.10 | $1,184.76 | $945.14 | $239.62 | $34,997.96 |
| February-26 | $34,997.96 | $1,184.76 | $951.44 | $233.32 | $34,046.52 |
| March-26 | $34,046.52 | $1,184.76 | $957.78 | $226.98 | $33,088.74 |
| April-26 | $33,088.74 | $1,184.76 | $964.17 | $220.59 | $32,124.57 |
| May-26 | $32,124.57 | $1,184.76 | $970.60 | $214.16 | $31,153.97 |
| June-26 | $31,153.97 | $1,184.76 | $977.07 | $207.69 | $30,176.90 |
| July-26 | $30,176.90 | $1,184.76 | $983.58 | $201.18 | $29,193.32 |
| August-26 | $29,193.32 | $1,184.76 | $990.14 | $194.62 | $28,203.18 |
| September-26 | $28,203.18 | $1,184.76 | $996.74 | $188.02 | $27,206.44 |
| October-26 | $27,206.44 | $1,184.76 | $1,003.38 | $181.38 | $26,203.06 |
| November-26 | $26,203.06 | $1,184.76 | $1,010.07 | $174.69 | $25,192.99 |
| December-26 | $25,192.99 | $1,184.76 | $1,016.81 | $167.95 | $24,176.18 |
| January-27 | $24,176.18 | $1,184.76 | $1,023.59 | $161.17 | $23,152.59 |
| February-27 | $23,152.59 | $1,184.76 | $1,030.41 | $154.35 | $22,122.18 |
| March-27 | $22,122.18 | $1,184.76 | $1,037.28 | $147.48 | $21,084.90 |
| April-27 | $21,084.90 | $1,184.76 | $1,044.19 | $140.57 | $20,040.71 |
| May-27 | $20,040.71 | $1,184.76 | $1,051.16 | $133.60 | $18,989.55 |
| June-27 | $18,989.55 | $1,184.76 | $1,058.16 | $126.60 | $17,931.39 |
| July-27 | $17,931.39 | $1,184.76 | $1,065.22 | $119.54 | $16,866.17 |
| August-27 | $16,866.17 | $1,184.76 | $1,072.32 | $112.44 | $15,793.85 |
| September-27 | $15,793.85 | $1,184.76 | $1,079.47 | $105.29 | $14,714.38 |
| October-27 | $14,714.38 | $1,184.76 | $1,086.66 | $98.10 | $13,627.72 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| November-27 | $13,627.72 | $1,184.76 | $1,093.91 | $90.85 | $12,533.81 |
| December-27 | $12,533.81 | $1,184.76 | $1,101.20 | $83.56 | $11,432.61 |
| January-28 | $11,432.61 | $1,184.76 | $1,108.54 | $76.22 | $10,324.07 |
| February-28 | $10,324.07 | $1,184.76 | $1,115.93 | $68.83 | $9,208.14 |
| March-28 | $9,208.14 | $1,184.76 | $1,123.37 | $61.39 | $8,084.77 |
| April-28 | $8,084.77 | $1,184.76 | $1,130.86 | $53.90 | $6,953.91 |
| May-28 | $6,953.91 | $1,184.76 | $1,138.40 | $46.36 | $5,815.51 |
| June-28 | $5,815.51 | $1,184.76 | $1,145.99 | $38.77 | $4,669.52 |
| July-28 | $4,669.52 | $1,184.76 | $1,153.63 | $31.13 | $3,515.89 |
| August-28 | $3,515.89 | $1,184.76 | $1,161.32 | $23.44 | $2,354.57 |
| September-28 | $2,354.57 | $1,184.76 | $1,169.06 | $15.70 | $1,185.51 |
| October-28 | $1,185.51 | $1,193.41 | $1,185.51 | $7.90 | $0.00 |