| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $267,207.83 | $0.00 | -$1,781.39 | $1,781.39 | $268,989.22 |
| February-24 | $268,989.22 | $0.00 | -$1,793.26 | $1,793.26 | $270,782.48 |
| March-24 | $270,782.48 | $0.00 | -$1,805.22 | $1,805.22 | $272,587.70 |
| April-24 | $272,587.70 | $5,763.88 | $3,946.63 | $1,817.25 | $268,641.07 |
| May-24 | $268,641.07 | $5,763.88 | $3,972.94 | $1,790.94 | $264,668.13 |
| June-24 | $264,668.13 | $5,763.88 | $3,999.43 | $1,764.45 | $260,668.70 |
| July-24 | $260,668.70 | $5,763.88 | $4,026.09 | $1,737.79 | $256,642.61 |
| August-24 | $256,642.61 | $5,763.88 | $4,052.93 | $1,710.95 | $252,589.68 |
| September-24 | $252,589.68 | $5,763.88 | $4,079.95 | $1,683.93 | $248,509.73 |
| October-24 | $248,509.73 | $5,763.88 | $4,107.15 | $1,656.73 | $244,402.58 |
| November-24 | $244,402.58 | $5,763.88 | $4,134.53 | $1,629.35 | $240,268.05 |
| December-24 | $240,268.05 | $5,763.88 | $4,162.09 | $1,601.79 | $236,105.96 |
| January-25 | $236,105.96 | $5,763.88 | $4,189.84 | $1,574.04 | $231,916.12 |
| February-25 | $231,916.12 | $5,763.88 | $4,217.77 | $1,546.11 | $227,698.35 |
| March-25 | $227,698.35 | $5,763.88 | $4,245.89 | $1,517.99 | $223,452.46 |
| April-25 | $223,452.46 | $5,763.88 | $4,274.20 | $1,489.68 | $219,178.26 |
| May-25 | $219,178.26 | $5,763.88 | $4,302.69 | $1,461.19 | $214,875.57 |
| June-25 | $214,875.57 | $5,763.88 | $4,331.38 | $1,432.50 | $210,544.19 |
| July-25 | $210,544.19 | $5,763.88 | $4,360.25 | $1,403.63 | $206,183.94 |
| August-25 | $206,183.94 | $5,763.88 | $4,389.32 | $1,374.56 | $201,794.62 |
| September-25 | $201,794.62 | $5,763.88 | $4,418.58 | $1,345.30 | $197,376.04 |
| October-25 | $197,376.04 | $5,763.88 | $4,448.04 | $1,315.84 | $192,928.00 |
| November-25 | $192,928.00 | $5,763.88 | $4,477.69 | $1,286.19 | $188,450.31 |
| December-25 | $188,450.31 | $5,763.88 | $4,507.54 | $1,256.34 | $183,942.77 |
| January-26 | $183,942.77 | $5,763.88 | $4,537.59 | $1,226.29 | $179,405.18 |
| February-26 | $179,405.18 | $5,763.88 | $4,567.85 | $1,196.03 | $174,837.33 |
| March-26 | $174,837.33 | $5,763.88 | $4,598.30 | $1,165.58 | $170,239.03 |
| April-26 | $170,239.03 | $5,763.88 | $4,628.95 | $1,134.93 | $165,610.08 |
| May-26 | $165,610.08 | $5,763.88 | $4,659.81 | $1,104.07 | $160,950.27 |
| June-26 | $160,950.27 | $5,763.88 | $4,690.88 | $1,073.00 | $156,259.39 |
| July-26 | $156,259.39 | $5,763.88 | $4,722.15 | $1,041.73 | $151,537.24 |
| August-26 | $151,537.24 | $5,763.88 | $4,753.63 | $1,010.25 | $146,783.61 |
| September-26 | $146,783.61 | $5,763.88 | $4,785.32 | $978.56 | $141,998.29 |
| October-26 | $141,998.29 | $5,763.88 | $4,817.22 | $946.66 | $137,181.07 |
| November-26 | $137,181.07 | $5,763.88 | $4,849.34 | $914.54 | $132,331.73 |
| December-26 | $132,331.73 | $5,763.88 | $4,881.67 | $882.21 | $127,450.06 |
| January-27 | $127,450.06 | $5,763.88 | $4,914.21 | $849.67 | $122,535.85 |
| February-27 | $122,535.85 | $5,763.88 | $4,946.97 | $816.91 | $117,588.88 |
| March-27 | $117,588.88 | $5,763.88 | $4,979.95 | $783.93 | $112,608.93 |
| April-27 | $112,608.93 | $5,763.88 | $5,013.15 | $750.73 | $107,595.78 |
| May-27 | $107,595.78 | $5,763.88 | $5,046.57 | $717.31 | $102,549.21 |
| June-27 | $102,549.21 | $5,763.88 | $5,080.22 | $683.66 | $97,468.99 |
| July-27 | $97,468.99 | $5,763.88 | $5,114.09 | $649.79 | $92,354.90 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| August-27 | $92,354.90 | $5,763.88 | $5,148.18 | $615.70 | $87,206.72 |
| September-27 | $87,206.72 | $5,763.88 | $5,182.50 | $581.38 | $82,024.22 |
| October-27 | $82,024.22 | $5,763.88 | $5,217.05 | $546.83 | $76,807.17 |
| November-27 | $76,807.17 | $5,763.88 | $5,251.83 | $512.05 | $71,555.34 |
| December-27 | $71,555.34 | $5,763.88 | $5,286.84 | $477.04 | $66,268.50 |
| January-28 | $66,268.50 | $5,763.88 | $5,322.09 | $441.79 | $60,946.41 |
| February-28 | $60,946.41 | $5,763.88 | $5,357.57 | $406.31 | $55,588.84 |
| March-28 | $55,588.84 | $5,763.88 | $5,393.29 | $370.59 | $50,195.55 |
| April-28 | $50,195.55 | $5,763.88 | $5,429.24 | $334.64 | $44,766.31 |
| May-28 | $44,766.31 | $5,763.88 | $5,465.44 | $298.44 | $39,300.87 |
| June-28 | $39,300.87 | $5,763.88 | $5,501.87 | $262.01 | $33,799.00 |
| July-28 | $33,799.00 | $5,763.88 | $5,538.55 | $225.33 | $28,260.45 |
| August-28 | $28,260.45 | $5,763.88 | $5,575.48 | $188.40 | $22,684.97 |
| September-28 | $22,684.97 | $5,763.88 | $5,612.65 | $151.23 | $17,072.32 |
| October-28 | $17,072.32 | $5,763.88 | $5,650.06 | $113.82 | $11,422.26 |
| November-28 | $11,422.26 | $5,763.88 | $5,687.73 | $76.15 | $5,734.53 |
| December-28 | $5,734.53 | $5,772.76 | $5,734.53 | $38.23 | $0.00 |