| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $15,738.62 | $0.00 | -$104.92 | $104.92 | $15,843.54 |
| February-24 | $15,843.54 | $0.00 | -$105.62 | $105.62 | $15,949.16 |
| March-24 | $15,949.16 | $0.00 | -$106.33 | $106.33 | $16,055.49 |
| April-24 | $16,055.49 | $344.36 | $237.32 | $107.04 | $15,818.17 |
| May-24 | $15,818.17 | $344.36 | $238.91 | $105.45 | $15,579.26 |
| June-24 | $15,579.26 | $344.36 | $240.50 | $103.86 | $15,338.76 |
| July-24 | $15,338.76 | $344.36 | $242.10 | $102.26 | $15,096.66 |
| August-24 | $15,096.66 | $344.36 | $243.72 | $100.64 | $14,852.94 |
| September-24 | $14,852.94 | $344.36 | $245.34 | $99.02 | $14,607.60 |
| October-24 | $14,607.60 | $344.36 | $246.98 | $97.38 | $14,360.62 |
| November-24 | $14,360.62 | $344.36 | $248.62 | $95.74 | $14,112.00 |
| December-24 | $14,112.00 | $344.36 | $250.28 | $94.08 | $13,861.72 |
| January-25 | $13,861.72 | $344.36 | $251.95 | $92.41 | $13,609.77 |
| February-25 | $13,609.77 | $344.36 | $253.63 | $90.73 | $13,356.14 |
| March-25 | $13,356.14 | $344.36 | $255.32 | $89.04 | $13,100.82 |
| April-25 | $13,100.82 | $344.36 | $257.02 | $87.34 | $12,843.80 |
| May-25 | $12,843.80 | $344.36 | $258.73 | $85.63 | $12,585.07 |
| June-25 | $12,585.07 | $344.36 | $260.46 | $83.90 | $12,324.61 |
| July-25 | $12,324.61 | $344.36 | $262.20 | $82.16 | $12,062.41 |
| August-25 | $12,062.41 | $344.36 | $263.94 | $80.42 | $11,798.47 |
| September-25 | $11,798.47 | $344.36 | $265.70 | $78.66 | $11,532.77 |
| October-25 | $11,532.77 | $344.36 | $267.47 | $76.89 | $11,265.30 |
| November-25 | $11,265.30 | $344.36 | $269.26 | $75.10 | $10,996.04 |
| December-25 | $10,996.04 | $344.36 | $271.05 | $73.31 | $10,724.99 |
| January-26 | $10,724.99 | $344.36 | $272.86 | $71.50 | $10,452.13 |
| February-26 | $10,452.13 | $344.36 | $274.68 | $69.68 | $10,177.45 |
| March-26 | $10,177.45 | $344.36 | $276.51 | $67.85 | $9,900.94 |
| April-26 | $9,900.94 | $344.36 | $278.35 | $66.01 | $9,622.59 |
| May-26 | $9,622.59 | $344.36 | $280.21 | $64.15 | $9,342.38 |
| June-26 | $9,342.38 | $344.36 | $282.08 | $62.28 | $9,060.30 |
| July-26 | $9,060.30 | $344.36 | $283.96 | $60.40 | $8,776.34 |
| August-26 | $8,776.34 | $344.36 | $285.85 | $58.51 | $8,490.49 |
| September-26 | $8,490.49 | $344.36 | $287.76 | $56.60 | $8,202.73 |
| October-26 | $8,202.73 | $344.36 | $289.68 | $54.68 | $7,913.05 |
| November-26 | $7,913.05 | $344.36 | $291.61 | $52.75 | $7,621.44 |
| December-26 | $7,621.44 | $344.36 | $293.55 | $50.81 | $7,327.89 |
| January-27 | $7,327.89 | $344.36 | $295.51 | $48.85 | $7,032.38 |
| February-27 | $7,032.38 | $344.36 | $297.48 | $46.88 | $6,734.90 |
| March-27 | $6,734.90 | $344.36 | $299.46 | $44.90 | $6,435.44 |
| April-27 | $6,435.44 | $344.36 | $301.46 | $42.90 | $6,133.98 |
| May-27 | $6,133.98 | $344.36 | $303.47 | $40.89 | $5,830.51 |
| June-27 | $5,830.51 | $344.36 | $305.49 | $38.87 | $5,525.02 |
| July-27 | $5,525.02 | $344.36 | $307.53 | $36.83 | $5,217.49 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| August-27 | $5,217.49 | $344.36 | $309.58 | $34.78 | $4,907.91 |
| September-27 | $4,907.91 | $344.36 | $311.64 | $32.72 | $4,596.27 |
| October-27 | $4,596.27 | $344.36 | $313.72 | $30.64 | $4,282.55 |
| November-27 | $4,282.55 | $344.36 | $315.81 | $28.55 | $3,966.74 |
| December-27 | $3,966.74 | $344.36 | $317.92 | $26.44 | $3,648.82 |
| January-28 | $3,648.82 | $344.36 | $320.03 | $24.33 | $3,328.79 |
| February-28 | $3,328.79 | $344.36 | $322.17 | $22.19 | $3,006.62 |
| March-28 | $3,006.62 | $344.36 | $324.32 | $20.04 | $2,682.30 |
| April-28 | $2,682.30 | $344.36 | $326.48 | $17.88 | $2,355.82 |
| May-28 | $2,355.82 | $344.36 | $328.65 | $15.71 | $2,027.17 |
| June-28 | $2,027.17 | $344.36 | $330.85 | $13.51 | $1,696.32 |
| July-28 | $1,696.32 | $344.36 | $333.05 | $11.31 | $1,363.27 |
| August-28 | $1,363.27 | $344.36 | $335.27 | $9.09 | $1,028.00 |
| September-28 | $1,028.00 | $344.36 | $337.51 | $6.85 | $690.49 |
| October-28 | $690.49 | $344.36 | $339.76 | $4.60 | $350.73 |
| November-28 | $350.73 | $344.36 | $342.02 | $2.34 | $8.71 |
| December-28 | $8.71 | $8.77 | $8.71 | $0.06 | $0.00 |