IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF PLAN OF REORGANIZATION

NOTICE IS HEREBY GIVEN that Drain Services Inc. has filed a Subchapter V Plan of Reorganization. A copy of the plan is being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the plan, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty eight (28) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

NOTICE IS FURTHER GIVEN that those entitled to vote on the plan, who are receiving ballots alongside the plan, must return the ballots to undersigned counsel – via US Mail or e-mail – on or before December 7, 2023. Further instructions are imprinted on the ballots. Many parties receiving this notice and the plan are *not* receiving ballots because they are not entitled to vote on confirmation of the plan; such parties may still object to confirmation of the plan, however.

NOTICE IS FURTHER GIVEN that a confirmation hearing will be scheduled by the United States Bankruptcy Court for the District of North Dakota, at which time confirmation of the plan will be considered by the court. It is reasonably anticipated the hearing will be on December 12, 2023 at 10:00 am, but that time and date have not yet been formally fixed. Once a confirmation hearing is formally scheduled, notice of the same will be served under separate cover.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: November 8, 2023      By:      /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*