|  | 2024 | 2025 | 2026 | 2027 | 2028 |
|---|---|---|---|---|---|
| **Payroll** | $ 200,000 | $ 210,000 | $ 220,500 | $ 231,525 | $ 243,101 |
| **Payroll Taxes** | $ 30,000 | $ 31,500 | $ 33,075 | $ 34,729 | $ 36,465 |
| **Materials** | $ 80,000 | $ 84,000 | $ 88,200 | $ 92,610 | $ 97,241 |
| **Subcontractors** | $ 75,000 | $ 78,750 | $ 82,688 | $ 86,822 | $ 91,163 |
| **Utilities** | $ 22,000 | $ 23,100 | $ 24,255 | $ 25,468 | $ 26,741 |
| **Rent** | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 | $ 36,000 |
| **Insurance** | $ 40,000 | $ 42,000 | $ 44,100 | $ 46,305 | $ 48,620 |
| **Fuel** | $ 18,000 | $ 18,900 | $ 19,845 | $ 20,837 | $ 21,879 |
| **Maintenance** | $ 30,000 | $ 31,500 | $ 33,075 | $ 34,729 | $ 36,465 |
| **Equipment** | $ 60,000 | $ 63,000 | $ 66,150 | $ 69,458 | $ 72,930 |
| **T&E** | $ 42,000 | $ 44,100 | $ 46,305 | $ 48,620 | $ 51,051 |
| **Plan Payments** | $ 118,260 | $ 118,260 | $ 118,260 | $ 118,260 | $ 118,260 |
| **Total Expenses** | $ 751,260 | $ 781,110 | $ 812,453 | $ 845,362 | $ 879,917 |
| **Income** | $ 800,000 | $ 840,000 | $ 882,000 | $ 926,100 | $ 972,405 |
| **Misc/Reserve** | $ 48,740.00 | $ 58,890.00 | $ 69,547.50 | $ 80,737.88 | $ 92,487.77 |