IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 23-30352 |
| ) | (Chapter 11) |
| DRAIN SERVICES INC. ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of November, 2023, I caused to be mailed copies of (i) the plan of reorganization (DE #69), excluding the notice appended thereto at DE #69-5; (ii) this Honorable Court's scheduling order (DE #70); (iii) the Debtor's projections in support of the plan of reorganization (DE #71); and (iv) a class 1 ballot, to:

> U.S. Small Business Administration
> John W. Baker, District Counsel
> 721 19th Street, Suite 426
> Denver CO 80202

I FURTHER CERTIFY that on this 9th day of November, 2023, I caused to be mailed copies of (i) the plan of reorganization (DE #69), excluding the notice appended thereto at DE #69-5; (ii) this Honorable Court's scheduling order (DE #70); (iii) the Debtor's projections in support of the plan of reorganization (DE #71); and (iv) a class 2 ballot, to:

> Bank of the West
> 1560 11th Ave E
> West Fargo ND 58078

> Choice Financial Group
> 4501 23rd Ave S
> Fargo ND 58104

I FURTHER CERTIFY that on this 9th day of November, 2023, I caused to be mailed copies of (i) the plan of reorganization (DE #69), excluding the notice appended thereto at DE #69-5; (ii)

1

this Honorable Court's scheduling order (DE #70); and (iii) the Debtor's projections in support of

the plan of reorganization (DE #71) to:

| | |
|---|---|
| Meckler Marketing Consulting, LLC<br>2505 34th Avenue South<br>Fargo, ND 58104-8802 | Kubota Credit Corporation, U.S.A.<br>PO Box 2046<br>Grapevine, TX 76099-2046 |
| Acme Electric Motor, Inc.<br>c/o Scott Foyt, Registered Agent<br>1101 N. Washington Street<br>Grand Forks, ND 58203-0734 | Meckler Marketing Consulting, LLC<br>2505 34th Avenue South<br>Fargo ND 58104-8802 |
| Arvig Enterprises, Inc.<br>f/k/a Smartsearch<br>150 2nd St SE<br>Perham, MN 56573 | Meckler Marketing Consulting, LLC<br>c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>Fargo, ND 58104-8407 |
| DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078-8531 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 |
| Holcim - MWR, Inc.<br>t/a Aggregate Industries<br>2815 Dodd Road Ste 101<br>Saint Paul, MN 55121-1532 | Orion First Financial, L.L.C.<br>P.O. Box 2149<br>Gig Harbor, WA 98335-4149 |
| Insure Forward<br>5650 37th Ave S<br>Fargo, ND 58104-7883 | Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537-2897 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Perma Liner Industries<br>3000 Automobile Blvd #300<br>Clearwater Beach, FL 33762 |
| Kaler Doeling, PLLP<br>3429 Interstate Blvd S<br>Fargo ND 58103-2213 | Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 |
| Kevin Cameron<br>c/o Drain Services Inc.<br>415 Main Ave E<br>West Fargo, ND 58078-5300 | Sewer Equipment Co. of America<br>1590 Dutch Rd<br>Dixon, IL 61021-8624 |

The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059-0009

Tony Hamilton
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

XCEL ENERGY
ATTN ATTN BANKRUPTCY
DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

Respectfully submitted,

Dated: November 9, 2023    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*