# United States Bankruptcy Court
## District of North Dakota

IN RE: Drain Services, Inc.  Bankruptcy No: 23-30352
                            Chapter: 11

Debtor(s)

## AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

| | |
|---|---|
| ☐ Voluntary Petition | ☐ Schedule I |
| ☑ Summary of Assets and Liabilities | ☐ Schedule J |
| ☑ Schedule A/B – Property | ☐ Declaration Concerning Schedules |
| ☐ Schedule C | ☑ Statement of Financial Affairs |
| ☐ Schedule D | ☐ Attorney's Disclosure of Compensation |
| ☑ Schedule E/F | ☐ Statement of Intention |
| ☐ Schedule G | ☐ Statement of Current Monthly Income |
| ☐ Schedule H | ☐ Other_____ |

If amending schedules D or E/F, the amendment is to:

☑ Add new creditor(s) (Notice to Creditors of Amended Schedules must be served and filed)

☐ Correct or delete information.

Describe changes: (ex. "Added creditor XYZ to Schedule E/F")
See Notes Accompanying Amended Schedules, DE #51 at p. 1.

## **DECLARATION**

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

Dated: 11/12/2023

DocuSigned by:
[signature]
2089371EE07E4E9...
Debtor 1 (Signature)

_____
Debtor 2 (Signature)

(04/01/13)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:   Drain Services, Inc.           )
                                        )   Case No. 23-30352
                  Debtor(s)             )

**NOTICE TO CREDITOR(S) OF AMENDED SCHEDULE(S)**

You are hereby notified that the debtor has filed the attached amended schedules to include the creditor(s) listed below.

*Include the following if adding an omitted creditor:* Enclosed is a copy of the Notice of Meeting of Creditors.

1. Creditor(s):

    Kaler Doeling, PLLP
    3429 Interstate Blvd S
    Fargo, ND 58103

    Sewer Equipment Co.
    of America
    1590 Dutch Rd
    Dixon, IL 61021

2. Claim (amount owed, nature of claim, date incurred):

    Kaler Doeling, PLLP - $12,000.00

    Sewer Equipment Co. - $200,000.00 (disputed; unliquidated)

3. Deadline for filing proofs of claim:   December 11, 2023

    If this claim was added to the schedules after the deadline for filing claims stated above or if the deadline will pass within 30 days, the creditor shall have 30 days after the date of service below to file a proof of claim. A proof of claim form is available on the court's website at www.ndb.uscourts.gov.

5. Deadline for filing complaints objecting to discharge of specific debts or the general discharge of debtor under 11 U.S.C. §§ 523, 727: January 2, 2024


Date: November 12, 2023         /s/ Maurice B. VerStandig
                                The Dakota Bankruptcy Firm
                                1630 1st Avenue N
                                Suite B PMB 24
                                Fargo, North Dakota 58102-4246
                                Local: (701) 394-3215
                                mac@dakotabankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 23-30352 |
| ) | (Chapter 11) |
| DRAIN SERVICES INC. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2023, I caused a copy of the (i) Notice of Creditors of Amended Schedules (being filed herewith); (ii) amended schedules (DE #51); (iii) notice of meeting of creditors (DE #21); and amendment cover sheet (being filed herewith) to be tendered to a third party vendor for service, via US Mail, postage prepaid, upon:

    Kaler Doeling, PLLP
    3429 Interstate Blvd S
    Fargo, ND 58103

    Sewer Equipment Co.
    of America
    1590 Dutch Rd
    Dixon, IL 61021

I FURTHER NOTE that inasmuch as today is a Sunday, actual service of the foregoing items, to the above-listed parties, will be accomplished on Monday, November 13, 2023.

        Respectfully submitted,

Dated: November 12, 2023    By:    /s/ Maurice B. VerStandig
        Maurice B. VerStandig, Esq.
        The Dakota Bankruptcy Firm
        1630 1st Avenue N
        Suite B PMB 24
        Fargo, North Dakota 58102-4246
        Phone: (701) 394-3215
        mac@dakotabankruptcy.com
        *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig