UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30352 |
|---|---|
| DRAIN SERVICES, INC | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/17/2023, I did cause a copy of the following documents, described below,

First Interim Application and Notice for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/17/2023

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30352 |
|---|---|
| DRAIN SERVICES, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/17/2023, a copy of the following documents, described below,

First Interim Application and Notice for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/17/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                    DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING    CHOICE FINANCIAL GROUP       DRAIN SERVICES INC
NCRS ADDRESS DOWNLOAD               4501 23RD AVENUE SOUTH       415 MAIN AVE E
CASE 23-30352                       FARGO   ND 58104-8782        STE 691
DISTRICT OF NORTH DAKOTA                                         WEST FARGO  ND 58078-5327
FRI NOV 17 9-51-19 PST 2023


                                    EXCLUDE                      EXCLUDE
MECKLER MARKETING CONSULTING  LLC   (U)USAIRS                    (U)USASBA
2505 34TH AVENUE SOUTH
FARGO  ND 58104-8802



EXCLUDE                             EXCLUDE
(U)USASBAIRS                        US BANKRUPTCY COURT          ACME ELECTRIC MOTOR  INC
                                    655 1ST AVENUE NORTH  SUITE 210   CO SCOTT FOYT  REGISTERED AGENT
                                    FARGO  ND 58102-4932         1101 N WASHINGTON STREET
                                                                 GRAND FORKS  ND 58203-0734


ARVIG ENTERPRISES  INC              BANK OF THE WEST             CHOICE FINANCIAL GROUP
FKA SMARTSEARCH                     1560 11TH AVE E              4501 23RD AVE S
150 2ND ST SE                       WEST FARGO  ND 58078-5202    FARGO  ND 58104-8782
PERHAM  MN 56573


CHOICE FINANCIAL GROUP              CHOICE FINANCIAL GROUP       DSI INVESTMENTS  LLC
CO TRACY A KENNEDY                  CO ZIMNEY FOSTER PC          1131 LEGION LANE
ZIMNEY FOSTER  PC                   ATTN JOHN D SCHROEDER        WEST FARGO  ND 58078-8531
3100 SOUTH COLUMBIA ROAD  SUITE 200 3100 S COLUMBIA ROAD  SUITE 200
GRAND FORKS  ND 58201-6062          GRAND FORKS  ND 58201-6062


HOLCIM  MWR  INC                    INSURE FORWARD               (P)INTERNAL REVENUE SERVICE
TA AGGREGATE INDUSTRIES             5650 37TH AVE S              CENTRALIZED INSOLVENCY OPERATIONS
2815 DODD ROAD STE 101              FARGO  ND 58104-7883         PO BOX 7346
SAINT PAUL  MN 55121-1532                                        PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE            KALER DOELING  PLLP          KEVIN CAMERON
PO BOX 7346                         3429 INTERSTATE BLVD S       CO DRAIN SERVICES INC
PHILADELPHIA  PA 19101-7346         FARGO ND 58103-2213          415 MAIN AVE E
                                                                 WEST FARGO  ND 58078-5300


                                    EXCLUDE
KUBOTA CREDIT CORPORATION  USA      (D)MECKLER MARKETING CONSULTING  LLC   MECKLER MARKETING CONSULTING  LLC
PO BOX 2046                         2505 34TH AVENUE SOUTH       CO MICHAEL L GUST
GRAPEVINE  TX 76099-2046            FARGO ND 58104 8802          ABST LAW  PC
                                                                 4132 30TH AVENUE SOUTH  SUITE 100
                                                                 FARGO  ND 58104-8407


NORTH DAKOTA OFFICE OF STATE TAX    ORION FIRST FINANCIAL  LLC   OTTER TAIL POWER COMPANY
COMMISS                             PO BOX 2149                  215 S CASCADE ST
600 E BOULEVARD AVE DEPT 127        GIG HARBOR  WA 98335-4149    FERGUS FALLS  MN 56537-2897
BISMARCK  ND 58505-0602
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled with (U) were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| PERMA LINER INDUSTRIES<br>3000 AUTOMOBILE BLVD 300<br>CLEARWATER BEACH  FL 33762 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | SEWER EQUIPMENT CO OF AMERICA<br>1590 DUTCH RD<br>DIXON  IL 61021-8624 |
| THE CITY OF MAPLETON  NORTH DAKOTA<br>P O BOX 9<br>MAPLETON  ND 58059-0009 | TONY HAMILTON<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 |
| US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET SUITE 320<br>BIRMINGHAM  AL 35203 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER  ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER CO 80202-2517 | (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| ~~EXCLUDE~~<br>~~(U)JOHN W BAKER  ATTY US SMALL BUSINESS ADMI~~ | MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS  SD 57109-0624 | ~~EXCLUDE~~<br>~~(U)TONY HAMILTON~~ | |

(Creditor)
USA/SBA/IRS
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
USA/SBA
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
USA/IRS
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
John W. Baker, Atty U.S. Small
Business Administration
represented by:
John William Baker
US Small Business Administration
721 19th Street
Ste 426
Denver, CO 80202

john.baker@sba.gov

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
represented by:
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

sarah.j.wencil@usdoj.gov

(Creditor)
Meckler Marketing Consulting, LLC
2505 34th Avenue South
Fargo, ND 58104
represented by:
Michael Gust
Anderson, Bottrell, Sanden & Thompson
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

mlgfilings@andersonbottrell.com

(Trustee)
Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109

tkapusta@aol.com

(Creditor)
Tony Hamilton
represented by:
Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

cstanley@vogellaw.com

(Debtor)
Drain Services Inc.
415 Main Ave E
Ste 691
West Fargo, ND 58078
Tax ID / EIN: 45-3577720
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

John D. Schroeder
Zimney Foster P.C.
3100 S. Columbia Road, Ste. 200
Grand Forks, ND 58201

jschroeder@northdakotalaw.net

(Creditor)
Choice Financial Group
4501 23rd Avenue South
Fargo, ND 58103
represented by:
Tracy A. Kennedy
Zimney, Foster, PC
3100 South Columbia Road, Suite 200
Grand Forks, ND 58201

tracykennedy@northdakotalaw.net