**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 23-30352 |
| | Chapter 11 |
| Drain Services Inc., | |
| | **ORDER** |
| Debtor. | |
| _____/ | |

On October 30, 2023, Debtor Drain Services Inc. filed a motion seeking approval to purchase a Jetter Model Easy Kleen Groundhog with Accessories. Doc. 61. The Debtor served the motion on interested parties. The Court received no objections. Based on the information provided by the Debtor and the documents filed in this case, the Court finds that the purchase appears to be in the best interest of the bankruptcy estate.

IT IS ORDERED that the Debtor's Motion to Purchase Jetter Model Easy Kleen Groundhog With Accessories in the sum of $29,986.53 is GRANTED.

Dated this 21st day of November, 2023.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court