IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| In re: | ) | |
|---|---|---|
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO REDUCE TIME**

This matter came before the Court on the motion of Choice Financial Group (herein "Choice"), a secured creditor of the above-named Debtor to reduce time to answer discovery (hereinafter the "Motion") requesting the court reduce the time within which Debtor Drain Services Inc. is permitted to respond to written discovery requests in the contested matter concerning the Debtor's Subchapter V Plan of Reorganization (Doc. # 69) (the "Plan").

The court finds good cause to reduce the time for the Debtor to respond to the discovery, and accordingly hereby ORDERS:

1. The Debtor's time to respond to Choice's discovery requests attached to the Motion as Exhibit 1 is reduced to being due on or before December 5, 2023.

Dated:

Shon Hastings, Judge
United States Bankruptcy Court