IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTES ACCOMPANYING MONTLY OPERATING REPORT

1. This case was filed on Monday, October 2, 2023. As has been previously noted, there are inconsistencies between the debtor's bank account balance as observed shortly before filing and the balance as observed from an actual bank statement. Inasmuch as the filing occurred on the first business day of the month, and inasmuch as there is – at minimum – some ambiguity as to the order in which certain debits and credits were applied to the debtor's bank account, this report has been filed as though the debtor were in bankruptcy for the whole month of October 2023. This creates a deceptive paradigm whereby the "opening balance" is lower than what was reflected on schedules but, conversely, allows for a more holistic overview of the debtor's monthlong finances.

2. The one unusual and significant expense was the debtor's acquisition of a piece of machinery. A motion was filed *after* this purchase occurred, seeking leave of court to undertake the purchase (DE #61). That motion was subsequently granted (DE #77). Inasmuch as this acquisition was addressed through the correlative motion, and discussed on the record with numerous major stakeholders present, the debtor will forbear from rehashing the details herein.

3. The debtor maintains a non-DIP account pursuant to a motion previously filed (DE #10) and an order granting that motion (DE #31).

4.      Inasmuch as this may be the sole monthly operating report filed in this case, by virtue of a confirmation hearing being scheduled before the next such report would otherwise come due, the debtor notes that it has $35,605.16 in cash on hand as of the close of business on November 21, 2023. Consistent with a cash collateral order (DE #64), the debtor routinely provides counsel for major stakeholders with running and updated informal financial reports; the debtor will continue to do so until such a time as a plan of reorganization is confirmed.

5.      As explored in various hearings in this matter, the debtor does not meaningfully distinguish between accounts receivable and work in progress. Additionally, a large portion of the debtor's accounts receivable is comprised of a singular debt, the collection of which is partially (albeit not fully) doubtful. As such, while the debtor discloses herein the same $1,005,000.00 in receivables that are reflected on schedules (DE #51), it bears notation that the subject number is facially deceptive in a vacuum. The debtor's realistic expectations, vis a vis the collection of monies, are more accurately reflected on the budget supporting the use of cash collateral herein (DE #50-1).

Dated: November 21, 2023        By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com
                                        *Counsel for the Debtor*

**Fill in this information to identify the case:**

Debtor Name: Drain Services Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number: 23-30352

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month: October 2023            Date report filed: 11/22/2023 (MM/DD/YYYY)

Line of business: Drain servicing        NAISC code: 4237

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Kevin Cameron

Original signature of responsible party: /s/ Kevin Cameron

Printed name of responsible party: Kevin Cameron

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 1

Debtor Name  Drain Services Inc.                              Case number  23-30352

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -20,774.32 *

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 217,575.00

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 162,551.75

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 55,023.25

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 34,248.93

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00
     (Exhibit E)

*Line 19 was adjusted to a negative number *after* the Debtor's representative signed this report. The edit was made with the express permission of the Debtor and with the express knowledge and approval of the Debtor's representative.

Debtor Name **Drain Services Inc.**                Case number **23-30352**

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $ 1,005,000.0

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                2
27. What is the number of employees as of the date of this monthly report?                   2

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                              $ 0.00
31. How much have you paid in total other professional fees since filing the case?              $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ 217,575.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ 162,551.75 | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ 55,023.25 | = | $ _____ |

35. Total projected cash receipts for the next month:                                $ 62,000.00
36. Total projected cash disbursements for the next month:                        − $ 87,822.12
37. Total projected net cash flow for the next month:                              = $ -25,822.12

Debtor Name **Drain Services Inc.**                                      Case number **23-30352**

| | **8. Additional Information** |
|---|---|

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Official Form 425C         **Monthly Operating Report for Small Business Under Chapter 11**         page **4**



