UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Drain Services Inc.,

            Debtor.

_____/

Bankruptcy No. 23-30352
Chapter 11 – Subchapter V

**ORDER GRANTING MOTION TO REDUCE TIME
TO ANSWER DISCOVERY**

      Choice Financial Group filed a Motion to Reduce Time for Debtor to Answer Discovery [Doc. 78]. Choice requests the court reduce the time within which Debtor Drain Services Inc. is permitted to respond to written discovery requests in the contested matter concerning the Debtor's Subchapter V Plan of Reorganization. Upon review of the motion, the Court finds that Choice established cause for reducing the time. Therefore, IT IS ORDERED that Choice Financial Group's Motion to Reduce Time to Answer Discovery is GRANTED. The deadline for Debtor to respond to written discovery requests attached to the Motion as Exhibit 1 is **December 5, 2023**.

      **SO ORDERED** this 27th day of November 2023.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically November 27, 2023, to Electronic Mail Notice List for Case No. 23-30352.