**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Drain Services, Inc.**                                          **Bankr. No. 23-30352**

                                                                 **Chapter 11**

---

**MOTION TO APPEAR BY VIDEO CONFERENCE**

---

Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by video conference on Tuesday, December 12, 2023 on the confirmation of the Chapter 11 Small Business Subchapter V Plan (Doc. 69) and Projections (Doc. 71).

1.      The U.S. Trustee has objected to the Plan and a video appearance would be appropriate for this matter.

2.       Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Counsel requests that she be allowed to appear by video

conference.

Dated: December 7, 2023                    MARY R. JENSEN
                                           ACTING U.S. TRUSTEE REGION 12

                                            /s/ Sarah J. Wencil
                                           Sarah J. Wencil
                                           Office of the U.S. Trustee
                                           Suite 1015 U.S. Courthouse
                                           300 South Fourth St.
                                           Minneapolis, MN 55415
                                           Telephone: (612) 334-1366
                                           Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**Drain Services, Inc.**                                          **Bankr. No. 23-30352**

                                                                 **Chapter 11**

---

### CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this
document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   December 7, 2023

                                          /s/ Sarah J. Wencil
                                          Sarah J. Wencil