UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## EXHIBIT LIST

Bankruptcy Case No. 23-30352  
Adversary Case No:

Bankruptcy Case Title: In re: Drain Services, Inc.  
Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-1 | 12/12/23 | Tim Ziemba | Choice Bank Proof of Claim, with all attachments | Will | | | | | | | | |
| CB-2 | 12/12/23 | Tim Ziemba | Outstanding loan balances as of 12/12/23 | Will | | | | | | | | |
| CB-3 | 12/12/23 | Kevin Cameron | Debtor's Checking history 9/20/23 to 10/20/23 | Will | | | | | | | | |
| CB-4 | 12/12/23 | Kevin Cameron | Debtor's Checking history 10/13/23 to 11/12/23 | Will | | | | | | | | |
| CB-5 | 12/12/23 | Kevin Cameron | Debtor's Checking history 11/3/23 to 12/2/23 | Will | | | | | | | | |
| CB-6 | 12/12/23 | Kevin Cameron | Debtor's Checking history after 12/2/23 (if provided by Debtor on Friday 12/8/23 – not yet received) | Will | | | | | | | | |

\* - O - Original Record & Authenticity Only  
\* - A - Admitted into Evidence for all purposes  
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Page **1** of **2**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-7 | 12/12/23 | Kevin Cameron | Schedules from *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case 23-30369 | Will | | | | | | | | |
| CB-8 | 12/12/23 | Kevin Cameron | Debtor's Responses to Discovery Requests of Choice Financial Group | Will | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

**WITNESS LIST**

Bankruptcy Case Name: In re: Drain Services, Inc.          Chapter: 11 (Sub. V)

Contested Matter (X)

Witnesses to be called by: Choice Financial Group

| NAME & ADDRESS | Will / May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Tim Ziemba, Choice Financial Group, 4501 23rd Avenue S, Fargo, ND 58104 | Will | Testimony concerning the indebtedness owed to Choice Financial Group, its collateral, prior dealings with the Debtor, and Choice's concerns with the Debtor's plan. |
| Kevin Cameron | Will | Testimony concerning the indebtedness owed to Choice Financial Group, Debtor's use of cash collateral, Debtor's operations, and Debtor's projections. |
| Caitlyn Cameron | May | Testimony concerning the indebtedness owed to Choice Financial Group, Debtor's use of cash collateral, Debtor's operations, and Debtor's projections. |

Page **1** of **1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CHOICE FINANCIAL GROUP'S CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 1007(a)(1) and 7007.1, the undersigned corporation **Choice Financial Group**, certifies that the following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests: Choice Financial Holdings, Inc.

Dated: December 7, 2023

/s/*John D. Schroeder*
**JOHN D. SCHROEDER  (ND ID #07147)**
jschroeder@northdakotalaw.net
ZIMNEY FOSTER P.C.
3100 South Columbia Road, Ste 200
Grand Forks, ND 58201
Phone:  701/772-8111   Fax:  701/772-7328
Attorneys for Choice Financial Group

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: )<br>)<br>Drain Services Inc. )<br>)<br>Debtor. )<br>_____ ) | Case No. 23-30352<br>(Chapter 11) |

## DECLARATION OF SERVICE

**BRENDA R. DIPERSIO,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on December 8, 2023, she served the following:

1. **CREDITOR CHOICE FINANCIAL GROUP'S EXHIBIT LIST - OBJECTION TO PLAN CONFIRMATION**
2. **CREDITOR CHOICE FINANCIAL GROUP'S WITNESS LIST – OBJECTION TO PLAN CONFIRMATION**
3. **CHOICE FINANCIAL GROUP'S CORPORATE OWNERSHIP STATEMENT**
4. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1ˢᵗ Avenue N
Suite B PMB 24
Fargo ND 58102
mac@mbvesq.com
**Attorney for Debtor**

**Drain Services Inc.**
575 County Road 10
Mapleton ND 58059

1

| | |
|---|---|
| **Sarah J. Wencil**<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415<br>sarah.j.wencil@usdoj.gov | **Robert B. Rashcke**<br>Assistant U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis MN 55415 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: December 8, 2023 at Grand Forks, North Dakota

/s/ *Brenda R. DiPersio*
**BRENDA R. DIPERSIO**

2