UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

# EXHIBIT LIST

Bankruptcy Case No. 23-30352  Bankruptcy Case Title: In re: Drain Services, Inc.
Adversary Case No:  Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-1 | 12/12/23 | Tim Ziemba | Choice Bank Proof of Claim, with all attachments | Will | | | | | | | | |
| CB-2 | 12/12/23 | Tim Ziemba | Outstanding loan balances as of 12/12/23 | Will | | | | | | | | |
| CB-3 | 12/12/23 | Kevin Cameron | Debtor's Checking history 9/20/23 to 10/20/23 | Will | | | | | | | | |
| CB-4 | 12/12/23 | Kevin Cameron | Debtor's Checking history 10/13/23 to 11/12/23 | Will | | | | | | | | |
| CB-5 | 12/12/23 | Kevin Cameron | Debtor's Checking history 11/3/23 to 12/2/23 | Will | | | | | | | | |
| CB-6 | 12/12/23 | Kevin Cameron | Debtor's Checking history after 12/2/23 (if provided by Debtor on Friday 12/8/23 – not yet received) | Will | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-7 | 12/12/23 | Kevin Cameron | Schedules from *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case 23-30369 | Will | | | | | | | | |
| CB-8 | 12/12/23 | Kevin Cameron | Debtor's Responses to Discovery Requests of Choice Financial Group | Will | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |