EXHIBIT CB-1a

# UNITED STATES BANKRUPTCY COURT- DISTRICT OF NORTH DAKOTA
## PROOF OF CLAIM ADDENDUM

Creditor:  Choice Financial Group ("Bank")
4501 23rd Avenue S
Fargo, ND 58104

Debtor:  Drain Services, Inc.
Case # 23-30352

Item #7: All amounts as of the Petition date of October 2, 2023, except claimed attorney's fees.

- Loan No. ***7338
    - Principal – $64,350.75
    - Accrued Interest – $2,174.96
    - Late Charges – $ 150.00
    - Current Per Diem – $29.047213542
    - Interest Rate – 16.25%
- Loan No. ***3876
    - Principal – $15,888.60
    - Accrued Interest – $355.84
    - Late Charges – $400.00
    - Current Per Diem – $4.744512500
    - Interest Rate – 10.75%
- Loan No. ***8726
    - Principal – $119,870.94
    - Accrued Interest – $2,871.91
    - Late Charges – $50.00
    - Current Per Diem – $38.292105833
    - Interest Rate – 11.50%
- Loan No. ***8006
    - Principal – $84,328.25
    - Accrued Interest – $1,888.60
    - Late Charges – $1,773.60
    - Current Per Diem – $25.181352431
    - Interest Rate – 10.75%
- TOTAL – $294,103.45

In addition to the dollar amount stated on the face of Bank's Proof of Claim, Bank asserts as part of its claim, as an oversecured creditor under 11 U.S.C. § 506(b), all post-petition interest on the claim, costs (including appraisal fees), and attorney's fees incurred by Bank as provided in the loan documents giving rise to Bank's claim. Bank reserves the

right to amend the claim and/or bring an application pursuant to Fed. R. Bank. P. 2016, and will timely amend the claim, to state the full amount of attorney's fees and costs owing on the date payment of its claim is made. Additionally, prior to November 1, 2023, Bank has incurred $15,100.00 in attorney's fees, with the $15,100.00 having been applied to attorney's fees out of the cash collateral payments made to Bank under the Court's Order Granting Debtor's Motion for Leave to Use Cash Collateral (Doc. # 64).

**Also please see attached documentation.**
- Promissory Note #***7338 dated August 13, 2020, along with Promissory Note in renewal and increase in principal amount dated August 19, 2021 and associated Change in Terms Agreements dated May 26, 2021, June 30, 2022, September 12, 2022, and December 13, 2022
- Promissory Note #***3876 dated March 4, 2021
- Promissory Note #***8726 dated October 1, 2021, along with Change in Terms Agreement dated January 21, 2022
- Promissory Note #***8006 dated January 21, 2022
- Commercial Security Agreement dated August 19, 2021
- Commercial Security Agreement dated March 4, 2021
- Commercial Security Agreement dated October 1, 2021
- Commercial Security Agreement dated January 21, 2022
- financing statement Initial Filing #: 20-000772436-1
- Certificates of Title Listing Choice Financial Group as lienholder
- Additional loan documents exist and Choice Financial Group reserves the right to rely on any other loan documents or instruments related to this claim.