EXHIBIT CB-2

**Choice Bank - Drain Services, Inc. loan payments since petition date (10/2/2023)**

Loan ***7338

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to fees | Applied to Int. | Applied to Principal | Principal Outstanding | Interest Outstanding | Late/Fee outstanding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $64,350.75 | $2,174.96 | $150.00 | Petition Date | | | | | $64,350.75 | $2,174.96 | $150.00 | $66,675.71 |
| 10/24/2023 | $64,350.75 | $639.04 | | Partial Adequate protection payment | $251.18 | | $251.18 | | $64,350.75 | $2,562.82 | $150.00 | $67,063.57 |
| 11/10/2023 | $64,350.75 | $493.80 | $7,100.00 | Adequate protection | $10,000.00 | $7,100.00 | $2,900.00 | $0.00 | $64,350.75 | $156.62 | $150.00 | $64,657.37 |
| 12/12/2023 | $64,350.75 | $929.51 | | Hearing date | | | | | $64,350.75 | $1,086.13 | $150.00 | $65,586.88 |

Loan ***3876

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to fees | Applied to Int. | Applied to Principal | Princ. Outstanding | Int. Outstanding | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $15,888.60 | $355.84 | $400.00 | Petition Date | | | | | $15,888.60 | $355.84 | $400.00 | $16,644.44 |
| 10/24/2023 | $15,888.60 | $104.38 | $8,000.00 | Payoff adequate protection Payment | $24,748.82 | $8,400.00 | $460.22 | $15,888.60 | $0.00 | $0.00 | $0.00 | $0.00 |

Loan ***8726

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to fees | Applied to Int. | Applied to Principal | Princ. Outstanding | Int. Outstanding | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $119,870.94 | $2,871.91 | $50.00 | Petition Date | | | | | $119,870.94 | $2,871.91 | $50.00 | $122,792.85 |
| 12/12/2023 | $119,870.94 | $2,718.74 | | Hearing date | | | | | $119,870.94 | $5,590.65 | $50.00 | $125,511.59 |

Loan ***8006

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to fees | Applied to Int. | Applied to Principal | Princ. Outstanding | Int. Outstanding | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $84,328.25 | $1,888.60 | $1,773.60 | Petition Date | | | | | $84,328.25 | $1,888.60 | $1,773.60 | $87,990.45 |
| 12/12/2023 | $84,328.25 | $1,787.88 | | Hearing date | | | | | $84,328.25 | $3,676.48 | $1,773.60 | $89,778.33 |

**TOTAL     $280,876.80**

Not including attorney's fees incurred since November 1, 2023