IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION OF SERVICE

**BRENDA R. DIPERSIO,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on December 8, 2023, she served the following:

1. **CREDITOR CHOICE EXHIBITS CB-1 THROUGH CB-8 (except CB-6 which has not yet been received)**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1ˢᵗ Avenue N
Suite B PMB 24
Fargo ND 58102
mac@mbvesq.com
**Attorney for Debtor**

**Drain Services Inc.**
575 County Road 10
Mapleton ND 58059

**Sarah J. Wencil**
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

**Robert B. Rashcke**
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

1

Dated: December 8, 2023 at Grand Forks, North Dakota

/s/ Brenda R. DiPersio
**BRENDA R. DIPERSIO**