UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Drain Services, Inc. | ) | Case No. 23-30352 |
| | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Subchapter V |
| | ) | |
| | ) | |

## MOTION TO APPEAR BY VIDEO

Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear by video conference Tuesday, December 12, 2023 at 10:00am on the Debtor's Confirmation Hearing (related doc. 69).

1. Subchapter V Trustee will concur with the objection to confirmation of the plan filed by the U.S Trustee.

2. Travel to Fargo, North Dakota would be unduly burdensome and expensive.

WHEREFORE, Trustee requests that he be allowed to appear by video conference.

Dated: December 8, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

In Re:                                    )
                                          )
Drain Services, Inc.                      )        Case No. 23-30352
                                          )
                                          )        Chapter 11
                                          )        Subchapter V
                                          )
                                          )

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused
service via CM/ECF upon all CM/ECF recipients.

Dated:  December 8, 2023

                         /s/ Thomas Kapusta
                         Thomas Kapusta