UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>Drain Services, Inc.,<br><br>Debtor. | Case No.: 23-30352<br><br>Subchapter V |
|---|---|

**TONY HAMILTON'S WITNESS LIST**

Creditor Tony Hamilton hereby provides the following Witness List for the hearing scheduled for **Tuesday, December 12, 2023, at 10:00 a.m.** regarding the above-referenced matter.

| NAME AND ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Kevin Cameron | Will | Testimony concerning income and projections in support of Subchapter V Plan and as given at first meeting of creditors in *In Re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case No. 23-30369, Debtor's historical, current, and projected business operations and financials. |
| Caitlyn Cameron | May | Testimony concerning income and projections in support of Subchapter V Plan and as given at first meeting of creditors in *In Re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case No. 23-30369, Debtor's historical, current, and projected business operations and financials. |

Dated this 8th day of December, 2023.

                                          **VOGEL LAW FIRM**

                              /s/ Caren W. Stanley
BY:  Caren W. Stanley (#06100)
       218 NP Avenue
       PO Box 1389
       Fargo, ND  58107-1389
       Telephone:  701.203.8760
       Email:   cstanley@vogellaw.com
       ATTORNEYS FOR TONY HAMILTON

**Re:  Drain Services, Inc.**
      **Case No. 23-30352**

| | |
|---|---|
| STATE OF             ) | |
|                              ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF       ) | |

Jill Nona, being first duly sworn, does depose and say:  she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On December 8, 2023, affiant caused the following document(s):

**TONY HAMILTON'S WITNESS LIST**

to be served electronically to the following:

*All ECF Filing Participants*

　　　　　　　　　　　　　　/s/ Jill Nona
　　　　　　　　　　　　　　Jill Nona

Subscribed and sworn to before me this 8th day of December, 2023.

　　　　　　　　　　　　　　/s/ Sonie Thompson
(SEAL)　　　　　　　　　Notary Public,  County, North Dakota

3

5293019.1