| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| October-23 | $53,385.69 | $0.00 | -$355.90 | $355.90 | $53,741.59 |
| November-23 | $53,741.59 | $0.00 | -$358.28 | $358.28 | $54,099.87 |
| December-23 | $54,099.87 | $0.00 | -$360.67 | $360.67 | $54,460.54 |
| January-24 | $54,460.54 | $0.00 | -$363.07 | $363.07 | $54,823.61 |
| February-24 | $54,823.61 | $0.00 | -$365.49 | $365.49 | $55,189.10 |
| March-24 | $55,189.10 | $0.00 | -$367.93 | $367.93 | $55,557.03 |
| April-24 | $55,557.03 | $1,209.80 | $839.42 | $370.38 | $54,717.61 |
| May-24 | $54,717.61 | $1,209.80 | $845.02 | $364.78 | $53,872.59 |
| June-24 | $53,872.59 | $1,209.80 | $850.65 | $359.15 | $53,021.94 |
| July-24 | $53,021.94 | $1,209.80 | $856.32 | $353.48 | $52,165.62 |
| August-24 | $52,165.62 | $1,209.80 | $862.03 | $347.77 | $51,303.59 |
| September-24 | $51,303.59 | $1,209.80 | $867.78 | $342.02 | $50,435.81 |
| October-24 | $50,435.81 | $1,209.80 | $873.56 | $336.24 | $49,562.25 |
| November-24 | $49,562.25 | $1,209.80 | $879.38 | $330.42 | $48,682.87 |
| December-24 | $48,682.87 | $1,209.80 | $885.25 | $324.55 | $47,797.62 |
| January-25 | $47,797.62 | $1,209.80 | $891.15 | $318.65 | $46,906.47 |
| February-25 | $46,906.47 | $1,209.80 | $897.09 | $312.71 | $46,009.38 |
| March-25 | $46,009.38 | $1,209.80 | $903.07 | $306.73 | $45,106.31 |
| April-25 | $45,106.31 | $1,209.80 | $909.09 | $300.71 | $44,197.22 |
| May-25 | $44,197.22 | $1,209.80 | $915.15 | $294.65 | $43,282.07 |
| June-25 | $43,282.07 | $1,209.80 | $921.25 | $288.55 | $42,360.82 |
| July-25 | $42,360.82 | $1,209.80 | $927.39 | $282.41 | $41,433.43 |
| August-25 | $41,433.43 | $1,209.80 | $933.58 | $276.22 | $40,499.85 |
| September-25 | $40,499.85 | $1,209.80 | $939.80 | $270.00 | $39,560.05 |
| October-25 | $39,560.05 | $1,209.80 | $946.07 | $263.73 | $38,613.98 |
| November-25 | $38,613.98 | $1,209.80 | $952.37 | $257.43 | $37,661.61 |
| December-25 | $37,661.61 | $1,209.80 | $958.72 | $251.08 | $36,702.89 |
| January-26 | $36,702.89 | $1,209.80 | $965.11 | $244.69 | $35,737.78 |
| February-26 | $35,737.78 | $1,209.80 | $971.55 | $238.25 | $34,766.23 |
| March-26 | $34,766.23 | $1,209.80 | $978.03 | $231.77 | $33,788.20 |
| April-26 | $33,788.20 | $1,209.80 | $984.55 | $225.25 | $32,803.65 |
| May-26 | $32,803.65 | $1,209.80 | $991.11 | $218.69 | $31,812.54 |
| June-26 | $31,812.54 | $1,209.80 | $997.72 | $212.08 | $30,814.82 |
| July-26 | $30,814.82 | $1,209.80 | $1,004.37 | $205.43 | $29,810.45 |
| August-26 | $29,810.45 | $1,209.80 | $1,011.06 | $198.74 | $28,799.39 |
| September-26 | $28,799.39 | $1,209.80 | $1,017.80 | $192.00 | $27,781.59 |
| October-26 | $27,781.59 | $1,209.80 | $1,024.59 | $185.21 | $26,757.00 |
| November-26 | $26,757.00 | $1,209.80 | $1,031.42 | $178.38 | $25,725.58 |
| December-26 | $25,725.58 | $1,209.80 | $1,038.30 | $171.50 | $24,687.28 |
| January-27 | $24,687.28 | $1,209.80 | $1,045.22 | $164.58 | $23,642.06 |
| February-27 | $23,642.06 | $1,209.80 | $1,052.19 | $157.61 | $22,589.87 |
| March-27 | $22,589.87 | $1,209.80 | $1,059.20 | $150.60 | $21,530.67 |
| April-27 | $21,530.67 | $1,209.80 | $1,066.26 | $143.54 | $20,464.41 |
| May-27 | $20,464.41 | $1,209.80 | $1,073.37 | $136.43 | $19,391.04 |
| June-27 | $19,391.04 | $1,209.80 | $1,080.53 | $129.27 | $18,310.51 |
| July-27 | $18,310.51 | $1,209.80 | $1,087.73 | $122.07 | $17,222.78 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| August-27 | $17,222.78 | $1,209.80 | $1,094.98 | $114.82 | $16,127.80 |
| September-27 | $16,127.80 | $1,209.80 | $1,102.28 | $107.52 | $15,025.52 |
| October-27 | $15,025.52 | $1,209.80 | $1,109.63 | $100.17 | $13,915.89 |
| November-27 | $13,915.89 | $1,209.80 | $1,117.03 | $92.77 | $12,798.86 |
| December-27 | $12,798.86 | $1,209.80 | $1,124.47 | $85.33 | $11,674.39 |
| January-28 | $11,674.39 | $1,209.80 | $1,131.97 | $77.83 | $10,542.42 |
| February-28 | $10,542.42 | $1,209.80 | $1,139.52 | $70.28 | $9,402.90 |
| March-28 | $9,402.90 | $1,209.80 | $1,147.11 | $62.69 | $8,255.79 |
| April-28 | $8,255.79 | $1,209.80 | $1,154.76 | $55.04 | $7,101.03 |
| May-28 | $7,101.03 | $1,209.80 | $1,162.46 | $47.34 | $5,938.57 |
| June-28 | $5,938.57 | $1,209.80 | $1,170.21 | $39.59 | $4,768.36 |
| July-28 | $4,768.36 | $1,209.80 | $1,178.01 | $31.79 | $3,590.35 |
| August-28 | $3,590.35 | $1,209.80 | $1,185.86 | $23.94 | $2,404.49 |
| September-28 | $2,404.49 | $1,209.80 | $1,193.77 | $16.03 | $1,210.72 |
| October-28 | $1,210.72 | $1,218.79 | $1,210.72 | $8.07 | $0.00 |