| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-24 | $267,103.50 | $0.00 | -$1,780.69 | $1,780.69 | $268,884.19 |
| February-24 | $268,884.19 | $0.00 | -$1,792.56 | $1,792.56 | $270,676.75 |
| March-24 | $270,676.75 | $0.00 | -$1,804.51 | $1,804.51 | $272,481.26 |
| April-24 | $272,481.26 | $5,934.03 | $4,117.49 | $1,816.54 | $268,363.77 |
| May-24 | $268,363.77 | $5,934.03 | $4,144.94 | $1,789.09 | $264,218.83 |
| June-24 | $264,218.83 | $5,934.03 | $4,172.57 | $1,761.46 | $260,046.26 |
| July-24 | $260,046.26 | $5,934.03 | $4,200.39 | $1,733.64 | $255,845.87 |
| August-24 | $255,845.87 | $5,934.03 | $4,228.39 | $1,705.64 | $251,617.48 |
| September-24 | $251,617.48 | $5,934.03 | $4,256.58 | $1,677.45 | $247,360.90 |
| October-24 | $247,360.90 | $5,934.03 | $4,284.96 | $1,649.07 | $243,075.94 |
| November-24 | $243,075.94 | $5,934.03 | $4,313.52 | $1,620.51 | $238,762.42 |
| December-24 | $238,762.42 | $5,934.03 | $4,342.28 | $1,591.75 | $234,420.14 |
| January-25 | $234,420.14 | $5,934.03 | $4,371.23 | $1,562.80 | $230,048.91 |
| February-25 | $230,048.91 | $5,934.03 | $4,400.37 | $1,533.66 | $225,648.54 |
| March-25 | $225,648.54 | $5,934.03 | $4,429.71 | $1,504.32 | $221,218.83 |
| April-25 | $221,218.83 | $5,934.03 | $4,459.24 | $1,474.79 | $216,759.59 |
| May-25 | $216,759.59 | $5,934.03 | $4,488.97 | $1,445.06 | $212,270.62 |
| June-25 | $212,270.62 | $5,934.03 | $4,518.89 | $1,415.14 | $207,751.73 |
| July-25 | $207,751.73 | $5,934.03 | $4,549.02 | $1,385.01 | $203,202.71 |
| August-25 | $203,202.71 | $5,934.03 | $4,579.35 | $1,354.68 | $198,623.36 |
| September-25 | $198,623.36 | $5,934.03 | $4,609.87 | $1,324.16 | $194,013.49 |
| October-25 | $194,013.49 | $5,934.03 | $4,640.61 | $1,293.42 | $189,372.88 |
| November-25 | $189,372.88 | $5,934.03 | $4,671.54 | $1,262.49 | $184,701.34 |
| December-25 | $184,701.34 | $5,934.03 | $4,702.69 | $1,231.34 | $179,998.65 |
| January-26 | $179,998.65 | $5,934.03 | $4,734.04 | $1,199.99 | $175,264.61 |
| February-26 | $175,264.61 | $5,934.03 | $4,765.60 | $1,168.43 | $170,499.01 |
| March-26 | $170,499.01 | $5,934.03 | $4,797.37 | $1,136.66 | $165,701.64 |
| April-26 | $165,701.64 | $5,934.03 | $4,829.35 | $1,104.68 | $160,872.29 |
| May-26 | $160,872.29 | $5,934.03 | $4,861.55 | $1,072.48 | $156,010.74 |
| June-26 | $156,010.74 | $5,934.03 | $4,893.96 | $1,040.07 | $151,116.78 |
| July-26 | $151,116.78 | $5,934.03 | $4,926.58 | $1,007.45 | $146,190.20 |
| August-26 | $146,190.20 | $5,934.03 | $4,959.43 | $974.60 | $141,230.77 |
| September-26 | $141,230.77 | $5,934.03 | $4,992.49 | $941.54 | $136,238.28 |
| October-26 | $136,238.28 | $5,934.03 | $5,025.77 | $908.26 | $131,212.51 |
| November-26 | $131,212.51 | $5,934.03 | $5,059.28 | $874.75 | $126,153.23 |
| December-26 | $126,153.23 | $5,934.03 | $5,093.01 | $841.02 | $121,060.22 |
| January-27 | $121,060.22 | $5,934.03 | $5,126.96 | $807.07 | $115,933.26 |
| February-27 | $115,933.26 | $5,934.03 | $5,161.14 | $772.89 | $110,772.12 |
| March-27 | $110,772.12 | $5,934.03 | $5,195.55 | $738.48 | $105,576.57 |
| April-27 | $105,576.57 | $5,934.03 | $5,230.19 | $703.84 | $100,346.38 |
| May-27 | $100,346.38 | $5,934.03 | $5,265.05 | $668.98 | $95,081.33 |
| June-27 | $95,081.33 | $5,934.03 | $5,300.15 | $633.88 | $89,781.18 |
| July-27 | $89,781.18 | $5,934.03 | $5,335.49 | $598.54 | $84,445.69 |
| August-27 | $84,445.69 | $5,934.03 | $5,371.06 | $562.97 | $79,074.63 |
| September-27 | $79,074.63 | $5,934.03 | $5,406.87 | $527.16 | $73,667.76 |
| October-27 | $73,667.76 | $5,934.03 | $5,442.91 | $491.12 | $68,224.85 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| November-27 | $68,224.85 | $5,934.03 | $5,479.20 | $454.83 | $62,745.65 |
| December-27 | $62,745.65 | $5,934.03 | $5,515.73 | $418.30 | $57,229.92 |
| January-28 | $57,229.92 | $5,934.03 | $5,552.50 | $381.53 | $51,677.42 |
| February-28 | $51,677.42 | $5,934.03 | $5,589.51 | $344.52 | $46,087.91 |
| March-28 | $46,087.91 | $5,934.03 | $5,626.78 | $307.25 | $40,461.13 |
| April-28 | $40,461.13 | $5,934.03 | $5,664.29 | $269.74 | $34,796.84 |
| May-28 | $34,796.84 | $5,934.03 | $5,702.05 | $231.98 | $29,094.79 |
| June-28 | $29,094.79 | $5,934.03 | $5,740.06 | $193.97 | $23,354.73 |
| July-28 | $23,354.73 | $5,934.03 | $5,778.33 | $155.70 | $17,576.40 |
| August-28 | $17,576.40 | $5,934.03 | $5,816.85 | $117.18 | $11,759.55 |
| September-28 | $11,759.55 | $5,934.03 | $5,855.63 | $78.40 | $5,903.92 |
| October-28 | $5,903.92 | $5,943.28 | $5,903.92 | $39.36 | $0.00 |