IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## WITNESS AND EXHIBIT LIST

Comes now Drain Services Inc. ("Drain Services" or the "Debtor"), by and through undersigned proposed counsel, and furnishes the following witness and exhibit lists for a hearing to be held on December 12, 2023:

### Witnesses

1. Kevin Cameron

2. Any witness who may be called by any party in interest

### Exhibits

a. Amended Projections

b. Amended Plan of Reorganization (DE #94) and exhibits thereto

Respectfully submitted,

Dated: December 10, 2023        By:      /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com
                                        *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2023, a copy of the foregoing

was served electronically upon filing via the ECF system.


/s/ Maurice B. VerStandig
Maurice B. VerStandig