IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CHOICE FINANCIAL GROUP'S BALLOT FOR ACCEPTING OR REJECTING DRAIN SERVICES, INC.'S SUBCHAPTER V PLAN OF REORGANIZATION

**Choice Financial Group**, ("Choice Bank") a creditor of the above-named debtor Drain Services, Inc. ("Debtor"), by and through its undersigned counsel, and hereby REJECTS Drain Services, Inc.'s Subchapter V Plan of Reorganization ("Plan") (Doc. No. 69).

Dated: December 7, 2023

/s/*John D. Schroeder*
**JOHN D. SCHROEDER  (ND ID #07147)**
jschroeder@northdakotalaw.net
ZIMNEY FOSTER P.C.
3100 South Columbia Road, Ste 200
Grand Forks, ND 58201
Phone:  701/772-8111   Fax:  701/772-7328
Attorneys for Choice Financial Group

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### DECLARATION OF SERVICE

**BRENDA R. DIPERSIO,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on December 7, 2023, she served the following:

1. **CHOICE FINANCIAL GROUP'S BALLOT FOR ACCEPTING OR REJECTING DRAIN SERVICES, INC.'S SUBCHAPTER V PLAN OF REORGANIZATION**
2. **THIS DECLARATION OF SERVICE**

by emailing to the below listed individual at the email stated below and by sending the same in a postage paid envelope addressed to the individual named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Maurice VerStandig**
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo ND 58102
mac@mbvesq.com
**Attorney for Debtor**

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: December 7, 2023 at Grand Forks, North Dakota

*/s/ Brenda R. DiPersio*
**BRENDA R. DIPERSIO**

1