UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

EXHIBIT LIST OF UNITED STATES TRUSTEE

Bankruptcy Case No: 23-30352        Bankruptcy Case Title: Drain Services, Inc.

| EX. NO. | WITNESS | DESCRIPTION |
|---|---|---|
| UST A | Kevin Cameron | Cameron, 23-30369.m4a<br>Chapter 13 Meeting Recording |
| B | Kevin Cameron | Docket 50.1 Budget |
| C | Kevin Cameron | Docket 79 October 2023 MOR |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Dated: December 7, 2023

MARY R. JENSEN
Acting U.S. Trustee Region 12

 /s/ Sarah J. Wencil
Sarah J. Wencil
Trial Attorney
IA Atty # 14014
Office of the United States Trustee
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 334-1350