UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 23-30352 |
|---|---|
| Drain Services, Inc., | Subchapter V |
| Debtor. | |

## TONY HAMILTON'S AMENDED EXHIBIT LIST

Creditor Tony Hamilton hereby provides the following Exhibit List with respect to the Debtor's Confirmation Hearing set for **Tuesday, December 12, 2023, at 10:00 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TH-1 | | | Bankruptcy Schedules and Statements of Drain Services, Inc. [Doc 06] | | | | | | | | | |
| TH-2 | | | Amended Schedules and Statements of Drain Services, Inc. [Doc 73] | | | | | | | | | |
| TH-3 | | | Proposed Subchapter V Plan with Exhibits [Docs 69 and 71] | | | | | | | | | |
| TH-4 | | | Proof of Claim No. 12 filed by Tony Hamilton and accompanying attachments | | | | | | | | | |
| TH-5 | | | Objection of U.S. Trustee to Subchapter V Plan [Doc 82] | | | | | | | | | |
| TH-6 | | | Amended Projections filed on 12/10/2023 [Doc 95-1] | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TH-7 | | | Amended Plan of Reorganization filed on 12/10/23 [Doc 95-2] | | | | | | |
| TH-8 | | | Bankruptcy Schedules and Statements from *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case No. 23-30369 | | | | | | |
| TH-9 | | | Proposed Chapter 13 Plan from *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case No. 23-30369 [Doc 18] | | | | | | |
| TH-10 | | | Audio recording of First Meeting of Creditors held on 12/5/23 *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case No. 23-30369 | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 11th day of December, 2023.

**VOGEL LAW FIRM**

BY: /s/ Caren W. Stanley
     Caren W. Stanley (#06100)
     cstanley@vogellaw.com
     218 NP Avenue
     PO Box 1389
     Fargo, ND  58107-1389
     Telephone:  (701) 237-6983
     Fax:  (701) 476-7676
     ATTORNEYS FOR TONY HAMILTON

**Re:  Drain Services, Inc.**
    **Case No. 23-30352**

| | |
|---|---|
| STATE OF              ) | |
|                              ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF          ) | |

Jill Nona, being first duly sworn, does depose and say:  she is a resident of Fargo, North Dakota, of legal age and not a party to or interested in the above-entitled matter.

On December 11, 2023, affiant caused the following document(s):

**TONY HAMILTON'S AMENDED EXHIBIT LIST**

to be served electronically to the following:

*All ECF Filing Participants*

/s/ Jill Nona
Jill Nona

Subscribed and sworn to before me this 11th day of December, 2023.

/s/ Sonie Thompson
(SEAL)          Notary Public,  County, North Dakota

3

5292950.1