UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                                  Bankruptcy No. 23-30352
                                                                       Chapter 11 – Subchapter V

Drain Services Inc.,

                     Debtor.

_____/

### ORDER ESTABLISHING DEADLINES REGARDING
### CONFIRMATION OF AN AMENDED PLAN

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines apply.

1. Deadline to file an amended plan: **December 22, 2023.**

2. Deadline to serve the amended plan, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan and notice of the date for the hearing on confirmation: **December 26, 2023.**

3. Deadline for the holders of claims and interests to accept or reject the amended plan (submit ballots to plan proponent's attorney or other address on the ballot): **January 23, 2024**.

4. Deadline to file written objections to plan confirmation: **January 23, 2024**.

5. Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the amended plan: **January 23, 2024**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation: **Thursday, January 25, 2024**. If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation of the amended plan: <u>**Monday, January 29, 2024, at 10:00 a.m.**</u> **in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the amended plan without a hearing.

Dated: December 13, 2023.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically December 13, 2023, to Electronic Mail Notice List for Case No. 23-30352.