United States Bankruptcy Court

District of North Dakota

In re:  Case No. 23-30352-skh

Drain Services Inc.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2

Date Rcvd: Dec 13, 2023     Form ID: pdf2some     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Tony Hamilton cstanley@vogellaw.com<br>jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov<br>Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kent Rockstad | on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov<br>Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 13, 2023 | Form ID: pdf2some | Total Noticed: 1 |

Kent Rockstad
on behalf of Creditor USA/SBA/IRS Kent.Rockstad@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Maurice VerStandig
on behalf of Debtor Drain Services Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
on behalf of Creditor Meckler Marketing Consulting  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
tkapusta@aol.com

Tracy A. Kennedy
on behalf of Creditor Choice Financial Group tracykennedy@northdakotalaw.net  brendadipersio@northdakotalaw.net

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                          Bankruptcy No. 23-30352
                                                                Chapter 11 – Subchapter V
Drain Services Inc.,

                    Debtor.
_____/

## ORDER ESTABLISHING DEADLINES REGARDING
## CONFIRMATION OF AN AMENDED PLAN

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines apply.

1. Deadline to file an amended plan:  **December 22, 2023.**

2. Deadline to serve the amended plan, a ballot conforming to Official Form 314, notice of the time within which the holders of claims and interests may accept or reject the plan and notice of the date for the hearing on confirmation:  **December 26, 2023.**

3. Deadline for the holders of claims and interests to accept or reject the amended plan (submit ballots to plan proponent's attorney or other address on the ballot):  **January 23, 2024**.

4. Deadline to file written objections to plan confirmation:  **January 23, 2024**.

5. Deadline by which an equity security holder or creditor whose claim is based on a security must be the holder of record of the security in order to be eligible to accept or reject the amended plan:  **January 23, 2024**.

6. Deadline to file or email to the Court all exhibits in support of confirmation or an objection to confirmation:  **Thursday, January 25, 2024**.  If you elect to email exhibits, please send them to **NDB_Trial_Evidence@ndb.uscourts.gov** with a copy to the Trustee, United States Trustee and any interested party who filed an objection or requested notice in this case.

7. Hearing on confirmation of the amended plan:  <u>**Monday, January 29, 2024, at 10:00 a.m.**</u> **in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota**.

If the Court receives no timely-filed written objections (or if all objections are withdrawn) and the requirements of 11 U.S.C. §1191 and other applicable provisions of the Bankruptcy Code are met, the Court may confirm the amended plan without a hearing.

Dated: December 13, 2023.

*[Signature: Shon Hastings]*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically December 13, 2023, to Electronic Mail Notice List for Case No. 23-30352.