IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | Chapter 11 Subchapter V |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER ON STIPULATION FOR MODIFICATION OF ORDER GRANTING DEBTOR'S MOTION FOR LEAVE TO USE CASH COLLATERAL**

After the Court ruled on confirmation of Debtor's Chapter 11, Subchapter V Small Business Plan, at the hearing on December 12, 2023, Choice Financial Group and Debtor agreed to modify a term of the Court's Order Granting Debtor's Motion for Leave to Use Cash Collateral (Doc. # 64). After considering the agreement, the Court approves the stipulation on the record between Choice and Debtor. Accordingly, it is ORDERED:

1. Effective as of December 15, 2023, the dollar amount "$10,000" in paragraph 4 of the Order Granting Debtor's Motion for Leave to Use Cash Collateral (Doc. # 64) is replaced with the dollar amount "$5,934.03".

2. All other provisions of the Order Granting Debtor's Motion for Leave to Use Cash Collateral (Doc. # 64) remain in full force and effect.

Dated: December 18, 2023.

Shon Hastings, Judge
United States Bankruptcy Court