| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| October-23 | $53,385.69 | $0.00 | -$355.90 | $355.90 | $53,741.59 |
| November-23 | $53,741.59 | $0.00 | -$358.28 | $358.28 | $54,099.87 |
| December-23 | $54,099.87 | $0.00 | -$360.67 | $360.67 | $54,460.54 |
| January-24 | $54,460.54 | $0.00 | -$363.07 | $363.07 | $54,823.61 |
| February-24 | $54,823.61 | $0.00 | -$365.49 | $365.49 | $55,189.10 |
| March-24 | $55,189.10 | $0.00 | -$367.93 | $367.93 | $55,557.03 |
| April-24 | $55,557.03 | $0.00 | -$370.38 | $370.38 | $55,927.41 |
| May-24 | $55,927.41 | $1,236.55 | $863.70 | $372.85 | $55,063.71 |
| June-24 | $55,063.71 | $1,236.55 | $869.46 | $367.09 | $54,194.25 |
| July-24 | $54,194.25 | $1,236.55 | $875.25 | $361.30 | $53,319.00 |
| August-24 | $53,319.00 | $1,236.55 | $881.09 | $355.46 | $52,437.91 |
| September-24 | $52,437.91 | $1,236.55 | $886.96 | $349.59 | $51,550.95 |
| October-24 | $51,550.95 | $1,236.55 | $892.88 | $343.67 | $50,658.07 |
| November-24 | $50,658.07 | $1,236.55 | $898.83 | $337.72 | $49,759.24 |
| December-24 | $49,759.24 | $1,236.55 | $904.82 | $331.73 | $48,854.42 |
| January-25 | $48,854.42 | $1,236.55 | $910.85 | $325.70 | $47,943.57 |
| February-25 | $47,943.57 | $1,236.55 | $916.93 | $319.62 | $47,026.64 |
| March-25 | $47,026.64 | $1,236.55 | $923.04 | $313.51 | $46,103.60 |
| April-25 | $46,103.60 | $1,236.55 | $929.19 | $307.36 | $45,174.41 |
| May-25 | $45,174.41 | $1,236.55 | $935.39 | $301.16 | $44,239.02 |
| June-25 | $44,239.02 | $1,236.55 | $941.62 | $294.93 | $43,297.40 |
| July-25 | $43,297.40 | $1,236.55 | $947.90 | $288.65 | $42,349.50 |
| August-25 | $42,349.50 | $1,236.55 | $954.22 | $282.33 | $41,395.28 |
| September-25 | $41,395.28 | $1,236.55 | $960.58 | $275.97 | $40,434.70 |
| October-25 | $40,434.70 | $1,236.55 | $966.99 | $269.56 | $39,467.71 |
| November-25 | $39,467.71 | $1,236.55 | $973.43 | $263.12 | $38,494.28 |
| December-25 | $38,494.28 | $1,236.55 | $979.92 | $256.63 | $37,514.36 |
| January-26 | $37,514.36 | $1,236.55 | $986.45 | $250.10 | $36,527.91 |
| February-26 | $36,527.91 | $1,236.55 | $993.03 | $243.52 | $35,534.88 |
| March-26 | $35,534.88 | $1,236.55 | $999.65 | $236.90 | $34,535.23 |
| April-26 | $34,535.23 | $1,236.55 | $1,006.32 | $230.23 | $33,528.91 |
| May-26 | $33,528.91 | $1,236.55 | $1,013.02 | $223.53 | $32,515.89 |
| June-26 | $32,515.89 | $1,236.55 | $1,019.78 | $216.77 | $31,496.11 |
| July-26 | $31,496.11 | $1,236.55 | $1,026.58 | $209.97 | $30,469.53 |
| August-26 | $30,469.53 | $1,236.55 | $1,033.42 | $203.13 | $29,436.11 |
| September-26 | $29,436.11 | $1,236.55 | $1,040.31 | $196.24 | $28,395.80 |
| October-26 | $28,395.80 | $1,236.55 | $1,047.24 | $189.31 | $27,348.56 |
| November-26 | $27,348.56 | $1,236.55 | $1,054.23 | $182.32 | $26,294.33 |
| December-26 | $26,294.33 | $1,236.55 | $1,061.25 | $175.30 | $25,233.08 |
| January-27 | $25,233.08 | $1,236.55 | $1,068.33 | $168.22 | $24,164.75 |
| February-27 | $24,164.75 | $1,236.55 | $1,075.45 | $161.10 | $23,089.30 |
| March-27 | $23,089.30 | $1,236.55 | $1,082.62 | $153.93 | $22,006.68 |
| April-27 | $22,006.68 | $1,236.55 | $1,089.84 | $146.71 | $20,916.84 |
| May-27 | $20,916.84 | $1,236.55 | $1,097.10 | $139.45 | $19,819.74 |
| June-27 | $19,819.74 | $1,236.55 | $1,104.42 | $132.13 | $18,715.32 |
| July-27 | $18,715.32 | $1,236.55 | $1,111.78 | $124.77 | $17,603.54 |
| August-27 | $17,603.54 | $1,236.55 | $1,119.19 | $117.36 | $16,484.35 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| September-27 | $16,484.35 | $1,236.55 | $1,126.65 | $109.90 | $15,357.70 |
| October-27 | $15,357.70 | $1,236.55 | $1,134.17 | $102.38 | $14,223.53 |
| November-27 | $14,223.53 | $1,236.55 | $1,141.73 | $94.82 | $13,081.80 |
| December-27 | $13,081.80 | $1,236.55 | $1,149.34 | $87.21 | $11,932.46 |
| January-28 | $11,932.46 | $1,236.55 | $1,157.00 | $79.55 | $10,775.46 |
| February-28 | $10,775.46 | $1,236.55 | $1,164.71 | $71.84 | $9,610.75 |
| March-28 | $9,610.75 | $1,236.55 | $1,172.48 | $64.07 | $8,438.27 |
| April-28 | $8,438.27 | $1,236.55 | $1,180.29 | $56.26 | $7,257.98 |
| May-28 | $7,257.98 | $1,236.55 | $1,188.16 | $48.39 | $6,069.82 |
| June-28 | $6,069.82 | $1,236.55 | $1,196.08 | $40.47 | $4,873.74 |
| July-28 | $4,873.74 | $1,236.55 | $1,204.06 | $32.49 | $3,669.68 |
| August-28 | $3,669.68 | $1,236.55 | $1,212.09 | $24.46 | $2,457.59 |
| September-28 | $2,457.59 | $1,236.55 | $1,220.17 | $16.38 | $1,237.42 |
| October-28 | $1,237.42 | $1,245.67 | $1,237.42 | $8.25 | $0.00 |