| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| February-24 | $286,983.54 | $0.00 | -$1,913.22 | $1,913.22 | $288,896.76 |
| March-24 | $288,896.76 | $0.00 | -$1,925.98 | $1,925.98 | $290,822.74 |
| April-24 | $290,822.74 | $0.00 | -$1,938.82 | $1,938.82 | $292,761.56 |
| May-24 | $292,761.56 | $4,689.28 | $2,737.54 | $1,951.74 | $290,024.02 |
| June-24 | $290,024.02 | $4,689.28 | $2,755.79 | $1,933.49 | $287,268.23 |
| July-24 | $287,268.23 | $4,689.28 | $2,774.16 | $1,915.12 | $284,494.07 |
| August-24 | $284,494.07 | $4,689.28 | $2,792.65 | $1,896.63 | $281,701.42 |
| September-24 | $281,701.42 | $4,689.28 | $2,811.27 | $1,878.01 | $278,890.15 |
| October-24 | $278,890.15 | $4,689.28 | $2,830.01 | $1,859.27 | $276,060.14 |
| November-24 | $276,060.14 | $4,689.28 | $2,848.88 | $1,840.40 | $273,211.26 |
| December-24 | $273,211.26 | $4,689.28 | $2,867.87 | $1,821.41 | $270,343.39 |
| January-25 | $270,343.39 | $4,689.28 | $2,886.99 | $1,802.29 | $267,456.40 |
| February-25 | $267,456.40 | $4,689.28 | $2,906.24 | $1,783.04 | $264,550.16 |
| March-25 | $264,550.16 | $4,689.28 | $2,925.61 | $1,763.67 | $261,624.55 |
| April-25 | $261,624.55 | $4,689.28 | $2,945.12 | $1,744.16 | $258,679.43 |
| May-25 | $258,679.43 | $4,689.28 | $2,964.75 | $1,724.53 | $255,714.68 |
| June-25 | $255,714.68 | $4,689.28 | $2,984.52 | $1,704.76 | $252,730.16 |
| July-25 | $252,730.16 | $4,689.28 | $3,004.41 | $1,684.87 | $249,725.75 |
| August-25 | $249,725.75 | $4,689.28 | $3,024.44 | $1,664.84 | $246,701.31 |
| September-25 | $246,701.31 | $4,689.28 | $3,044.60 | $1,644.68 | $243,656.71 |
| October-25 | $243,656.71 | $4,689.28 | $3,064.90 | $1,624.38 | $240,591.81 |
| November-25 | $240,591.81 | $4,689.28 | $3,085.33 | $1,603.95 | $237,506.48 |
| December-25 | $237,506.48 | $4,689.28 | $3,105.90 | $1,583.38 | $234,400.58 |
| January-26 | $234,400.58 | $4,689.28 | $3,126.61 | $1,562.67 | $231,273.97 |
| February-26 | $231,273.97 | $4,689.28 | $3,147.45 | $1,541.83 | $228,126.52 |
| March-26 | $228,126.52 | $4,689.28 | $3,168.44 | $1,520.84 | $224,958.08 |
| April-26 | $224,958.08 | $4,689.28 | $3,189.56 | $1,499.72 | $221,768.52 |
| May-26 | $221,768.52 | $4,689.28 | $3,210.82 | $1,478.46 | $218,557.70 |
| June-26 | $218,557.70 | $4,689.28 | $3,232.23 | $1,457.05 | $215,325.47 |
| July-26 | $215,325.47 | $4,689.28 | $3,253.78 | $1,435.50 | $212,071.69 |
| August-26 | $212,071.69 | $4,689.28 | $3,275.47 | $1,413.81 | $208,796.22 |
| September-26 | $208,796.22 | $4,689.28 | $3,297.31 | $1,391.97 | $205,498.91 |
| October-26 | $205,498.91 | $4,689.28 | $3,319.29 | $1,369.99 | $202,179.62 |
| November-26 | $202,179.62 | $4,689.28 | $3,341.42 | $1,347.86 | $198,838.20 |
| December-26 | $198,838.20 | $4,689.28 | $3,363.69 | $1,325.59 | $195,474.51 |
| January-27 | $195,474.51 | $4,689.28 | $3,386.12 | $1,303.16 | $192,088.39 |
| February-27 | $192,088.39 | $4,689.28 | $3,408.69 | $1,280.59 | $188,679.70 |
| March-27 | $188,679.70 | $4,689.28 | $3,431.42 | $1,257.86 | $185,248.28 |
| April-27 | $185,248.28 | $4,689.28 | $3,454.29 | $1,234.99 | $181,793.99 |
| May-27 | $181,793.99 | $4,689.28 | $3,477.32 | $1,211.96 | $178,316.67 |
| June-27 | $178,316.67 | $4,689.28 | $3,500.50 | $1,188.78 | $174,816.17 |
