| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| February-24 | $15,738.62 | $0.00 | -$104.92 | $104.92 | $15,843.54 |
| March-24 | $15,843.54 | $0.00 | -$105.62 | $105.62 | $15,949.16 |
| April-24 | $15,949.16 | $0.00 | -$106.33 | $106.33 | $16,055.49 |
| May-24 | $16,055.49 | $257.09 | $150.05 | $107.04 | $15,905.44 |
| June-24 | $15,905.44 | $257.09 | $151.05 | $106.04 | $15,754.39 |
| July-24 | $15,754.39 | $257.09 | $152.06 | $105.03 | $15,602.33 |
| August-24 | $15,602.33 | $257.09 | $153.07 | $104.02 | $15,449.26 |
| September-24 | $15,449.26 | $257.09 | $154.09 | $103.00 | $15,295.17 |
| October-24 | $15,295.17 | $257.09 | $155.12 | $101.97 | $15,140.05 |
| November-24 | $15,140.05 | $257.09 | $156.16 | $100.93 | $14,983.89 |
| December-24 | $14,983.89 | $257.09 | $157.20 | $99.89 | $14,826.69 |
| January-25 | $14,826.69 | $257.09 | $158.25 | $98.84 | $14,668.44 |
| February-25 | $14,668.44 | $257.09 | $159.30 | $97.79 | $14,509.14 |
| March-25 | $14,509.14 | $257.09 | $160.36 | $96.73 | $14,348.78 |
| April-25 | $14,348.78 | $257.09 | $161.43 | $95.66 | $14,187.35 |
| May-25 | $14,187.35 | $257.09 | $162.51 | $94.58 | $14,024.84 |
| June-25 | $14,024.84 | $257.09 | $163.59 | $93.50 | $13,861.25 |
| July-25 | $13,861.25 | $257.09 | $164.68 | $92.41 | $13,696.57 |
| August-25 | $13,696.57 | $257.09 | $165.78 | $91.31 | $13,530.79 |
| September-25 | $13,530.79 | $257.09 | $166.88 | $90.21 | $13,363.91 |
| October-25 | $13,363.91 | $257.09 | $168.00 | $89.09 | $13,195.91 |
| November-25 | $13,195.91 | $257.09 | $169.12 | $87.97 | $13,026.79 |
| December-25 | $13,026.79 | $257.09 | $170.24 | $86.85 | $12,856.55 |
| January-26 | $12,856.55 | $257.09 | $171.38 | $85.71 | $12,685.17 |
| February-26 | $12,685.17 | $257.09 | $172.52 | $84.57 | $12,512.65 |
| March-26 | $12,512.65 | $257.09 | $173.67 | $83.42 | $12,338.98 |
| April-26 | $12,338.98 | $257.09 | $174.83 | $82.26 | $12,164.15 |
| May-26 | $12,164.15 | $257.09 | $176.00 | $81.09 | $11,988.15 |
| June-26 | $11,988.15 | $257.09 | $177.17 | $79.92 | $11,810.98 |
| July-26 | $11,810.98 | $257.09 | $178.35 | $78.74 | $11,632.63 |
| August-26 | $11,632.63 | $257.09 | $179.54 | $77.55 | $11,453.09 |
| September-26 | $11,453.09 | $257.09 | $180.74 | $76.35 | $11,272.35 |
| October-26 | $11,272.35 | $257.09 | $181.94 | $75.15 | $11,090.41 |
| November-26 | $11,090.41 | $257.09 | $183.15 | $73.94 | $10,907.26 |
| December-26 | $10,907.26 | $257.09 | $184.37 | $72.72 | $10,722.89 |
| January-27 | $10,722.89 | $257.09 | $185.60 | $71.49 | $10,537.29 |
| February-27 | $10,537.29 | $257.09 | $186.84 | $70.25 | $10,350.45 |
| March-27 | $10,350.45 | $257.09 | $188.09 | $69.00 | $10,162.36 |
| April-27 | $10,162.36 | $257.09 | $189.34 | $67.75 | $9,973.02 |
| May-27 | $9,973.02 | $257.09 | $190.60 | $66.49 | $9,782.42 |
| June-27 | $9,782.42 | $257.09 | $191.87 | $65.22 | $9,590.55 |
