|                | 2024        | 2025        | 2026        | 2027        | 2028        |
|----------------|-------------|-------------|-------------|-------------|-------------|
| Payroll        | $ 200,000   | $ 210,000   | $ 220,500   | $ 231,525   | $ 243,101   |
| Payroll Taxes  | $ 30,000    | $ 31,500    | $ 33,075    | $ 34,729    | $ 36,465    |
| Materials      | $ 80,000    | $ 84,000    | $ 88,200    | $ 92,610    | $ 97,241    |
| Subcontractors | $ 75,000    | $ 78,750    | $ 82,688    | $ 86,822    | $ 91,163    |
| Utilities      | $ 22,000    | $ 23,100    | $ 24,255    | $ 25,468    | $ 26,741    |
| Rent           | $ 36,000    | $ 36,000    | $ 36,000    | $ 36,000    | $ 36,000    |
| Insurance      | $ 40,000    | $ 42,000    | $ 44,100    | $ 46,305    | $ 48,620    |
| Fuel           | $ 18,000    | $ 18,900    | $ 19,845    | $ 20,837    | $ 21,879    |
| Maintenance    | $ 30,000    | $ 31,500    | $ 33,075    | $ 34,729    | $ 36,465    |
| Equipment      | $ 60,000    | $ 63,000    | $ 66,150    | $ 69,458    | $ 72,930    |
| T&E            | $ 42,000    | $ 44,100    | $ 46,305    | $ 48,620    | $ 51,051    |
| Plan Payments  | $ 120,602   | $ 120,602   | $ 120,602   | $ 120,602   | $ 120,602   |
| Total Expenses | $ 753,602   | $ 783,452   | $ 814,795   | $ 847,704   | $ 882,260   |
| Income         | $ 800,000   | $ 840,000   | $ 882,000   | $ 926,100   | $ 972,405   |
| Misc./Reserve  | $ 46,398    | $ 56,548    | $ 67,205    | $ 78,396    | $ 90,145    |