| Month | Admin | IRS | Choice | Bank of the West | SBA | General Unsecured Creditors | Total |
|---|---|---|---|---|---|---|---|
| Feb-24 | $7,488.00 | $0.00 | $0.00 | $0.00 | $2,562.00 | $0.00 | $10,050.00 |
| March-24 | $7,488.00 | $0.00 | $0.00 | $0.00 | $2,562.00 | $0.00 | $10,050.00 |
| April-24 | $7,488.00 | $0.00 | $0.00 | $0.00 | $2,562.00 | $0.00 | $10,050.00 |
| May-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| June-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| July-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| August-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| September-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| October-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| November-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| December-24 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| January-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| February-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| March-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| April-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| May-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| June-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| July-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| August-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| September-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| October-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| November-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| December-25 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| January-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| February-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| March-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| April-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| May-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| June-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| July-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| August-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| September-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| October-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| November-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| December-26 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| January-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| February-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| March-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| April-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| May-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| June-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| July-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| August-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| September-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| October-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| November-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| December-27 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |

| Month | Admin | IRS | Choice | Bank of the West | SBA | General Unsecured Creditors | Total |
|---|---|---|---|---|---|---|---|
| January-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| February-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| March-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| April-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| May-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| June-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| July-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| August-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| September-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| October-28 | $0.00 | $1,236.55 | $4,689.28 | $257.09 | $2,562.00 | $1,305.08 | $10,050.00 |
| November-28 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| December-28 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| January-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| February-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| March-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| April-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| May-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| June-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| July-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| August-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| September-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| October-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| November-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| December-29 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| January-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| February-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| March-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| April-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| May-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| June-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| July-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| August-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| September-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| October-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| November-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| December-30 | $0.00 | $0.00 | $4,689.28 | $257.09 | $2,562.00 | $2,541.63 | $10,050.00 |
| January-31 | $0.00 | $0.00 | $4,698.20 | $265.86 | $2,562.00 | $2,541.63 | $10,067.69 |
| Thru Feb. 2052 | $0.00 | $0.00 | $0.00 | $0.00 | $643,062.00 | $0.00 | $643,062.00 |
| Total | **$22,464.00** | **$66,773.70** | **$379,840.60** | **$20,833.06** | **$858,270.00** | **$139,098.33** | **$1,487,279.69** |