IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December, 2023, I caused to be mailed copies of (i) the amended plan of reorganization (DE #108), excluding redline copy appended thereto at DE #108-11; (ii) this Honorable Court's scheduling order (DE #105); and (iii) a class 1 ballot, to:

> U.S. Small Business Administration
> 2 North Street
> Suite 320
> Birmingham, AL 35203

> U.S. Small Business Administration
> John W. Baker, Attorney
> 721 19th Street
> Suite 426
> Denver CO 80202-2517

I FURTHER CERTIFY that on this 26th day of December, 2023, I caused to be mailed copies of (i) the amended plan of reorganization (DE #108), excluding redline copy appended thereto at DE #108-11; (ii) this Honorable Court's scheduling order (DE #105); and (iii) a class 2 ballot, to:

> Bank of the West
> 1560 11th Ave E
> West Fargo, ND 58078-5202

> Choice Financial Group
> 4501 23rd Ave S
> Fargo, ND 58104-8782

1

Choice Financial Group
c/o Tracy A. Kennedy
Zimney Foster, P.C.
3100 South Columbia Road, Suite 200
Grand Forks, ND 58201-6062

Choice Financial Group
c/o Zimney Foster P.C.
Attn: John D. Schroeder
3100 S. Columbia Road, Suite 200
Grand Forks, ND 58201-6062

Bank of the West
475 Sansome Street
19th Floor
NC-TRI-19-A
San Francisco CA 94111

I FURTHER CERTIFY that on this 26th day of December, 2023, I caused to be mailed copies of (i) the amended plan of reorganization (DE #108), excluding redline copy appended thereto at DE #108-11; (ii) this Honorable Court's scheduling order (DE #105); and (iii) a class 3 ballot, to:

XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

Insure Forward
5650 37th Ave S
Fargo, ND 58104-7883

Kaler Doeling, PLLP
3429 Interstate Blvd S
Fargo ND 58103-2213

Perma Liner Industries
3000 Automobile Blvd #300
Clearwater Beach, FL 33762

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Meckler Marketing Consulting, LLC
2505 34th Avenue South
Fargo ND 58104-8802

2

Meckler Marketing Consulting, LLC
c/o Michael L. Gust
ABST Law, P.C.
4132 30th Avenue South, Suite 100
Fargo, ND 58104-8407

Sewer Equipment Co. of America
1590 Dutch Rd
Dixon, IL 61021-8624

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Tax Professionals P.C. dba Arrow Advisors
PO Box 7309
Fargo, ND 58106-7309

Badger Daylighting Corporation
Halpern Cottrell Green
2287 Waters Dr
Mendota Heights, MN 55120-1363

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Tony Hamilton
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

I FURTHER CERTIFY that on this 26th day of December, 2023, I caused to be mailed copies of (i) the amended plan of reorganization (DE #108), excluding redline copy appended thereto at DE #108-11; and (ii) this Honorable Court's scheduling order (DE #105) to:

Acme Electric Motor, Inc.
c/o Scott Foyt, Registered Agent
1101 N. Washington Street
Grand Forks, ND 58203-0734

Andrew Green
Halpern Cottrell Green PA
2287 Waters Dr
Mendota Heights, MN 55120-1363

Arvig Enterprises, Inc.
f/k/a Smartsearch
150 2nd St SE
Perham, MN 56573

DSI Investments, LLC
1131 Legion Lane
West Fargo, ND 58078-8531

Holcim - MWR, Inc.
t/a Aggregate Industries
2815 Dodd Road Ste 101
Saint Paul, MN 55121-1532

Kevin Cameron
c/o Drain Services Inc.
415 Main Ave E
West Fargo, ND 58078-5300

3

Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099-2046

North Dakota Office of State Tax Commiss
600 E. Boulevard Ave.
Dept. 127
Bismarck, ND 58505-0602

Orion First Financial, L.L.C.
P.O. Box 2149
Gig Harbor, WA 98335-4149

Otter Tail Power Company
215 S. Cascade St.
Fergus Falls, MN 56537-2897

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059-0009

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

Respectfully submitted,

Dated: December 26, 2023      By:     /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

4