IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTES ACCOMPANYING MONTHLY OPERATING REPORT

1.      The debtor maintains a non-DIP account pursuant to a motion previously filed (DE #10) and an order granting that motion (DE #31).

2.      As explored in various hearings in this matter, the debtor does not meaningfully distinguish between accounts receivable and work in progress. Additionally, a large portion of the debtor's accounts receivable is comprised of a singular debt, the collection of which is partially (albeit not fully) doubtful. As such, while the debtor discloses herein the same $1,005,000.00 in receivables that are reflected on schedules (DE #51), it bears notation that the subject number is facially deceptive in a vacuum.

3.      Included amongst the expenses for November 2023 is a $10,000.00 adequate protection payment to Choice Financial Group. Inasmuch as each iteration of the debtor's plan of reorganization has proposed the repayment of the underlying debt over a period well in excess of one year, the debtor would contend this should be classified as a long-term obligation and regarded as noncurrent for GAAP purposes.  Solely for purposes of assessing profit and loss, such adjustment would result in the debtor having net-positive cash flow for November 2023. (This is, of course, a small business case, and the debtor does not mean to suggest that balance-centric realities ought not prevail over accounting formalities. But the notation seems nonetheless worthy

DocuSign Envelope ID: 44F64197A-DE69-440C-8067-A0EF95BE27A6

for the simple purpose of establishing that the debtor had a net-profitable month but for debt service

obligations.)

Dated: December 27, 2023          By:     /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          The Dakota Bankruptcy Firm
                                          1630 1st Avenue N
                                          Suite B PMB 24
                                          Fargo, North Dakota 58102-4246
                                          Phone: (701) 394-3215
                                          mac@dakotabankruptcy.com
                                          *Counsel for the Debtor*

| Fill in this information to identify the case: |
|---|
| Debtor Name  Drain Services Inc. |
| United States Bankruptcy Court for the: District of North Dakota |
| Case number:  23-30352 |

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                12/17

Month:  November 2023                                  Date report filed:  12/27/2023
                                                                          MM / DD / YYYY

Line of business:  Drain servicing                     NAISC code:  4237

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:               Kevin Cameron

Original signature of responsible party

Printed name of responsible party     Kevin Cameron

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Drain Services Inc.                                    Case number  23-30352

---

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

---

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous
month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  34,248.93

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
cash received even if you have not deposited it at the bank, collections
on receivables, credit card deposits, cash received from other parties, or
payments made by other parties on your behalf. Do not attach bank statements in
lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  36,666.16

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
date paid, payee, purpose, and amount. Include all cash payments, debit card
transactions, checks issued even if they have not cleared the bank, outstanding
checks issued before the bankruptcy was filed that were allowed to clear this month,
and payments made by other parties on your behalf. Do not attach bank statements
in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $  44,932.54

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  -8,266.38

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that
have not cleared the bank or deposits in transit.

= $  25,982.55

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                                                              $  0.00

*(Exhibit E)*

---

DocuSign Envelope ID: 44F84197A-DE69-440C-8067-ACFF9FBE27A6

Debtor Name  Drain Services Inc.                                    Case number  23-30352

---

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                              $  1,005,000

   *(Exhibit F)*

---

## 5. Employees

26.  What was the number of employees when the case was filed?                              2

27.  What is the number of employees as of the date of this monthly report?                 2

---

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $  0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $  0.00

30.  How much have you paid this month in other professional fees?                                    $  0.00

31.  How much have you paid in total other professional fees since filing the case?                   $  0.00

---

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $  62,000.00 | − | $  36,666.16 | = | $  25,333.84 |
| 33.  **Cash disbursements** | $  87,822.12 | − | $  44,932.54 | = | $  42,889.58 |
| 34.  **Net cash flow** | $  -25,822.12 | − | $  -8,266.38 | = | $  -17,555.74 |

