DocuSign Envelope ID: 95D5B264-46B5-4E7A-B1A8-1A985CAFA87A
Rev 5/21

# United States Bankruptcy Court
## District of North Dakota

IN RE: Drain Services Inc.  Bankruptcy No: 23-30352
Chapter: 11

Debtor(s)

## AMENDMENT COVER SHEET

**Schedules and Statements Amended (check all that apply):**

- ☐ Voluntary Petition
- ☑ Summary of Assets and Liabilities
- ☐ Schedule A/B – Property
- ☐ Schedule C
- ☐ Schedule D
- ☑ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Declaration Concerning Schedules
- ☐ Statement of Financial Affairs
- ☐ Attorney's Disclosure of Compensation
- ☐ Statement of Intention
- ☐ Statement of Current Monthly Income
- ☑ Other _Matrix_

If amending schedules D or E/F, the amendment is to:

- ☑ Add new creditor(s) (Notice to Creditors of Amended Schedules must be served and filed)
- ☐ Correct or delete information.

Describe changes: (ex. "Added creditor XYZ to Schedule E/F")
See attached notes

## **DECLARATION**

I certify under penalty of perjury that the foregoing is true and correct, and that the attached amendments are true and correct.

Dated: 12/29/2023

_Kevin Cameron_ (DocuSigned)
Debtor 1 (Signature)

_____
Debtor 2 (Signature)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTES ACCOMPANYING AMENDED SCHEDULES

1. Five creditors have been added to Schedule E/F: (i) Meckler Marketing Consulting, LLC; (ii) Tax Professionals P.C.; (iii) Badger Daylighting Corporation; (iv) Jefferson Capital Systems LLC; and (v) Tony Hamilton. Each of these creditors already appears on the mailing matrix herein, inasmuch as each such creditor has filed a proof of claim in this case.

2. A third address for Bank of the West has been added to the mailing matrix (475 Sansome Street, 19th Floor, NC-TRI-19-A, San Francisco, California 94111).

3. The claims of Insure Forward and Perma Line Industries have both been adjusted to $0.00. The debtor pays these obligations in the ordinary course of its business and did not owe any antecedent debt to either company at the time of this case's commencement. The inclusion of these entities was in error and the claims have been accordingly adjusted to reflect such (without removing the entities as creditors, in the interests of over-inclusion).

Respectfully submitted,

Dated: December 29, 2023  By:  /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Drain Services Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known) | 3:23-bk-30352 |

☒ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☒ Amended *Schedule*   E/F
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   December 29, 2023          X /s/   Kevin Cameron
                                           Signature of individual signing on behalf of debtor

                                           Kevin Cameron
                                           Printed name

                                           Vice President
                                           Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Drain Services Inc.

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:23-bk-30352

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Badger Daylighting Corporation<br>Halpern Cottrell Green<br>2287 Waters Dr<br>Saint Paul, MN 55120 | | | | | | $24,088.16 |
| DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078 | | Rent | | | | $24,000.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302 | | | Disputed | | | $332.35 |
| Kaler Doeling, PLLP<br>3429 Interstate Blvd S<br>Fargo, ND 58103 | | | | | | $12,000.00 |
| Meckler Marketing Consulting, LLC<br>2505 34th Avenue South<br>Fargo, ND 58104 | | | | | | $68,932.56 |
| North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505 | | | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | Drain Services Inc. | | Case number *(if known)* | 3:23-bk-30352 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537 | | | | | | $0.00 |
| Sewer Equipment Co. of America<br>1590 Dutch Rd<br>Dixon, IL 61021 | | | Unliquidated<br>Disputed | | | $200,000.00 |
| Tax Professionals P.C. dba Arrow Advisor<br>PO Box 7309<br>Fargo, ND 58106 | | | | | | $2,310.00 |
| The City of Mapleton, North Dakota<br>P O Box 9<br>Mapleton, ND 58059 | | | | | | $0.00 |
| Tony Hamilton<br>c/o Karen W. Stanley, Esq.<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107 | | | Disputed | | | $42,132.00 |
| Xcel Energy<br>P.O. Box 8<br>Eau Claire, WI 54702 | | | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name: Drain Services Inc.

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): 3:23-bk-30352

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................... $ 1,682,105.02

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................... $ 1,682,105.02

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 925,515.20

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 373,795.07

4. **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b
   $ 1,299,310.27

**Fill in this information to identify the case:**

Debtor name: __Drain Services Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NORTH DAKOTA__

Case number (if known): __3:23-bk-30352__

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave.<br>Dept. 127<br>Bismarck, ND 58505<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | Unknown | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Acme Electric Motor, Inc.<br>c/o Scott Foyt, Registered Agent<br>1101 N. Washington Street<br>Grand Forks, ND 58203<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | As of the petition filing date, the claim is: *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: __Judgment__<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | $0.00 |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 1 of 4
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor: Drain Services Inc.  
Case number (if known): 3:23-bk-30352

