# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

IN RE:

DRAIN SERVICES, INC

CASE NO: 23-30352

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 1/19/2024, I did cause a copy of the following documents, described below,

Second Interim Application and Notice of Thomas J Kapusta for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/19/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

DRAIN SERVICES, INC

CASE NO: 23-30352

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 1/19/2024, a copy of the following documents, described below,

Second Interim Application and Notice of Thomas J Kapusta for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/19/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled EXCLUDE/BCC SERVICE were not served via First Class USPS Mail Service.

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-30352
DISTRICT OF NORTH DAKOTA
THU JAN 18 14-44-16 PST 2024

CHOICE FINANCIAL GROUP
4501 23RD AVENUE SOUTH
FARGO  ND 58104-8782

DEBTOR

DRAIN SERVICES INC
415 MAIN AVE E
STE 691
WEST FARGO  ND 58078-5327

MECKLER MARKETING CONSULTING  LLC
2505 34TH AVENUE SOUTH
FARGO  ND 58104-8802

EXCLUDE

(U)USAIRS

EXCLUDE

(U)USASBA

EXCLUDE

(U)USASBAIRS

EXCLUDE

US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ACME ELECTRIC MOTOR  INC
CO SCOTT FOYT  REGISTERED AGENT
1101 N WASHINGTON STREET
GRAND FORKS  ND 58203-0734

ANDREW GREEN
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS  MN 55120-1363

ARVIG ENTERPRISES  INC
FKA SMARTSEARCH
150 2ND ST SE
PERHAM  MN 56573

BADGER DAYLIGHTING CORPORATION
HALPERN COTTRELL GREEN
2287 WATERS DR
MENDOTA HEIGHTS  MN 55120-1363

BANK OF THE WEST
1560 11TH AVE E
WEST FARGO  ND 58078-5202

CHOICE FINANCIAL GROUP
4501 23RD AVE S
FARGO  ND 58104-8782

CHOICE FINANCIAL GROUP
CO TRACY A KENNEDY
ZIMNEY FOSTER  PC
3100 SOUTH COLUMBIA ROAD  SUITE 200
GRAND FORKS  ND 58201-6062

CHOICE FINANCIAL GROUP
CO ZIMNEY FOSTER PC
ATTN JOHN D SCHROEDER
3100 S COLUMBIA ROAD  SUITE 200
GRAND FORKS  ND 58201-6062

DSI INVESTMENTS  LLC
1131 LEGION LANE
WEST FARGO  ND 58078-8531

HOLCIM  MWR  INC
TA AGGREGATE INDUSTRIES
2815 DODD ROAD STE 101
SAINT PAUL  MN 55121-1532

INSURE FORWARD
5650 37TH AVE S
FARGO  ND 58104-7883

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KALER DOELING  PLLP
3429 INTERSTATE BLVD S
FARGO ND 58103-2213

KEVIN CAMERON
CO DRAIN SERVICES INC
415 MAIN AVE E
WEST FARGO  ND 58078-5300

KUBOTA CREDIT CORPORATION  USA
PO BOX 2046
GRAPEVINE  TX 76099-2046

EXCLUDE

(D)MECKLER MARKETING CONSULTING  LLC
2505 34TH AVENUE SOUTH
FARGO ND 58104-8802

MECKLER MARKETING CONSULTING  LLC
CO MICHAEL L GUST
ABST LAW  PC
4132 30TH AVENUE SOUTH  SUITE 100
FARGO  ND 58104-8407

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NORTH DAKOTA OFFICE OF STATE TAX
COMMISS
600 E BOULEVARD AVE DEPT 127
BISMARCK  ND 58505-0602

ORION FIRST FINANCIAL  LLC
PO BOX 2149
GIG HARBOR  WA 98335-4149

OTTER TAIL POWER COMPANY
215 S CASCADE ST
FERGUS FALLS  MN 56537-2897

PERMA LINER INDUSTRIES
3000 AUTOMOBILE BLVD 300
CLEARWATER BEACH  FL 33762

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

SEWER EQUIPMENT CO OF AMERICA
1590 DUTCH RD
DIXON  IL 61021-8624

TAX PROFESSIONALS PC DBA ARROW ADVISORS
PO BOX 7309
FARGO  ND 58106-7309

THE CITY OF MAPLETON  NORTH DAKOTA
P O BOX 9
MAPLETON  ND 58059-0009

TONY HAMILTON
CO CAREN W STANLEY
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

TONY HAMILTON
CO KAREN W STANLEY  ESQ
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107-1389

US BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

US SMALL BUSINESS ADMINISTRATION
2 NORTH STREET SUITE 320
BIRMINGHAM  AL 35203

US SMALL BUSINESS ADMINISTRATION
JOHN W BAKER  ATTORNEY
721 19TH STREET
SUITE 426
DENVER CO 80202-2517

(P)XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

EXCLUDE

(U)JOHN W BAKER  ATTY US SMALL BUSINESS ADMI

MAURICE VERSTANDIG
THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO  ND 58102-4246

ROBERT B RASCHKE
ASSISTANT US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS  MN 55415-1320

THOMAS KAPUSTA
PO BOX 90624
SIOUX FALLS  SD 57109-0624

EXCLUDE

(U)TONY HAMILTON