# The Dakota Bankruptcy Firm
### 1630 1st Avenue N
### Suite B PMB 24
### Fargo, North Dakota 58102-4246

Invoice submitted to:
**Drain Services Inc.**

**Invoice # 10916**

Invoice Date: 01/21/24

Description   Single invoice for Drain Services Inc.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Case Administration** | | | | |
| 10/05/23 | Mac VerStandig | Multiple calls with K. Cameron to review/revise budget and prepare for first day motions hearing testimony | 0.50 | 300.00 | $150.00 |
| 10/06/23 | Mac VerStandig | Attend first day motions hearing (virtually), adduce evidence, and argue motions | 1.30 | 300.00 | $390.00 |
| 10/06/23 | Mac VerStandig | Call with client rep in advance of first day motions hearing to further prepare for testimony | 0.30 | 300.00 | $90.00 |
| 10/09/23 | Mac VerStandig | Call with client's principal re amending schedules, [redacted] need to update budget, cash collateral negotiations with Choice, and [redacted] | 0.30 | 300.00 | $90.00 |
| 10/16/23 | Mac VerStandig | Multiple calls (17 minutes, 31 minutes, 19 minutes, 20 minutes, 6 minutes) with client's principal re [redacted] | 1.60 | 300.00 | $480.00 |
| 10/16/23 | Mac VerStandig | Call with counsel for US Trustee re debtor's bank account balance, potential violations of cash collateral order, insider payments, payment of pre-petition debts, and correlative concerns | 0.20 | 300.00 | $60.00 |
| 10/16/23 | Mac VerStandig | Call with counsel for Choice re post-petition transactions of concern, bank account balance, insider payments, and payment of pre-petition obligations | 0.40 | 300.00 | $120.00 |
| 10/16/23 | Mac VerStandig | Call with counsel for SBA/IRS re bank balance, insider transactions, pre-petition debt payments, agreement on use of cash collateral, and stipulation to admissibility of various government records without the need for witness authentication | 0.50 | 300.00 | $150.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/23 | Mac VerStandig | Draft and send detailed e-mail to client's principal re ▓▓▓ | 0.60 | 300.00 | $180.00 |
| 10/17/23 | Mac VerStandig | Attend cash collateral hearing, give update on issues that have arisen, adduce testimony, place agreement on record, and argue motion | 1.20 | 300.00 | $360.00 |
| 10/17/23 | Mac VerStandig | Negotiate interim cash collateral agreement in courthouse hallway before hearing (.3); Call with counsel for Choice re same in advance of hearing (.2) | 0.50 | 300.00 | $150.00 |
| 10/17/23 | Mac VerStandig | Call with client's principal following hearing, regarding scope of relief afforded, payment to be made to Choice, and ▓▓▓ | 0.20 | 300.00 | $60.00 |
| 10/20/23 | Mac VerStandig | Call with client to retrieve bank records for dissemination (.1); Review same records and e-mail to counsel in case (.1) | 0.20 | 300.00 | $60.00 |
| 10/20/23 | Mac VerStandig | E-mail to counsel for Choice re wire instructions for payment; Review response thereto; Multiple e-mails to client re need to make payment; Call with client to confirm payment being made | 0.20 | 300.00 | $60.00 |
| 10/24/23 | Mac VerStandig | Attend initial debtor interview | 1.30 | 300.00 | $390.00 |
| 10/27/23 | Mac VerStandig | E-mail to client re retention of professionals and procedure for doing so | 0.10 | 300.00 | $30.00 |
| 10/27/23 | Mac VerStandig | E-mail with client and counsel at Kaler Doeling re desire to engage business counsel, concerns about ▓▓▓ | 0.10 | 300.00 | $30.00 |
| 10/27/23 | Mac VerStandig | Call with client to pull weekly bank ledger and checks requested by UST; Discussion with client re items on ledger, including detailed dialogue about issues attendant to purchase of large piece of equipment without leave of court | 0.40 | 300.00 | $120.00 |
| 10/27/23 | Mac VerStandig | Detailed e-mail to client, following call, re issues with purchase of large piece of equipment, budgeting issues, and need to stay in compliance with rules governing bankruptcy | 0.20 | 300.00 | $60.00 |
| 10/27/23 | Mac VerStandig | Follow up call with client, re major expense, following client's receipt of e-mail concerning same | 0.10 | 300.00 | $30.00 |
| 10/27/23 | Mac VerStandig | Follow up e-mail to client, following calls with counsel for United States and Choice, re issues attendant to purchase of piece of equipment | 0.20 | 300.00 | $60.00 |
| 10/30/23 | Mac VerStandig | Review client e-mail re motion to purchase equipment and make edit per client's note (.1); Proofread motion and draft accompanying notice (.3); Pull matrix, file motion, and coordinate service of motion (.1) | 0.50 | 300.00 | $150.00 |
| 11/02/23 | Mac VerStandig | Attend meeting of creditors (telephonically) | 1.10 | 300.00 | $330.00 |
| 11/02/23 | Mac VerStandig | Call with client to follow up on 341 meeting and discuss next points of emphasis in case | 0.10 | 300.00 | $30.00 |
| 11/03/23 | Mac VerStandig | Pull bank ledger and send same to creditors' counsel | 0.20 | 300.00 | $60.00 |
| 11/03/23 | Mac VerStandig | Call with A. Burck re being retained as special counsel to advise debtor on regulatory compliance matters | 0.30 | 300.00 | $90.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/06/23 | Mac VerStandig | Call with E. Ahlgren re case overview, potential plan contents, rent to be paid to landlord, and desire to address tax implications of rental income | 0.40 | 300.00 | $120.00 |
| 11/13/23 | Mac VerStandig | Call with client re ███████ | 0.30 | 300.00 | $90.00 |
| 12/03/23 | Mac VerStandig | Call with K. Cameron re need to answer discovery, nature of requests, timing for next steps, communications going forward, and need to be in Fargo for confirmation hearing | 0.30 | 300.00 | $90.00 |
| 12/16/23 | Mac VerStandig | Call and e-mail to client re need to acquire two factor authentication to obtain bank ledger | 0.10 | 300.00 | $30.00 |
| 12/17/23 | Mac VerStandig | Call with client re bank ledger, alterations to plan, and potential claim objections | 0.20 | 300.00 | $60.00 |
| 12/27/23 | Mac VerStandig | Prepare November 2023 monthly operating report, including explanatory notes to be appended thereto, and send same to client for review and signature | 0.70 | 300.00 | $210.00 |
| 12/27/23 | Mac VerStandig | Review cash collateral order and stipulation adjusting terms thereof; E-mail to counsel for secured creditors re extension of period through January 2024 | 0.40 | 300.00 | $120.00 |
| 12/29/23 | Mac VerStandig | Pull bank ledger and send to counsel | 0.20 | 300.00 | $60.00 |
| 12/29/23 | Mac VerStandig | Review amended schedules and governing rules; File amended schedules | 0.20 | 300.00 | $60.00 |
| 01/12/24 | Mac VerStandig | Review letter sent by client's representative to T. Kapusta (.1) and (i) call S. Wencil to discuss same (no charge); (ii) call T. Kapusta to discuss and apologize on behalf of client (no charge); (iii) notify client representative's personal counsel (no charge); and (iv) call client to discuss and assess remedial steps (.2) | 0.30 | 300.00 | $90.00 |
| 01/19/24 | Mac VerStandig | Review e-mail from Choice re adequate protection payment, forward to client, and exchange e-mails with client re same | 0.10 | 300.00 | $30.00 |

