```
Label Matrix for local noticing          Choice Financial Group                   Drain Services Inc.
0868-3                                   4501 23rd Avenue South                   415 Main Ave E
Case 23-30352                            Fargo, ND 58104-8782                     Ste 691
District of North Dakota                                                          West Fargo, ND 58078-5327
Fargo
Sun Jan 21 21:09:16 CST 2024

Meckler Marketing Consulting, LLC        U.S. BANKRUPTCY COURT                    Acme Electric Motor, Inc.
2505 34th Avenue South                   655 1ST AVENUE NORTH, SUITE 210          c/o Scott Foyt, Registered Agent
Fargo, ND 58104-8802                     FARGO, ND 58102-4932                     1101 N. Washington Street
                                                                                  Grand Forks, ND 58203-0734


Andrew Green                             Arvig Enterprises, Inc.                  Badger Daylighting Corporation
Halpern Cottrell Green PA                f/k/a Smartsearch                        Halpern Cottrell Green
2287 Waters Dr                           150 2nd St SE                            2287 Waters Dr
Mendota Heights, MN 55120-1363           Perham, MN 56573                         Mendota Heights, MN 55120-1363


Bank of the West                         Choice Financial Group                   Choice Financial Group
1560 11th Ave E                          4501 23rd Ave S                          c/o Tracy A. Kennedy
West Fargo, ND 58078-5202                Fargo, ND 58104-8782                     Zimney Foster, P.C.
                                                                                  3100 South Columbia Road, Suite 200
                                                                                  Grand Forks, ND 58201-6062


Choice Financial Group                   DSI Investments, LLC                     Holcim - MWR, Inc.
c/o Zimney Foster P.C.                   1131 Legion Lane                         t/a Aggregate Industries
Attn: John D. Schroeder                  West Fargo, ND 58078-8531                2815 Dodd Road Ste 101
3100 S. Columbia Road, Suite 200                                                  Saint Paul, MN 55121-1532
Grand Forks, ND 58201-6062


Insure Forward                           (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
5650 37th Ave S                          CENTRALIZED INSOLVENCY OPERATIONS        PO Box 7346
Fargo, ND 58104-7883                     PO BOX 7346                              Philadelphia, PA 19101-7346
                                         PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC         Kaler Doeling, PLLP                      Kevin Cameron
PO BOX 7999                              3429 Interstate Blvd S                   c/o Drain Services Inc.
SAINT CLOUD MN 56302-7999                Fargo ND 58103-2213                      415 Main Ave E
                                                                                  West Fargo, ND 58078-5300


Kubota Credit Corporation, U.S.A.        Meckler Marketing Consulting, LLC        North Dakota Office of State Tax Commiss
PO Box 2046                              c/o Michael L. Gust                      600 E. Boulevard Ave. Dept. 127
Grapevine, TX 76099-2046                 ABST Law, P.C.                           Bismarck, ND 58505-0602
                                         4132 30th Avenue South, Suite 100
                                         Fargo, ND 58104-8407


Orion First Financial, L.L.C.            Otter Tail Power Company                 Perma Liner Industries
P.O. Box 2149                            215 S. Cascade St.                       3000 Automobile Blvd #300
Gig Harbor, WA 98335-4149                Fergus Falls, MN 56537-2897              Clearwater Beach, FL 33762


Sarah J. Wencil                          Sewer Equipment Co. of America           Tax Professionals P.C. dba Arrow Advisors
Office of the U.S. Trustee               1590 Dutch Rd                            PO Box 7309
Suite 1015 U.S. Courthouse               Dixon, IL 61021-8624                     Fargo, ND 58106-7309
300 South Fourth Street
Minneapolis, MN 55415-1320
```

```
The City of Mapleton, North Dakota        Tony Hamilton                              Tony Hamilton
P O Box 9                                 c/o Caren W. Stanley                       c/o Karen W. Stanley, Esq.
Mapleton, ND 58059-0009                   Vogel Law Firm                             Vogel Law Firm
                                          PO Box 1389                                PO Box 1389
                                          Fargo ND 58107-1389                        Fargo ND 58107-1389


U.S. Bank NA dba Elan Financial Services  U.S. Small Business Administration         U.S. Small Business Administration
Bankruptcy Department                     2 North Street Suite 320                   John W. Baker, Attorney
PO Box 108                                Birmingham, AL 35203                       721 19th Street
Saint Louis MO 63166-0108                                                            Suite 426
                                                                                     Denver CO 80202-2517


(p)XCEL ENERGY                            Maurice VerStandig                         Robert B. Raschke
ATTN ATTN BANKRUPTCY DEPARTMENT           The Dakota Bankruptcy Firm                 Assistant U.S. Trustee
PO BOX 9477                               1630 1st Avenue N                          Suite 1015 U.S. Courthouse
MINNEAPOLIS MN 55484-0001                 Suite B PMB 24                             300 South Fourth Street
                                          Fargo, ND 58102-4246                       Minneapolis, MN 55415-1320


Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                  Jefferson Capital Systems LLC              Xcel Energy
PO Box 145595                             Po Box 7999                                P.O. Box 8
Cincinnati, OH 45250                      Saint Cloud MN 56302-9617                  Eau Claire, WI 54702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)USA/IRS                                (u)USA/SBA                                 (u)USA/SBA/IRS




(d)Meckler Marketing Consulting, LLC      (u)John W. Baker, Atty U.S. Small Business Ad   (u)Tony Hamilton
2505 34th Avenue South
Fargo ND 58104-8802
```

End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45