IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 23-30352 |
| ) | (Chapter 11) |
| DRAIN SERVICES INC. ) | |
| ) | |
| Debtor. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January, 2024, I caused a copy of the Debtor's Amended Schedules (DE #112) and the Notice of Chapter 11 Bankruptcy Case (DE #21) to be served, via US Mail, postage prepaid, upon:

MECKLER MARKETING CONSULTING, LLC
2505 34TH AVENUE SOUTH
FARGO ND 58104

TAX PROFESSIONALS P.C.
PO BOX 7309
FARGO ND 58106

BADGER DAYLIGHTING CORPORATION
HALPERN COTTREL GREEN
2287 WATERS DRIVE
SAINT PAUL MN 55120

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302

TONY HAMILTON
VOGEL LAW FIRM
PO BOX 1389
FARGO ND 58107

Respectfully submitted,

Dated: January 22, 2024   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*