# Mac VerStandig

| | |
|---|---|
| **From:** | Richter, John <John.Richter@state.sd.us> |
| **Sent:** | Monday, January 22, 2024 3:17 PM |
| **To:** | Mac VerStandig |
| **Subject:** | RE: Drain Services v. Houdyshell, et al. |

This works for the Department. Thanks!

**JOHN T. RICHTER**
SENIOR LITIGATION COUNSEL
INVESTIGATIVE SERVICES BUREAU DIRECTOR

PHONE: (605) 773-5124

---

**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Friday, January 19, 2024 5:44 PM
**To:** Richter, John <John.Richter@state.sd.us>
**Subject:** RE: [EXT] Drain Services v. Houdyshell, et al.

John,

This works for me. I made a handful of edits, all either in the nature of correcting my own typos (neglecting to italicize a case name, listing myself as proposed counsel, etc.) or addressing readability (I could not quite get comfortable with the word "results" being used three times in two sentences, etc.).

If this works for you, please let me know and I will get it on file Monday.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
**I**nformation contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

---

**From:** Richter, John <John.Richter@state.sd.us>
**Sent:** Thursday, January 18, 2024 4:29 PM
**To:** Mac VerStandig <mac@dakotabankruptcy.com>
**Subject:** RE: Drain Services v. Houdyshell, et al.

Good afternoon Mac,

Attached are some proposed changes.  If you're good with them, this should be good to go.  Thank you for your assistance in this matter – it is much appreciated!

**JOHN T. RICHTER**
SENIOR LITIGATION COUNSEL
INVESTIGATIVE SERVICES BUREAU DIRECTOR

PHONE:  (605) 773-5124

---

**From:** Mac VerStandig <mac@dakotabankruptcy.com>
**Sent:** Monday, January 15, 2024 10:39 AM
**To:** Richter, John <John.Richter@state.sd.us>
**Subject:** [EXT] Drain Services v. Houdyshell, et al.

John,

To follow on our conversations, attached is a draft 9019 motion to formalize the resolution of the adversary proceeding.  Please let me know if this meets with your approval and, if so, I will tend to getting it filed and noticed to all parties in interest.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (855) 987-DEBT
Local: (701) 394-3215
mac@dakotabankruptcy.com
http://www.dakotabankruptcy.com

**PRIVILEGED COMMUNICATION/PRIVACY NOTICE**
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

**TAX ADVICE NOTICE**

Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.