```
Label Matrix for local noticing         Choice Financial Group                  Drain Services Inc.
0868-3                                  4501 23rd Avenue South                  415 Main Ave E
Case 23-30352                           Fargo, ND 58104-8782                    Ste 691
District of North Dakota                                                        West Fargo, ND 58078-5327
Fargo
Mon Jan 22 21:42:11 CST 2024

Meckler Marketing Consulting, LLC       U.S. BANKRUPTCY COURT                   Acme Electric Motor, Inc.
2505 34th Avenue South                  655 1ST AVENUE NORTH, SUITE 210         c/o Scott Foyt, Registered Agent
Fargo, ND 58104-8802                    FARGO, ND 58102-4932                    1101 N. Washington Street
                                                                                Grand Forks, ND 58203-0734


Andrew Green                            Arvig Enterprises, Inc.                 Badger Daylighting Corporation
Halpern Cottrell Green PA               f/k/a Smartsearch                       Halpern Cottrell Green
2287 Waters Dr                          150 2nd St SE                           2287 Waters Dr
Mendota Heights, MN 55120-1363          Perham, MN 56573                        Mendota Heights, MN 55120-1363


Bank of the West                        Choice Financial Group                  Choice Financial Group
1560 11th Ave E                         4501 23rd Ave S                         c/o Tracy A. Kennedy
West Fargo, ND 58078-5202               Fargo, ND 58104-8782                    Zimney Foster, P.C.
                                                                                3100 South Columbia Road, Suite 200
                                                                                Grand Forks, ND 58201-6062

Choice Financial Group                  DSI Investments, LLC                    Holcim - MWR, Inc.
c/o Zimney Foster P.C.                  1131 Legion Lane                        t/a Aggregate Industries
Attn: John D. Schroeder                 West Fargo, ND 58078-8531               2815 Dodd Road Ste 101
3100 S. Columbia Road, Suite 200                                                Saint Paul, MN 55121-1532
Grand Forks, ND 58201-6062


Insure Forward                          (p)INTERNAL REVENUE SERVICE             Internal Revenue Service
5650 37th Ave S                         CENTRALIZED INSOLVENCY OPERATIONS       PO Box 7346
Fargo, ND 58104-7883                    PO BOX 7346                             Philadelphia, PA 19101-7346
                                        PHILADELPHIA PA 19101-7346


(p)JEFFERSON CAPITAL SYSTEMS LLC        Kaler Doeling, PLLP                     Kevin Cameron
PO BOX 7999                             3429 Interstate Blvd S                  c/o Drain Services Inc.
SAINT CLOUD MN 56302-7999               Fargo ND 58103-2213                     415 Main Ave E
                                                                                West Fargo, ND 58078-5300


Kubota Credit Corporation, U.S.A.       Meckler Marketing Consulting, LLC       North Dakota Office of State Tax Commiss
PO Box 2046                             c/o Michael L. Gust                     600 E. Boulevard Ave. Dept. 127
Grapevine, TX 76099-2046                ABST Law, P.C.                          Bismarck, ND 58505-0602
                                        4132 30th Avenue South, Suite 100
                                        Fargo, ND 58104-8407


Orion First Financial, L.L.C.           Otter Tail Power Company                Perma Liner Industries
P.O. Box 2149                           215 S. Cascade St.                      3000 Automobile Blvd #300
Gig Harbor, WA 98335-4149               Fergus Falls, MN 56537-2897             Clearwater Beach, FL 33762


Sarah J. Wencil                         Sewer Equipment Co. of America          Tax Professionals P.C. dba Arrow Advisors
Office of the U.S. Trustee              1590 Dutch Rd                           PO Box 7309
Suite 1015 U.S. Courthouse              Dixon, IL 61021-8624                    Fargo, ND 58106-7309
300 South Fourth Street
Minneapolis, MN 55415-1320
```

```
The City of Mapleton, North Dakota      Tony Hamilton                           Tony Hamilton
P O Box 9                               c/o Caren W. Stanley                    c/o Karen W. Stanley, Esq.
Mapleton, ND 58059-0009                 Vogel Law Firm                          Vogel Law Firm
                                        PO Box 1389                             PO Box 1389
                                        Fargo ND 58107-1389                     Fargo ND 58107-1389


U.S. Bank NA dba Elan Financial Services    U.S. Small Business Administration      U.S. Small Business Administration
Bankruptcy Department                       2 North Street Suite 320                John W. Baker, Attorney
PO Box 108                                  Birmingham, AL 35203                    721 19th Street
Saint Louis MO 63166-0108                                                           Suite 426
                                                                                    Denver CO 80202-2517


(p)XCEL ENERGY                          Maurice VerStandig                      Robert B. Raschke
ATTN ATTN BANKRUPTCY DEPARTMENT         The Dakota Bankruptcy Firm              Assistant U.S. Trustee
PO BOX 9477                             1630 1st Avenue N                       Suite 1015 U.S. Courthouse
MINNEAPOLIS MN 55484-0001               Suite B PMB 24                          300 South Fourth Street
                                        Fargo, ND 58102-4246                    Minneapolis, MN 55415-1320


Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                Jefferson Capital Systems LLC           Xcel Energy
PO Box 145595                           Po Box 7999                             P.O. Box 8
Cincinnati, OH 45250                    Saint Cloud MN 56302-9617               Eau Claire, WI 54702
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)USA/IRS                              (u)USA/SBA                              (u)USA/SBA/IRS




(d)Meckler Marketing Consulting, LLC    (u)John W. Baker, Atty U.S. Small Business Ad    (u)Tony Hamilton
2505 34th Avenue South
Fargo ND 58104-8802
```

End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45