IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30352 |
| Drain Services Inc. ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

## DECLARATION OF SERVICE

**KAREN SYRSTAD,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on January 23, 2024, she served the following:

1. **CHOICE FINANCIAL GROUP'S OBJECTION TO CONFIRMATION OF DRAIN SERVICES, INC.'S SUBCHAPTER V PLAN OF REORGANIZATION**
2. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

| | |
|---|---|
| **Maurice VerStandig** | **Drain Services Inc.** |
| The Dakota Bankruptcy Firm | 575 County Road 10 |
| 1630 1st Avenue N | Mapleton ND 58059 |
| Suite B PMB 24 | |
| Fargo ND 58102 | |
| mac@mbvesq.com | |
| **Attorney for Debtor** | |
| | |
| **Sarah J. Wencil** | **Robert B. Rashcke** |
| Office of the U.S. Trustee | Assistant U.S. Trustee |
| Suite 1015 U.S. Courthouse | Suite 1015 U.S. Courthouse |
| 300 South Fourth Street | 300 South Fourth Street |
| Minneapolis MN 55415 | Minneapolis MN 55415 |
| sarah.j.wencil@usdoj.gov | |

And I declare, under penalty of perjury, that the foregoing is true and correct.

1

Dated: January 23, 2024 at Grand Forks, North Dakota

*/s/ Karen Syrstad*
**KAREN SYRSTAD**