**Fill in this information to identify the case:**

Debtor Name  Drain Services Inc.

United States Bankruptcy Court for the: District of North Dakota

Case number:  23-30352

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:        December 2023

Line of business:  Drain servicing

Date report filed:  1/24/2024
                    MM / DD / YYYY

NAISC code:  4237

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:            Kevin Cameron

Original signature of responsible party

Printed name of responsible party    Kevin Cameron

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Drain Services Inc.                                Case number 23-30352

17. Have you paid any bills you owed before you filed bankruptcy?               ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ 25,982.55

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                    $ 20,047.95

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.                    – $ 39,814.13

    Report the total from *Exhibit D* here.

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.                    + $ -19,766.18
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.                    = $ 6,216.37

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                    $ 0.00

    *(Exhibit E)*

Debtor Name **Drain Services Inc.**                                        Case number **23-30352**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                        $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                          2

27. What is the number of employees as of the date of this monthly report?                             2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ ____0.00____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ ____0.00____

30. How much have you paid this month in other professional fees?                                    $ ____0.00____

31. How much have you paid in total other professional fees since filing the case?                   $ ____0.00____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | **−** | **Actual** | **=** | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 66,666.66 | − | $ 20,047.95 | = | $ 46,618.71 |
| 33. **Cash disbursements** | $ 62,800.16 | − | $ 39,814.13 | = | $ 22,986.03 |
| 34. **Net cash flow** | $ 3,866.50 | − | $ -19,766.18 | = | $ 23,632.68 |

35. Total projected cash receipts for the next month:                                              $ 66,666.66

36. Total projected cash disbursements for the next month:                                      − $ 62,800.16

37. Total projected net cash flow for the next month:                                           = $ 3,866.50

Debtor Name  Drain Services Inc.                          Case number 23-30352

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



ibanknorth.com



FDIC

DRAIN SERVICES INC
PO BOX 691
WEST FARGO ND 58078


                          AS OF:  12/31/23            PAGE  1
{(BC^0251^BC)}




DEPOSITING A CHECK IS AS EASY AS SNAP AND SEND.
MOBILE CHECK DEPOSIT IS AVAILABLE FOR YOUR BANKING CONVENIENCE.

