# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

**Drain Services, Inc.**                                                  **Bankr. No. 23-30352**

                                                                          **Chapter 11**

---

## MOTION TO APPEAR BY VIDEO CONFERENCE

---

    Sarah J. Wencil, Trial Attorney for the U.S. Trustee, respectively moves this Court to enter an order under Local Rule 5001-1 allowing her to appear by video conference on Monday, January 29, 2024 at 10:00 a.m. on the confirmation of the Amended Chapter 11 Small Business Subchapter V Plan (Doc. 108).

    1.    The U.S. Trustee has objected to the Plan and a video appearance would be appropriate for this matter.

    2.    Travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Counsel requests that she be allowed to appear by video conference.

Dated: January 25, 2024                    MARY R. JENSEN
                                                      ACTING U.S. TRUSTEE REGION 12

                                                        <u>/s/ Sarah J. Wencil</u>
                                                        Sarah J. Wencil
                                                        Office of the U.S. Trustee
                                                        Suite 1015 U.S. Courthouse
                                                        300 South Fourth St.
                                                        Minneapolis, MN 55415
                                                        Telephone: (612) 334-1366
                                                        Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

**Drain Services, Inc.**                                    **Bankr. No. 23-30352**

                                                            **Chapter 11**

---

**CERTIFICATE OF SERVICE**

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated:   January 25, 2024

                                                      /s/ Sarah J. Wencil
                                                      Sarah J. Wencil