UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

# EXHIBIT LIST

Bankruptcy Case No. 23-30352   Bankruptcy Case Title: In re: Drain Services, Inc.
Adversary Case No:              Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-1 | 12/12/23 | Tim Ziemba | Choice Bank Proof of Claim, with all attachments | Will | | | | | | | | |
| CB-2 | 12/12/23 | Tim Ziemba | Outstanding loan balances as of 12/12/23 | Will | | | | | | | | |
| CB-3 | 12/12/23 | Kevin Cameron | Debtor's Checking history 9/20/23 to 10/20/23 | Will | | | | | | | | |
| CB-4 | 12/12/23 | Kevin Cameron | Debtor's Checking history 10/13/23 to 11/12/23 | Will | | | | | | | | |
| CB-5 | 12/12/23 | Kevin Cameron | Debtor's Checking history 11/3/23 to 12/2/23 | Will | | | | | | | | |
| CB-6 | 12/12/23 | N/A | NONE | N/A | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Page **1** of **2**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-7 | 12/12/23 | Kevin Cameron | Schedules from *In re Kevin Cameron and Caitlyn Cameron*, N.D.B. Case 23-30369 | Will | | | | | | | | |
| CB-8 | 12/12/23 | Kevin Cameron | Debtor's Responses to Discovery Requests of Choice Financial Group | Will | | | | | | | | |
| CB-9 | 1/29/24 | Kevin Cameron | Debtor's Checking history 11/22/23 to 12/22/23 | Will | | | | | | | | |
| CB-10 | 1/29/24 | Kevin Cameron | Debtor's Checking history 12/13/23 to 1/12/24 | Will | | | | | | | | |
| CB-11 | 1/29/24 | Kevin Cameron | Debtor's Checking history 12/26/23 to 1/22/24 | Will | | | | | | | | |
| CB-12 | 1/29/24 | Tim Ziemba | Outstanding loan balances as of 1/29/24 | Will | | | | | | | | |
| CB-13 | 1/29/24 | Kevin Cameron | Debtor's Budget for Cash Collateral Hearing 10/17/23 (Doc. # 50-1) | Will | | | | | | | | |