

## Checking

*319  Account Details

**$70,658.44**
Previous Day Balance ⓘ

**$70,293.16**
Available Balance ⓘ
as of 10/20/2023 8:21 PM

[Transfer In]  [Transfer Out]

**Activity**  Alerts  Statements  Stop check payment  Bills & Payments  Future view

Date Range    09/20/2023 - 10/23/2023

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/20/2023 | Pending: FERGUSON ENTPRS 3093 FARGO NDUS | | 365.28 | | 70,293.16 |
| 10/20/2023 | Daily Ledger Balance | | | | 70,658.44 |
| 10/20/2023 | WIRE OUT TO CHOICE FINANCIAL GROUP | Select one | 25,000.00 | | 70,658.44 |
| 10/20/2023 | WIRE OUT FEE | Select one | 25.00 | | 95,658.44 |
| 10/20/2023 | SELF LENDER INC CC PMT 3473596202 | Select one | 208.91 | | 95,683.44 |
| 10/20/2023 | PSF376 MENARDS FARGO ND WEST FARGO ND | Select one | 144.23 | | 95,892.35 |
| 10/20/2023 | PS2547 NAPA OF WEST FARGO FARGO ND | Select one | 19.70 | | 96,036.58 |

10/20/23, 8:24 AM    Case 23-30352    Doc 129-3    Filed 01/25/24    Entered 01/25/24 14:18:34    Desc Exhibit
Account details                                          CB-3    Page 2 of 10

View All      Category

| Date | Description | | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/19/2023 | Daily Ledger Balance | | | | | | 96,056.28 |
| 10/19/2023 | Check # 1041 | | Select one | | 145.00 | | 96,056.28 |
| 10/19/2023 | CHECKING DB INHOUSE | | Select one | | 3,000.00 | | 96,201.28 |
| 10/19/2023 | SELF LENDER INC CC PMT 3473596202 | | Select one | | 90.00 | | 99,201.28 |
| 10/18/2023 | Daily Ledger Balance | | | | | | 99,291.28 |
| 10/18/2023 | PSF363 PETRO GAS FARGO ND | | Select one | | 122.53 | | 99,291.28 |
| 10/17/2023 | Daily Ledger Balance | | | | | | 99,413.81 |
| 10/17/2023 | Check # 1043 | | Select one | | 4,500.00 | | 99,413.81 |
| 10/17/2023 | MN DEPT OF REVENMN Rev payX416007162 | | Select one | | 154.00 | | 103,913.81 |
| 10/17/2023 | PSF367 NAPA OF WEST FARGO FARGO ND | | Select one | | 253.79 | | 104,067.81 |
| 10/17/2023 | PS4563 WHALE OF A WASH 2 FARGO ND | | Select one | | 20.00 | | 104,321.60 |
| 10/17/2023 | PS4450 MARATHON PETRO261222 MOORHEAD MN | | Select one | | 19.68 | | 104,341.60 |
| 10/16/2023 | Daily Ledger Balance | | | | | | 104,361.28 |
| 10/16/2023 | Check # 1040 | | Select one | | 818.97 | | 104,361.28 |
| 10/16/2023 | Check # 1042 | | Select one | | 400.00 | | 105,180.25 |

