EXHIBIT

CB-4

exhibitsticker.com

# Checking

*319  Account Details

$10,135.89
Previous Day Balance ⓘ

$9,473.76
Available Balance ⓘ
as of 11/12/2023 12:31 PM

| Activity | Alerts | Statements | Stop check payment | Bills & Payments | Future view | | Transfer In | Transfer Out |

Date Range                                                      10/13/2023 - 11/13/2023

| Date | Description | | View All | Category | | Debit | Credit | Balance |
|------|-------------|--|----------|----------|--|-------|--------|---------|
| 11/12/2023 | Pending: 11/12-08:30.CENEX BASEVIEW09919184 NORTHWOOD NDUS | | | | | 50.47 | | 9,841.06 |
| 11/12/2023 | Pending: 11/12-00:54.City Of Fargo Solid WasFARGO NDUS | | | | | 27.60 | | 9,891.53 |
| 11/12/2023 | Pending: 11/12-09:44.SIMONSON - FARGO WEST FARGO NDUS | | | | | 1.00 | | 9,919.13 |
| 11/11/2023 | Pending: 11/11-05:10.RUNNINGS OF MOORHEAD MOORHEAD MNUS | | | | | 111.08 | | 9,920.13 |
| 11/10/2023 | Pending: 4200 MAIN AVENUE FARGO NDUS | | | | | 37.51 | | 10,031.21 |
| 11/10/2023 | Pending: HU HOT FARGO FARGO NDUS | | | | | 17.72 | | 10,068.72 |
| 11/10/2023 | Pending: PY *RED'S SAVOY PIZZA FARGO NDUS | | | | | 49.45 | | 10,086.44 |
| 11/10/2023 | *Daily Ledger Balance* | | | | | | | *10,135.89* |
| 11/10/2023 | WIRE OUT TO CHOICE FINANCIAL | | | Select one | ⌄ | 10,000.00 | | 10,135.89 |
| 11/10/2023 | WIRE OUT FEE | | | Select one | ⌄ | 25.00 | | 20,135.89 |
| 11/10/2023 | PSF379 MARATHON PETRO33191 MANDAN ND | | | Select one | ⌄ | 84.65 | | 20,160.89 |
| 11/10/2023 | PS0A3Z CASEYS #3370 5680 23RD AV FARGO ND | | | Select one | ⌄ | 70.18 | | 20,245.54 |
| 11/09/2023 | *Daily Ledger Balance* | | | | | | | *20,315.72* |
| 11/09/2023 | Check # 1049 | | | Select one | ⌄ | 1,500.00 | | 20,315.72 |
| 11/09/2023 | PS2533 STRUCTURAL MATERIALS I 7012827100 ND | | | Select one | ⌄ | 848.79 | | 21,815.72 |
| 11/09/2023 | INFISV 109 1ST ST NW MANDAN ND | | | Select one | ⌄ | 300.00 | | 22,664.51 |
| 11/09/2023 | PS2542 SIMONSON TRAVE GRAND FORKS ND | | | Select one | ⌄ | 90.72 | | 22,964.51 |

Account Details    View All

| Date | Description | Category | Debit | Credit | Balance |
|------|-------------|----------|-------|--------|---------|
| 11/09/2023 | PSF368 FARMERS UNION 09916511 BUXTON ND | Select one | 86.85 | | 23,055.23 |
| 11/09/2023 | PSF370 CENEX EWING OI09920281 HILLSBORO ND | Select one | 84.89 | | 23,142.08 |
| 11/08/2023 | *Daily Ledger Balance* | | | | *23,226.97* |
| 11/08/2023 | PSF382 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 518.63 | | 23,226.97 |
| 11/08/2023 | PSF363 MENARDS FARGO ND WEST FARGO ND | Select one | 75.50 | | 23,745.60 |
| 11/08/2023 | PS2545 MARATHON PETRO261917 MAPLETON ND | Select one | 68.02 | | 23,821.10 |
| 11/08/2023 | PS2548 FERGUSON ENTPRS 3093 FARGO ND | Select one | 65.53 | | 23,889.12 |
| 11/07/2023 | *Daily Ledger Balance* | | | | *23,954.65* |
| 11/07/2023 | PS4448 HOLIDAY STATIONS 0254 CLEARWATER MN | Select one | 79.14 | | 23,954.65 |
| 11/06/2023 | *Daily Ledger Balance* | | | | *24,033.79* |
| 11/06/2023 | PSF361 INTERSTATE ALL BATTERY 701-293-8000 ND | Select one | 693.21 | | 24,033.79 |
| 11/06/2023 | PSF368 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 669.94 | | 24,727.00 |
| 11/06/2023 | PS2543 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 555.43 | | 25,396.94 |
| 11/06/2023 | PS4564 INTERSTATE ALL BATTERY 701-293-8000 ND | Select one | 322.49 | | 25,952.37 |
| 11/06/2023 | PS2543 MARATHON PETRO261917 MAPLETON ND | Select one | 102.00 | | 26,274.86 |
| 11/06/2023 | PS4656 TARGET T-0005 Bloomington MN | Select one | 101.89 | | 26,376.86 |
| 11/06/2023 | PSF375 SPEEDWAY 04807 BECKER MN | Select one | 76.39 | | 26,478.75 |
| 11/06/2023 | PS4458 CASEYS #3541 FARGO ND | Select one | 59.31 | | 26,555.14 |
| 11/06/2023 | PS2550 MARATHON PETRO229757 FARGO ND | Select one | 50.14 | | 26,614.45 |
| 11/06/2023 | PSF361 CASEYS #3541 FARGO ND | Select one | 6.00 | | 26,664.59 |
| 11/03/2023 | *Daily Ledger Balance* | | | | *26,670.59* |
| 11/03/2023 | TRANSFER ONLINE 1742830594 | Select one | 3,000.00 | | 26,670.59 |

