## Checking
*319  Account Details

**$24,921.90**
Previous Day Balance ⓘ

**$24,475.11**
Available Balance ⓘ
as of 12/03/2023 6:06 PM

[Transfer In]  [Transfer Out]

**Activity**   Alerts   Statements   Stop check payment   Bills & Payments   Future view

Date Range  11/03/2023 - 12/04/2023

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/02/2023 | Pending: 12/02-22:30.MICROTEL INNS AND SUITEMANKATO MNUS | | 326.10 | | 24,475.11 |
| 12/02/2023 | Pending: 12/02-13:34.KWIK TRIP 33400003343 MANKATO MNUS | | 80.00 | | 24,801.21 |
| 12/02/2023 | Pending: 12/02-06:26.MCDONALD'S F6177 MANKATO MNUS | | 14.27 | | 24,881.21 |
| 12/01/2023 | Pending: TST* DAIRY QUEEN - MANKMANKATO MNUS | | 12.94 | | 24,895.48 |
| 12/01/2023 | Pending: JIMMY JOHNS 2021 MANKATO MNUS | | 13.48 | | 24,908.42 |

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/01/2023 | Daily Ledger Balance | | | | 24,921.90 |
| 12/01/2023 | INV237 2754 BRANDT DRIVE FARGO ND | Select one | 503.00 | | 24,921.90 |
| 12/01/2023 | PSF380 FERGUSON ENTPRS 3093 FARGO ND | Select one | 257.76 | | 25,424.90 |
| 12/01/2023 | PS2535 MICROTEL INNS AND SUITES MANKATO MN | Select one | 76.89 | | 25,682.66 |
| 12/01/2023 | PS2544 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 74.86 | | 25,759.55 |
| 12/01/2023 | PSF371 PETRO SERVE US07072457 FARGO ND | Select one | 31.52 | | 25,834.41 |
| 12/01/2023 | PSF109 JERSEY MIKES 24002 MANKATO MN | Select one | 27.58 | | 25,865.93 |
| 12/01/2023 | PSF379 CULVERS ALEXANDRIA ALEXANDRIA MN | Select one | 24.25 | | 25,893.51 |
| 12/01/2023 | PSF376 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 20.36 | | 25,917.76 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/01/2023 | PS4459 PETRO SERVE US07072457 FARGO ND | Select one | 17.97 | | 25,938.12 |
| 12/01/2023 | PSF371 A & W MANKATO MANKATO MN | Select one | 15.74 | | 25,956.09 |
| 12/01/2023 | PS2534 TACO BELL 040771 MANKATO MN | Select one | 10.72 | | 25,971.83 |
| 11/30/2023 | *Daily Ledger Balance* | | | | *25,982.55* |
| 11/30/2023 | PS4452 MENARDS MANKATO MN MANKATO MN | Select one | 180.26 | | 25,982.55 |
| 11/30/2023 | PS2543 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 75.04 | | 26,162.81 |
| 11/30/2023 | PS4561 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 14.95 | | 26,237.85 |
| 11/29/2023 | *Daily Ledger Balance* | | | | *26,252.80* |
| 11/29/2023 | TRANSFER TO CAITLYN PER KEVIN S EMAIL KEVIN PAYROLL | Select one | 4,000.00 | | 26,252.80 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/29/2023 | PSF376 FERGUSON WATERWRKS #2516 844-872-3857 ND | Select one | 608.93 | | 30,252.80 |
| 11/29/2023 | PS4563 CENEX ASHBY EQ07060551 ASHBY MN | Select one | 77.82 | | 30,861.73 |
| 11/29/2023 | PS4561 BP#1941756CAPL MN0006 ST PETER MN | Select one | 73.47 | | 30,939.55 |
| 11/29/2023 | PS2535 BP#1941756CAPL MN0006 ST PETER MN | Select one | 6.38 | | 31,013.02 |
| 11/29/2023 | PSF376 CENEX ASHBY EQ07060551 ASHBY MN | Select one | 2.37 | | 31,019.40 |
| 11/28/2023 | Daily Ledger Balance | | | | 31,021.77 |
| 11/28/2023 | UNITED FIN CAS INS PREM 9409348138 | Select one | 1,194.51 | | 31,021.77 |
| 11/28/2023 | PSF382 MENARDS FARGO ND WEST FARGO ND | Select one | 76.60 | | 32,216.28 |
| 11/27/2023 | Daily Ledger Balance | | | | 32,292.88 |

