## Checking
*319  Account Details

$6,216.37
Previous Day Balance ⓘ

$4,847.00
Available Balance ⓘ
as of 12/29/2023 8:04 PM

[Transfer In]  [Transfer Out]

Activity   Alerts   Statements   Stop check payment   Bills & Payments   Future view

Date Range    11/29/2023 - 01/02/2024

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/29/2023 | Pending: ACME TOOLS FARGO FARGO NDUS | | 520.63 | | 5,914.00 |
| 12/29/2023 | Pending: ACME TOOLS FARGO FARGO NDUS | | 496.44 | | 6,434.63 |
| 12/29/2023 | Pending: USPS PO 3791680913 WEST FARGO NDUS | | 66.00 | | 6,931.07 |
| 12/29/2023 | Pending: AR AUDIT CITY OF FARGO FARGO NDUS | | 286.30 | | 6,997.07 |
| 12/28/2023 | *Daily Ledger Balance* | | | | *7,283.37* |
| 12/28/2023 | UNITED FIN CAS INS PREM 9409348138 | Select one | 1,194.51 | | 7,283.37 |

**EXHIBIT CB-09**

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/28/2023 | PSF363 HOLIDAY STATIONS 0337 BLOOMINGTON MN | Select one | 69.02 | | 8,477.88 |
| 12/27/2023 | *Daily Ledger Balance* | | | | *8,546.90* |
| 12/27/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 2,876.10 | | 8,546.90 |
| 12/26/2023 | *Daily Ledger Balance* | | | | *11,423.00* |
| 12/26/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 363.43 | | 11,423.00 |
| 12/26/2023 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | 180.53 | | 11,786.43 |
| 12/26/2023 | PS2542 MENARDS RICHFIELD MN RICHFIELD MN | Select one | 167.92 | | 11,966.96 |
| 12/26/2023 | PSF379 MARATHON PETRO261917 MAPLETON ND | Select one | 102.05 | | 12,134.88 |
| 12/26/2023 | PSF110 ARCO ROTHSAY TRUCK STOP ROTHSAY MN | Select one | 97.79 | | 12,236.93 |
| 12/26/2023 | PS2544 SPEEDWAY 04545 ROGERS MN | Select one | 90.81 | | 12,334.72 |
| 12/26/2023 | PSF361 MARATHON PETRO267856 FERGUS FALLS MN | Select one | 82.19 | | 12,425.53 |

View All  Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/26/2023 | PS2540 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 74.79 | | 12,507.72 |
| 12/26/2023 | PSF367 MICROTEL INNS AND SUITES MANKATO MN | Select one | 73.73 | | 12,582.51 |
| 12/26/2023 | PSF364 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 57.40 | | 12,656.24 |
| 12/26/2023 | PSF109 McDonalds 3219 132-0763507 MN | Select one | 39.56 | | 12,713.64 |
| 12/26/2023 | PSF379 JERSEY MIKES 24002 MANKATO MN | Select one | 18.47 | | 12,753.20 |
| 12/26/2023 | PS2535 DAIRY QUEEN #40866 SHAKOPEE MN | Select one | 17.10 | | 12,771.67 |
| 12/26/2023 | PS2538 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 15.00 | | 12,788.77 |
| 12/26/2023 | PSF380 MENARDS MANKATO MN MANKATO MN | Select one | 9.03 | | 12,803.77 |
| *12/22/2023* | *Daily Ledger Balance* | | | | *12,812.80* |
| 12/22/2023 | PSF382 MENARDS FARGO ND WEST FARGO ND | Select one | 318.36 | | 12,812.80 |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/22/2023 | PSF362 MICROTEL INNS AND SUITES MANKATO MN | Select one | 105.92 | | 13,131.16 |
| 12/22/2023 | PSF378 MICROTEL INNS AND SUITES MANKATO MN | Select one | 93.14 | | 13,237.08 |
| 12/22/2023 | PS4458 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 91.13 | | 13,330.22 |
| 12/22/2023 | PS4453 SHOGUN SUSHI & HIBACHI MANKATO MN | Select one | 90.00 | | 13,421.35 |
| 12/22/2023 | PS2549 KWIK TRIP 46600004663 ST PETER MN | Select one | 86.29 | | 13,511.35 |
| 12/22/2023 | PS4449 CASEYS #3745 MANKATO MN | Select one | 84.25 | | 13,597.64 |
| 12/22/2023 | PSW231 Speedway Clearwater MN | Select one | 40.94 | | 13,681.89 |
| 12/22/2023 | PS2547 Subway 37484 Mankato MN | Select one | 17.91 | | 13,722.83 |
| 12/22/2023 | PS2546 A & W MANKATO MANKATO MN | Select one | 15.96 | | 13,740.74 |
| 12/22/2023 | PS4459 WHALE OF A WASH 2 FARGO ND | Select one | 14.25 | | 13,756.70 |

