## Checking

***319** Account Details

**$10,741.55**
Previous Day Balance

**$11,118.86**
Available Balance
as of 1/12/2024 12:31 PM

[Transfer In]  [Transfer Out]

Activity | Alerts | Statements | Stop check payment | Bills & Payments | Future view

Date Range: 12/13/2023 - 01/16/2024

| Date | Description | View All / Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/12/2024 | Pending: PSF367 TACO BELL 037587 FARGO ND | | 21.15 | | 11,118.86 |
| 01/12/2024 | Pending: 01/12-11:17.TACO BELL 040771 MANKATO MNUS | | 26.52 | | 11,140.01 |
| 01/12/2024 | Pending: 01/12-09:25.A & W MANKATO MANKATO MNUS | | 26.57 | | 11,166.53 |
| 01/12/2024 | Pending: 01/12-10:13.MENARDS MANKATO MN MANKATO MNUS | | 247.40 | | 11,193.10 |
| 01/12/2024 | Pending: RED RIVER BIOREFPAYABLES 9580009001 | | | 1,250.00 | 11,440.50 |

EXHIBIT

CB-10

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/11/2024 | Pending: 01/11-23:44.MARATHON PETRO267856 FERGUS FALLS MNUS | | 37.12 | | 10,190.50 |
| 01/11/2024 | Pending: 01/11-22:36.LOVE'S #0842 INSIDE ROCKVILLE MNUS | | 47.84 | | 10,227.62 |
| 01/11/2024 | Pending: 01/11-22:36.LOVE'S #0842 OUTSIDE ROCKVILLE MNUS | | 81.52 | | 10,275.46 |
| 01/11/2024 | Pending: MARATHON PETRO264531 FARGO NDUS | | 76.65 | | 10,356.98 |
| 01/11/2024 | Pending: MICROTEL MANKATO MANKATO MNUS | | 146.46 | | 10,433.63 |
| 01/11/2024 | Pending: MICROTEL MANKATO MANKATO MNUS | | 161.46 | | 10,580.09 |
| 01/11/2024 | *Daily Ledger Balance* | | | | *10,741.55* |
| 01/11/2024 | PS2547 COMPUTER TECHS FARGO ND | Select one | 934.99 | | 10,741.55 |
| 01/11/2024 | PS4564 CASH WISE-LITTLE DUKES WEST FARGO ND | Select one | 94.77 | | 11,676.54 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/10/2024 | *Daily Ledger Balance* | | | | *11,771.31* |
| 01/10/2024 | SELF LENDER INC PAYMENTS 1473596202 | Select one | 150.00 | | 11,771.31 |
| 01/10/2024 | PS4450 MENARDS FARGO ND WEST FARGO ND | Select one | 236.87 | | 11,921.31 |
| 01/10/2024 | PSF378 MARATHON PETRO264531 FARGO ND | Select one | 56.67 | | 12,158.18 |
| 01/10/2024 | PSF380 USPS PO 3791680913 WEST FARGO ND | Select one | 13.05 | | 12,214.85 |
| 01/10/2024 | MOBILE DEPOSIT | Select one | | 700.00 | 12,227.90 |
| 01/09/2024 | *Daily Ledger Balance* | | | | *11,527.90* |
| 01/09/2024 | Check # 1062 | Select one | 1,000.00 | | 11,527.90 |
| 01/09/2024 | PS4449 MARATHON PETRO261917 MAPLETON ND | Select one | 77.05 | | 12,527.90 |
| 01/09/2024 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | 10.26 | | 12,604.95 |
| 01/09/2024 | PS4452 TONY'S SUPERVALU HAWLEY MN | Select one | 0.77 | | 12,615.21 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/09/2024 | Intuit TRANSFER 9002000202 | Select one | | 5,600.00 | 12,615.98 |
| 01/08/2024 | *Daily Ledger Balance* | | | | *7,015.98* |
| 01/08/2024 | Check # 1061 | Select one | 1,434.00 | | 7,015.98 |
| 01/08/2024 | PS4456 FERGUSON ENTPRS 3093 FARGO ND | Select one | 215.61 | | 8,449.98 |
