# Checking

***319** Account Details

$9,557.63
Previous Day Balance ⓘ

$8,272.80
Available Balance ⓘ
as of 1/22/2024 10:16 PM

[Transfer In] [Transfer Out]

**Activity** | Alerts | Statements | Stop check payment | Bills & Payments | Future view

Date Range    12/23/2023 - 01/23/2024

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/22/2024 | Pending: THE HOME DEPOT #3701 FARGO NDUS | | 256.15 | | 8,322.10 |
| 01/22/2024 | Pending: DAIRY QUEEN #15521 WEST FARGO NDUS | | 17.90 | | 8,578.25 |
| 01/22/2024 | Pending: MENARDS MOORHEAD MN MOORHEAD MNUS | | 83.86 | | 8,596.15 |
| 01/22/2024 | Pending: DOMINO'S 1862 320-235-8277 NDUS | | 60.00 | | 8,680.01 |
| 01/22/2024 | Pending: STRUCTURAL MATERIALS I FARGO NDUS | | 561.80 | | 8,740.01 |
| 01/22/2024 | Pending: MENARDS FARGO ND WEST FARGO NDUS | | 112.67 | | 9,301.81 |

https://fsband.banking.apiture.com/fxweb/app/#/accounts/details/40919300/transactions

**EXHIBIT CB-11**

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/22/2024 | Pending: MENARDS MOORHEAD MN MOORHEAD MNUS | | 143.15 | | 9,414.48 |
| 01/22/2024 | Daily Ledger Balance | | | | 9,557.63 |
| 01/22/2024 | PS2549 SQ *APPLIANCE PROS West Fargo ND | Select one | 178.00 | | 9,557.63 |
| 01/22/2024 | PSF362 MENARDS GRAND FORKS ND GRAND FORKS ND | Select one | 164.56 | | 9,735.63 |
| 01/22/2024 | PS2545 MENARDS GRAND FORKS ND GRAND FORKS ND | Select one | 97.40 | | 9,900.19 |
| 01/22/2024 | PS2544 HOLIDAY STATIONS 0469 WEST FARGO ND | Select one | 75.19 | | 9,997.59 |
| 01/22/2024 | PS2537 MARATHON PETRO261917 MAPLETON ND | Select one | 66.91 | | 10,072.78 |
| 01/22/2024 | PS4456 MARATHON PETRO228973 WEST FARGO ND | Select one | 66.79 | | 10,139.69 |
| 01/22/2024 | PS2532 CENEX DUSTERHO098866 49 GRAND FORKS ND | Select one | 66.00 | | 10,206.48 |
| 01/22/2024 | PS2538 HOLIDAY STATIONS 0383 GRAND FORKS ND | Select one | 61.20 | | 10,272.48 |

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/22/2024 | PS4563 HOLIDAY STATIONS 0469 WEST FARGO ND | Select one | 53.92 | | 10,333.68 |
| 01/22/2024 | PSF369 MARATHON PETRO261917 MAPLETON ND | Select one | 49.20 | | 10,387.60 |
| 01/22/2024 | PSF110 PANDA BUFFET RESTAURANT GRAND FORKS ND | Select one | 37.00 | | 10,436.80 |
| 01/22/2024 | PSF378 WYNDMERE AUTO WYNDMERE ND | Select one | 23.52 | | 10,473.80 |
| 01/22/2024 | PSF373 SQ *TACO SHOP Fargo ND | Select one | 16.65 | | 10,497.32 |
| 01/22/2024 | PS4448 HOLIDAY STATIONS 0383 GRAND FORKS ND | Select one | 15.56 | | 10,513.97 |
| 01/22/2024 | PS2548 HOLIDAY STATIONS 0469 WEST FARGO ND | Select one | 11.48 | | 10,529.53 |
| 01/19/2024 | *Daily Ledger Balance* | | | | *10,541.01* |
| 01/19/2024 | PS2532 FERGUSON ENTPRS 3093 FARGO ND | Select one | 315.05 | | 10,541.01 |
| 01/19/2024 | PSF365 OK TIRE STORE, INC FARGO ND | Select one | 120.00 | | 10,856.06 |

