**Choice Bank - Drain Services, Inc. loan payments since petition date (10/2/2023)**

Loan ***7338

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to fees | Applied to Int. | Applied to Principal | Principal Outstanding | Interest Outstanding | Late/Fee outstanding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $64,350.75 | $2,174.96 | $150.00 | Petition Date | | | | | $64,350.75 | $2,174.96 | $150.00 | $66,675.71 |
| 10/24/2023 | $64,350.75 | $639.04 | | Partial Adequate protection payment | $251.18 | | $251.18 | | $64,350.75 | $2,562.82 | $150.00 | $67,063.57 |
| 11/10/2023 | $64,350.75 | $493.80 | $7,100.00 | Adequate protection payment | $10,000.00 | $7,100.00 | $0.00 | $2,900.00 | $61,450.75 | $3,056.62 | $150.00 | $64,657.37 |
| 12/18/2023 | $61,450.75 | $1,054.05 | $4,526.00 | Adequate protection payment | $5,934.03 | $4,526.00 | | $1,408.03 | $60,042.72 | $4,110.67 | $150.00 | $64,303.39 |
| 1/29/2024 | $60,042.72 | $1,138.31 | $9,732.18 | Confirmation Hearing | | | | | $60,042.72 | $5,248.98 | $9,882.18 | $75,173.88 |
| 2/13/2024 | $60,042.72 | $406.54 | | Plan Effective Date | | | | | $60,042.72 | $5,655.52 | $9,882.18 | $75,580.42 |

Loan ***3876

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to | Applied to | Applied to Pr | Princ. Outstan | Int. Outstandi | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $15,888.60 | $355.84 | $400.00 | Petition Date | | | | | $15,888.60 | $355.84 | $400.00 | $16,644.44 |
| 10/24/2023 | $15,888.60 | $104.38 | $8,000.00 | Payoff adequate protection Payment | $24,748.82 | $8,400.00 | $460.22 | $15,888.60 | $0.00 | $0.00 | $0.00 | $0.00 |

Loan ***8726

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to | Applied to | Applied to Pr | Princ. Outstan | Int. Outstandi | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $119,870.94 | $2,871.91 | $50.00 | Petition Date | | | | | $119,870.94 | $2,871.91 | $50.00 | $122,792.85 |
| 1/29/2024 | $119,870.94 | $4,556.76 | | Confirmation Hearing | | | | | $119,870.94 | $7,428.67 | $50.00 | $127,349.61 |
| 2/13/2024 | $119,870.94 | $574.38 | | Plan Effective Date | | | | | $119,870.94 | $8,003.05 | $50.00 | $127,923.99 |

Loan ***8006

| Date | Principal | Int. | Late/Fees | Description | Payment | Applied to | Applied to | Applied to Pr | Princ. Outstan | Int. Outstandi | Late/Fee outs | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2/2023 | $84,328.25 | $1,888.60 | $1,773.60 | Petition Date | | | | | $84,328.25 | $1,888.60 | $1,773.60 | $87,990.45 |
| 1/29/2024 | $84,328.25 | $2,996.58 | | Confirmation Hearing | | | | | $84,328.25 | $4,885.18 | $1,773.60 | $90,987.03 |
| 2/13/2024 | $84,328.25 | $377.72 | | Plan Effective Date | | | | | $84,328.25 | $5,262.90 | $1,773.60 | $91,364.75 |

TOTAL   $294,869.16

Plan Effective Date
2/13/2024

Plus attorney's fees
after 12/31/23

**EXHIBIT**

**CB-12**