| Dates | Payroll | Payroll Taxes | Materials | Utilities | Rent | Insurance | Fuel | Maintenance | T&E | Total Expenses | Income |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2023 | $1,200.00 | $180.00 | $4,000.00 | $800.00 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $7,580.00 | $5,000.00 |
| 10/23/2023 | $1,200.00 | $180.00 | $12,000.00 | $800.00 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $15,580.00 | $10,000.00 |
| 10/30/2023 | $1,200.00 | $180.00 | $26,000.00 | $1,064.00 | $2,000.00 | $3,200.00 | $300.00 | $500.00 | $600.00 | $35,044.00 | $30,000.00 |
| 11/6/2023 | $3,700.00 | $555.00 | $2,000.00 | $1,064.00 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $8,719.00 | $0.00 |
| 11/13/2023 | $3,700.00 | $555.00 | $4,000.00 | $1,064.00 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $10,719.00 | $0.00 |
| 11/20/2023 | $3,700.00 | $555.00 | $12,000.00 | $1,415.12 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $19,070.12 | $0.00 |
| 11/27/2023 | $3,700.00 | $555.00 | $2,000.00 | $1,415.12 | $2,000.00 | $3,200.00 | $300.00 | $500.00 | $600.00 | $14,270.12 | $32,000.00 |
| 12/4/2023 | $3,700.00 | $555.00 | $4,000.00 | $1,882.11 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $11,537.11 | $76,000.00 |
| 12/11/2023 | $3,700.00 | $555.00 | $6,000.00 | $1,882.11 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $13,537.11 | $47,000.00 |
| 12/18/2023 | $3,700.00 | $555.00 | $12,000.00 | $1,882.11 | $0.00 | $0.00 | $300.00 | $500.00 | $600.00 | $19,537.11 | $76,000.00 |
| 12/25/2023 | $3,700.00 | $555.00 | $2,000.00 | $1,882.11 | $2,000.00 | $3,200.00 | $300.00 | $500.00 | $600.00 | $14,737.11 | $205,000.00 |
| | $33,200.00 | $4,980.00 | $86,000.00 | $15,150.68 | $6,000.00 | $9,600.00 | $3,300.00 | $5,500.00 | $6,600.00 | $170,330.68 | $481,000.00 |

EXHIBIT
CB-13