UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

## WITNESS LIST

Bankruptcy Case Name: In re: Drain Services, Inc.        Chapter: 11 (Sub. V)
                                                         Case No. 23-30352

Contested Matter (X)

Witnesses to be called by: Choice Financial Group

| NAME & ADDRESS | Will / May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Tim Ziemba, Choice Financial Group, 4501 23rd Avenue S, Fargo, ND 58104 | Will | Testimony concerning the indebtedness owed to Choice Financial Group, its collateral, prior dealings with the Debtor, and Choice's concerns with the Debtor's plan. |
| Kevin Cameron | Will | Testimony concerning the indebtedness owed to Choice Financial Group, Debtor's use of cash collateral, Debtor's operations, and Debtor's projections. |
| Caitlyn Cameron | May | Testimony concerning the indebtedness owed to Choice Financial Group, Debtor's use of cash collateral, Debtor's operations, and Debtor's projections. |