IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## MOTION FOR DEBTOR'S PRINCIPAL TO
## APPEAR REMOTELY AT CONFIRMATION HEARING

Comes now Drain Services Inc. ("Drain Services" or the "Debtor"), by and through undersigned counsel, pursuant to Local Rule 5001-2, and moves for the Debtor's principal, Kevin Cameron ("Mr. Cameron"), to appear at the confirmation in this matter, on Monday, January 29, 2024, via video conference, and in support thereof states as follows:

1.      Mr. Cameron is obligated to be in the field handling work-centric matters on January 29, 2024 and his departing a job site to travel to the bankruptcy court would potentially delay or otherwise hamper the project.

2.      The Debtor's counsel will be present, in person, for the confirmation hearing.

3.      While Mr. Cameron will testify at the hearing, he does not anticipate offering any documentary evidence other than that admitted at the prior hearing.

WHEREFORE, Drain Services respectfully prays this Honorable Court (i) permit Mr. Cameron to appear via video conference; and (ii) afford such other and further relief as may be just and proper.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: January 25, 2024          By:     /s/ Maurice B. VerStandig
                                         Maurice B. VerStandig, Esq.
                                         The Dakota Bankruptcy Firm
                                         1630 1st Avenue N
                                         Suite B PMB 24
                                         Fargo, North Dakota 58102-4246
                                         Phone: (701) 394-3215
                                         mac@dakotabankruptcy.com
                                         *Counsel for the Debtor*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of January, 2024, a copy of the foregoing was

served electronically upon filing via the ECF system.


                                         /s/ Maurice B. VerStandig
                                         Maurice B. VerStandig

2