IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## BALLOT SUMMARY

Comes now Drain Services Inc. ("Drain Services" or the "Debtor"), by and through undersigned proposed counsel, and reports as follows:

Two creditors within Class 3 cast ballots on Drain Services, Inc.'s Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #108). One of the creditors, holding a claim in the amount of $68,932.56, voted to accept the Plan; one of the creditors, holding a claim in the amount of $42,132.00, voted to not accept the Plan. While the claim of the accepting creditor is larger than the claim of the non-accepting creditor, the absence of other votes results in Class 3 having not accepted the Plan under Section 1126(c) of Title 11 of the United States Code.

One creditor within Class 2 cast a ballot on the Plan, holding a claim in the amount of $267,103.45 and voting against the Plan. Class 2 has not accepted the Plan under Section 1126(c) of Title 11 of the United States Code.

No Class 1 ballot was cast.

Class 4 is comprised solely of the claim of an insider.

*[Signature on Following Page]*

1

                                                                  Respectfully submitted,

Dated: January 27, 2024        By:     /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig, Esq.
                                                        The Dakota Bankruptcy Firm
                                                       1630 1st Avenue N
                                                       Suite B PMB 24
                                                       Fargo, North Dakota 58102-4246
                                                       Phone: (701) 394-3215
                                                       mac@dakotabankruptcy.com
                                                       *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 27th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig