IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re: ) Case No. 23-30352
) (Chapter 11)
DRAIN SERVICES INC. )
)
Debtor. )
_____ )

**Class 3 Ballot for Accepting or Rejecting Drain Services Inc.'s Plan of Reorganization**

Drain Services Inc. has filed a plan of reorganization in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 3 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Maurice B. VerStandig, Esq., 1630 1st Avenue N, Suite B PMB 24, Fargo, North Dakota 58102, on or before January 23, 2024, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 3 claim against the Debtor:

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

[Signature page follows]

Case 23-30352    Doc 134-1    Filed 01/27/24    Entered 01/27/24 07:34:46    Desc Ballot of Meckler Marketing Consulting LLC    Page 1 of 2

Dated: 1/4/2024

Print or type name: MECKLER MARKETING CONSULTING

Signature: /s/

Title (if corporation or partnership): PRESIDENT

Address: 2505 34TH AVE S
FARGO ND 58104

Return this ballot to:

Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
mac@dakotabankruptcy.com