# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| In re: ) | |
| ) | Case No. 23-30352 |
| Drain Services Inc. ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

## CHOICE FINANCIAL GROUP'S BALLOT FOR ACCEPTING OR REJECTING DRAIN SERVICES, INC.'S AMENDED SUBCHAPTER V PLAN OF REORGANIZATION

**Choice Financial Group**, ("Choice Bank") a creditor of the above-named debtor Drain Services, Inc. ("Debtor"), by and through its undersigned counsel, and hereby REJECTS Drain Services, Inc.'s Amended Subchapter V Plan of Reorganization ("Amend Plan") (Doc. No. 108).

Dated: January 23, 2024

/s/*John D. Schroeder*
**JOHN D. SCHROEDER  (ND ID #07147)**
jschroeder@northdakotalaw.net
ZIMNEY FOSTER P.C.
3100 South Columbia Road, Ste 200
Grand Forks, ND 58201
Phone:  701/772-8111   Fax:  701/772-7328
Attorneys for Choice Financial Group

1