IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## WITNESS AND EXHIBIT LIST

Comes now Drain Services Inc. ("Drain Services" or the "Debtor"), by and through undersigned proposed counsel, and furnishes the following witness and exhibit lists for a hearing to be held on January 29, 2024:

**Witnesses**

1. Kevin Cameron

2. Any witness who may be called by any party in interest

**Exhibits**

a. Projections

b. Bank Ledger

Respectfully submitted,

Dated: January 27, 2024     By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig