| Class | Claim Number | Claimant | Amount | Secured Sum | Priority Sum | Undisputed Sum |
|---|---|---|---|---|---|---|
| 1 | 1 | U.S. Small Business Administration | $527,810.02 | $527,810.02 | $0.00 | $527,810.02 |
| 2 | n/a | Bank of the West | $15,738.62 | $15,738.62 | $0.00 | $15,738.62 |
| 2 | n/a | Choice Financial Group | $286,983.54 | $286,983.54 | $0.00 | $286,983.54 |
| 3 | 2 | Xcel Energy | $192.55 | $0.00 | $0.00 | $192.55 |
| 3 | n/a | Insure Forward | $23,000.00 | $0.00 | $0.00 | $0.00 |
| 3 | 5 | Kaler Doeling, PLLP | $9,729.61 | $0.00 | $0.00 | $9,729.61 |
| 3 | n/a | Perma Line Industries | $12,000.00 | $0.00 | $0.00 | $0.00 |
| 3 | 3 | Internal Revenue Service | $1,036.03 | $0.00 | $0.00 | $1,036.03 |
| 3 | 4 | Meckler Marketing Consulting, LLC | $68,932.56 | $0.00 | $0.00 | $68,932.56 |
| 3 | 8 | Sewer Equipment Co. of America | $254,846.65 | $0.00 | $0.00 | $0.00 |
| 3 | 7 | U.S. Bank N.A. | $15,116.72 | $0.00 | $0.00 | $15,116.72 |
| 3 | 9 | Tax Professionals P.C. | $2,310.00 | $0.00 | $0.00 | $2,310.00 |
| 3 | 10 | Badger Daylighting Corporation | $24,088.16 | $0.00 | $0.00 | $24,088.16 |
| 3 | 11 | Jefferson Capital Systems LLC | $332.35 | $0.00 | $0.00 | $332.35 |
| 3 | 12 | Tony Hamilton | $42,132.00 | $0.00 | $0.00 | $42,132.00 |
| 4 | n/a | DSI Investments, LLC | $24,000.00 | $0.00 | $0.00 | $24,000.00 |
| n/a | 3 | Internal Revenue Service | $53,385.69 | $53,333.25 | $52.44 | $53,385.69 |
| n/a | 9 | Tax Professionals P.C. | $805.50 | $0.00 | $805.50 | $805.50 |

Case 23-30352   Doc 142-1   Filed 01/30/24   Entered 01/30/24 08:14:15   Desc
Exhibit A - Creditor Classes   Page 1 of 1