IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | Case No. 23-30352 |
| ) | (Chapter 11) |
| DRAIN SERVICES INC. ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2024, I caused a copy of the Order Confirming Debtor's Subchapter V Plan of Reorganization (DE #143) to be served on all parties on the attached mailing matrix, via US Mail, postage prepaid.

Respectfully submitted,

Dated: January 31, 2024   By:   /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, North Dakota 58102-4246
Phone: (701) 394-3215
mac@dakotabankruptcy.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig