USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled "(U) DO NOT SERVE" were not served via First Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-30352
DISTRICT OF NORTH DAKOTA
WED JAN 31 7-16-49 PST 2024

CHOICE FINANCIAL GROUP
4501 23RD AVENUE SOUTH
FARGO  ND 58104-8782

DEBTOR
DRAIN SERVICES INC
415 MAIN AVE E
STE 691
WEST FARGO  ND 58078-5327

MECKLER MARKETING CONSULTING  LLC
2505 34TH AVENUE SOUTH
FARGO  ND 58104-8802

EXCLUDE
(U)USAIRS

EXCLUDE
(U)USASBA

EXCLUDE
(U)USASBAIRS

EXCLUDE
US BANKRUPTCY COURT
655 1ST AVENUE NORTH  SUITE 210
FARGO  ND 58102-4932

ACME ELECTRIC MOTOR  INC
CO SCOTT FOYT  REGISTERED AGENT
1101 N WASHINGTON STREET
GRAND FORKS  ND 58203-0734

ANDREW GREEN
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS  MN 55120-1363

ARVIG ENTERPRISES  INC
FKA SMARTSEARCH
150 2ND ST SE
PERHAM  MN 56573

BADGER DAYLIGHTING CORPORATION
HALPERN COTTRELL GREEN
2287 WATERS DRIVE
SAINT PAUL  MN 55120-1363

BANK OF THE WEST
1560 11TH AVE E
WEST FARGO  ND 58078-5202

CHOICE FINANCIAL GROUP
4501 23RD AVE S
FARGO  ND 58104-8782

CHOICE FINANCIAL GROUP
CO TRACY A KENNEDY
ZIMNEY FOSTER  PC
3100 SOUTH COLUMBIA ROAD  SUITE 200
GRAND FORKS  ND 58201-6062

CHOICE FINANCIAL GROUP
CO ZIMNEY FOSTER PC
ATTN JOHN D SCHROEDER
3100 S COLUMBIA ROAD  SUITE 200
GRAND FORKS  ND 58201-6062

DSI INVESTMENTS  LLC
1131 LEGION LANE
WEST FARGO  ND 58078-8531

HOLCIM  MWR  INC
TA AGGREGATE INDUSTRIES
2815 DODD ROAD STE 101
SAINT PAUL  MN 55121-1532

INSURE FORWARD
5650 37TH AVE S
FARGO  ND 58104-7883

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KALER DOELING  PLLP
3429 INTERSTATE BLVD S
FARGO ND 58103-2213

KEVIN CAMERON
CO DRAIN SERVICES INC
415 MAIN AVE E
WEST FARGO  ND 58078-5300

KUBOTA CREDIT CORPORATION  USA
PO BOX 2046
GRAPEVINE  TX 76099-2046

EXCLUDE
(D)MECKLER MARKETING CONSULTING  LLC
2505 34TH AVENUE SOUTH
FARGO ND 58104-8802

MECKLER MARKETING CONSULTING  LLC
CO MICHAEL L GUST
ABST LAW  PC
4132 30TH AVENUE SOUTH  SUITE 100
FARGO  ND 58104-8407

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK   ND 58505-0602 | ORION FIRST FINANCIAL   LLC<br>PO BOX 2149<br>GIG HARBOR   WA 98335-4149 | OTTER TAIL POWER COMPANY<br>215 S CASCADE ST<br>FERGUS FALLS   MN 56537-2897 |
| PERMA LINER INDUSTRIES<br>3000 AUTOMOBILE BLVD 300<br>CLEARWATER BEACH   FL 33762 | SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | SEWER EQUIPMENT CO OF AMERICA<br>1590 DUTCH RD<br>DIXON   IL 61021-8624 |
| TAX PROFESSIONALS PC<br>DBA ARROW ADVISORS<br>PO BOX 7309<br>FARGO   ND 58106-7309 | THE CITY OF MAPLETON   NORTH DAKOTA<br>P O BOX 9<br>MAPLETON   ND 58059-0009 | TONY HAMILTON<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| TONY HAMILTON<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET SUITE 320<br>BIRMINGHAM   AL 35203 |
| US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER CO 80202-2517 | (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | ~~EXCLUDE~~<br>~~(U)JOHN W BAKER   ATTY US SMALL BUSINESS ADMI~~ |
| MAURICE VERSTANDIG<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO   ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS   MN 55415-1320 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS   SD 57109-0624 |
| ~~EXCLUDE~~<br>~~(U)TONY HAMILTON~~ | | |