# The Dakota Bankruptcy Firm
## 1630 1st Avenue N
## Suite B PMB 24
## Fargo, North Dakota 58102-4246

Invoice submitted to:
**Drain Services Inc.**

**Invoice # 10921**

Services Through: 03/06/24

Description   Single invoice for Drain Services Inc.

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: **Business Operations** | | | | | |
| 01/24/24 | Mac VerStandig | Draft adversary complaint against Pfaus | 1.30 | 300.00 | $390.00 |
| 01/27/24 | Mac VerStandig | Run background check on Pfaus to ascertain new address (.2); Review and revise complaint (.4); File same (.1) | 0.70 | 300.00 | $210.00 |
| 01/30/24 | Mac VerStandig | Draft detailed letter to K. Cameron (2,500+ words) highlighting temporal obligations under plan, dates on which payments need to be made, amounts of payments, key operational restrictions, procedure for claims objections, need to abide by deadlines, quarterly reporting mechanics, and next steps; Review, revise and send same alongside amended plan (drafting of which is billed separately) and Excel sheet projecting payments for Class 3 claimants (drafting of which is billed separately) | 1.80 | 300.00 | $540.00 |
| 01/30/24 | Mac VerStandig | Draft Excel sheet with Class 3 claimants' mailing addresses, claim sizes, and formula for computing their pro rata portion of each payment, for use by client in making payments for life of plan and life of ensuing trust | 0.70 | 300.00 | $210.00 |
| | | Hours | | | 4.50 |
| | | Labor: | | | $1,350.00 |
| | | Invoice Amount: | | | $1,350.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| In Reference To: **Case Administration** | | | | | |
| 01/24/24 | Mac VerStandig | Draft monthly operating report for December and send same to client for review and execution | 0.40 | 300.00 | $120.00 |
| 01/24/24 | Mac VerStandig | Review objections to confirmation from US Trustee, Choice Financial Group, and T. Hamilton, outlining arguments to which response needs to be made (.4); Research case law on cash collateral violations inviting denial of confirmation, as well as case law on other violations of orders/code provisions and how they interplay with confirmation (2.2); Review North Dakota law on rights of trust beneficiaries (.3); Draft omnibus response to various objections and send same to client for review and comment (2.0) | 4.90 | 300.00 | $1,470.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/24 | Mac VerStandig | E-mail bank ledger to counsel for parties pursuant to cash collateral order | 0.10 | 300.00 | $30.00 |
| 02/03/24 | Mac VerStandig | Coordinate service of Pfau adversary, including reviewing background reports on defendants to ascertain various mailing addresses | 0.20 | 300.00 | $60.00 |
| 02/14/24 | Mac VerStandig | Research ▮▮▮▮▮ | 1.40 | 300.00 | $420.00 |
| 03/04/24 | Mac VerStandig | Meet with client ▮▮▮ re ▮▮▮ (no charge for portions of meeting in which I did not actively participate) | 0.30 | 300.00 | $90.00 |
| 03/05/24 | Mac VerStandig | Exchange e-mails with client re ▮▮▮ | 0.10 | 300.00 | $30.00 |

In Reference To: **Case Administration (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/24 | Mac VerStandig | Filing fee for Pfau adversary | 1.00 | 350.00 | $350.00 |

|  |  |
|---|---|
| Hours | 7.40 |
| Labor: | $2,220.00 |
| Invoice Amount: | $2,570.00 |

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|

In Reference To: **Plan and Disclosure Statement**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/24 | Mac VerStandig | Draft ballot summary and file same | 0.30 | 300.00 | $90.00 |
| 01/27/24 | Mac VerStandig | Draft and file witness/exhibit list for confirmation hearing | 0.10 | 300.00 | $30.00 |
| 01/28/24 | Mac VerStandig | Call with K. Cameron to review testimony for confirmation hearing | 0.30 | 300.00 | $90.00 |
| 01/28/24 | Mac VerStandig | Prepare - and assemble notes - for confirmation hearing, including review of plan, objections, opposition to objections, and exhibits | 1.50 | 300.00 | $450.00 |
| 01/29/24 | Mac VerStandig | Attend confirmation hearing | 2.90 | 300.00 | $870.00 |
| 01/29/24 | Mac VerStandig | Call with client in advance of hearing re issues with job and problems being present for entirety of hearing | 0.10 | 300.00 | $30.00 |
| 01/29/24 | Mac VerStandig | Call with client following confirmation hearing, apprising as to ruling and next steps | 0.10 | 300.00 | $30.00 |
| 01/30/24 | Mac VerStandig | Review notes from confirmation hearing and make amendments to plan and trust accordingly; Review, revise and docket same | 0.40 | 300.00 | $120.00 |

In Reference To: **Plan and Disclosure Statement (Expenses)**

| Date | By | Service Summary | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 01/31/24 | Mac VerStandig | Service of confirmation order on matrix, via third party mailing vendor | 1.00 | 51.68 | $51.68 |

|  |  |
|---|---|
| Hours | 5.70 |
| Labor: | $1,710.00 |
| Invoice Amount: | $1,761.68 |

|  |  |
|---|---:|
| Total Hours: | 17.60 |
| Total Labor: | $5,280.00 |
| Total Expenses: | $401.68 |
| **Total Invoice Amount:** | **$5,681.68** |

## User Summary

| User | Hrs | Rate | Amount |
|---|---|---|---|
| Mac VerStandig | 17.60 | @ 300.000 | 5,280.00 |

## Trust Account

The Trust Activity shown here is from the previous Invoice date of 01/21/24 to the latest payment applied to this invoice which is 03/06/24

| Date | Trust Account | Description | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| **Matter : Non-Matter Related** | | | | | |
| | **Drain Services - Trust Acct.** | | | | |
| | Drain Services - Trust Acct. | Trust account balance forward as of 01/21/24 | 0.00 | 6,762.00 | 6,762.00 |
| 02/17/24 | Drain Services - Trust Acct. | Disbursed per court order | 6,762.00 | 0.00 | 0.00 |
| | | **Trust account ending balance as of 03/06/24 for Drain Services - Trust Acct.:** | | | **0.00** |
| | | **Trust account ending balance as of 03/06/24 for Non-Matter Related:** | | | **0.00** |
| | | **Total for Drain Services Inc. :** | | | **0.00** |