ibanknorth.com




```
                DRAIN SERVICES INC
                PO BOX 691
                WEST FARGO ND 58078


                                        AS OF: 10/31/23              PAGE   1
{(BC^0251^BC)}




DIGITAL WALLET - A SIMPLIER, SAFER WAY TO PAY
ADD YOUR BANKNORTH DEBIT CARD TODAY!

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ............ ACCOUNT              PIECES    22        BALANCE
PREV STATEMENT BALANCE   (09/29/23)                                 20,774.32-
       2 DEPOSITS / CREDITS ......    217,575.00
         INTEREST PAID ...........
      20 CHECKS / DEBITS ........                  162,551.75
         STATEMENT BALANCE (10/31/23)                                34,248.93
AVERAGE COLLECTED BALANCE ........     80,076.99
---------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT
             10/02/23   DIRECT DEPOSIT/ACH               55,575.00
             10/02/23   DIRECT DEPOSIT/ACH               75,000.00
             10/02/23   DIRECT DEPOSIT/ACH               75,000.00
             10/26/23   MOBILE CHECK DEPOSIT              5,000.00
             10/30/23   MOBILE CHECK DEPOSIT              7,000.00
---------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT
10/02          449.81 WEB PAYMENT   10/11          80.46 POINT OF SAL
10/02          542.85 AUTOMATIC PM  10/11         101.32 POINT OF SAL
10/02         1000.00 AUTOMATIC PM  10/11         150.00 AUTOMATIC PM
10/02         2615.00 CKING DB INH  10/11        4092.05 POINT OF SAL
10/02         5000.00 CKING DB INH  10/12          78.71 POINT OF SAL
10/02        20000.00 CKING DB INH  10/12         127.04 POINT OF SAL
10/03          143.64 AUTOMATIC PM  10/12         183.00 POINT OF SAL
10/04         8000.00 AUTOMATIC PM  10/12        3427.91 POINT OF SAL
10/05          154.56 POINT OF SAL  10/13          13.77 POINT OF SAL
10/06           50.63 POINT OF SAL  10/13          28.00 POINT OF SAL
10/06           52.92 POINT OF SAL  10/13          60.03 POINT OF SAL
10/06          101.83 POINT OF SAL  10/13         302.40 POINT OF SAL
10/06          101.83 POINT OF SAL  10/16           6.41 POINT OF SAL
10/06          275.00 POINT OF SAL  10/16          15.35 POINT OF SAL
10/06          448.63 POINT OF SAL  10/16         106.60 POINT OF SAL
10/06          500.00 ATM WITHDRAW  10/16         116.38 POINT OF SAL
10/06          503.00 ATM WITHDRAW  10/16         118.96 POINT OF SAL
10/06          595.95 WEB PAYMENT   10/16         134.82 POINT OF SAL
10/10          111.67 POINT OF SAL  10/16         138.10 POINT OF SAL
10/10          359.64 POINT OF SAL  10/16         318.66 POINT OF SAL
10/11           50.98 POINT OF SAL  10/16         503.00 ATM WITHDRAW
10/11           59.66 POINT OF SAL  10/16         620.50 AUTOMATIC PM
10/11           73.44 POINT OF SAL  10/16         756.02 POINT OF SAL
```

```
      DRAIN SERVICES INC
      PO BOX 691
      WEST FARGO ND 58078


                              AS OF:  10/31/23                 PAGE   2


10/16         1000.00 AUTOMATIC PM  10/25              93.66 POINT OF SAL
10/17           19.68 POINT OF SAL  10/26             223.00 POINT OF SAL
10/17           20.00 POINT OF SAL  10/26             232.49 POINT OF SAL
10/17          154.00 AUTOMATIC PM  10/26            4512.90 POINT OF SAL
10/17          253.79 POINT OF SAL  10/27              64.83 POINT OF SAL
10/18          122.53 POINT OF SAL  10/27              97.57 POINT OF SAL
10/19           90.00 AUTOMATIC PM  10/27             262.85 POINT OF SAL
10/19         3000.00 CKING DB INH  10/30              83.12 POINT OF SAL
10/20           19.70 POINT OF SAL  10/30             100.00 POINT OF SAL
10/20           25.00 WIRE TRANS C  10/30             199.35 POINT OF SAL
10/20          144.23 POINT OF SAL  10/30            1499.22 AUTOMATIC PM
10/20          208.91 AUTOMATIC PM  10/02* 1006      5000.00 CUSTOMER CHE
10/20        25000.00 CKING DB INH  10/05* 1035        86.52 CUSTOMER CHE
10/23           46.85 POINT OF SAL  10/02  1036      8800.00 CUSTOMER CHE
10/23          103.33 POINT OF SAL  10/04  1037     10802.00 CUSTOMER CHE
10/23          173.90 POINT OF SAL  10/13  1038       861.38 CUSTOMER CHE