| July-27 | $174,816.17 | $4,689.28 | $3,523.84 | $1,165.44 | $171,292.33 |
| August-27 | $171,292.33 | $4,689.28 | $3,547.33 | $1,141.95 | $167,745.00 |
| September-27 | $167,745.00 | $4,689.28 | $3,570.98 | $1,118.30 | $164,174.02 |
| October-27 | $164,174.02 | $4,689.28 | $3,594.79 | $1,094.49 | $160,579.23 |
| November-27 | $160,579.23 | $4,689.28 | $3,618.75 | $1,070.53 | $156,960.48 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| December-27 | $156,960.48 | $4,689.28 | $3,642.88 | $1,046.40 | $153,317.60 |
| January-28 | $153,317.60 | $4,689.28 | $3,667.16 | $1,022.12 | $149,650.44 |
| February-28 | $149,650.44 | $4,689.28 | $3,691.61 | $997.67 | $145,958.83 |
| March-28 | $145,958.83 | $4,689.28 | $3,716.22 | $973.06 | $142,242.61 |
| April-28 | $142,242.61 | $4,689.28 | $3,741.00 | $948.28 | $138,501.61 |
| May-28 | $138,501.61 | $4,689.28 | $3,765.94 | $923.34 | $134,735.67 |
| June-28 | $134,735.67 | $4,689.28 | $3,791.04 | $898.24 | $130,944.63 |
| July-28 | $130,944.63 | $4,689.28 | $3,816.32 | $872.96 | $127,128.31 |
| August-28 | $127,128.31 | $4,689.28 | $3,841.76 | $847.52 | $123,286.55 |
| September-28 | $123,286.55 | $4,689.28 | $3,867.37 | $821.91 | $119,419.18 |
| October-28 | $119,419.18 | $4,689.28 | $3,893.15 | $796.13 | $115,526.03 |
| November-28 | $115,526.03 | $4,689.28 | $3,919.11 | $770.17 | $111,606.92 |
| December-28 | $111,606.92 | $4,689.28 | $3,945.23 | $744.05 | $107,661.69 |
| January-29 | $107,661.69 | $4,689.28 | $3,971.54 | $717.74 | $103,690.15 |
| February-29 | $103,690.15 | $4,689.28 | $3,998.01 | $691.27 | $99,692.14 |
| March-29 | $99,692.14 | $4,689.28 | $4,024.67 | $664.61 | $95,667.47 |
| April-29 | $95,667.47 | $4,689.28 | $4,051.50 | $637.78 | $91,615.97 |
| May-29 | $91,615.97 | $4,689.28 | $4,078.51 | $610.77 | $87,537.46 |
| June-29 | $87,537.46 | $4,689.28 | $4,105.70 | $583.58 | $83,431.76 |
| July-29 | $83,431.76 | $4,689.28 | $4,133.07 | $556.21 | $79,298.69 |
| August-29 | $79,298.69 | $4,689.28 | $4,160.62 | $528.66 | $75,138.07 |
| September-29 | $75,138.07 | $4,689.28 | $4,188.36 | $500.92 | $70,949.71 |
| October-29 | $70,949.71 | $4,689.28 | $4,216.28 | $473.00 | $66,733.43 |
| November-29 | $66,733.43 | $4,689.28 | $4,244.39 | $444.89 | $62,489.04 |
| December-29 | $62,489.04 | $4,689.28 | $4,272.69 | $416.59 | $58,216.35 |
| January-30 | $58,216.35 | $4,689.28 | $4,301.17 | $388.11 | $53,915.18 |
| February-30 | $53,915.18 | $4,689.28 | $4,329.85 | $359.43 | $49,585.33 |
| March-30 | $49,585.33 | $4,689.28 | $4,358.71 | $330.57 | $45,226.62 |
| April-30 | $45,226.62 | $4,689.28 | $4,387.77 | $301.51 | $40,838.85 |
| May-30 | $40,838.85 | $4,689.28 | $4,417.02 | $272.26 | $36,421.83 |
| June-30 | $36,421.83 | $4,689.28 | $4,446.47 | $242.81 | $31,975.36 |
| July-30 | $31,975.36 | $4,689.28 | $4,476.11 | $213.17 | $27,499.25 |
| August-30 | $27,499.25 | $4,689.28 | $4,505.95 | $183.33 | $22,993.30 |
| September-30 | $22,993.30 | $4,689.28 | $4,535.99 | $153.29 | $18,457.31 |
| October-30 | $18,457.31 | $4,689.28 | $4,566.23 | $123.05 | $13,891.08 |
| November-30 | $13,891.08 | $4,689.28 | $4,596.67 | $92.61 | $9,294.41 |
| December-30 | $9,294.41 | $4,689.28 | $4,627.32 | $61.96 | $4,667.09 |
| January-31 | $4,667.09 | $4,698.20 | $4,667.09 | $31.11 | $0.00 |