| July-27 | $9,590.55 | $257.09 | $193.15 | $63.94 | $9,397.40 |
| August-27 | $9,397.40 | $257.09 | $194.44 | $62.65 | $9,202.96 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| September-27 | $9,202.96 | $257.09 | $195.74 | $61.35 | $9,007.22 |
| October-27 | $9,007.22 | $257.09 | $197.04 | $60.05 | $8,810.18 |
| November-27 | $8,810.18 | $257.09 | $198.36 | $58.73 | $8,611.82 |
| December-27 | $8,611.82 | $257.09 | $199.68 | $57.41 | $8,412.14 |
| January-28 | $8,412.14 | $257.09 | $201.01 | $56.08 | $8,211.13 |
| February-28 | $8,211.13 | $257.09 | $202.35 | $54.74 | $8,008.78 |
| March-28 | $8,008.78 | $257.09 | $203.70 | $53.39 | $7,805.08 |
| April-28 | $7,805.08 | $257.09 | $205.06 | $52.03 | $7,600.02 |
| May-28 | $7,600.02 | $257.09 | $206.42 | $50.67 | $7,393.60 |
| June-28 | $7,393.60 | $257.09 | $207.80 | $49.29 | $7,185.80 |
| July-28 | $7,185.80 | $257.09 | $209.18 | $47.91 | $6,976.62 |
| August-28 | $6,976.62 | $257.09 | $210.58 | $46.51 | $6,766.04 |
| September-28 | $6,766.04 | $257.09 | $211.98 | $45.11 | $6,554.06 |
| October-28 | $6,554.06 | $257.09 | $213.40 | $43.69 | $6,340.66 |
| November-28 | $6,340.66 | $257.09 | $214.82 | $42.27 | $6,125.84 |
| December-28 | $6,125.84 | $257.09 | $216.25 | $40.84 | $5,909.59 |
| January-29 | $5,909.59 | $257.09 | $217.69 | $39.40 | $5,691.90 |
| February-29 | $5,691.90 | $257.09 | $219.14 | $37.95 | $5,472.76 |
| March-29 | $5,472.76 | $257.09 | $220.60 | $36.49 | $5,252.16 |
| April-29 | $5,252.16 | $257.09 | $222.08 | $35.01 | $5,030.08 |
| May-29 | $5,030.08 | $257.09 | $223.56 | $33.53 | $4,806.52 |
| June-29 | $4,806.52 | $257.09 | $225.05 | $32.04 | $4,581.47 |
| July-29 | $4,581.47 | $257.09 | $226.55 | $30.54 | $4,354.92 |
| August-29 | $4,354.92 | $257.09 | $228.06 | $29.03 | $4,126.86 |
| September-29 | $4,126.86 | $257.09 | $229.58 | $27.51 | $3,897.28 |
| October-29 | $3,897.28 | $257.09 | $231.11 | $25.98 | $3,666.17 |
| November-29 | $3,666.17 | $257.09 | $232.65 | $24.44 | $3,433.52 |
| December-29 | $3,433.52 | $257.09 | $234.20 | $22.89 | $3,199.32 |
| January-30 | $3,199.32 | $257.09 | $235.76 | $21.33 | $2,963.56 |
| February-30 | $2,963.56 | $257.09 | $237.33 | $19.76 | $2,726.23 |
| March-30 | $2,726.23 | $257.09 | $238.92 | $18.17 | $2,487.31 |
| April-30 | $2,487.31 | $257.09 | $240.51 | $16.58 | $2,246.80 |
| May-30 | $2,246.80 | $257.09 | $242.11 | $14.98 | $2,004.69 |
| June-30 | $2,004.69 | $257.09 | $243.73 | $13.36 | $1,760.96 |
| July-30 | $1,760.96 | $257.09 | $245.35 | $11.74 | $1,515.61 |
| August-30 | $1,515.61 | $257.09 | $246.99 | $10.10 | $1,268.62 |
| September-30 | $1,268.62 | $257.09 | $248.63 | $8.46 | $1,019.99 |
| October-30 | $1,019.99 | $257.09 | $250.29 | $6.80 | $769.70 |
| November-30 | $769.70 | $257.09 | $251.96 | $5.13 | $517.74 |
| December-30 | $517.74 | $257.09 | $253.64 | $3.45 | $264.10 |
| January-31 | $264.10 | $265.86 | $264.10 | $1.76 | $0.00 |