35.  Total projected cash receipts for the next month:                              $  66,666.66

36.  Total projected cash disbursements for the next month:                    −  $  62,800.16

37.  Total projected net cash flow for the next month:                            =  $  3,866.50

---

| Debtor Name | Drain Services Inc. | Case number | 23-30352 |
|---|---|---|---|

## ◼ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

DocuSign Envelope ID: 44F56197A-DE60-440C-8067-ACEF9FBE27A6

# BANKNORTH

ibanknorth.com



```
        DRAIN SERVICES INC
        PO BOX 691
        WEST FARGO ND 58078


                            AS OF:  11/30/23                    PAGE   1
{(BC^0251^BC)}



AVOID ATM FEES.  LOOK FOR THE MONEYPASS LOGO
OR VISIT OUR WEBSITE TO FIND A SURCHARGE-FREE ATM NEAR YOU.

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ............ ACCOUNT     319     PIECES     9        BALANCE
PREV STATEMENT BALANCE  (10/31/23)                                 34,248.93
        2 DEPOSITS / CREDITS ......    36,666.16
          INTEREST PAID ...........
        7 CHECKS / DEBITS .........              44,932.54
          STATEMENT BALANCE (11/30/23)                             25,982.55
AVERAGE COLLECTED BALANCE ........    21,907.92
-----------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT     319
        11/15/23   MOBILE CHECK DEPOSIT              5,000.00
        11/20/23   POINT OF SALE CREDIT                 16.16
        11/21/23   MOBILE CHECK DEPOSIT             31,650.00
-----------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT 02229319
11/01            3.00 AUTOMATIC PM 11/08           75.50 POINT OF SAL
11/01           12.73 POINT OF SAL 11/08          518.63 POINT OF SAL
11/01           14.11 AUTOMATIC PM 11/09           84.89 POINT OF SAL
11/01           63.39 POINT OF SAL 11/09           86.85 POINT OF SAL
11/01          550.94 POINT OF SAL 11/09           90.72 POINT OF SAL
11/02          704.18 AUTOMATIC PM 11/09          300.00 ATM WITHDRAW
11/03           15.00 POINT OF SAL 11/09          848.79 POINT OF SAL
11/03           69.48 POINT OF SAL 11/10           25.00 WIRE TRANS C
11/03          107.02 POINT OF SAL 11/10           70.18 POINT OF SAL
11/03          465.45 POINT OF SAL 11/10           84.65 POINT OF SAL
11/03         1798.04 POINT OF SAL 11/10        10000.00 CKING DB INH
11/03         3000.00 INTRNET BK D 11/13           17.72 POINT OF SAL
11/06            6.00 POINT OF SAL 11/13           25.00 POINT OF SAL
11/06           50.14 POINT OF SAL 11/13           27.60 POINT OF SAL
11/06           59.31 POINT OF SAL 11/13           37.51 POINT OF SAL
11/06           76.39 POINT OF SAL 11/13           49.45 POINT OF SAL
11/06          101.89 POINT OF SAL 11/13           50.47 POINT OF SAL
11/06          102.00 POINT OF SAL 11/13          111.08 POINT OF SAL
11/06          322.49 POINT OF SAL 11/13          150.00 AUTOMATIC PM
11/06          555.43 POINT OF SAL 11/13          342.30 POINT OF SAL
11/06          669.94 POINT OF SAL 11/14           14.00 POINT OF SAL
11/06          693.21 POINT OF SAL 11/14           20.01 POINT OF SAL
11/07           79.14 POINT OF SAL 11/14           38.56 POINT OF SAL
11/08           65.53 POINT OF SAL 11/14           72.28 POINT OF SAL
11/08           68.02 POINT OF SAL 11/14           75.50 POINT OF SAL
```

```
        DRAIN SERVICES INC
        PO BOX 691
        WEST FARGO ND 58078


                            AS OF:  11/30/23              PAGE  2




11/15          40.81 POINT OF SAL 11/20          85.00 POINT OF SAL
11/15          42.00 AUTOMATIC PM 11/21          62.69 POINT OF SAL
11/15          81.00 POINT OF SAL 11/21          66.29 POINT OF SAL
11/15          81.13 POINT OF SAL 11/22          12.76 POINT OF SAL
11/15         100.00 POINT OF SAL 11/22          28.21 POINT OF SAL
11/15         130.96 POINT OF SAL 11/22          83.92 POINT OF SAL
11/15         758.56 POINT OF SAL 11/24          15.00 POINT OF SAL
11/15        2991.86 AUTOMATIC PM 11/24          72.75 POINT OF SAL
11/16          24.00 POINT OF SAL 11/24          73.75 POINT OF SAL
11/16          29.33 POINT OF SAL 11/24         363.43 AUTOMATIC PM
11/16          60.35 POINT OF SAL 11/24         520.00 POINT OF SAL
11/16          76.15 POINT OF SAL 11/27        2876.10 AUTOMATIC PM
11/16          98.28 POINT OF SAL 11/28          76.60 POINT OF SAL