| | Nonpriority creditor's name and mailing address | Claim status | Amount |
|---|---|---|---|
| 3.2 | Arvig Enterprises, Inc.<br>f/k/a Smartsearch<br>150 2nd St SE<br>Perham, MN 56573<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: Judgment<br>Is the claim subject to offset? ☒ No  ☐ Yes | $0.00 |
| 3.3 | Badger Daylighting Corporation<br>Halpern Cottrell Green<br>2287 Waters Dr<br>Saint Paul, MN 55120<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No  ☐ Yes | $24,088.16 |
| 3.4 | DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Rent<br>Is the claim subject to offset? ☒ No  ☐ Yes | $24,000.00 |
| 3.5 | Holcim - MWR, Inc.<br>t/a Aggregate Industries<br>2815 Dodd Road<br>Ste 101<br>Saint Paul, MN 55121<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: Judgment<br>Is the claim subject to offset? ☒ No  ☐ Yes | $0.00 |
| 3.6 | Insure Forward<br>5650 37th Ave S<br>Fargo, ND 58104<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No  ☐ Yes | $0.00 |
| 3.7 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No  ☐ Yes | $332.35 |
| 3.8 | Kaler Doeling, PLLP<br>3429 Interstate Blvd S<br>Fargo, ND 58103<br>Date(s) debt was incurred:<br>Last 4 digits of account number: | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset? ☒ No  ☐ Yes | $12,000.00 |

| Debtor | Drain Services Inc. | Case number (if known) | 3:23-bk-30352 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Kubota Credit Corporation, U.S.A.<br>PO Box 2046<br>Grapevine, TX 76099 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $0.00 |
| | **Date(s) debt was incurred** June 2, 2020 | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Meckler Marketing Consulting, LLC<br>2505 34th Avenue South<br>Fargo, ND 58104 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $68,932.56 |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>Perma Liner Industries<br>3000 Automobile Blvd<br>#300<br>Clearwater Beach, FL 33762 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>Sewer Equipment Co. of America<br>1590 Dutch Rd<br>Dixon, IL 61021 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $200,000.00 |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Tax Professionals P.C. dba Arrow Advisor<br>PO Box 7309<br>Fargo, ND 58106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,310.00 |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>The City of Mapleton, North Dakota<br>P O Box 9<br>Mapleton, ND 58059 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>Tony Hamilton<br>c/o Karen W. Stanley, Esq.<br>Vogel Law Firm<br>PO Box 1389<br>Fargo, ND 58107 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $42,132.00 |
| | **Date(s) debt was incurred** | **Basis for the claim:** | |
| | **Last 4 digits of account number** | Is the claim subject to offset?  ☒ No   ☐ Yes | |

Debtor  **Drain Services Inc.**
Name

Case number (if known)  3:23-bk-30352

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Xcel Energy<br>P.O. Box 8<br>Eau Claire, WI 54702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Meckler Marketing Consulting, LLC<br>c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>Fargo, ND 58104 | Line  3.10<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|   |   | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 373,795.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 373,795.07 |

DocuSign Envelope ID: 95D5B264-46B5-4E7A-B1A8-1A985CAFA87A

# United States Bankruptcy Court
## District of North Dakota

In re: __Drain Services Inc.__  
Debtor(s)

Case No. __3:23-bk-30352__  
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __December 29, 2023__

/s/ Kevin Cameron  
Kevin Cameron/Vice President  
Signer/Title

Acme Electric Motor, Inc.
c/o Scott Foyt, Registered Agent
1101 N. Washington Street
Grand Forks, ND 58203


Arvig Enterprises, Inc.
f/k/a Smartsearch 150 2nd St SE
Perham, MN 56573


Badger Daylighting Corporation
Halpern Cottrell Green 2287 Waters Dr
Saint Paul, MN 55120


Bank of the West
1560 11th Ave E
West Fargo, ND 58078


Bank of the West
475 Sansome Street
19th Floor NC-TRI-19-A
San Francisco, CA 94111


Choice Financial Group
4501 23rd Ave S
Fargo, ND 58104


DSI Investments, LLC
1131 Legion Lane
West Fargo, ND 58078


Holcim - MWR, Inc.
t/a Aggregate Industries
2815 Dodd Road Ste 101
Saint Paul, MN 55121


Insure Forward
5650 37th Ave S
Fargo, ND 58104


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250


Jefferson Capital Systems LLC
PO BOX 7999
Saint Cloud, MN 56302


Kaler Doeling, PLLP
3429 Interstate Blvd S
Fargo, ND 58103

```
Kevin Cameron
c/o Drain Services Inc. 415 Main Ave E
West Fargo, ND 58078


Kubota Credit Corporation, U.S.A.
PO Box 2046
Grapevine, TX 76099


Meckler Marketing Consulting, LLC
2505 34th Avenue South
Fargo, ND 58104


Meckler Marketing Consulting, LLC
c/o Michael L. Gust ABST Law, P.C.
4132 30th Avenue South, Suite 100
Fargo, ND 58104


North Dakota Office of State Tax Commiss
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505


Orion First Financial, L.L.C.
P.O. Box 2149
Gig Harbor, WA 98335


Otter Tail Power Company
215 S. Cascade St.
Fergus Falls, MN 56537


Perma Liner Industries
3000 Automobile Blvd #300
Clearwater Beach, FL 33762


Sewer Equipment Co. of America
1590 Dutch Rd
Dixon, IL 61021


Tax Professionals P.C. dba Arrow Advisor
PO Box 7309
Fargo, ND 58106


The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059


Tony Hamilton
c/o Karen W. Stanley, Esq.
Vogel Law Firm PO Box 1389
Fargo, ND 58107


U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203
```

DocuSign Envelope ID: 95D5B264-46B5-4E7A-B1A8-1A985CAFA87A

```
Xcel Energy
P.O. Box 8
Eau Claire, WI 54702
```