In Reference To: **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/23 | Mac VerStandig | Serve status conference order on matrix (using third party mailing vendor) | 1.00 | 19.09 | $19.09 |
| 10/03/23 | Mac VerStandig | Serve cash collateral motion and order on first day hearing, on service matrix (using third party mailing vendor) | 1.00 | 63.71 | $63.71 |
| 11/13/23 | Mac VerStandig | Service of amendment cover sheet, notice of amended schedules, amended schedules, and notice of bankruptcy case (served via third party commercial mailing vendor) | 1.00 | 15.02 | $15.02 |

|  |  |  |
|---|---|---|
|  | Hours | 15.80 |
|  | Labor: | $4,740.00 |
|  | Invoice Amount: | $4,837.82 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **Claims Administration and Objections**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/02/23 | Mac VerStandig | Call with counsel for Choice re treatment of claim in plan being drafted | 0.30 | 300.00 | $90.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/23 | Mac VerStandig | Exchange e-mails with Subchapter V trustee re charging of sales tax (.1); Review South Dakota sales tax laws (.3); Assess whether or not such may be a violation of the Bankruptcy Clause and, if so, whether or not such would be meritorious of an adversary challenge against the State of South Dakota (gratis - such a challenge would need to be pro bono given de minimis toll sales tax exacts upon estate) | 0.40 | 300.00 | $120.00 |
| 12/03/23 | Mac VerStandig | Review e-mail from C. Stanley and respond to same, discussing means of addressing state court action and projections attached to plan | 0.20 | 300.00 | $60.00 |
| | | | Hours | | 0.90 |
| | | | Labor: | | $270.00 |
| | | | Invoice Amount: | | $270.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: | **Plan and Disclosure Statement** | | | | |
| 11/03/23 | Mac VerStandig | Begin drafting plan of reorganization, including assembly of schedule of creditors and their likely plan classes, review of state records concerning formation of debtor, review of debtor's website for operational information, and review of docket for notable bankruptcy events meriting observation in plan preface | 1.90 | 300.00 | $570.00 |
| 11/04/23 | Mac VerStandig | Review statutory scheme and case law governing reasonable interest rates to be applied to secured debt under plan, mandatory rate for IRS debt, and implications of stretching secured payments beyond 5 year window, while also assessing various secured creditors' claim sizes and potential amortization schemes, endeavoring to also assess need to pay administrative claims shortly after confirmation and impact such may have vis a vis delaying commencement of payments on secured claims | 2.40 | 300.00 | $720.00 |
| 11/04/23 | Mac VerStandig | E-mail to client re need to ascertain liquidation value of assets for purposes of assessing treatment of unsecured creditors in plan | 0.10 | 300.00 | $30.00 |
| 11/04/23 | Mac VerStandig | Continue drafting plan, including preparation of amortization schedules for claims of IRS, Choice and Bank of the West, drafting of liquidation analysis in consultation with audio from first day motions hearing and amended schedules, drafting second on means of implementation, drafting prepayment provision governing potential for re-amortization, calculation of potential admin claims and adjusting payment schedules to permit payment of same in initial months of plan, and proofreading (including recalculation of numbers to ensure accuracy) | 4.20 | 300.00 | $1,260.00 |
| 11/04/23 | Mac VerStandig | Detailed e-mail to client, attaching draft plan and amortization schedules, reminding of need for budget, highlighting payment obligations, emphasizing need for accuracy, and calling attention to ▮▮▮▮▮▮▮▮▮▮ | 0.30 | 300.00 | $90.00 |
| 11/05/23 | Mac VerStandig | Review and revise plan draft, with emphasis on clarity of lien positions moving forward, readability, and correction of typos/inconsistencies | 0.30 | 300.00 | $90.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/23/23 | Mac VerStandig | Review e-mail from Subchapter V trustee re lack of plan payments to general unsecured creditors and respond to same (.2); Review response from Subchapter V trustee identifying creditor whose counsel has raised concerns (less than 1 minute and subsumed in rounding margin of earlier activity) | 0.20 | 300.00 | $60.00 |