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT ████319     PIECES    9       BALANCE
PREV STATEMENT BALANCE   (11/30/23)                              25,982.55
          DEPOSITS / CREDITS ......    20,047.95
          INTEREST PAID ...........
      9 CHECKS / DEBITS ........                  39,814.13
          STATEMENT BALANCE (12/31/23)                            6,216.37
AVERAGE COLLECTED BALANCE ........    11,282.34
------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT ████319
          12/15/23  POINT OF SALE CREDIT              47.95
          12/18/23  POINT OF SALE CREDIT           5,000.00
          12/18/23  POINT OF SALE CREDIT           5,000.00
          12/20/23  DIRECT DEPOSIT/ACH             5,000.00
          12/22/23  DIRECT DEPOSIT/ACH             5,000.00
------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT 02229319
12/01          10.72 POINT OF SAL 12/07        56.98 POINT OF SAL
12/01          15.74 POINT OF SAL 12/07        68.01 POINT OF SAL
12/01          17.97 POINT OF SAL 12/07        90.40 POINT OF SAL
12/01          20.36 POINT OF SAL 12/07        94.44 POINT OF SAL
12/01          24.25 POINT OF SAL 12/07       548.84 POINT OF SAL
12/01          27.58 POINT OF SAL 12/08        13.32 POINT OF SAL
12/01          31.52 POINT OF SAL 12/08        14.99 POINT OF SAL
12/01          74.86 POINT OF SAL 12/08        16.49 POINT OF SAL
12/01          76.89 POINT OF SAL 12/08        43.67 POINT OF SAL
12/01         257.76 POINT OF SAL 12/08        53.85 POINT OF SAL
12/01         503.00 ATM WITHDRAW 12/08        77.01 POINT OF SAL
12/04          12.94 POINT OF SAL 12/08        95.00 POINT OF SAL
12/04          13.48 POINT OF SAL 12/08       240.51 POINT OF SAL
12/04          14.27 POINT OF SAL 12/08       436.25 POINT OF SAL
12/04          80.00 POINT OF SAL 12/11         1.95 POINT OF SAL
12/04         326.10 POINT OF SAL 12/11        14.78 POINT OF SAL
12/06           9.31 POINT OF SAL 12/11        17.75 POINT OF SAL
12/06          38.81 POINT OF SAL 12/11        20.20 POINT OF SAL
12/06          92.27 POINT OF SAL 12/11        46.00 POINT OF SAL
12/06          95.69 POINT OF SAL 12/11        92.00 POINT OF SAL
12/07          10.72 POINT OF SAL 12/11       107.54 POINT OF SAL
12/07          15.96 POINT OF SAL 12/11       175.00 POINT OF SAL
12/07          17.29 POINT OF SAL 12/11       207.40 POINT OF SAL

```
        DRAIN SERVICES INC
        PO BOX 691
        WEST FARGO ND 58078


                        AS OF:  12/31/23              PAGE  2




12/12          150.00 AUTOMATIC PM 12/22          84.25 POINT OF SAL
12/12         8000.00 TRNSF DEB IN 12/22          86.29 POINT OF SAL