View All   Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/16/2023 | IRS USATAXPYMT338770 2000 | Federal Tax | 1,000.00 | | 105,580.25 |
| 10/16/2023 | IRS USATAXPYMT338770 2000 | Federal Tax | 620.50 | | 106,580.25 |
| 10/16/2023 | PS2544 MENARDS FARGO ND WEST FARGO ND | Materials | 756.02 | | 107,200.75 |
| 10/16/2023 | IN9018 1401 13th Ave E West Fargo ND | Select one | 503.00 | | 107,956.77 |
| 10/16/2023 | PS4452 FERGUSON ENTPRS 3093 FARGO ND | Materials | 318.66 | | 108,459.77 |
| 10/16/2023 | PSF380 MARATHON PETRO228973 WEST FARGO ND | Auto Fuel | 138.10 | | 108,778.43 |
| 10/16/2023 | PSF376 MAC'S FARGO, ND FARGO ND | Materials | 134.82 | | 108,916.53 |
| 10/16/2023 | PSF375 FERGUSON ENTPRS 3093 844-872-3857 ND | Materials | 118.96 | | 109,051.35 |
| 10/16/2023 | PS2535 CASEYS #3629 WHEATON MN | Auto Fuel | 116.38 | | 109,170.31 |
| 10/16/2023 | PSF375 FERGUSON ENTPRS 3093 FARGO ND | Materials | 106.60 | | 109,286.69 |
| 10/16/2023 | PSF382 Subway 54937 Wheaton MN | Dining | 15.35 | | 109,393.29 |

View All    Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/16/2023 | PS2532 CASEYS #3629 WHEATON MN | Dining | 6.41 | | 109,408.64 |
| 10/13/2023 | *Daily Ledger Balance* | | | | *109,415.05* |
| 10/13/2023 | Check # 1038 | Select one | 861.38 | | 109,415.05 |
| 10/13/2023 | PS2543 AGASSIZ SEEDS & SUPPLY WEST FARGO ND | Materials | 302.40 | | 110,276.43 |
| 10/13/2023 | PS4449 PETRO SERVE US07072457 FARGO ND | Auto Fuel | 60.03 | | 110,578.83 |
| 10/13/2023 | PSF376 CHIPOTLE ONLINE 949-524-4000 CA | Dining | 28.00 | | 110,638.86 |
| 10/13/2023 | PS4450 PETRO SERVE US07072457 FARGO ND | Auto Fuel | 13.77 | | 110,666.86 |
| 10/12/2023 | *Daily Ledger Balance* | | | | *110,680.63* |
| 10/12/2023 | PS4452 ACME TOOLS FARGO FARGO ND | Equipment | 3,427.91 | | 110,680.63 |
| 10/12/2023 | PS4564 BURGGRAF'S ACE HARDWAR FARGO ND | Materials | 183.00 | | 114,108.54 |
| 10/12/2023 | PSF382 FERGUSON ENTPRS 3093 FARGO ND | Materials | 127.04 | | 114,291.54 |
| 10/12/2023 | PS2532 FERGUSON ENTPRS 3093 FARGO ND | Materials | 78.71 | | 114,418.58 |

View All   Category

| Date | Description | | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/11/2023 | *Daily Ledger Balance* | | | | | | *114,497.29* |
| 10/11/2023 | SELF LENDER INC PAYMENTS 1473596202 | | Credit Card ... | | 150.00 | | 114,497.29 |
| 10/11/2023 | PS2532 SP KC TURBOS HTTPSKCTURBOS AZ | | Equipment | | 4,092.05 | | 114,647.29 |
| 10/11/2023 | PS2549 HOLIDAY STATIONS 0469 WEST FARGO ND | | Auto Fuel | | 101.32 | | 118,739.34 |
| 10/11/2023 | PSF365 BIG STONE AREA HARDWARE ORTONVILLE MN | | Materials | | 80.46 | | 118,840.66 |
| 10/11/2023 | PSF378 CASEYS #2650 MELROSE MN | | Auto Fuel | | 73.44 | | 118,921.12 |
| 10/11/2023 | PS2548 SQ *HEADWATERS GRILL AND Ortonville MN | | Dining | | 59.66 | | 118,994.56 |
| 10/11/2023 | PS2535 PETRO SERVE US07072457 FARGO ND | | Auto Fuel | | 50.98 | | 119,054.22 |
| 10/10/2023 | *Daily Ledger Balance* | | | | | | *119,105.20* |
| 10/10/2023 | PS4457 DNH*GODADDY.COM 480-5058855 AZ | | Internet | | 359.64 | | 119,105.20 |
| 10/10/2023 | PSF109 MARATHON PETRO261917 MAPLETON ND | | Auto Fuel | | 111.67 | | 119,464.84 |
| 10/06/2023 | *Daily Ledger Balance* | | | | | | *119,576.51* |