| Date | Description | | Category | | Debit | Credit | Balance |
|------|-------------|---|----------|---|-------|--------|---------|
| 11/03/2023 | PS2550 INTERSTATE POWERSYSTEM FARGO ND | | Select one | ⌄ | 1,798.04 | | 29,670.59 |
| 11/03/2023 | PS4450 SCHEELS FARGO FARGO ND | | Select one | ⌄ | 465.45 | | 31,468.63 |
| 11/03/2023 | PS2547 SHELL OIL10084470011 FARGO ND | | Select one | ⌄ | 107.02 | | 31,934.08 |
| 11/03/2023 | PS4564 FERGUSON ENTPRS 3093 FARGO ND | | Select one | ⌄ | 69.48 | | 32,041.10 |
| 11/03/2023 | PS4561 CHIPOTLE ONLINE 949-524-4000 CA | | Select one | ⌄ | 15.00 | | 32,110.58 |
| 11/02/2023 | *Daily Ledger Balance* | | | | | | *32,125.58* |
| 11/02/2023 | SELF LENDER INC CC PMT 3473596202 | | Select one | ⌄ | 704.18 | | 32,125.58 |
| 11/01/2023 | *Daily Ledger Balance* | | | | | | *32,829.76* |
| 11/01/2023 | Check # 1048 | 🖼 | Select one | ⌄ | 775.00 | | 32,829.76 |
| 11/01/2023 | Job Service ND UI Tax Pmt1456002490 | | Select one | ⌄ | 14.11 | | 33,604.76 |
| 11/01/2023 | NDTAX TAX PYMT 1450309764 | | Select one | ⌄ | 3.00 | | 33,618.87 |
| 11/01/2023 | PS2545 MENARDS MOORHEAD MN MOORHEAD MN | | Select one | ⌄ | 550.94 | | 33,621.87 |
| 11/01/2023 | PSF378 HOLIDAY STATIONS 0415 MOORHEAD MN | | Select one | ⌄ | 63.39 | | 34,172.81 |
| 11/01/2023 | PS2548 HOLIDAY STATIONS 0415 MOORHEAD MN | | Select one | ⌄ | 12.73 | | 34,236.20 |
| 10/30/2023 | *Daily Ledger Balance* | | | | | | *34,248.93* |
| 10/30/2023 | UNITED FIN CAS INS PREM 9409348138 | | Select one | ⌄ | 1,499.22 | | 34,248.93 |
| 10/30/2023 | PSF109 MENARDS MOORHEAD MN 715-876-6378 MN | | Select one | ⌄ | 199.35 | | 35,748.15 |
| 10/30/2023 | PSF376 JAMERS 1 STOP CLINTON MN | | Select one | ⌄ | 100.00 | | 35,947.50 |
| 10/30/2023 | PS2532 ARCO HAWLEY EXPRESS LANE HAWLEY MN | | Select one | ⌄ | 83.12 | | 36,047.50 |
| 10/30/2023 | MOBILE DEPOSIT | 🖼 | Select one | ⌄ | | 7,000.00 | 36,130.62 |
| 10/27/2023 | *Daily Ledger Balance* | | | | | | *29,130.62* |
| 10/27/2023 | PSF378 MENARDS MOORHEAD MN MOORHEAD MN | | Select one | ⌄ | 262.85 | | 29,130.62 |
| 10/27/2023 | PSF378 BERENS MARKET MILBANK SD | | Select one | ⌄ | 97.57 | | 29,393.47 |
| 10/27/2023 | PS2544 FERGUSON ENTPRS 3093 FARGO ND | | Select one | ⌄ | 64.83 | | 29,491.04 |