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/27/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 2,876.10 | | 32,292.88 |
| 11/24/2023 | *Daily Ledger Balance* | | | | *35,168.98* |
| 11/24/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 363.43 | | 35,168.98 |
| 11/24/2023 | PS4448 SECRETARY OF STATE 651-2011368 MN | Select one | 520.00 | | 35,532.41 |
| 11/24/2023 | PS2541 LIENITNOW COM 888-5436765 FL | Select one | 73.75 | | 36,052.41 |
| 11/24/2023 | PS2542 LOVE'S #0353 OUTSIDE FARGO ND | Select one | 72.75 | | 36,126.16 |
| 11/24/2023 | PS4448 SECRETARY OF STATE 651-2011368 MN | Select one | 15.00 | | 36,198.91 |
| 11/22/2023 | *Daily Ledger Balance* | | | | *36,213.91* |
| 11/22/2023 | PSF364 MARATHON PETRO229757 FARGO ND | Select one | 83.92 | | 36,213.91 |

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/22/2023 | PSF367 FERGUSON ENTPRS 3093 FARGO ND | Select one | 28.21 | | 36,297.83 |
| 11/22/2023 | PS4459 MARATHON PETRO229757 FARGO ND | Select one | 12.76 | | 36,326.04 |
| 11/21/2023 | *Daily Ledger Balance* | | | | *36,338.80* |
| 11/21/2023 | PS2550 MARATHON PETRO57133 CASSELTON ND | Select one | 66.29 | | 36,338.80 |
| 11/21/2023 | PS4459 LOVE'S #0353 OUTSIDE FARGO ND | Select one | 62.69 | | 36,405.09 |
| 11/21/2023 | MOBILE DEPOSIT | Select one | | 31,650.00 | 36,467.78 |
| 11/20/2023 | *Daily Ledger Balance* | | | | *4,817.78* |
| 11/20/2023 | Check # 1050 | Select one | 777.00 | | 4,817.78 |
| 11/20/2023 | PS2532 ND SECRETARY OF STATE 701-328-3723 ND | Select one | 85.00 | | 5,594.78 |
| 11/20/2023 | PS0A3Z CASEYS #3519 129 MEMORIAL HOFFMAN MN | Select one | 78.72 | | 5,679.78 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/20/2023 | PS4458 ONE9 1222 FARGO ND | Select one | 73.98 | | 5,758.50 |
| 11/20/2023 | PSF368 MARATHON PETRO57133 CASSELTON ND | Select one | 70.93 | | 5,832.48 |
| 11/20/2023 | PS2540 CASEYS #3629 WHEATON MN | Select one | 55.24 | | 5,903.41 |
| 11/20/2023 | PSF362 STAMART_01222 FARGO ND | Select one | 49.90 | | 5,958.65 |
| 11/20/2023 | PS4454 Subway 54937 Wheaton MN | Select one | 21.60 | | 6,008.55 |
| 11/20/2023 | PSF368 MARATHON PETRO57133 CASSELTON ND | Select one | 11.67 | | 6,030.15 |
| 11/20/2023 | PS4453 STRATA CORPORATION GRAND FORKS ND | Select one | | 16.16 | 6,041.82 |
| 11/17/2023 | *Daily Ledger Balance* | | | | *6,025.66* |
| 11/17/2023 | CHECKING DB INHOUSE | Select one | 3,000.00 | | 6,025.66 |
| 11/17/2023 | PSF382 CENEX PETRO SE09900549 HARWOOD ND | Select one | 100.30 | | 9,025.66 |