View All   Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/22/2023 | PSF376 BURGER KING #6615 MANKATO MN | Select one | 12.24 | | 13,770.95 |
| 12/22/2023 | Intuit TRANSFER 9002000202 | Select one | | 5,000.00 | 13,783.19 |
| 12/21/2023 | *Daily Ledger Balance* | | | | *8,783.19* |
| 12/21/2023 | PS2549 MENARDS MANKATO MN MANKATO MN | Select one | 125.92 | | 8,783.19 |
| 12/21/2023 | PS4459 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 70.50 | | 8,909.11 |
| 12/21/2023 | PS2538 MENARDS MANKATO MN MANKATO MN | Select one | 69.78 | | 8,979.61 |
| 12/21/2023 | PSF371 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 27.57 | | 9,049.39 |
| 12/20/2023 | *Daily Ledger Balance* | | | | *9,076.96* |
| 12/20/2023 | Check # 1054 | Select one | 1,000.00 | | 9,076.96 |
| 12/20/2023 | PS2536 SHELL OIL10084470011 FARGO ND | Select one | 64.54 | | 10,076.96 |
| 12/20/2023 | Intuit TRANSFER 9002000202 | Select one | | 5,000.00 | 10,141.50 |

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/19/2023 | *Daily Ledger Balance* | | | | *5,141.50* |
| 12/19/2023 | Check # 1055 | Select one | 1,019.00 | | 5,141.50 |
| 12/18/2023 | *Daily Ledger Balance* | | | | *6,160.50* |
| 12/18/2023 | PS2549 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 258.36 | | 6,160.50 |
| 12/18/2023 | PS4458 HOLIDAY STATIONS 0439 JORDAN MN | Select one | 99.24 | | 6,418.86 |
| 12/18/2023 | PS4456 HOLIDAY STATIONS 0720 FARGO ND | Select one | 96.26 | | 6,518.10 |
| 12/18/2023 | PSF382 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 86.12 | | 6,614.36 |
| 12/18/2023 | PS2550 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 77.61 | | 6,700.48 |
| 12/18/2023 | PSF379 DOMINO'S 7356 ALEXANDRIA MN | Select one | 28.75 | | 6,778.09 |
| 12/18/2023 | PS2537 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 27.00 | | 6,806.84 |
| 12/18/2023 | PS4563 ARCO EAGLE RUN CROSSING WEST FARGO ND | Select one | 12.00 | | 6,833.84 |

| Date | Description | View All / Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/18/2023 | PS4563 McDonalds 13128 195-2492668 MN | Select one | 11.04 | | 6,845.84 |
| 12/18/2023 | PS2533 McDonalds 13126 150-7625755 MN | Select one | 5.08 | | 6,856.88 |
| 12/18/2023 | PS4451 Instant transfe Pasadena CA | Select one | | 5,000.00 | 6,861.96 |
| 12/18/2023 | PS4451 Instant transfe Pasadena CA | Select one | | 5,000.00 | 1,861.96 |
| 12/15/2023 | *Daily Ledger Balance* | | | | -3,138.04 |
| 12/15/2023 | WIRE OUT TO CHOICE FINANCIAL | Select one | 5,934.03 | | -3,138.04 |
| 12/15/2023 | WIRE OUT FEE | Select one | 25.00 | | 2,795.99 |
| 12/15/2023 | IRS USATAXPYMT3387 702000 | Select one | 2,868.54 | | 2,820.99 |
| 12/15/2023 | PSF372 MENARDS MANKATO MN MANKATO MN | Select one | 209.12 | | 5,689.53 |
| 12/15/2023 | PSF380 FLEET FARM FUEL 3515 MANKATO MN | Select one | 106.56 | | 5,898.65 |
| 12/15/2023 | PS4453 MARATHON PETRO261917 MAPLETON ND | Select one | 92.11 | | 6,005.21 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/15/2023 | PSF109 McDonalds 27770 195-2402910 MN | Select one | 10.83 | | 6,097.32 |
| 12/15/2023 | PSF378 LIENITNOW COM 888-5436765 FL | Select one | | 47.95 | 6,108.15 |
| 12/14/2023 | *Daily Ledger Balance* | | | | *6,060.20* |
| 12/14/2023 | PS2550 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 40.00 | | 6,060.20 |
| 12/14/2023 | PS4452 STRUCTURAL MATERIALS I 7012827100 ND | Select one | 27.95 | | 6,100.20 |
| 12/13/2023 | *Daily Ledger Balance* | | | | *6,128.15* |
| 12/13/2023 | IN9018 1401 13th Ave E West Fargo ND | Select one | 503.00 | | 6,128.15 |
| 12/13/2023 | PS4563 DAIRY QUEEN #15521 WEST FARGO ND | Select one | 51.53 | | 6,631.15 |
| 12/12/2023 | *Daily Ledger Balance* | | | | *6,682.68* |
| 12/12/2023 | Check # 1053 | Select one | 900.00 | | 6,682.68 |
| 12/12/2023 | TRNSF DEB IN PERSON | Select one | 8,000.00 | | 7,582.68 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/12/2023 | SELF LENDER INC PAYMENTS 1473596202 | Select one | 150.00 | | 15,582.68 |
| 12/11/2023 | *Daily Ledger Balance* | | | | *15,732.68* |
| 12/11/2023 | PSF375 MICROTEL INNS AND SUITES MANKATO MN | Select one | 207.40 | | 15,732.68 |
| 12/11/2023 | PS2544 BEYER TOWING 218-7366991 MN | Select one | 175.00 | | 15,940.08 |
| 12/11/2023 | PSF382 MICROTEL INNS AND SUITES MANKATO MN | Select one | 107.54 | | 16,115.08 |
| 12/11/2023 | PSF363 SHELL OIL10084470011 FARGO ND | Select one | 92.00 | | 16,222.62 |
| 12/11/2023 | PS4561 CLAY COUNTY POS ALPHARETTA GA | Select one | 46.00 | | 16,314.62 |
| 12/11/2023 | PSF109 HOLIDAY STATIONS 0469 WEST FARGO ND | Select one | 20.20 | | 16,360.62 |
| 12/11/2023 | PSF378 JERSEY MIKES 24002 MANKATO MN | Select one | 17.75 | | 16,380.82 |
| 12/11/2023 | PS2549 TAPESTRY LAND RECORDS 563-345-1200 IA | Select one | 14.78 | | 16,398.57 |