| 01/08/2024 | PS2545 MENARDS FARGO ND 715-876-6378 ND | Select one | 211.08 | | 8,665.59 |
| 01/08/2024 | PS2547 MARATHON PETRO261917 MAPLETON ND | Select one | 99.70 | | 8,876.67 |
| 01/08/2024 | PSF365 MARATHON PETRO261917 MAPLETON ND | Select one | 90.92 | | 8,976.37 |
| 01/08/2024 | PSF372 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 45.00 | | 9,067.29 |
| 01/08/2024 | PS2544 BURGGRAF'S ACE HARDWARE MOORHEAD MN | Select one | 40.97 | | 9,112.29 |
| 01/08/2024 | PSF363 MENARDS FARGO ND WEST FARGO ND | Select one | 10.79 | | 9,153.26 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/05/2024 | *Daily Ledger Balance* | | | | *9,164.05* |
| 01/05/2024 | PSF361 E&G 1058 FARGO FARGO ND | Select one | 64.05 | | 9,164.05 |
| 01/05/2024 | PS4457 RUNNINGS OF MOORHEAD MOORHEAD MN | Select one | 34.48 | | 9,228.10 |
| 01/04/2024 | *Daily Ledger Balance* | | | | *9,262.58* |
| 01/04/2024 | TRANSFER ONLINE 1742830594 | Select one | 500.00 | | 9,262.58 |
| 01/04/2024 | PS2535 MARATHON PETRO261917 MAPLETON ND | Select one | 90.58 | | 9,762.58 |
| 01/04/2024 | PS2549 MARATHON PETRO264531 FARGO ND | Select one | 60.87 | | 9,853.16 |
| 01/03/2024 | *Daily Ledger Balance* | | | | *9,914.03* |
| 01/03/2024 | Check # 1057 | Select one | 1,000.00 | | 9,914.03 |
| 01/03/2024 | Check # 1058 | Select one | 1,000.00 | | 10,914.03 |
| 01/02/2024 | *Daily Ledger Balance* | | | | *11,914.03* |
| 01/02/2024 | PS4457 ACME TOOLS FARGO FARGO ND | Select one | 520.63 | | 11,914.03 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/02/2024 | PS4563 ACME TOOLS FARGO FARGO ND | Select one | 496.44 | | 12,434.66 |
| 01/02/2024 | PS4452 AR AUDIT CITY OF FARGO FARGO ND | Select one | 286.30 | | 12,931.10 |
| 01/02/2024 | PSF367 FACEBK HYNNFUFPB2 650-5434800 CA | Select one | 100.00 | | 13,217.40 |
| 01/02/2024 | PS2533 ARCO HAWLEY EXPRESS LANE HAWLEY MN | Select one | 95.19 | | 13,317.40 |
| 01/02/2024 | PS2546 USPS PO 3791680913 WEST FARGO ND | Select one | 66.00 | | 13,412.59 |
| 01/02/2024 | PS4455 FIREHOUSE SUBS 1101 QSR FARGO ND | Select one | 37.78 | | 13,478.59 |
| 01/02/2024 | Intuit TRANSFER 9002000202 | Select one | | 7,300.00 | 13,516.37 |
| 12/31/2023 | *Daily Ledger Balance* | | | | *6,216.37* |
| 12/29/2023 | Check # 1056 | Select one | 1,000.00 | | 6,216.37 |
| 12/29/2023 | PS2550 MARATHON PETRO264531 FARGO ND | Select one | 67.00 | | 7,216.37 |
| 12/28/2023 | *Daily Ledger Balance* | | | | *7,283.37* |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/28/2023 | UNITED FIN CAS INS PREM 9409348138 | Select one | 1,194.51 | | 7,283.37 |
| 12/28/2023 | PSF363 HOLIDAY STATIONS 0337 BLOOMINGTON MN | Select one | 69.02 | | 8,477.88 |
| 12/27/2023 | *Daily Ledger Balance* | | | | *8,546.90* |
| 12/27/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 2,876.10 | | 8,546.90 |
| 12/26/2023 | *Daily Ledger Balance* | | | | *11,423.00* |
| 12/26/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 363.43 | | 11,423.00 |
| 12/26/2023 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | 180.53 | | 11,786.43 |