View All     Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/19/2024 | PSF371 MARATHON PETRO261917 MAPLETON ND | Select one | 76.81 | | 10,976.06 |
| 01/19/2024 | PSF365 PETRO SERVE US07072457 FARGO ND | Select one | 61.54 | | 11,052.87 |
| 01/19/2024 | MOBILE DEPOSIT | Select one | | 8,050.00 | 11,114.41 |
| 01/18/2024 | *Daily Ledger Balance* | | | | *3,064.41* |
| 01/18/2024 | Check # 1060 | Select one | 20.00 | | 3,064.41 |
| 01/18/2024 | PS4454 FERGUSON ENTPRS 3093 FARGO ND | Select one | 673.15 | | 3,084.41 |
| 01/18/2024 | PS2544 FACEBK XTGUZVKPB2 650-5434800 CA | Select one | 250.00 | | 3,757.56 |
| 01/18/2024 | PS2550 MICROTEL INNS AND SUITES MANKATO MN | Select one | 94.24 | | 4,007.56 |
| 01/18/2024 | PS4459 CENEX EWING OI09920299 Grand Forks ND | Select one | 56.72 | | 4,101.80 |
| 01/18/2024 | PS4459 GRAINGER 877-2022594 IL | Select one | 41.08 | | 4,158.52 |
| 01/18/2024 | PSF382 NAPA OF WEST FARGO FARGO ND | Select one | 39.75 | | 4,199.60 |

| Date | Description | View All / Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 01/18/2024 | PSF377 MARATHON PETRO261917 MAPLETON ND | Select one | | 36.05 | | 4,239.35 |
| 01/17/2024 | Daily Ledger Balance | | | | | 4,275.40 |
| 01/17/2024 | Check # 1065 | Select one | | 755.00 | | 4,275.40 |
| 01/17/2024 | PS4452 MENARDS MANKATO MN MANKATO MN | Select one | | 203.31 | | 5,030.40 |
| 01/17/2024 | PSF363 MENARDS FARGO ND WEST FARGO ND | Select one | | 107.98 | | 5,233.71 |
| 01/17/2024 | PSF362 ARCO SABIN C STORE SABIN MN | Select one | | 69.70 | | 5,341.69 |
| 01/17/2024 | PS4453 HOLIDAY STATIONS 0439 JORDAN MN | Select one | | 64.60 | | 5,411.39 |
| 01/17/2024 | PS4564 HOLIDAY STATIONS 0469 WEST FARGO ND | Select one | | 30.21 | | 5,475.99 |
| 01/17/2024 | PSF376 MENARDS MANKATO MN MANKATO MN | Select one | | 27.77 | | 5,506.20 |
| 01/17/2024 | Intuit TRANSFER 9002000202 | Select one | | | 1,250.00 | 5,533.97 |
| 01/16/2024 | Daily Ledger Balance | | | | | 4,283.97 |
| 01/16/2024 | Check # 1059 | Select one | | 1,276.40 | | 4,283.97 |

| Date | Description | View All | Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 01/16/2024 | Check # 1063 | | Select one | | 466.31 | | 5,560.37 |
| 01/16/2024 | IRS USATAXPYMT3387 702000 | | Select one | | 2,690.20 | | 6,026.68 |
| 01/16/2024 | TO DRAIN MAN INC PER KEVIN CAMERON | | Select one | | 2,000.00 | | 8,716.88 |
| 01/16/2024 | PSF381 MENARDS MANKATO MN MANKATO MN | | Select one | | 247.40 | | 10,716.88 |
| 01/16/2024 | PS4454 MICROTEL INNS AND SUITES MANKATO MN | | Select one | | 111.46 | | 10,964.28 |
| 01/16/2024 | PS4454 MICROTEL INNS AND SUITES MANKATO MN | | Select one | | 96.46 | | 11,075.74 |
| 01/16/2024 | PS4458 HOLIDAY STATIONS 0254 CLEARWATER MN | | Select one | | 83.55 | | 11,172.20 |
| 01/16/2024 | PS2535 LOVE'S #0842 OUTSIDE ROCKVILLE MN | | Select one | | 81.52 | | 11,255.75 |
| 01/16/2024 | PSF364 KWIK TRIP 27500002758 MANKATO MN | | Select one | | 80.03 | | 11,337.27 |
| 01/16/2024 | PS2543 CENEX FARMERS 07070329 BARNESVILLE MN | | Select one | | 80.00 | | 11,417.30 |

View All  Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/16/2024 | PSF365 MARATHON PETRO264531 FARGO ND | Select one | 76.65 | | 11,497.30 |
| 01/16/2024 | PS4450 MARATHON PETRO259671 AVON MN | Select one | 64.34 | | 11,573.95 |
| 01/16/2024 | PS2550 KWIK TRIP 10400001040 CLEARWATER MN | Select one | 61.73 | | 11,638.29 |
| 01/16/2024 | PS2538 LOVE'S #0842 INSIDE ROCKVILLE MN | Select one | 47.84 | | 11,700.02 |
| 01/16/2024 | PS4453 FIVE GUYS MN 1251 QSR MANKATO MN | Select one | 39.39 | | 11,747.86 |
| 01/16/2024 | PSF362 MARATHON PETRO267856 FERGUS FALLS MN | Select one | 37.12 | | 11,787.25 |
| 01/16/2024 | PS4448 KWIK TRIP 27500002758 MANKATO MN | Select one | 32.03 | | 11,824.37 |
| 01/16/2024 | PS4452 A & W MANKATO MANKATO MN | Select one | 26.57 | | 11,856.40 |
| 01/16/2024 | PS2544 TACO BELL 040771 MANKATO MN | Select one | 26.52 | | 11,882.97 |