10/23          255.16 POINT OF SAL  10/24  1039     29986.53 CUSTOMER CHE
10/23          365.28 POINT OF SAL  10/16  1040       818.97 CUSTOMER CHE
10/24           14.29 POINT OF SAL  10/19  1041       145.00 CUSTOMER CHE
10/24           23.04 POINT OF SAL  10/16  1042       400.00 CUSTOMER CHE
10/24           92.79 POINT OF SAL  10/17  1043      4500.00 CUSTOMER CHE
10/24           94.98 POINT OF SAL  10/23  1044      3506.67 CUSTOMER CHE
10/24          329.60 AUTOMATIC PM  10/26  1045      1050.00 CUSTOMER CHE
10/24          503.00 ATM WITHDRAW  10/26  1046       270.00 CUSTOMER CHE
10/24         2876.10 AUTOMATIC PM  10/25  1047      1300.00 CUSTOMER CHE
10/25           49.00 POINT OF SAL
-----------------------------------------------------------------------
DAILY BALANCES .............. ACCOUNT  ███████
   09/29   20774.32-  10/02   141393.02  10/03   141249.38  10/04   122447.38
   10/05  122206.30   10/06   119576.51  10/10   119105.20  10/11   114497.29
   10/12  110680.63   10/13   109415.05  10/16   104361.28  10/17    99413.81
   10/18   99291.28   10/19    96056.28  10/20    70658.44  10/23    66207.25
   10/24   32286.92   10/25    30844.26  10/26    29555.87  10/27    29130.62
   10/30   34248.93                                         10/31    34248.93
-----------------------------------------------------------------------

YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD.  TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
-----------------------------------------------------------------------
--------   AUTOMATIC TRANSACTIONS  ---------------  -        DEBITS        CREDITS
```

```
                DRAIN SERVICES INC
                PO BOX 691
                WEST FARGO ND 58078



                                 AS OF:   10/31/23                    PAGE   3




10/02/23    PL*OpenManagemenSIGONFILE 9001035729                                  55575.00
10/02/23    PL*OpenManagemenSIGONFILE 9001035729                                  75000.00
10/02/23    PL*OpenManagemenSIGONFILE 9001035729                                  75000.00
10/02/23    CAPITAL ONE      MOBILE PMT9279744380          449.81
10/02/23    SELF LENDER INC CC PMT     3473596202          542.85
10/02/23    IRS              USATAXPYMT3387702000         1000.00
10/02/23    DSI SHOP FEES - BND EVALUATION $1,800, A      2615.00
            BSTRACT UPDATE CCAC $365, OPINIONS TTC $
10/02/23    TRANSFER TO ████████    PER KEVIN TEXT - KEV  5000.00
            IN PAYROLL SEPTEMBER & OCTOBER
10/02/23    TRANSFER TO ████████    PER KEVIN TEXT - KEV 20000.00
            IN PAYROLL SEPTEMBER & OCTOBER
10/03/23    SELF LENDER INC CC PMT     3473596202          143.64
10/04/23    THE VERSTANDIG LJ1934 OOFF8263863381          8000.00
10/05/23    PS2533 MENARDS FARGO ND WEST FARGO ND          154.56
10/06/23    PSF372 FACEBK *XHGYJRFPB2 fb.me/ads CA          50.63
10/06/23    PS2550 2COCOM*SYSTOOLSGROUP.C 888-247161        52.92
            4 GA
10/06/23    PS4452 DAYS INNS/DAYSTOP 701-2355566 ND        101.83
10/06/23    PS4450 DAYS INNS/DAYSTOP 701-2355566 ND        101.83
10/06/23    PSF372 OSAKA SUSHI BAR & HIBACH FARGO ND       275.00
10/06/23    PS2536 Corwin Collision Center Fargo ND        448.63
10/06/23    INV235 3203 32ND AVENUE FARGO ND               500.00
10/06/23    IN9018 1401 13th Ave E West Fargo ND           503.00
10/06/23    CAPITAL ONE      MOBILE PMT9279744380          595.95
10/10/23    PSF109 MARATHON PETRO261917 MAPLETON ND        111.67
10/10/23    PS4457 DNH*GODADDY.COM 480-5058855 AZ          359.64
10/11/23    PS2535 PETRO SERVE US07072457 FARGO ND          50.98
10/11/23    PS2548 SQ *HEADWATERS GRILL AND Ortonvil        59.66
            le MN
10/11/23    PSF378 CASEYS #2650 MELROSE MN                  73.44
10/11/23    PSF365 BIG STONE AREA HARDWARE ORTONVILL        80.46
            E MN
10/11/23    PS2549 HOLIDAY STATIONS 0469 WEST FARGO        101.32
            ND
10/11/23    PS2532 SP KC TURBOS HTTPSKCTURBOS AZ          4092.05
10/11/23    SELF LENDER INC PAYMENTS   1473596202          150.00
10/12/23    PS2532 FERGUSON ENTPRS 3093 FARGO ND            78.71