11/16         130.00 AUTOMATIC PM 11/28        1194.51 AUTOMATIC PM
11/16         154.00 AUTOMATIC PM 11/29           2.37 POINT OF SAL
11/17          26.12 POINT OF SAL 11/29           6.38 POINT OF SAL
11/17          75.00 POINT OF SAL 11/29          73.47 POINT OF SAL
11/17          78.90 POINT OF SAL 11/29          77.82 POINT OF SAL
11/17         100.30 POINT OF SAL 11/29         608.93 POINT OF SAL
11/17        3000.00 CKING DB INH 11/29        4000.00 PHONE TRNSF
11/20          11.67 POINT OF SAL 11/30          14.95 POINT OF SAL
11/20          21.60 POINT OF SAL 11/30          75.04 POINT OF SAL
11/20          49.90 POINT OF SAL 11/30         180.26 POINT OF SAL
11/20          55.24 POINT OF SAL 11/01*   1048  775.00 CUSTOMER CHE
11/20          70.93 POINT OF SAL 11/09    1049 1500.00 CUSTOMER CHE
11/20          73.98 POINT OF SAL 11/09    1050  777.00 CUSTOMER CHE
11/20          78.72 POINT OF SAL
-----------------------------------------------------------------------
DAILY BALANCES .............. ACCOUNT 02229319
   10/31    34248.93   11/01    32829.76   11/02    32125.58   11/03    26670.59
   11/06    24033.79   11/07    23954.65   11/08    23226.97   11/09    20315.72
   11/10    10135.89   11/13     9324.76   11/14     9104.41   11/15     9878.09
   11/16     9305.98   11/17     6025.66   11/20     4817.78   11/21    36338.80
   11/22    36213.91   11/24    35168.98   11/27    32292.88   11/28    31021.77
   11/29    26252.80                                           11/30    25982.55
-----------------------------------------------------------------------
-----------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
-----------------------------------------------------------------------
```

```
          DRAIN SERVICES INC
          PO BOX 691
          WEST FARGO ND 58078


                              AS OF:  11/30/23              PAGE  3




          --------   AUTOMATIC TRANSACTIONS  --------------- -        DEBITS         CREDITS
11/01/23  PS2548 HOLIDAY STATIONS 0415 MOORHEAD MN          12.73
11/01/23  PSF378 HOLIDAY STATIONS 0415 MOORHEAD MN          63.39
11/01/23  PS2545 MENARDS MOORHEAD MN MOORHEAD MN           550.94
11/01/23  NDTAX        TAX PYMT  1450309764                  3.00
11/01/23  Job Service ND  UI Tax Pmt1456002490              14.11
11/02/23  SELF LENDER INC CC PMT   3473596202              704.18
11/03/23  PS4561 CHIPOTLE ONLINE 949-524-4000 CA            15.00
11/03/23  PS4564 FERGUSON ENTPRS 3093 FARGO ND              69.48
11/03/23  PS2547 SHELL OIL10084470011 FARGO ND             107.02
11/03/23  PS4450 SCHEELS FARGO FARGO ND                    465.45
11/03/23  PS2550 INTERSTATE POWERSYSTEM FARGO ND          1798.04
11/03/23  TRANSFER        ONLINE   1742830594             3000.00
11/06/23  PSF361 CASEYS #3541 FARGO ND                       6.00
11/06/23  PS2550 MARATHON PETRO229757 FARGO ND              50.14
11/06/23  PS4458 CASEYS #3541 FARGO ND                      59.31
11/06/23  PSF375 SPEEDWAY 04807 BECKER MN                   76.39
11/06/23  PS4656 TARGET T-0005 Bloomington MN              101.89
11/06/23  PS2543 MARATHON PETRO261917 MAPLETON ND          102.00
11/06/23  PS4564 INTERSTATE ALL BATTERY 701-293-80         322.49
          00 ND
11/06/23  PS2543 GREAT WOLF LDG BLOOMIN BLOOMINGTO         555.43
          N MN
11/06/23  PSF368 GREAT WOLF LDG BLOOMIN BLOOMINGTO         669.94
          N MN
11/06/23  PSF361 INTERSTATE ALL BATTERY 701-293-80         693.21
          00 ND
11/07/23  PS4448 HOLIDAY STATIONS 0254 CLEARWATER           79.14
          MN
11/08/23  PS2548 FERGUSON ENTPRS 3093 FARGO ND              65.53
11/08/23  PS2545 MARATHON PETRO261917 MAPLETON ND           68.02
11/08/23  PSF363 MENARDS FARGO ND WEST FARGO ND             75.50
11/08/23  PSF382 GREAT WOLF LDG BLOOMIN BLOOMINGTO         518.63
          N MN
11/09/23  PSF370 CENEX EWING OI09920281 HILLSBORO           84.89
          ND
11/09/23  PSF368 FARMERS UNION 09916511 BUXTON ND           86.85
11/09/23  PS2542 SIMONSON TRAVE GRAND FORKS ND              90.72
11/09/23  INFISV 109 1ST ST NW MANDAN ND                   300.00
11/09/23  PS2533 STRUCTURAL MATERIALS I 7012827100         848.79
          ND
```

```
          DRAIN SERVICES INC
          PO BOX 691
          WEST FARGO ND 58078


                              AS OF:  11/30/23              PAGE  4
```