| 12/04/23 | Mac VerStandig | Review notes and documents from client and use same to draft discovery responses, reviewing and revising responses throughout drafting process | 1.70 | 300.00 | $510.00 |
| 12/04/23 | Mac VerStandig | Call with client re discovery responses | 0.10 | 300.00 | $30.00 |
| 12/04/23 | Mac VerStandig | E-mail to counsel for Choice re agreement to not contact customers of debtor upon being provided their contact information | 0.10 | 300.00 | $30.00 |
| 12/05/23 | Mac VerStandig | Review additional documents from client, collating same with previously shared documents and applying Bates stamps (.4); Assemble discovery responses, including signed interrogatory answers, and e-mail same to counsel for Choice (.7) | 1.10 | 300.00 | $330.00 |
| 12/05/23 | Mac VerStandig | Review e-mail from counsel for Choice re discovery responses and respond to same | 0.10 | 300.00 | $30.00 |
| 12/06/23 | Mac VerStandig | Call with client re execution of authorization requested by Choice; Review signed authorization and forward to counsel for Choice | 0.10 | 300.00 | $30.00 |
| 12/11/23 | Mac VerStandig | Prepare for confirmation hearing, including review of plan, review of objections, and review of evidentiary exhibits | 4.00 | 300.00 | $1,200.00 |
| 12/12/23 | Mac VerStandig | Attend hearing on confirmation of plan, presenting evidence and making arguments | 4.90 | 300.00 | $1,470.00 |
| 12/12/23 | Mac VerStandig | Review notes from testimony during lunch break and prepare argument outline on various topics to be used in afternoon session | 0.80 | 300.00 | $240.00 |
| 12/12/23 | Mac VerStandig | Meet with client in advance of hearing, conferring with counsel for other parties in lead-up to hearing | 0.50 | 300.00 | $150.00 |
| 12/17/23 | Mac VerStandig | Call with counsel for Choice re suggested alterations to plan, issues with alleged unfair discrimination, potential for promissory notes to be issued at end of year five, potential for a balloon provision, and debtor's cash flow | 0.30 | 300.00 | $90.00 |
| 12/18/23 | Mac VerStandig | E-mail to T. Kapusta re payment of his interim fees and desired help facilitating a consensual plan | 0.20 | 300.00 | $60.00 |
| 12/21/23 | Mac VerStandig | Call with client re amendments to be made to plan, client's willingness to spread payments over several years, issues with client's contemplated financing mechanism, and client's response to Choice's proposed terms | 0.50 | 300.00 | $150.00 |
| 12/22/23 | Mac VerStandig | Call with counsel for T. Hamilton re draft amended plan | 0.20 | 300.00 | $60.00 |
| 12/22/23 | Mac VerStandig | Call with client re final revisions to amended plan | 0.30 | 300.00 | $90.00 |
| 12/22/23 | Mac VerStandig | Draft trust for benefit of Class 3 creditors, reviewing North Dakota trust law in process of so doing (1.5); Draft promissory notes for Choice, Bank of the West, and Class 3 trust (.6) | 2.10 | 300.00 | $630.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/22/23 | Mac VerStandig | Continue editing plan to address client's desire to pay monies over to Class 3 creditors and to spread out secured payments, including alteration of overflow payment mechanism, consideration of logistics of a trust being created to work around the 5 year cap on a plan's duration, review of the document for consistency, re-calculation of claims and class sums based on new numbers from Choice, review of proposed edits from Choice, and review of objection to last plan from UST | 4.10 | 300.00 | $1,230.00 |
| 12/26/23 | Mac VerStandig | Revise ballot drafts (.1); Review matrix to draft four separate service lists for amended plan and disseminate same to commercial vendor for service (.4); Call and e-mail with mailing vendor re anomaly in transmission of documents (.1); Draft and file certificate of service (.1) | 0.70 | 300.00 | $210.00 |
| 01/16/24 | Mac VerStandig | Review objection to confirmation filed by trustee (.1) and draft response thereto, inclusive of merits-based argument and discussing of correspondence sent from client representative (1.3); E-mail to client for review, comment and execution (.1) | 1.50 | 300.00 | $450.00 |
| 01/20/24 | Mac VerStandig | Analyze settlement communication from Choice and forward to client with detailed discussion of impact of each condition being offered, how those would impact other elements of the plan, what timing issues may be occasioned by the proposed changes, and alternative scenarios | 0.50 | 300.00 | $150.00 |