12/13           51.53 POINT OF SAL 12/22          90.00 POINT OF SAL
12/13          503.00 ATM WITHDRAW 12/22          91.13 POINT OF SAL
12/14           27.95 POINT OF SAL 12/22          93.14 POINT OF SAL
12/14           40.00 POINT OF SAL 12/22         105.92 POINT OF SAL
12/15           10.83 POINT OF SAL 12/22         318.36 POINT OF SAL
12/15           25.00 WIRE TRANS C 12/26           9.03 POINT OF SAL
12/15           92.11 POINT OF SAL 12/26          15.00 POINT OF SAL
12/15          106.56 POINT OF SAL 12/26          17.10 POINT OF SAL
12/15          209.12 POINT OF SAL 12/26          18.47 POINT OF SAL
12/15         2868.54 AUTOMATIC PM 12/26          39.56 POINT OF SAL
12/15         5934.03 CKING DB INH 12/26          57.40 POINT OF SAL
12/18            5.08 POINT OF SAL 12/26          73.73 POINT OF SAL
12/18           11.04 POINT OF SAL 12/26          74.79 POINT OF SAL
12/18           12.00 POINT OF SAL 12/26          82.19 POINT OF SAL
12/18           27.00 POINT OF SAL 12/26          90.81 POINT OF SAL
12/18           28.75 POINT OF SAL 12/26          97.79 POINT OF SAL
12/18           77.61 POINT OF SAL 12/26         102.05 POINT OF SAL
12/18           86.12 POINT OF SAL 12/26         167.92 POINT OF SAL
12/18           96.26 POINT OF SAL 12/26         180.53 POINT OF SAL
12/18           99.24 POINT OF SAL 12/26         363.43 AUTOMATIC PM
12/18          258.36 POINT OF SAL 12/27        2876.10 AUTOMATIC PM
12/20           64.54 POINT OF SAL 12/28          69.02 POINT OF SAL
12/21           27.57 POINT OF SAL 12/28        1194.51 AUTOMATIC PM
12/21           69.78 POINT OF SAL 12/29          67.00 POINT OF SAL
12/21           70.50 POINT OF SAL 12/05*   1051  1430.00 CUSTOMER CHE
12/21          125.92 POINT OF SAL 12/04    1052  4500.00 CUSTOMER CHE
12/22           12.24 POINT OF SAL 12/12    1053   900.00 CUSTOMER CHE
12/22           14.25 POINT OF SAL 12/20    1054  1000.00 CUSTOMER CHE
12/22           15.96 POINT OF SAL 12/19    1055  1019.00 CUSTOMER CHE
12/22           17.91 POINT OF SAL 12/29    1056  1000.00 CUSTOMER CHE
12/22           40.94 POINT OF SAL
------------------------------------------------------------------------
DAILY BALANCES .............. ACCOUNT 02229319
    11/30  25982.55  12/01   24921.90  12/04  19975.11  12/05  18545.11
    12/06  18309.03  12/07   17406.39  12/08  16415.30  12/11  15732.68
    12/12   6682.68  12/13    6128.15  12/14   6060.20  12/15   3138.04-
    12/18   6160.50  12/19    5141.50  12/20   9076.96  12/21   8783.19
    12/22  12812.80  12/26   11423.00  12/27   8546.90  12/28   7283.37
    12/29   6216.37                                      12/31   6216.37
```