View All   Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/06/2023 | CAPITAL ONE MOBILE PMT9279744380 | Credit Card ... | 595.95 | | 119,576.51 |
| 10/06/2023 | IN9018 1401 13th Ave E West Fargo ND | Select one | 503.00 | | 120,172.46 |
| 10/06/2023 | INV235 3203 32ND AVENUE FARGO ND | Select one | 500.00 | | 120,675.46 |
| 10/06/2023 | PS2536 Corwin Collision Center Fargo ND | Auto Service | 448.63 | | 121,175.46 |
| 10/06/2023 | PSF372 OSAKA SUSHI BAR & HIBACH FARGO ND | Dining | 275.00 | | 121,624.09 |
| 10/06/2023 | PS4450 DAYS INNS/DAYSTOP 701-2355566 ND | Lodging | 101.83 | | 121,899.09 |
| 10/06/2023 | PS4452 DAYS INNS/DAYSTOP 701-2355566 ND | Lodging | 101.83 | | 122,000.92 |
| 10/06/2023 | PS2550 2COCOM*SYSTOOLSGROUP.C 888-2471614 GA | Internet | 52.92 | | 122,102.75 |
| 10/06/2023 | PSF372 FACEBK *XHGYJRFPB2 fb.me/ads CA | Advertising | 50.63 | | 122,155.67 |
| 10/05/2023 | Daily Ledger Balance | | | | 122,206.30 |
| 10/05/2023 | Check # 1035 | Select one | 86.52 | | 122,206.30 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/05/2023 | PS2533 MENARDS FARGO ND WEST FARGO ND | Materials | 154.56 | | 122,292.82 |
| 10/04/2023 | *Daily Ledger Balance* | | | | *122,447.38* |
| 10/04/2023 | Check # 1037 | Select one | 10,802.00 | | 122,447.38 |
| 10/04/2023 | THE VERSTANDIG LJ1934 OOFF8263863381 | Legal | 8,000.00 | | 133,249.38 |
| 10/03/2023 | *Daily Ledger Balance* | | | | *141,249.38* |
| 10/03/2023 | SELF LENDER INC CC PMT 3473596202 | Credit Card ... | 143.64 | | 141,249.38 |
| 10/02/2023 | *Daily Ledger Balance* | | | | *141,393.02* |
| 10/02/2023 | Check # 1036 | Select one | 8,800.00 | | 141,393.02 |
| 10/02/2023 | Check # 1006 | Select one | 5,000.00 | | 150,193.02 |
| 10/02/2023 | TRANSFER TO 2229335 PER KEVIN TEXT - KEVIN PAYROLL SEPTEMBER & OCTOBER | Select one | 20,000.00 | | 155,193.02 |
| 10/02/2023 | TRANSFER TO 2229327 PER KEVIN TEXT - KEVIN PAYROLL SEPTEMBER & OCTOBER | Select one | 5,000.00 | | 175,193.02 |
| 10/02/2023 | DSI SHOP FEES - BND EVALUATION $1,800, ABSTRACT UPDATE CCAC $365, OPINIONS TTC $ | Select one | 2,615.00 | | 180,193.02 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/02/2023 | IRS USATAXPYMT338770 2000 | Select one | 1,000.00 | | 182,808.02 |
| 10/02/2023 | SELF LENDER INC CC PMT 3473596202 | Credit Card ... | 542.85 | | 183,808.02 |
| 10/02/2023 | CAPITAL ONE MOBILE PMT9279744380 | Credit Card ... | 449.81 | | 184,350.87 |
| 10/02/2023 | PL*OpenManagemenSI GONFILE 9001035729 | Deposit | | 75,000.00 | 184,800.68 |
| 10/02/2023 | PL*OpenManagemenSI GONFILE 9001035729 | Deposit | | 75,000.00 | 109,800.68 |
| 10/02/2023 | PL*OpenManagemenSI GONFILE 9001035729 | Deposit | | 55,575.00 | 34,800.68 |
| 09/29/2023 | *Daily Ledger Balance* | | | | *-20,774.32* |
| 09/29/2023 | OVERDRAFT CHG | Select one | 30.00 | | -20,774.32 |
| 09/28/2023 | *Daily Ledger Balance* | | | | *-20,744.32* |
| 09/28/2023 | OVERDRAFT CHG | Select one | 60.00 | | -20,744.32 |
| 09/28/2023 | UNITED FIN CAS INS PREM 9409348138 | Select one | 1,454.40 | | -20,684.32 |
| 09/27/2023 | *Daily Ledger Balance* | | | | *-19,229.92* |
| 09/27/2023 | Check # 1031 | Select one | 3,000.00 | | -19,229.92 |
| 09/27/2023 | Check # 1034 | Select one | 2,700.00 | | -16,229.92 |
| 09/27/2023 | OVERDRAFT CHG | Select one | 60.00 | | -13,529.92 |