| Date | Description | | Category | | Debit | Credit | Balance |
|------|-------------|---|----------|---|-------|--------|---------|
| *10/26/2023* | *Daily Ledger Balance* | | | | | | *29,555.87* |
| 10/26/2023 | Check # 1045 | | Select one | ⌄ | 1,050.00 | | 29,555.87 |
| 10/26/2023 | Check # 1046 | | Select one | ⌄ | 270.00 | | 30,605.87 |
| 10/26/2023 | PS4563 FERGUSON WATERWRKS #2516 FARGO ND | | Select one | ⌄ | 4,512.90 | | 30,875.87 |
| 10/26/2023 | PS2533 WINSUPPLY FARGO ND FARGO ND | | Select one | ⌄ | 232.49 | | 35,388.77 |
| 10/26/2023 | PS4452 MENARDS MOORHEAD MN MOORHEAD MN | | Select one | ⌄ | 223.00 | | 35,621.26 |
| 10/26/2023 | MOBILE DEPOSIT | | Select one | ⌄ | | 5,000.00 | 35,844.26 |
| *10/25/2023* | *Daily Ledger Balance* | | | | | | *30,844.26* |
| 10/25/2023 | Check # 1047 | | Select one | ⌄ | 1,300.00 | | 30,844.26 |
| 10/25/2023 | PS2542 LOAF N JUG #0619 FARGO ND | | Select one | ⌄ | 93.66 | | 32,144.26 |
| 10/25/2023 | PS2545 CHIPOTLE ONLINE 949-524-4000 CA | | Select one | ⌄ | 49.00 | | 32,237.92 |
| *10/24/2023* | *Daily Ledger Balance* | | | | | | *32,286.92* |
| 10/24/2023 | Check # 1039 | | Select one | ⌄ | 29,986.53 | | 32,286.92 |
| 10/24/2023 | TRAVELERS BUS INSUR 4069827001 | | Select one | ⌄ | 2,876.10 | | 62,273.45 |
| 10/24/2023 | TRAVELERS BUS INSUR 4069827001 | | Select one | ⌄ | 329.60 | | 65,149.55 |
| 10/24/2023 | IN9018 1401 13th Ave E West Fargo ND | | Select one | ⌄ | 503.00 | | 65,479.15 |
| 10/24/2023 | PS4448 CASEYS #3906 MILBANK SD | | Select one | ⌄ | 94.98 | | 65,982.15 |
| 10/24/2023 | PS2547 HOLIDAY STATIONS 0415 MOORHEAD MN | | Select one | ⌄ | 92.79 | | 66,077.13 |
| 10/24/2023 | PS4459 MENARDS MOORHEAD MN MOORHEAD MN | | Select one | ⌄ | 23.04 | | 66,169.92 |
| 10/24/2023 | PS4448 HOLIDAY STATIONS 0415 MOORHEAD MN | | Select one | ⌄ | 14.29 | | 66,192.96 |
| *10/23/2023* | *Daily Ledger Balance* | | | | | | *66,207.25* |
| 10/23/2023 | Check # 1044 | | Select one | ⌄ | 3,506.67 | | 66,207.25 |
| 10/23/2023 | PS2549 FERGUSON ENTPRS 3093 FARGO ND | | Select one | ⌄ | 365.28 | | 69,713.92 |
| 10/23/2023 | PS4563 RUNNINGS OF MILBANK MILBANK SD | | Select one | ⌄ | 255.16 | | 70,079.20 |
| 10/23/2023 | PS2547 SP FLYCATCHER INC PAINTINGLULU. NY | | Select one | ⌄ | 173.90 | | 70,334.36 |