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/17/2023 | PS4450 SIMONSON TRAVE GRAND FORKS ND | Select one | 78.90 | | 9,125.96 |
| 11/17/2023 | PS2550 ONE9 1222 FARGO ND | Select one | 75.00 | | 9,204.86 |
| 11/17/2023 | PS2546 SIMONSON TRAVE GRAND FORKS ND | Select one | 26.12 | | 9,279.86 |
| 11/16/2023 | *Daily Ledger Balance* | | | | *9,305.98* |
| 11/16/2023 | MN DEPT OF REVENMN Rev payX416007162 | Select one | 154.00 | | 9,305.98 |
| 11/16/2023 | MN DEPT OF REVENMN Rev payX416007162 | Select one | 130.00 | | 9,459.98 |
| 11/16/2023 | PS4564 HOLCIM MWR FARGO 855-339-4900 MI | Select one | 98.28 | | 9,589.98 |
| 11/16/2023 | PSF363 HOLIDAY STATIONS 0414 W FARGO ND | Select one | 76.15 | | 9,688.26 |
| 11/16/2023 | PS4561 FERGUSON ENTPRS 3093 FARGO ND | Select one | 60.35 | | 9,764.41 |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/16/2023 | PSF365 MENARDS FARGO ND WEST FARGO ND | Select one | 29.33 | | 9,824.76 |
| 11/16/2023 | PS2537 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 24.00 | | 9,854.09 |
| 11/15/2023 | *Daily Ledger Balance* | | | | *9,878.09* |
| 11/15/2023 | IRS USATAXPYMT3387702000 | Select one | 2,991.86 | | 9,878.09 |
| 11/15/2023 | IRS USATAXPYMT3387702000 | Select one | 42.00 | | 12,869.95 |
| 11/15/2023 | PSF378 STRATA CORPORATION 999-999-9999 ND | Select one | 758.56 | | 12,911.95 |
| 11/15/2023 | PS2540 STRUCTURAL MATERIALS I 7012827100 ND | Select one | 130.96 | | 13,670.51 |
| 11/15/2023 | PS4450 STAMART_01222 FARGO ND | Select one | 100.00 | | 13,801.47 |
| 11/15/2023 | PS4452 SUBWAY SIMONSON GRAFTON ND | Select one | 81.13 | | 13,901.47 |

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/15/2023 | PSF382 MARATHON PETRO261917 MAPLETON ND | Select one | 81.00 | | 13,982.60 |
| 11/15/2023 | PSI250 DENNY'S #6533 FARGO ND | Select one | 40.81 | | 14,063.60 |
| 11/15/2023 | MOBILE DEPOSIT | Select one | | 5,000.00 | 14,104.41 |
| 11/14/2023 | *Daily Ledger Balance* | | | | *9,104.41* |
| 11/14/2023 | PSF376 MARATHON PETRO261917 MAPLETON ND | Select one | 75.50 | | 9,104.41 |
| 11/14/2023 | PSF378 SIMONSON FARG FARGO ND | Select one | 72.28 | | 9,179.91 |
| 11/14/2023 | PSF378 BUFFALO WILD WINGS GRILL 701-2988925 ND | Select one | 38.56 | | 9,252.19 |
| 11/14/2023 | PS4454 Subway 54937 Wheaton MN | Select one | 20.01 | | 9,290.75 |
| 11/14/2023 | PSF894 TRUE VALUE HARDWA GRAFTON ND | Select one | 14.00 | | 9,310.76 |
| 11/13/2023 | *Daily Ledger Balance* | | | | *9,324.76* |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/13/2023 | SELF LENDER INC PAYMENTS 1473596202 | Select one | 150.00 | | 9,324.76 |
| 11/13/2023 | PS4563 CURTS LOCK & KEY SERVICE 701-2329440 ND | Select one | 342.30 | | 9,474.76 |
| 11/13/2023 | PSF378 RUNNINGS OF MOORHEAD MOORHEAD MN | Select one | 111.08 | | 9,817.06 |
| 11/13/2023 | PS2540 CENEX BASEVIEW09919184 NORTHWOOD ND | Select one | 50.47 | | 9,928.14 |
| 11/13/2023 | PS2548 PY *RED'S SAVOY PIZZA FARGO ND | Select one | 49.45 | | 9,978.61 |
| 11/13/2023 | PSF895 MAC'S FARGO FARGO ND | Select one | 37.51 | | 10,028.06 |
| 11/13/2023 | PSF370 City Of Fargo Solid Waste FARGO ND | Select one | 27.60 | | 10,065.57 |
| 11/13/2023 | PSF362 MARLINS FAMILY RESTAUR 605-6818009 ND | Select one | 25.00 | | 10,093.17 |
| 11/13/2023 | PS2544 HU HOT FARGO FARGO ND | Select one | 17.72 | | 10,118.17 |
| *11/10/2023* | *Daily Ledger Balance* | | | | *10,135.89* |