| Date | Description | View All  Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/11/2023 | PSF109 VPS*CLAYRECORD ERCF NASHVILLE TN | Select one | | 1.95 | | 16,413.35 |
| 12/08/2023 | *Daily Ledger Balance* | | | | | *16,415.30* |
| 12/08/2023 | PS4454 LIENITNOW COM 888-5436765 FL | Select one | | 436.25 | | 16,415.30 |
| 12/08/2023 | PS2540 MENARDS MANKATO MN MANKATO MN | Select one | | 240.51 | | 16,851.55 |
| 12/08/2023 | PS4457 CASEYS STORE 4322 BELLE PLAINE MN | Select one | | 95.00 | | 17,092.06 |
| 12/08/2023 | PSF383 KWIK TRIP 27500002758 MANKATO MN | Select one | | 77.01 | | 17,187.06 |
| 12/08/2023 | PSF378 MENARDS MANKATO MN MANKATO MN | Select one | | 53.85 | | 17,264.07 |
| 12/08/2023 | PS2545 LOVE'S #0842 OUTSIDE ROCKVILLE MN | Select one | | 43.67 | | 17,317.92 |
| 12/08/2023 | PSF361 A & W MANKATO MANKATO MN | Select one | | 16.49 | | 17,361.59 |
| 12/08/2023 | PS4453 MENARDS MANKATO MN MANKATO MN | Select one | | 14.99 | | 17,378.08 |

12/29/23, 8:04 PM    Case 23-30352    Doc 129-8    Filed 01/25/24    Entered 01/25/24 14:18:34    Desc Exhibit
Account details    CB-9    Page 11 of 15

View All      Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/08/2023 | PS2543 CASEYS STORE 4322 BELLE PLAINE MN | Select one | 13.32 | | 17,393.07 |
| 12/07/2023 | *Daily Ledger Balance* | | | | *17,406.39* |
| 12/07/2023 | PSF110 THE HOME DEPOT 2829 MANKATO MN | Select one | 548.84 | | 17,406.39 |
| 12/07/2023 | PS2537 MARATHON PETRO267856 FERGUS FALLS MN | Select one | 94.44 | | 17,955.23 |
| 12/07/2023 | PS2549 MENARDS MANKATO MN MANKATO MN | Select one | 90.40 | | 18,049.67 |
| 12/07/2023 | PSF109 SHELL OIL10084470011 FARGO ND | Select one | 68.01 | | 18,140.07 |
| 12/07/2023 | PS2544 PIZZA HUT 039356 https://ipcha MN | Select one | 56.98 | | 18,208.08 |
| 12/07/2023 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | 17.29 | | 18,265.06 |
| 12/07/2023 | PS2535 A & W MANKATO MANKATO MN | Select one | 15.96 | | 18,282.35 |
| 12/07/2023 | PSF362 TACO BELL 040771 MANKATO MN | Select one | 10.72 | | 18,298.31 |