| 12/26/2023 | PS2542 MENARDS RICHFIELD MN RICHFIELD MN | Select one | 167.92 | | 11,966.96 |
| 12/26/2023 | PSF379 MARATHON PETRO261917 MAPLETON ND | Select one | 102.05 | | 12,134.88 |
| 12/26/2023 | PSF110 ARCO ROTHSAY TRUCK STOP ROTHSAY MN | Select one | 97.79 | | 12,236.93 |
| 12/26/2023 | PS2544 SPEEDWAY 04545 ROGERS MN | Select one | 90.81 | | 12,334.72 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/26/2023 | PSF361 MARATHON PETRO267856 FERGUS FALLS MN | Select one | 82.19 | | 12,425.53 |
| 12/26/2023 | PS2540 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 74.79 | | 12,507.72 |
| 12/26/2023 | PSF367 MICROTEL INNS AND SUITES MANKATO MN | Select one | 73.73 | | 12,582.51 |
| 12/26/2023 | PSF364 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 57.40 | | 12,656.24 |
| 12/26/2023 | PSF109 McDonalds 3219 132-0763507 MN | Select one | 39.56 | | 12,713.64 |
| 12/26/2023 | PSF379 JERSEY MIKES 24002 MANKATO MN | Select one | 18.47 | | 12,753.20 |
| 12/26/2023 | PS2535 DAIRY QUEEN #40866 SHAKOPEE MN | Select one | 17.10 | | 12,771.67 |
| 12/26/2023 | PS2538 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 15.00 | | 12,788.77 |
| 12/26/2023 | PSF380 MENARDS MANKATO MN MANKATO MN | Select one | 9.03 | | 12,803.77 |
| *12/22/2023* | *Daily Ledger Balance* | | | | *12,812.80* |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/22/2023 | PSF382 MENARDS FARGO ND WEST FARGO ND | Select one | 318.36 | | 12,812.80 |
| 12/22/2023 | PSF362 MICROTEL INNS AND SUITES MANKATO MN | Select one | 105.92 | | 13,131.16 |
| 12/22/2023 | PSF378 MICROTEL INNS AND SUITES MANKATO MN | Select one | 93.14 | | 13,237.08 |
| 12/22/2023 | PS4458 HOLIDAY STATIONS 0177 ALEXANDRIA MN | Select one | 91.13 | | 13,330.22 |
| 12/22/2023 | PS4453 SHOGUN SUSHI & HIBACHI MANKATO MN | Select one | 90.00 | | 13,421.35 |
| 12/22/2023 | PS2549 KWIK TRIP 46600004663 ST PETER MN | Select one | 86.29 | | 13,511.35 |
| 12/22/2023 | PS4449 CASEYS #3745 MANKATO MN | Select one | 84.25 | | 13,597.64 |
| 12/22/2023 | PSW231 Speedway Clearwater MN | Select one | 40.94 | | 13,681.89 |
| 12/22/2023 | PS2547 Subway 37484 Mankato MN | Select one | 17.91 | | 13,722.83 |
| 12/22/2023 | PS2546 A & W MANKATO MANKATO MN | Select one | 15.96 | | 13,740.74 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/22/2023 | PS4459 WHALE OF A WASH 2 FARGO ND | Select one | 14.25 | | 13,756.70 |
| 12/22/2023 | PSF376 BURGER KING #6615 MANKATO MN | Select one | 12.24 | | 13,770.95 |
| 12/22/2023 | Intuit TRANSFER 9002000202 | Select one | | 5,000.00 | 13,783.19 |
| 12/21/2023 | *Daily Ledger Balance* | | | | *8,783.19* |
| 12/21/2023 | PS2549 MENARDS MANKATO MN MANKATO MN | Select one | 125.92 | | 8,783.19 |
| 12/21/2023 | PS4459 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 70.50 | | 8,909.11 |
| 12/21/2023 | PS2538 MENARDS MANKATO MN MANKATO MN | Select one | 69.78 | | 8,979.61 |
| 12/21/2023 | PSF371 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | 27.57 | | 9,049.39 |