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/16/2024 | PSF381 ARBYS 7870 ST. PETER MN | Select one | 23.28 | | 11,909.49 |
| 01/16/2024 | PS2545 KWIK TRIP 10400001040 CLEARWATER MN | Select one | 21.59 | | 11,932.77 |
| 01/16/2024 | PSF369 BURGER KING #13476 CLEARWATER MN | Select one | 16.04 | | 11,954.36 |
| 01/12/2024 | Daily Ledger Balance | | | | 11,970.40 |
| 01/12/2024 | PSF367 TACO BELL 037587 FARGO ND | Select one | 21.15 | | 11,970.40 |
| 01/12/2024 | RED RIVER BIOREFPAYABLES 9580009001 | Select one | | 1,250.00 | 11,991.55 |
| 01/11/2024 | Daily Ledger Balance | | | | 10,741.55 |
| 01/11/2024 | PS2547 COMPUTER TECHS FARGO ND | Select one | 934.99 | | 10,741.55 |
| 01/11/2024 | PS4564 CASH WISE-LITTLE DUKES WEST FARGO ND | Select one | 94.77 | | 11,676.54 |
| 01/10/2024 | Daily Ledger Balance | | | | 11,771.31 |
| 01/10/2024 | SELF LENDER INC PAYMENTS 1473596202 | Select one | 150.00 | | 11,771.31 |

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/10/2024 | PS4450 MENARDS FARGO ND WEST FARGO ND | Select one | 236.87 | | 11,921.31 |
| 01/10/2024 | PSF378 MARATHON PETRO264531 FARGO ND | Select one | 56.67 | | 12,158.18 |
| 01/10/2024 | PSF380 USPS PO 3791680913 WEST FARGO ND | Select one | 13.05 | | 12,214.85 |
| 01/10/2024 | MOBILE DEPOSIT | Select one | | 700.00 | 12,227.90 |
| 01/09/2024 | Daily Ledger Balance | | | | 11,527.90 |
| 01/09/2024 | Check # 1062 | Select one | 1,000.00 | | 11,527.90 |
| 01/09/2024 | PS4449 MARATHON PETRO261917 MAPLETON ND | Select one | 77.05 | | 12,527.90 |
| 01/09/2024 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | 10.26 | | 12,604.95 |
| 01/09/2024 | PS4452 TONY'S SUPERVALU HAWLEY MN | Select one | 0.77 | | 12,615.21 |
| 01/09/2024 | Intuit TRANSFER 9002000202 | Select one | | 5,600.00 | 12,615.98 |
| 01/08/2024 | Daily Ledger Balance | | | | 7,015.98 |
| 01/08/2024 | Check # 1061 | Select one | 1,434.00 | | 7,015.98 |

View All   Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/08/2024 | PS4456 FERGUSON ENTPRS 3093 FARGO ND | Select one | 215.61 | | 8,449.98 |
| 01/08/2024 | PS2545 MENARDS FARGO ND 715-876-6378 ND | Select one | 211.08 | | 8,665.59 |
| 01/08/2024 | PS2547 MARATHON PETRO261917 MAPLETON ND | Select one | 99.70 | | 8,876.67 |
| 01/08/2024 | PSF365 MARATHON PETRO261917 MAPLETON ND | Select one | 90.92 | | 8,976.37 |
| 01/08/2024 | PSF372 CHIPOTLE ONLINE 949-524-4000 CA | Select one | 45.00 | | 9,067.29 |
| 01/08/2024 | PS2544 BURGGRAF'S ACE HARDWARE MOORHEAD MN | Select one | 40.97 | | 9,112.29 |
| 01/08/2024 | PSF363 MENARDS FARGO ND WEST FARGO ND | Select one | 10.79 | | 9,153.26 |
| 01/05/2024 | *Daily Ledger Balance* | | | | *9,164.05* |
| 01/05/2024 | PSF361 E&G 1058 FARGO FARGO ND | Select one | 64.05 | | 9,164.05 |
| 01/05/2024 | PS4457 RUNNINGS OF MOORHEAD MOORHEAD MN | Select one | 34.48 | | 9,228.10 |