10/12/23    PSF382 FERGUSON ENTPRS 3093 FARGO ND           127.04
10/12/23    PS4564 BURGGRAF'S ACE HARDWAR FARGO ND         183.00
10/12/23    PS4452 ACME TOOLS FARGO FARGO ND              3427.91
```

```
                DRAIN SERVICES INC
                PO BOX 691
                WEST FARGO ND 58078



                                    AS OF:   10/31/23                    PAGE   4




10/13/23    PS4450 PETRO SERVE US07072457 FARGO ND            13.77
10/13/23    PSF376 CHIPOTLE ONLINE 949-524-4000 CA            28.00
10/13/23    PS4449 PETRO SERVE US07072457 FARGO ND            60.03
10/13/23    PS2543 AGASSIZ SEEDS & SUPPLY WEST FARGO         302.40
              ND
10/16/23    PS2532 CASEYS #3629 WHEATON MN                     6.41
10/16/23    PSF382 Subway 54937 Wheaton MN                    15.35
10/16/23    PSF375 FERGUSON ENTPRS 3093 FARGO ND             106.60
10/16/23    PS2535 CASEYS #3629 WHEATON MN                   116.38
10/16/23    PSF375 FERGUSON ENTPRS 3093 844-872-3857         118.96
              ND
10/16/23    PSF376 MAC'S FARGO, ND FARGO ND                  134.82
10/16/23    PSF380 MARATHON PETRO228973 WEST FARGO N         138.10
              D
10/16/23    PS4452 FERGUSON ENTPRS 3093 FARGO ND             318.66
10/16/23    IN9018 1401 13th Ave E West Fargo ND             503.00
10/16/23    PS2544 MENARDS FARGO ND WEST FARGO ND            756.02
10/16/23    IRS              USATAXPYMT3387702000            620.50
10/16/23    IRS              USATAXPYMT3387702000           1000.00
10/17/23    PS4450 MARATHON PETRO261222 MOORHEAD MN           19.68
10/17/23    PS4563 WHALE OF A WASH 2 FARGO ND                 20.00
10/17/23    PSF367 NAPA OF WEST FARGO FARGO ND               253.79
10/17/23    MN DEPT OF REVENMN Rev payX416007162             154.00
10/18/23    PSF363 PETRO GAS FARGO ND                        122.53
10/19/23    SELF LENDER INC CC PMT     3473596202             90.00
10/20/23    PS2547 NAPA OF WEST FARGO FARGO ND                19.70
10/20/23    PSF376 MENARDS FARGO ND WEST FARGO ND            144.23
10/20/23    SELF LENDER INC CC PMT     3473596202            208.91
10/20/23    WIRE OUT FEE                                      25.00
10/20/23    WIRE OUT TO CHOICE FINANCIAL GROUP             25000.00
10/23/23    PS4457 SP DOODLEDAZZLES HTTPSDOODLEDA DC          46.85
10/23/23    PSF371 SUPER 8 MOTELS MILBANK SD                 103.33
10/23/23    PS2547 SP FLYCATCHER INC PAINTINGLULU. N         173.90
              Y
10/23/23    PS4563 RUNNINGS OF MILBANK MILBANK SD            255.16
10/23/23    PS2549 FERGUSON ENTPRS 3093 FARGO ND             365.28
10/24/23    PS4448 HOLIDAY STATIONS 0415 MOORHEAD MN          14.29
10/24/23    PS4459 MENARDS MOORHEAD MN MOORHEAD MN            23.04
10/24/23    PS2547 HOLIDAY STATIONS 0415 MOORHEAD MN          92.79
10/24/23    PS4448 CASEYS #3906 MILBANK SD                    94.98
10/24/23    IN9018 1401 13th Ave E West Fargo ND             503.00
```

```
            DRAIN SERVICES INC
            PO BOX 691
            WEST FARGO ND 58078


                              AS OF:  10/31/23              PAGE   5




10/24/23   TRAVELERS        BUS  INSUR 4069827001            329.60
10/24/23   TRAVELERS        BUS  INSUR 4069827001           2876.10
10/25/23   PS2545 CHIPOTLE ONLINE 949-524-4000 CA             49.00
10/25/23   PS2542 LOAF N JUG #0619 FARGO ND                   93.66
10/26/23   PS4452 MENARDS MOORHEAD MN MOORHEAD MN            223.00
10/26/23   PS2533 WINSUPPLY FARGO ND FARGO ND                232.49
10/26/23   PS4563 FERGUSON WATERWRKS #2516 FARGO ND         4512.90
10/27/23   PS2544 FERGUSON ENTPRS 3093 FARGO ND               64.83
10/27/23   PSF378 BERENS MARKET MILBANK SD                    97.57
10/27/23   PSF378 MENARDS MOORHEAD MN MOORHEAD MN            262.85
10/30/23   PS2532 ARCO HAWLEY EXPRESS LANE HAWLEY M           83.12
           N
10/30/23   PSF376 JAMERS 1 STOP CLINTON MN                   100.00
10/30/23   PSF109 MENARDS MOORHEAD MN 715-876-6378           199.35
           MN
10/30/23   UNITED FIN CAS   INS PREM  9409348138            1499.22
```