| Date | Description | Amount |
|---|---|---|
| 11/10/23 | PS0A3Z CASEYS #3370 5680 23RD AV FARGO N D | 70.18 |
| 11/10/23 | PSF379 MARATHON PETRO33191 MANDAN ND | 84.65 |
| 11/10/23 | WIRE OUT FEE | 25.00 |
| 11/10/23 | WIRE OUT TO CHOICE FINANCIAL | 10000.00 |
| 11/13/23 | PS2544 HU HOT FARGO FARGO ND | 17.72 |
| 11/13/23 | PSF362 MARLINS FAMILY RESTAUR 605-681800 9 ND | 25.00 |
| 11/13/23 | PSF370 City Of Fargo Solid Waste FARGO N D | 27.60 |
| 11/13/23 | PSF895 MAC'S FARGO FARGO ND | 37.51 |
| 11/13/23 | PS2548 PY *RED'S SAVOY PIZZA FARGO ND | 49.45 |
| 11/13/23 | PS2540 CENEX BASEVIEW09919184 NORTHWOOD ND | 50.47 |
| 11/13/23 | PSF378 RUNNINGS OF MOORHEAD MOORHEAD MN | 111.08 |
| 11/13/23 | PS4563 CURTS LOCK & KEY SERVICE 701-2329 440 ND | 342.30 |
| 11/13/23 | SELF LENDER INC PAYMENTS  1473596202 | 150.00 |
| 11/14/23 | PSF894 TRUE VALUE HARDWA GRAFTON ND | 14.00 |
| 11/14/23 | PS4454 Subway 54937 Wheaton MN | 20.01 |
| 11/14/23 | PSF378 BUFFALO WILD WINGS GRILL 701-2988 925 ND | 38.56 |
| 11/14/23 | PSF378 SIMONSON FARG FARGO ND | 72.28 |
| 11/14/23 | PSF376 MARATHON PETRO261917 MAPLETON ND | 75.50 |
| 11/15/23 | PSI250 DENNY'S #6533 FARGO ND | 40.81 |
| 11/15/23 | PSF382 MARATHON PETRO261917 MAPLETON ND | 81.00 |
| 11/15/23 | PS4452 SUBWAY SIMONSON GRAFTON ND | 81.13 |
| 11/15/23 | PS4450 STAMART_01222 FARGO ND | 100.00 |
| 11/15/23 | PS2540 STRUCTURAL MATERIALS I 7012827100 ND | 130.96 |
| 11/15/23 | PSF378 STRATA CORPORATION 999-999-9999 N D | 758.56 |
| 11/15/23 | IRS            USATAXPYMT3387702000 | 42.00 |
| 11/15/23 | IRS            USATAXPYMT3387702000 | 2991.86 |
| 11/16/23 | PS2537 CHIPOTLE ONLINE 949-524-4000 CA | 24.00 |
| 11/16/23 | PSF365 MENARDS FARGO ND WEST FARGO ND | 29.33 |
| 11/16/23 | PS4561 FERGUSON ENTPRS 3093 FARGO ND | 60.35 |
| 11/16/23 | PSF363 HOLIDAY STATIONS 0414 W FARGO ND | 76.15 |
| 11/16/23 | PS4564 HOLCIM MWR FARGO 855-339-4900 MI | 98.28 |
| 11/16/23 | MN DEPT OF REVENMN Rev payX416007162 | 130.00 |
| 11/16/23 | MN DEPT OF REVENMN Rev payX416007162 | 154.00 |

```
DRAIN SERVICES INC
PO BOX 691
WEST FARGO ND 58078
```