In Reference To: **Plan and Disclosure Statement (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/23 | Mac VerStandig | Service of plan and scheduling order on creditors not receiving ballots (via third party vendor) | 1.00 | 98.28 | $98.28 |
| 11/09/23 | Mac VerStandig | Service of plan, scheduling order and ballots on Class 2 creditors (via third party vendor) | 1.00 | 10.44 | $10.44 |
| 11/09/23 | Mac VerStandig | Service of plan, scheduling order and ballots on Class 1 creditor (via third party vendor) | 1.00 | 4.40 | $4.40 |
| 12/26/23 | Mac VerStandig | Service of amended plan, scheduling order, and ballots (via third party commercial vendor) | 1.00 | 287.22 | $287.22 |

|  |  |
|---|---|
| Hours | 33.20 |
| Labor: | $9,960.00 |
| Invoice Amount: | $10,360.34 |

|  |  |
|---|---|
| Total Hours: | 49.90 |
| Total Labor: | $14,970.00 |
| Total Expenses: | $498.16 |
| **Total Invoice Amount:** | **$15,468.16** |
| **Total Amount Due:** | **$15,468.16** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 49.90 | @ 300.000 | 14,970.00 |

## Trust Account

The Trust Activity shown here is from the previous invoice date of  to the latest payment applied to this invoice which is 01/21/24

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| | **Matter : Non-Matter Related** | | | | |
| | **Drain Services - Trust Acct.** | | | | |
| | Drain Services - Trust Acct. | Opening balance | 0.00 | 0.00 | 0.00 |
| 09/15/23 | Drain Services - Trust Acct. | Retainer | 0.00 | 2,000.00 | 2,000.00 |
| 10/02/23 | Drain Services - Trust Acct. | Retainer for bankruptcy | 0.00 | 8,000.00 | 10,000.00 |
| 10/02/23 | Drain Services - Trust Acct. | Drain Services - pre-filing invoice payment | 3,238.00 | 0.00 | 6,762.00 |
| | | **Trust account ending balance as of 01/21/24 for Drain Services - Trust Acct.:** | | | **6,762.00** |
| | | **Trust account ending balance as of 01/21/24 for Non-Matter Related:** | | | **6,762.00** |
| | | **Total for Drain Services Inc. :** | | | **6,762.00** |