DocuSign Envelope ID: 1E829EA3-FBE1-4CA0-8E15-189A184F5998

```
          DRAIN SERVICES INC
          PO BOX 691
          WEST FARGO ND 58078


                              AS OF:  12/31/23              PAGE  3




--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
--------------------------------------------------------------------------------
--------   AUTOMATIC TRANSACTIONS  --------------- -          DEBITS       CREDITS
12/01/23  PS2534 TACO BELL 040771 MANKATO MN                 10.72
12/01/23  PSF371 A & W MANKATO MANKATO MN                    15.74
12/01/23  PS4459 PETRO SERVE US07072457 FARGO ND             17.97
12/01/23  PSF376 HOLIDAY STATIONS 0177 ALEXANDRIA            20.36
          MN
12/01/23  PSF379 CULVERS ALEXANDRIA ALEXANDRIA MN            24.25
12/01/23  PSF109 JERSEY MIKES 24002 MANKATO MN               27.58
12/01/23  PSF371 PETRO SERVE US07072457 FARGO ND             31.52
12/01/23  PS2544 HOLIDAY STATIONS 0177 ALEXANDRIA            74.86
          MN
12/01/23  PS2535 MICROTEL INNS AND SUITES MANKATO            76.89
          MN
12/01/23  PSF380 FERGUSON ENTPRS 3093 FARGO ND              257.76
12/01/23  INV237 2754 BRANDT DRIVE FARGO ND                 503.00
12/04/23  PSF371 TST* DAIRY QUEEN - MANKAT MANKATO           12.94
           MN
12/04/23  PS2545 JIMMY JOHNS 2021 MANKATO MN                 13.48
12/04/23  PSF380 MCDONALD'S F6177 MANKATO MN                 14.27
12/04/23  PSF378 KWIK TRIP 33400003343 MANKATO MN            80.00
12/04/23  PSF361 MICROTEL INNS AND SUITES MANKATO           326.10
          MN
12/06/23  PS4453 CULVERS OF MANKATO MANKATO MN                9.31
12/06/23  PSF363 O'REILLY 1821 MOORHEAD MN                   38.81
12/06/23  PSF380 CENEX BASEVIEW09919184 NORTHWOOD            92.27
          ND
12/06/23  PS2537 HOLIDAY STATIONS 0307 ROGERS MN             95.69
12/07/23  PSF362 TACO BELL 040771 MANKATO MN                 10.72
12/07/23  PS2535 A & W MANKATO MANKATO MN                    15.96
12/07/23  PSF380 MENARDS MOORHEAD MN MOORHEAD MN             17.29
12/07/23  PS2544 PIZZA HUT 039356 https://ipcha MN           56.98
12/07/23  PSF109 SHELL OIL10084470011 FARGO ND               68.01
12/07/23  PS2549 MENARDS MANKATO MN MANKATO MN               90.40
12/07/23  PS2537 MARATHON PETRO267856 FERGUS FALLS           94.44
          MN
```

```
                 DRAIN SERVICES INC
                 PO BOX 691
                 WEST FARGO ND 58078


                               AS OF:  12/31/23              PAGE  4



12/07/23   PSF110 THE HOME DEPOT 2829 MANKATO MN         548.84
12/08/23   PS2543 CASEYS STORE 4322 BELLE PLAINE MN       13.32
12/08/23   PS4453 MENARDS MANKATO MN MANKATO MN           14.99
12/08/23   PSF361 A & W MANKATO MANKATO MN                16.49
12/08/23   PS2545 LOVE'S #0842 OUTSIDE ROCKVILLE MN       43.67
12/08/23   PSF378 MENARDS MANKATO MN MANKATO MN           53.85
12/08/23   PSF383 KWIK TRIP 27500002758 MANKATO MN        77.01
12/08/23   PS4457 CASEYS STORE 4322 BELLE PLAINE MN       95.00
12/08/23   PS2540 MENARDS MANKATO MN MANKATO MN          240.51
12/08/23   PS4454 LIENITNOW COM 888-5436765 FL           436.25
12/11/23   PSF109 VPS*CLAYRECORDERCF NASHVILLE TN          1.95
12/11/23   PS2549 TAPESTRY LAND RECORDS 563-345-120       14.78
           0 IA
12/11/23   PSF378 JERSEY MIKES 24002 MANKATO MN           17.75
12/11/23   PSF109 HOLIDAY STATIONS 0469 WEST FARGO        20.20
           ND
12/11/23   PS4561 CLAY COUNTY POS ALPHARETTA GA           46.00
12/11/23   PSF363 SHELL OIL10084470011 FARGO ND           92.00
12/11/23   PSF382 MICROTEL INNS AND SUITES MANKATO       107.54
           MN
12/11/23   PS2544 BEYER TOWING 218-7366991 MN            175.00
12/11/23   PSF375 MICROTEL INNS AND SUITES MANKATO       207.40
           MN
12/12/23   SELF LENDER INC PAYMENTS  1473596202          150.00
12/13/23   PS4563 DAIRY QUEEN #15521 WEST FARGO ND        51.53
12/13/23   IN9018 1401 13th Ave E West Fargo ND          503.00
12/14/23   PS4452 STRUCTURAL MATERIALS I 7012827100       27.95
           ND
12/14/23   PS2550 CHIPOTLE ONLINE 949-524-4000 CA         40.00
12/15/23   PSF378 LIENITNOW COM 888-5436765 FL                              47.95
12/15/23   PSF109 McDonalds 27770 195-2402910 MN          10.83
12/15/23   PS4453 MARATHON PETRO261917 MAPLETON ND        92.11
12/15/23   PSF380 FLEET FARM FUEL 3515 MANKATO MN        106.56
12/15/23   PSF372 MENARDS MANKATO MN MANKATO MN          209.12
12/15/23   IRS              USATAXPYMT3387702000        2868.54
12/15/23   WIRE OUT FEE                                   25.00
12/15/23   WIRE OUT TO CHOICE FINANCIAL                 5934.03
12/18/23   PS4451 Instant transfe Pasadena CA                            5000.00
12/18/23   PS4451 Instant transfe Pasadena CA                            5000.00
12/18/23   PS2533 McDonalds 13126 150-7625755 MN          5.08
12/18/23   PS4563 McDonalds 13128 195-2492668 MN         11.04
```