| Date | Description | | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 09/27/2023 | MOBILE DEPOSIT | | Select one | | | 7,000.00 | -13,469.92 |
| 09/27/2023 | MOBILE DEPOSIT | | Select one | | | 2,700.00 | -20,469.92 |
| 09/26/2023 | *Daily Ledger Balance* | | | | | | *-23,169.92* |
| 09/26/2023 | Check # 1033 | | Select one | | 1,230.22 | | -23,169.92 |
| 09/26/2023 | OVERDRAFT CHG | | Select one | | 120.00 | | -21,939.70 |
| 09/26/2023 | CONTINUOUS OD CHG | | Select one | | 35.00 | | -21,819.70 |
| 09/26/2023 | SELF LENDER INC CC PMT 3473596202 | | Select one | | 643.50 | | -21,784.70 |
| 09/25/2023 | *Daily Ledger Balance* | | | | | | *-21,141.20* |
| 09/25/2023 | Check # 1025 | | Select one | | 10,000.00 | | -21,141.20 |
| 09/25/2023 | Check # 1032 | | Select one | | 433.09 | | -11,141.20 |
| 09/25/2023 | TRAVELERS BUS INSUR 4069827001 | | Select one | | 2,876.10 | | -10,708.11 |
| 09/25/2023 | TRAVELERS BUS INSUR 4069827001 | | Select one | | 329.60 | | -7,832.01 |
| 09/25/2023 | OVERDRAFT CHG | | Select one | | 30.00 | | -7,502.41 |
| 09/22/2023 | *Daily Ledger Balance* | | | | | | *-7,472.41* |
| 09/22/2023 | Check # 1022 | | Select one | | 990.00 | | -7,472.41 |
| 09/22/2023 | OVERDRAFT CHG | | Select one | | 30.00 | | -6,482.41 |
| 09/21/2023 | *Daily Ledger Balance* | | | | | | *-6,452.41* |

| Date | Description | | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 09/21/2023 | OVERDRAFT CHG | | Select one | | 120.00 | | -6,452.41 |
| 09/21/2023 | CAPITAL ONE MOBILE PMT9279744380 | | Select one | | 585.21 | | -6,332.41 |
| 09/20/2023 | *Daily Ledger Balance* | | | | | | -5,747.20 |
| 09/20/2023 | Check # 1023 | | Select one | | 3,000.00 | | -5,747.20 |
| 09/20/2023 | Check # 1028 | | Select one | | 572.40 | | -2,747.20 |
| 09/20/2023 | Check # 1027 | | Select one | | 162.82 | | -2,174.80 |
| 09/20/2023 | Check # 1029 | | Select one | | 125.00 | | -2,011.98 |