| Date | Description | | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 10/23/2023 | PSF371 SUPER 8 MOTELS MILBANK SD | | Select one | ⌄ | 103.33 | | 70,508.26 |
| 10/23/2023 | PS4457 SP DOODLEDAZZLES HTTPSDOODLEDA DC | | Select one | ⌄ | 46.85 | | 70,611.59 |
| 10/20/2023 | *Daily Ledger Balance* | | | | | | *70,658.44* |
| 10/20/2023 | WIRE OUT TO CHOICE FINANCIAL GROUP | | Select one | ⌄ | 25,000.00 | | 70,658.44 |
| 10/20/2023 | WIRE OUT FEE | | Select one | ⌄ | 25.00 | | 95,658.44 |
| 10/20/2023 | SELF LENDER INC CC PMT 3473596202 | | Select one | ⌄ | 208.91 | | 95,683.44 |
| 10/20/2023 | PSF376 MENARDS FARGO ND WEST FARGO ND | | Select one | ⌄ | 144.23 | | 95,892.35 |
| 10/20/2023 | PS2547 NAPA OF WEST FARGO FARGO ND | | Select one | ⌄ | 19.70 | | 96,036.58 |
| 10/19/2023 | *Daily Ledger Balance* | | | | | | *96,056.28* |
| 10/19/2023 | Check # 1041 | | Select one | ⌄ | 145.00 | | 96,056.28 |
| 10/19/2023 | CHECKING DB INHOUSE | | Select one | ⌄ | 3,000.00 | | 96,201.28 |
| 10/19/2023 | SELF LENDER INC CC PMT 3473596202 | | Select one | ⌄ | 90.00 | | 99,201.28 |
| 10/18/2023 | *Daily Ledger Balance* | | | | | | *99,291.28* |
| 10/18/2023 | PSF363 PETRO GAS FARGO ND | | Select one | ⌄ | 122.53 | | 99,291.28 |
| 10/17/2023 | *Daily Ledger Balance* | | | | | | *99,413.81* |
| 10/17/2023 | Check # 1043 | | Select one | ⌄ | 4,500.00 | | 99,413.81 |
| 10/17/2023 | MN DEPT OF REVENMN Rev payX416007162 | | Select one | ⌄ | 154.00 | | 103,913.81 |
| 10/17/2023 | PSF367 NAPA OF WEST FARGO FARGO ND | | Select one | ⌄ | 253.79 | | 104,067.81 |
| 10/17/2023 | PS4563 WHALE OF A WASH 2 FARGO ND | | Select one | ⌄ | 20.00 | | 104,321.60 |
| 10/17/2023 | PS4450 MARATHON PETRO261222 MOORHEAD MN | | Select one | ⌄ | 19.68 | | 104,341.60 |
| 10/16/2023 | *Daily Ledger Balance* | | | | | | *104,361.28* |
| 10/16/2023 | Check # 1040 | | Select one | ⌄ | 818.97 | | 104,361.28 |
| 10/16/2023 | Check # 1042 | | Select one | ⌄ | 400.00 | | 105,180.25 |
| 10/16/2023 | IRS USATAXPYMT3387702000 | | Federal Tax | ⌄ | 1,000.00 | | 105,580.25 |
| 10/16/2023 | IRS USATAXPYMT3387702000 | | Federal Tax | ⌄ | 620.50 | | 106,580.25 |

View All    Account Details

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/16/2023 | PS2544 MENARDS FARGO ND WEST FARGO ND | Materials | 756.02 | | 107,200.75 |
| 10/16/2023 | IN9018 1401 13th Ave E West Fargo ND | *Select one* | 503.00 | | 107,956.77 |
| 10/16/2023 | PS4452 FERGUSON ENTPRS 3093 FARGO ND | Materials | 318.66 | | 108,459.77 |
| 10/16/2023 | PSF380 MARATHON PETRO228973 WEST FARGO ND | Auto Fuel | 138.10 | | 108,778.43 |
| 10/16/2023 | PSF376 MAC'S FARGO, ND FARGO ND | Materials | 134.82 | | 108,916.53 |
| 10/16/2023 | PSF375 FERGUSON ENTPRS 3093 844-872-3857 ND | Materials | 118.96 | | 109,051.35 |
| 10/16/2023 | PS2535 CASEYS #3629 WHEATON MN | Auto Fuel | 116.38 | | 109,170.31 |
| 10/16/2023 | PSF375 FERGUSON ENTPRS 3093 FARGO ND | Materials | 106.60 | | 109,286.69 |
| 10/16/2023 | PSF382 Subway 54937 Wheaton MN | Dining | 15.35 | | 109,393.29 |
| 10/16/2023 | PS2532 CASEYS #3629 WHEATON MN | Dining | 6.41 | | 109,408.64 |
| *10/13/2023* | *Daily Ledger Balance* | | | | *109,415.05* |
| 10/13/2023 | Check # 1038 | *Select one* | 861.38 | | 109,415.05 |
| 10/13/2023 | PS2543 AGASSIZ SEEDS & SUPPLY WEST FARGO ND | Materials | 302.40 | | 110,276.43 |
| 10/13/2023 | PS4449 PETRO SERVE US07072457 FARGO ND | Auto Fuel | 60.03 | | 110,578.83 |
| 10/13/2023 | PSF376 CHIPOTLE ONLINE 949-524-4000 CA | Dining | 28.00 | | 110,638.86 |
| 10/13/2023 | PS4450 PETRO SERVE US07072457 FARGO ND | Auto Fuel | 13.77 | | 110,666.86 |

View All    Category    Debit    Credit    Balance