View All    Category

| Date | Description | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 11/10/2023 | WIRE OUT TO CHOICE FINANCIAL | | Select one | 10,000.00 | | 10,135.89 |
| 11/10/2023 | WIRE OUT FEE | | Select one | 25.00 | | 20,135.89 |
| 11/10/2023 | PSF379 MARATHON PETRO33191 MANDAN ND | | Select one | 84.65 | | 20,160.89 |
| 11/10/2023 | PS0A3Z CASEYS #3370 5680 23RD AV FARGO ND | | Select one | 70.18 | | 20,245.54 |
| 11/09/2023 | *Daily Ledger Balance* | | | | | *20,315.72* |
| 11/09/2023 | Check # 1049 | | Select one | 1,500.00 | | 20,315.72 |
| 11/09/2023 | PS2533 STRUCTURAL MATERIALS I 7012827100 ND | | Select one | 848.79 | | 21,815.72 |
| 11/09/2023 | INFISV 109 1ST ST NW MANDAN ND | | Select one | 300.00 | | 22,664.51 |
| 11/09/2023 | PS2542 SIMONSON TRAVE GRAND FORKS ND | | Select one | 90.72 | | 22,964.51 |
| 11/09/2023 | PSF368 FARMERS UNION 09916511 BUXTON ND | | Select one | 86.85 | | 23,055.23 |

View All      Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/09/2023 | PSF370 CENEX EWING OI09920281 HILLSBORO ND | Select one | 84.89 | | 23,142.08 |
| 11/08/2023 | *Daily Ledger Balance* | | | | 23,226.97 |
| 11/08/2023 | PSF382 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 518.63 | | 23,226.97 |
| 11/08/2023 | PSF363 MENARDS FARGO ND WEST FARGO ND | Select one | 75.50 | | 23,745.60 |
| 11/08/2023 | PS2545 MARATHON PETRO261917 MAPLETON ND | Select one | 68.02 | | 23,821.10 |
| 11/08/2023 | PS2548 FERGUSON ENTPRS 3093 FARGO ND | Select one | 65.53 | | 23,889.12 |
| 11/07/2023 | *Daily Ledger Balance* | | | | 23,954.65 |
| 11/07/2023 | PS4448 HOLIDAY STATIONS 0254 CLEARWATER MN | Select one | 79.14 | | 23,954.65 |
| 11/06/2023 | *Daily Ledger Balance* | | | | 24,033.79 |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/06/2023 | PSF361 INTERSTATE ALL BATTERY 701-293-8000 ND | Select one | 693.21 | | 24,033.79 |
| 11/06/2023 | PSF368 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 669.94 | | 24,727.00 |
| 11/06/2023 | PS2543 GREAT WOLF LDG BLOOMIN BLOOMINGTON MN | Select one | 555.43 | | 25,396.94 |
| 11/06/2023 | PS4564 INTERSTATE ALL BATTERY 701-293-8000 ND | Select one | 322.49 | | 25,952.37 |
| 11/06/2023 | PS2543 MARATHON PETRO261917 MAPLETON ND | Select one | 102.00 | | 26,274.86 |
| 11/06/2023 | PS4656 TARGET T-0005 Bloomington MN | Select one | 101.89 | | 26,376.86 |
| 11/06/2023 | PSF375 SPEEDWAY 04807 BECKER MN | Select one | 76.39 | | 26,478.75 |
| 11/06/2023 | PS4458 CASEYS #3541 FARGO ND | Select one | 59.31 | | 26,555.14 |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/06/2023 | PS2550 MARATHON PETRO229757 FARGO ND | Select one | 50.14 | | 26,614.45 |
| 11/06/2023 | PSF361 CASEYS #3541 FARGO ND | Select one | 6.00 | | 26,664.59 |
| 11/03/2023 | *Daily Ledger Balance* | | | | *26,670.59* |
| 11/03/2023 | TRANSFER ONLINE 1742830594 | Select one | 3,000.00 | | 26,670.59 |
| 11/03/2023 | PS2550 INTERSTATE POWERSYSTEM FARGO ND | Select one | 1,798.04 | | 29,670.59 |
| 11/03/2023 | PS4450 SCHEELS FARGO FARGO ND | Select one | 465.45 | | 31,468.63 |
| 11/03/2023 | PS2547 SHELL OIL10084470011 FARGO ND | Select one | 107.02 | | 31,934.08 |
| 11/03/2023 | PS4564 FERGUSON ENTPRS 3093 FARGO ND | Select one | 69.48 | | 32,041.10 |
| 11/03/2023 | PS4561 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 15.00 | | 32,110.58 |