View All
Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/06/2023 | *Daily Ledger Balance* | | | | *18,309.03* |
| 12/06/2023 | PS2537 HOLIDAY STATIONS 0307 ROGERS MN | Select one | 95.69 | | 18,309.03 |
| 12/06/2023 | PSF380 CENEX BASEVIEW09919184 NORTHWOOD ND | Select one | 92.27 | | 18,404.72 |
| 12/06/2023 | PSF363 O'REILLY 1821 MOORHEAD MN | Select one | 38.81 | | 18,496.99 |
| 12/06/2023 | PS4453 CULVERS OF MANKATO MANKATO MN | Select one | 9.31 | | 18,535.80 |
| 12/05/2023 | *Daily Ledger Balance* | | | | *18,545.11* |
| 12/05/2023 | Check # 1051 | Select one | 1,430.00 | | 18,545.11 |
| 12/04/2023 | *Daily Ledger Balance* | | | | *19,975.11* |
| 12/04/2023 | Check # 1052 | Select one | 4,500.00 | | 19,975.11 |
| 12/04/2023 | PSF361 MICROTEL INNS AND SUITES MANKATO MN | Select one | 326.10 | | 24,475.11 |
| 12/04/2023 | PSF378 KWIK TRIP 33400003343 MANKATO MN | Select one | 80.00 | | 24,801.21 |

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/04/2023 | PSF380 MCDONALD'S F6177 MANKATO MN | Select one | 14.27 | | 24,881.21 |
| 12/04/2023 | PS2545 JIMMY JOHNS 2021 MANKATO MN | Select one | 13.48 | | 24,895.48 |
| 12/04/2023 | PSF371 TST* DAIRY QUEEN - MANKAT MANKATO MN | Select one | 12.94 | | 24,908.96 |
| 12/01/2023 | *Daily Ledger Balance* | | | | *24,921.90* |
| 12/01/2023 | INV237 2754 BRANDT DRIVE FARGO ND | Select one | 503.00 | | 24,921.90 |
| 12/01/2023 | PSF380 FERGUSON ENTPRS 3093 FARGO ND | Select one | 257.76 | | 25,424.90 |
| 12/01/2023 | PS2535 MICROTEL INNS AND SUITES MANKATO MN | Select one | 76.89 | | 25,682.66 |
| 12/01/2023 | PS2544 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 74.86 | | 25,759.55 |
| 12/01/2023 | PSF371 PETRO SERVE US07072457 FARGO ND | Select one | 31.52 | | 25,834.41 |

12/29/23, 8:04 PM    Case 23-30352    Doc 129-8    Filed 01/25/24    Entered 01/25/24 14:18:34    Desc Exhibit
Account details CB-9    Page 14 of 15

View All      Category

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/01/2023 | PSF109 JERSEY MIKES 24002 MANKATO MN | Select one | 27.58 | | 25,865.93 |
| 12/01/2023 | PSF379 CULVERS ALEXANDRIA ALEXANDRIA MN | Select one | 24.25 | | 25,893.51 |
| 12/01/2023 | PSF376 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 20.36 | | 25,917.76 |
| 12/01/2023 | PS4459 PETRO SERVE US07072457 FARGO ND | Select one | 17.97 | | 25,938.12 |
| 12/01/2023 | PSF371 A & W MANKATO MANKATO MN | Select one | 15.74 | | 25,956.09 |
| 12/01/2023 | PS2534 TACO BELL 040771 MANKATO MN | Select one | 10.72 | | 25,971.83 |
| 11/30/2023 | *Daily Ledger Balance* | | | | *25,982.55* |
| 11/30/2023 | PS4452 MENARDS MANKATO MN MANKATO MN | Select one | 180.26 | | 25,982.55 |
| 11/30/2023 | PS2543 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 75.04 | | 26,162.81 |
| 11/30/2023 | PS4561 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 14.95 | | 26,237.85 |

Account details
Case 23-30352    Doc 129-8    Filed 01/25/24    Entered 01/25/24 14:18:34    Desc Exhibit CB-9    Page 15 of 15

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 11/29/2023 | *Daily Ledger Balance* | | | | *26,252.80* |
| 11/29/2023 | TRANSFER TO CAITLYN PER KEVIN S EMAIL KEVIN PAYROLL | Select one | 4,000.00 | | 26,252.80 |
| 11/29/2023 | PSF376 FERGUSON WATERWRKS #2516 844-872-3857 ND | Select one | 608.93 | | 30,252.80 |
| 11/29/2023 | PS4563 CENEX ASHBY EQ07060551 ASHBY MN | Select one | 77.82 | | 30,861.73 |
| 11/29/2023 | PS4561 BP#1941756CAPL MN0006 ST PETER MN | Select one | 73.47 | | 30,939.55 |
| 11/29/2023 | PS2535 BP#1941756CAPL MN0006 ST PETER MN | Select one | 6.38 | | 31,013.02 |
| 11/29/2023 | PSF376 CENEX ASHBY EQ07060551 ASHBY MN | Select one | 2.37 | | 31,019.40 |