| 12/20/2023 | *Daily Ledger Balance* | | | | *9,076.96* |
| 12/20/2023 | Check # 1054 | Select one | 1,000.00 | | 9,076.96 |
| 12/20/2023 | PS2536 SHELL OIL10084470011 FARGO ND | Select one | 64.54 | | 10,076.96 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/20/2023 | Intuit TRANSFER 9002000202 | Select one | | 5,000.00 | 10,141.50 |
| 12/19/2023 | *Daily Ledger Balance* | | | | *5,141.50* |
| 12/19/2023 | Check # 1055 | Select one | 1,019.00 | | 5,141.50 |
| 12/18/2023 | *Daily Ledger Balance* | | | | *6,160.50* |
| 12/18/2023 | PS2549 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 258.36 | | 6,160.50 |
| 12/18/2023 | PS4458 HOLIDAY STATIONS 0439 JORDAN MN | Select one | 99.24 | | 6,418.86 |
| 12/18/2023 | PS4456 HOLIDAY STATIONS 0720 FARGO ND | Select one | 96.26 | | 6,518.10 |
| 12/18/2023 | PSF382 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 86.12 | | 6,614.36 |
| 12/18/2023 | PS2550 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | 77.61 | | 6,700.48 |
| 12/18/2023 | PSF379 DOMINO'S 7356 ALEXANDRIA MN | Select one | 28.75 | | 6,778.09 |
| 12/18/2023 | PS2537 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 27.00 | | 6,806.84 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/18/2023 | PS4563 ARCO EAGLE RUN CROSSING WEST FARGO ND | Select one | 12.00 | | 6,833.84 |
| 12/18/2023 | PS4563 McDonalds 13128 195-2492668 MN | Select one | 11.04 | | 6,845.84 |
| 12/18/2023 | PS2533 McDonalds 13126 150-7625755 MN | Select one | 5.08 | | 6,856.88 |
| 12/18/2023 | PS4451 Instant transfe Pasadena CA | Select one | | 5,000.00 | 6,861.96 |
| 12/18/2023 | PS4451 Instant transfe Pasadena CA | Select one | | 5,000.00 | 1,861.96 |
| 12/15/2023 | *Daily Ledger Balance* | | | | -3,138.04 |
| 12/15/2023 | WIRE OUT TO CHOICE FINANCIAL | Select one | 5,934.03 | | -3,138.04 |
| 12/15/2023 | WIRE OUT FEE | Select one | 25.00 | | 2,795.99 |
| 12/15/2023 | IRS USATAXPYMT3387 702000 | Select one | 2,868.54 | | 2,820.99 |
| 12/15/2023 | PSF372 MENARDS MANKATO MN MANKATO MN | Select one | 209.12 | | 5,689.53 |
| 12/15/2023 | PSF380 FLEET FARM FUEL 3515 MANKATO MN | Select one | 106.56 | | 5,898.65 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/15/2023 | PS4453 MARATHON PETRO261917 MAPLETON ND | Select one | 92.11 | | 6,005.21 |
| 12/15/2023 | PSF109 McDonalds 27770 195-2402910 MN | Select one | 10.83 | | 6,097.32 |
| 12/15/2023 | PSF378 LIENITNOW COM 888-5436765 FL | Select one | | 47.95 | 6,108.15 |
| 12/14/2023 | *Daily Ledger Balance* | | | | *6,060.20* |
| 12/14/2023 | PS2550 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 40.00 | | 6,060.20 |
| 12/14/2023 | PS4452 STRUCTURAL MATERIALS I 7012827100 ND | Select one | 27.95 | | 6,100.20 |
| 12/13/2023 | *Daily Ledger Balance* | | | | *6,128.15* |
| 12/13/2023 | IN9018 1401 13th Ave E West Fargo ND | Select one | 503.00 | | 6,128.15 |
| 12/13/2023 | PS4563 DAIRY QUEEN #15521 WEST FARGO ND | Select one | 51.53 | | 6,631.15 |