| Date | Description | Category | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/04/2024 | Daily Ledger Balance | | | | 9,262.58 |
| 01/04/2024 | TRANSFER ONLINE 1742830594 | Select one | 500.00 | | 9,262.58 |
| 01/04/2024 | PS2535 MARATHON PETRO261917 MAPLETON ND | Select one | 90.58 | | 9,762.58 |
| 01/04/2024 | PS2549 MARATHON PETRO264531 FARGO ND | Select one | 60.87 | | 9,853.16 |
| 01/03/2024 | Daily Ledger Balance | | | | 9,914.03 |
| 01/03/2024 | Check # 1057 | Select one | 1,000.00 | | 9,914.03 |
| 01/03/2024 | Check # 1058 | Select one | 1,000.00 | | 10,914.03 |
| 01/02/2024 | Daily Ledger Balance | | | | 11,914.03 |
| 01/02/2024 | PS4457 ACME TOOLS FARGO FARGO ND | Select one | 520.63 | | 11,914.03 |
| 01/02/2024 | PS4563 ACME TOOLS FARGO FARGO ND | Select one | 496.44 | | 12,434.66 |
| 01/02/2024 | PS4452 AR AUDIT CITY OF FARGO FARGO ND | Select one | 286.30 | | 12,931.10 |
| 01/02/2024 | PSF367 FACEBK HYNNFUFPB2 650-5434800 CA | Select one | 100.00 | | 13,217.40 |

View All    Category

| Date | Description | | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 01/02/2024 | PS2533 ARCO HAWLEY EXPRESS LANE HAWLEY MN | Select one | 95.19 | | 13,317.40 |
| 01/02/2024 | PS2546 USPS PO 3791680913 WEST FARGO ND | Select one | 66.00 | | 13,412.59 |
| 01/02/2024 | PS4455 FIREHOUSE SUBS 1101 QSR FARGO ND | Select one | 37.78 | | 13,478.59 |
| 01/02/2024 | Intuit TRANSFER 9002000202 | Select one | | 7,300.00 | 13,516.37 |
| 12/31/2023 | *Daily Ledger Balance* | | | | *6,216.37* |
| 12/29/2023 | Check # 1056 | Select one | 1,000.00 | | 6,216.37 |
| 12/29/2023 | PS2550 MARATHON PETRO264531 FARGO ND | Select one | 67.00 | | 7,216.37 |
| 12/28/2023 | *Daily Ledger Balance* | | | | *7,283.37* |
| 12/28/2023 | UNITED FIN CAS INS PREM 9409348138 | Select one | 1,194.51 | | 7,283.37 |
| 12/28/2023 | PSF363 HOLIDAY STATIONS 0337 BLOOMINGTON MN | Select one | 69.02 | | 8,477.88 |
| 12/27/2023 | *Daily Ledger Balance* | | | | *8,546.90* |
| 12/27/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | 2,876.10 | | 8,546.90 |

| Date | Description | View All  Category | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/26/2023 | Daily Ledger Balance | | | | | 11,423.00 |
| 12/26/2023 | TRAVELERS BUS INSUR 4069827001 | Select one | | 363.43 | | 11,423.00 |
| 12/26/2023 | PSF380 MENARDS MOORHEAD MN MOORHEAD MN | Select one | | 180.53 | | 11,786.43 |
| 12/26/2023 | PS2542 MENARDS RICHFIELD MN RICHFIELD MN | Select one | | 167.92 | | 11,966.96 |
| 12/26/2023 | PSF379 MARATHON PETRO261917 MAPLETON ND | Select one | | 102.05 | | 12,134.88 |
| 12/26/2023 | PSF110 ARCO ROTHSAY TRUCK STOP ROTHSAY MN | Select one | | 97.79 | | 12,236.93 |
| 12/26/2023 | PS2544 SPEEDWAY 04545 ROGERS MN | Select one | | 90.81 | | 12,334.72 |
| 12/26/2023 | PSF361 MARATHON PETRO267856 FERGUS FALLS MN | Select one | | 82.19 | | 12,425.53 |
| 12/26/2023 | PS2540 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | | 74.79 | | 12,507.72 |
| 12/26/2023 | PSF367 MICROTEL INNS AND SUITES MANKATO MN | Select one | | 73.73 | | 12,582.51 |

| Date | Description | | | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 12/26/2023 | PSF364 HOLIDAY STATIONS 0345 ALEXANDRIA MN | Select one | | 57.40 | | 12,656.24 |
| 12/26/2023 | PSF109 McDonalds 3219 132-0763507 MN | Select one | | 39.56 | | 12,713.64 |
| 12/26/2023 | PSF379 JERSEY MIKES 24002 MANKATO MN | Select one | | 18.47 | | 12,753.20 |
| 12/26/2023 | PS2535 DAIRY QUEEN #40866 SHAKOPEE MN | Select one | | 17.10 | | 12,771.67 |
| 12/26/2023 | PS2538 MICROTEL INNS AND SUITES 507-3882818 MN | Select one | | 15.00 | | 12,788.77 |
| 12/26/2023 | PSF380 MENARDS MANKATO MN MANKATO MN | Select one | | 9.03 | | 12,803.77 |