DocuSign Envelope ID: 96C331EC-7A63-4812-8659-BBA63788A1EE
Case 23-30352    Doc 79    Filed 11/22/23    Entered 11/22/23 18:35:41    Desc Main
Document    Page 12 of 15

Account                                                                                                      Page  6

| | | | | | |
|---|---|---|---|---|---|
| TRAN DATE: 10/2/2023 8:11:10 AM | BankNorth DDA DEBIT CKING DB INHOUSE ACCOUNT: DRAIN SERVICES INC | PREPARED BY: Bradley Sessler APPROVED BY: **2,615.00** DSI SHOP FEES - BND EVALUATION $1,800, ABSTRACT UPDATE CCAC $365, OPINIONS TTC $450 | | | |
| | 10/2/2023 | Paid | 2615.00 | | |

| | | |
|---|---|---|
| TRAN DATE: 10/20/2023 3:16:33 PM | BankNorth DDA DEBIT CKING DB INHOUSE ACCOUNT: DRAIN SERVICES INC | PREPARED BY: Kasidi Scott APPROVED BY: **25,000.00** WIRE OUT TO CHOICE FINANCIAL GROUP |
| 10/20/2023 | Paid | 25000.00 |

| | | |
|---|---|---|
| TRAN DATE: 10/2/2023 8:17:15 AM | BankNorth DDA DEBIT CKING DB INHOUSE ACCOUNT: DRAIN SERVICES INC | PREPARED BY: Bradley Sessler APPROVED BY: **5,000.00** TRANSFER TO 2229327 PER KEVIN TEXT - KEVIN PAYROLL SEPTEMBER & OCTOBER |
| 10/2/2023 | Paid | 5000.00 |

Record Of Deposit

Institution: BankNorth
Date: 10/26/2023 9:16:13 AMPT
Receipt Number: 329933484
Deposit Account Number:
Total Transaction Amount: $5000.00
Deposit Channel: Mobile

10/26/2023            5000.00

| | | |
|---|---|---|
| TRAN DATE: 10/2/2023 8:15:51 AM | BankNorth DDA DEBIT CKING DB INHOUSE ACCOUNT: DRAIN SERVICES INC | PREPARED BY: Bradley Sessler APPROVED BY: **20,000.00** TRANSFER TO 2229335 PER KEVIN TEXT - KEVIN PAYROLL SEPTEMBER & OCTOBER |
| 10/2/2023 | Paid | 20000.00 |