                              AS OF:  11/30/23              PAGE  5

| Date | Description | Amount | |
|---|---|---|---|
| 11/17/23 | PS2546 SIMONSON TRAVE GRAND FORKS ND | 26.12 | |
| 11/17/23 | PS2550 ONE9 1222 FARGO ND | 75.00 | |
| 11/17/23 | PS4450 SIMONSON TRAVE GRAND FORKS ND | 78.90 | |
| 11/17/23 | PSF382 CENEX PETRO SE09900549 HARWOOD ND | 100.30 | |
| 11/20/23 | PS4453 STRATA CORPORATION GRAND FORKS ND | | 16.16 |
| 11/20/23 | PSF368 MARATHON PETRO57133 CASSELTON ND | 11.67 | |
| 11/20/23 | PS4454 Subway 54937 Wheaton MN | 21.60 | |
| 11/20/23 | PSF362 STAMART_01222 FARGO ND | 49.90 | |
| 11/20/23 | PS2540 CASEYS #3629 WHEATON MN | 55.24 | |
| 11/20/23 | PSF368 MARATHON PETRO57133 CASSELTON ND | 70.93 | |
| 11/20/23 | PS4458 ONE9 1222 FARGO ND | 73.98 | |
| 11/20/23 | PS0A3Z CASEYS #3519 129 MEMORIAL HOFFMAN MN | 78.72 | |
| 11/20/23 | PS2532 ND SECRETARY OF STATE 701-328-372 3 ND | 85.00 | |
| 11/21/23 | PS4459 LOVE'S #0353 OUTSIDE FARGO ND | 62.69 | |
| 11/21/23 | PS2550 MARATHON PETRO57133 CASSELTON ND | 66.29 | |
| 11/22/23 | PS4459 MARATHON PETRO229757 FARGO ND | 12.76 | |
| 11/22/23 | PSF367 FERGUSON ENTPRS 3093 FARGO ND | 28.21 | |
| 11/22/23 | PSF364 MARATHON PETRO229757 FARGO ND | 83.92 | |
| 11/24/23 | PS4448 SECRETARY OF STATE 651-2011368 MN | 15.00 | |
| 11/24/23 | PS2542 LOVE'S #0353 OUTSIDE FARGO ND | 72.75 | |
| 11/24/23 | PS2541 LIENITNOW COM 888-5436765 FL | 73.75 | |
| 11/24/23 | PS4448 SECRETARY OF STATE 651-2011368 MN | 520.00 | |
| 11/24/23 | TRAVELERS      BUS INSUR 4069827001 | 363.43 | |
| 11/27/23 | TRAVELERS      BUS INSUR 4069827001 | 2876.10 | |
| 11/28/23 | PSF382 MENARDS FARGO ND WEST FARGO ND | 76.60 | |
| 11/28/23 | UNITED FIN CAS  INS PREM  9409348138 | 1194.51 | |
| 11/29/23 | PSF376 CENEX ASHBY EQ07060551 ASHBY MN | 2.37 | |
| 11/29/23 | PS2535 BP#1941756CAPL MN0006 ST PETER MN | 6.38 | |
| 11/29/23 | PS4561 BP#1941756CAPL MN0006 ST PETER MN | 73.47 | |
| 11/29/23 | PS4563 CENEX ASHBY EQ07060551 ASHBY MN | 77.82 | |
| 11/29/23 | PSF376 FERGUSON WATERWRKS #2516 844-872-3857 ND | 608.93 | |
| 11/29/23 | TRANSFER TO CAITLYN PER KEVIN S EMAIL KE VIN PAYROLL | 4000.00 | |
| 11/30/23 | PS4561 HOLIDAY STATIONS 0177 ALEXANDRIA MN | 14.95 | |
| 11/30/23 | PS2543 HOLIDAY STATIONS 0177 ALEXANDRIA MN | 75.04 | |
| 11/30/23 | PS4452 MENARDS MANKATO MN MANKATO MN | 180.26 | |