DocuSign Envelope ID: 1E829EA3-5BE1-4CA0-8E15-189A184F5988

```
                 DRAIN SERVICES INC
                 PO BOX 691
                 WEST FARGO ND 58078


                             AS OF:  12/31/23            PAGE  5
```

| Date | Description | Amount | |
|---|---|---|---|
| 12/18/23 | PS4563 ARCO EAGLE RUN CROSSING WEST FARGO ND | 12.00 | |
| 12/18/23 | PS2537 CHIPOTLE ONLINE 949-524-4000 CA | 27.00 | |
| 12/18/23 | PSF379 DOMINO'S 7356 ALEXANDRIA MN | 28.75 | |
| 12/18/23 | PS2550 MICROTEL INNS AND SUITES 507-3882818 MN | 77.61 | |
| 12/18/23 | PSF382 MICROTEL INNS AND SUITES 507-3882818 MN | 86.12 | |
| 12/18/23 | PS4456 HOLIDAY STATIONS 0720 FARGO ND | 96.26 | |
| 12/18/23 | PS4458 HOLIDAY STATIONS 0439 JORDAN MN | 99.24 | |
| 12/18/23 | PS2549 MICROTEL INNS AND SUITES 507-3882818 MN | 258.36 | |
| 12/20/23 | Intuit           TRANSFER  9002000202 | | 5000.00 |
| 12/20/23 | PS2536 SHELL OIL10084470011 FARGO ND | 64.54 | |
| 12/21/23 | PSF371 HOLIDAY STATIONS 0345 ALEXANDRIA MN | 27.57 | |
| 12/21/23 | PS2538 MENARDS MANKATO MN MANKATO MN | 69.78 | |
| 12/21/23 | PS4459 HOLIDAY STATIONS 0345 ALEXANDRIA MN | 70.50 | |
| 12/21/23 | PS2549 MENARDS MANKATO MN MANKATO MN | 125.92 | |
| 12/22/23 | Intuit           TRANSFER  9002000202 | | 5000.00 |
| 12/22/23 | PSF376 BURGER KING #6615 MANKATO MN | 12.24 | |
| 12/22/23 | PS4459 WHALE OF A WASH 2 FARGO ND | 14.25 | |
| 12/22/23 | PS2546 A & W MANKATO MANKATO MN | 15.96 | |
| 12/22/23 | PS2547 Subway 37484 Mankato MN | 17.91 | |
| 12/22/23 | PSW231 Speedway Clearwater MN | 40.94 | |
| 12/22/23 | PS4449 CASEYS #3745 MANKATO MN | 84.25 | |
| 12/22/23 | PS2549 KWIK TRIP 46600004663 ST PETER MN | 86.29 | |
| 12/22/23 | PS4453 SHOGUN SUSHI & HIBACHI MANKATO MN | 90.00 | |
| 12/22/23 | PS4458 HOLIDAY STATIONS 0177 ALEXANDRIA MN | 91.13 | |
| 12/22/23 | PSF378 MICROTEL INNS AND SUITES MANKATO MN | 93.14 | |
| 12/22/23 | PSF362 MICROTEL INNS AND SUITES MANKATO MN | 105.92 | |
| 12/22/23 | PSF382 MENARDS FARGO ND WEST FARGO ND | 318.36 | |
| 12/26/23 | PSF380 MENARDS MANKATO MN MANKATO MN | 9.03 | |
| 12/26/23 | PS2538 MICROTEL INNS AND SUITES 507-3882818 MN | 15.00 | |
| 12/26/23 | PS2535 DAIRY QUEEN #40866 SHAKOPEE MN | 17.10 | |
| 12/26/23 | PSF379 JERSEY MIKES 24002 MANKATO MN | 18.47 | |

```
         DRAIN SERVICES INC
         PO BOX 691
         WEST FARGO ND 58078


                          AS OF:  12/31/23              PAGE   6



12/26/23  PSF109 McDonalds 3219 132-0763507 MN          39.56
12/26/23  PSF364 HOLIDAY STATIONS 0345 ALEXANDRIA       57.40
          MN
12/26/23  PSF367 MICROTEL INNS AND SUITES MANKATO       73.73
          MN
12/26/23  PS2540 MICROTEL INNS AND SUITES 507-3882      74.79
          818 MN
12/26/23  PSF361 MARATHON PETRO267856 FERGUS FALLS      82.19
           MN
12/26/23  PS2544 SPEEDWAY 04545 ROGERS MN              90.81
12/26/23  PSF110 ARCO ROTHSAY TRUCK STOP ROTHSAY M     97.79
          N
12/26/23  PSF379 MARATHON PETRO261917 MAPLETON ND     102.05
12/26/23  PS2542 MENARDS RICHFIELD MN RICHFIELD MN     167.92
12/26/23  PSF380 MENARDS MOORHEAD MN MOORHEAD MN       180.53
12/26/23  TRAVELERS        BUS INSUR 4069827001        363.43
12/27/23  TRAVELERS        BUS INSUR 4069827001       2876.10
12/28/23  PSF363 HOLIDAY STATIONS 0337 BLOOMINGTON      69.02
          MN
12/28/23  UNITED FIN CAS  INS PREM  9409348138        1194.51
12/29/23  PS2550 MARATHON PETRO264531 FARGO ND          67.00
```