Record Of Deposit

Institution: BankNorth
Date: 10/29/2023 12:56:54 AMPT
Receipt Number: 330233901
Deposit Account Number:
Total Transaction Amount: $7000.00
Deposit Channel: Mobile

10/30/2023            7000.00



DEBIT  Date 10-19-23
Account Drain Services
DESCRIPTION: Truck Purchase   AMOUNT
TOTAL  3000.00

10/19/2023    Paid    3000.00

DRAIN SERVICES INC.                        77-504/913         1006
415 MAIN AVE E # 691
WEST FARGO, ND 58078                  DATE 8-4-23
PAY TO THE ORDER OF  Lloyd Wessel            $ 5,000.00
Five Thousand                                   DOLLARS
BANKNORTH
MEMO Truck #3
:091305044:                   01006

1006    10/2/2023    Paid    5000.00

| | | |
|---|---|---|
| TRAN DATE: 10/20/2023 3:18:41 PM | BankNorth DDA DEBIT WIRE TRANS CHG ACCOUNT: DRAIN SERVICES INC | PREPARED BY: Kasidi Scott APPROVED BY: **25.00** WIRE OUT FEE |
| 10/20/2023 | Paid | 25.00 |

DRAIN SERVICES INC.                        77-504/913         1035
415 MAIN AVE E # 691
WEST FARGO, ND 58078                  DATE 9-29-23
PAY TO THE ORDER OF  City of Fargo              $ 86 52/100
Eighty-Six 52/100                                DOLLARS
BANKNORTH
MEMO Wastewater
:091305044:                   01035

1035    10/5/2023    Paid    86.52

| Check # | Date | Status | Amount |
|---|---|---|---|
| 1036 | 10/2/2023 | Paid | 8800.00 |
| 1037 | 10/4/2023 | Paid | 10802.00 |
| 1038 | 10/13/2023 | Paid | 861.38 |
| 1039 | 10/24/2023 | Paid | 29986.53 |
| 1040 | 10/16/2023 | Paid | 818.97 |
| 1041 | 10/19/2023 | Paid | 145.00 |
| 1042 | 10/16/2023 | Paid | 400.00 |
| 1043 | 10/17/2023 | Paid | 4500.00 |
| 1044 | 10/23/2023 | Paid | 3506.67 |
| 1045 | 10/26/2023 | Paid | 1050.00 |

DocuSign Envelope ID: 96C331EC-7A63-4812-8659-BBA63788A1EE
Case 23-30352    Doc 79    Filed 11/22/23    Entered 11/22/23 18:35:41    Desc Main
Document    Page 14 of 15

Account                                                                    Page 8

```
DRAIN SERVICES INC.                77-504/913              1046
415 MAIN AVE E # 691
WEST FARGO, ND 58078          DATE 10-24-23

PAY TO  AUGUST GOOD                    $ 270.00
THE ORDER OF
    TWO HUNDRED AND SEVENTY DOLLARS

BANKNORTH
www.ibanknorth.com
MEMO
:091305044:        01046
```

1046        10/26/2023    Paid        270.00

```
DRAIN SERVICES INC.                77-504/913              1047
415 MAIN AVE E # 691
WEST FARGO, ND 58078          DATE 10-25-23

PAY TO  ADAM VOGEL                     $ 1,300.00
THE ORDER OF
    THIRTEEN HUNDRED           DOLLARS

BANKNORTH
www.ibanknorth.com
MEMO SACRAMENTAL CAKES
:091305044:        01047
```

1047        10/25/2023    Paid        1300.00



## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

Please examine immediately and report if incorrect.

**What To Do If You Think You Find a Mistake On Your Statement**
If you think there is an error on your statement, write to us at PO Box 460, Casselton, ND 58012-0460
In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Balance Computation Method**
**Home Equity Line of Credit and Redi-Credit**
We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

**IN CASE OF ERRORS OR QUESTIONS**
**ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS**
Telephone us at 1-877-847-4540, write us at PO Box 460, Casselton, ND 58012-0460 or e-mail us at support@ibanknorth.com as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.