| TRAN DATE: 11/10/2023 | **BankNorth** | | TRAN DATE: 11/29/2023 | **BankNorth** |
| 11/10/2023 9:47:29 AM | **DDA DEBIT** | | 11/29/2023 2:24:56 PM | **DDA DEBIT** |
| | WIRE TRANS CHG | | | PHONE TRNSF DEB |
| ACCOUNT: ▮▮19 | PREPARED BY: Kasidi Scott | | ACCOUNT: ▮▮19 | PREPARED BY: Ashley T. Daniels |
| DRAIN SERVICES INC | APPROVED BY: | | DRAIN SERVICES INC | APPROVED BY: |
| | **25.00** | | | **4,000.00** |
| WIRE OUT FEE | | | TRANSFER TO CAITLYN PER KEVIN'S EMAIL KEVIN PAYROLL | |

| 11/10/2023   Paid        25.00 | 11/29/2023   Paid       4000.00 |

| TRAN DATE: 11/10/2023 | **BankNorth** |
| 11/10/2023 9:45:03 AM | **DDA DEBIT** |
| | CKING DB INHOUSE |
| ACCOUNT: ▮▮19 | PREPARED BY: Kasidi Scott |
| DRAIN SERVICES INC | APPROVED BY: |
| | **10,000.00** |
| WIRE OUT TO CHOICE FINANCIAL | |

| 11/10/2023   Paid     10000.00 |

Record Of Deposit

Institution: BankNorth
Date: 11/15/2023 12:47:43 PMPT
Receipt Number: 331937354
Deposit Account Number: ▮▮▮319
Total Transaction Amount: $5000.00
Deposit Channel: Mobile

| 11/15/2023              5000.00 |



| | **BankNorth** |
| | **CKING DB INHOUSE** |
| | **Casselton** |
| Account | ▮▮▮319 |
| Name | DRAIN SERVICES INC |
| Tran Date | 11/17/2023 |
| Tran TS | 11/17/2023 1:36:04 PM |
| Teller Name | ATD |
| | **3,000.00** |

| 11/17/2023   Paid       3000.00 |

1048

DRAIN SERVICES INC.                    77-904/913
415 MAIN AVE # 601
WEST FARGO, ND 58078        DATE 10-28-23

PAY TO THE ORDER OF  Tyler Eglund    $ 775.00

Seven Hundred And Seventy-Five 00/100  DOLLARS

**BANKNORTH**
www.ibanknoth.com

MEMO Payroll

⑆091305044⑆  ▮▮19⑈ 01048

| 1048    11/1/2023    Paid      775.00 |

1049

DRAIN SERVICES INC.                    77-904/913
415 MAIN AVE # 601
WEST FARGO, ND 58078        DATE 11-8-23

PAY TO THE ORDER OF  Tyler Eglund    $ 1,500.00

Fifteen Hundred 00/100  DOLLARS

**BANKNORTH**
www.ibanknoth.com

MEMO Payroll

⑆091305044⑆  ▮▮19⑈ 01049

| 1049    11/9/2023    Paid     1500.00 |

1050

DRAIN SERVICES INC.                    77-904/913
415 MAIN AVE # 601
WEST FARGO, ND 58078        DATE 11-16-23

PAY TO THE ORDER OF  Tyler Eglund    $ 777.00

Seven Hundred And Seventy Seven 00/100  DOLLARS

**BANKNORTH**
www.ibanknoth.com

MEMO Payroll

⑆091305044⑆  ▮▮19⑈ 01050

| 1050    11/20/2023    Paid      777.00 |

Record Of Deposit

Institution: BankNorth
Date: 11/21/2023 12:35:18 PMPT
Receipt Number: 332538579
Deposit Account Number: ▮▮▮319
Total Transaction Amount: $31650.00
Deposit Channel: Mobile

| 11/21/2023             31650.00 |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING - NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

Please examine immediately and report if incorrect.

BANK BALANCE SHOWN ON THIS STATEMENT $ _____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)* $ _____

**TOTAL** $ _____

**SUBTRACT**

CHECKS OUTSTANDING *(IF ANY)* $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT

**What To Do If You Think You Find a Mistake On Your Statement**

If you think there is an error on your statement, write to us at PO Box 460, Casselton, ND 58012-0460

In your letter, give us the following information:

* *Account Information:* Your name and account number.
* *Dollar amount:* The dollar amount of the suspected error.
* *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Balance Computation Method**
**Home Equity Line of Credit and Redi-Credit**
We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

**IN CASE OF ERRORS OR QUESTIONS**
**ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS**

Telephone us at 1-877-817-4540, write us at PO Box 460, Casselton, ND 58012-0460 or e-mail us at support@ibanknorth.com as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.