---

**BankNorth**
Casselton
**Transfer From Checking**

| | |
|---|---|
| Account | 2229319 |
| Name | DRAIN SERVICES INC |
| Tran Date | 12/12/2023 |
| Tran TS | 12/12/2023 3:11:36 PM |
| Teller Name | GLL |

KEVIN PAYROLL

**8,000.00**

| 12/12/2023 | Paid | 8000.00 |

---

DRAIN SERVICES INC.                                    77-904/813        1053
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 7-8-2 3

PAY TO THE ORDER OF  _Kurt Edwards_              | $ 900 ⁰⁰

_Nine Hundred Dollar_                              DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO _Payroll_

| 1053 | 12/12/2023 | Paid | 900.00 |

---

TRAN DATE: 12/15/2013    **BankNorth**
12/15/2023 3:05:10 PM    **DDA DEBIT**
                         **WIRE TRANS CHG**

ACCOUNT:  2229319        PREPARED BY: Kasidi Scott
DRAIN SERVICES INC       APPROVED BY:

                         **25.00**

WIRE OUT FEE

| 12/15/2023 | Paid | 25.00 |

---

DRAIN SERVICES INC.                                    77-904/813        1054
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 12-16-23

PAY TO THE ORDER OF  _Meadow Mudgreens_          | $ 1,000 ⁰⁰

_One Thousand Only_                                DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO _Sponsor 2024 SFD_

| 1054 | 12/20/2023 | Paid | 1000.00 |

---

TRAN DATE: 12/15/2023    **BankNorth**
12/15/2023 3:04:35 PM    **DDA DEBIT**
                         **CKING DB INHOUSE**

ACCOUNT:  2229319        PREPARED BY: Kasidi Scott
DRAIN SERVICES INC       APPROVED BY:

                         **5,934.03**

WIRE OUT TO CHOICE FINANCIAL

| 12/15/2023 | Paid | 5934.03 |

---

DRAIN SERVICES INC.                                    77-904/813        1055
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 12-16-23

PAY TO THE ORDER OF  _Kurt Edwards_              | $ 1,019 ⁰⁰

_One Thousand and Nineteen Dollars_                DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO _Payroll_

| 1055 | 12/19/2023 | Paid | 1019.00 |

---

DRAIN SERVICES INC.                                    77-904/813        1051
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 11-60-63

PAY TO THE ORDER OF  _Kurt Edwards_              | $ 1,430 ⁰⁰

_Fourteen Hundred and Thirty Only_                 DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO _Payroll 5-15-2014_

| 1051 | 12/5/2023 | Paid | 1430.00 |

---

DRAIN SERVICES INC.                                    77-904/813        1056
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 12-23-23

PAY TO THE ORDER OF  _Meadow Mudgreens_          | $ 1,000 ⁰⁰

_One Thousand Only_                                DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO _Food 4 App_

| 1056 | 12/29/2023 | Paid | 1000.00 |

---

DRAIN SERVICES INC.                                    77-904/813        1052
415 MAIN AVE # 691
WEST FARGO, ND 58078                          DATE 11-28-23

PAY TO THE ORDER OF  _Geno Umali_                | $ 4,500 ⁰⁰

_Four Thousand Five Hundred_                       DOLLARS

ⒶBANKNORTH
www.ibanknorth.com

MEMO

| 1052 | 12/4/2023 | Paid | 4500.00 |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING - NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $_____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                    $_____

_____

_____

**TOTAL**                    $_____

**SUBTRACT**

CHECKS OUTSTANDING
(IF ANY)                    $_____

**BALANCE**                    $_____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

Please examine immediately and report if incorrect.

**What To Do If You Think You Find a Mistake On Your Statement**
If you think there is an error on your statement, write to us at PO Box 460,
Casselton, ND 58012-0460
In your letter, give us the following information:
- *Account Information*: Your name and account number.
- *Dollar amount*: The dollar amount of the suspected error.
- *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must notify us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Balance Computation Method**
**Home Equity Line of Credit and Redi-Credit**
We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

**IN CASE OF ERRORS OR QUESTIONS
ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS**
Telephone us at 1-877-817-4540, write us at PO Box 460, Casselton, ND 58012-0460 or e-mail us at support@ibanknorth.com as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.