IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**NOTICE OF FINAL APPLICATION OF THE
DAKOTA BANKRUPTCY FIRM FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
IN CONNECTION WITH REPRESENTATION OF DRAIN SERVICES, INC.**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm, counsel for the Debtor in this case, have filed an application for final compensation. The applicants seek (i) final ratification of previously-approved interim fees of $14,790.00; (ii) final ratification of previously-approved interim expenses of $498.16; (iii) approval of an additional $5,280.00 in attorneys' fees; (iv) approval of an additional $401.68 in expenses; and (v) an allowed administrative expense claim in the amount of $14,387.84, being comprised of the foregoing fees and expenses less monies applied from a retainer following the interim fee approval.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

                                                    Respectfully submitted,

Dated: March 10, 2024        By:    <u>/s/ Maurice B. VerStandig</u>
                                                    Maurice B. VerStandig, Esq.
                                                    The Dakota Bankruptcy Firm
                                                    1630 1st Avenue N
                                                    Suite B PMB 24
                                                    Fargo, North Dakota 58102-4246
                                                    Phone: (701) 394-3215
                                                    mac@dakotabankruptcy.com

## **<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on this 10th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent, on March 11, 2024, via First Class Mail, postage prepaid, to all parties on the attached mailing matrix (though the attached mailing matrix, underlying motion, and time records are *not* being sent via First Class Mail but, rather, may be reviewed on this Honorable Court's docket or requested from undersigned counsel).

                                                  <u>/s/ Maurice B. VerStandig</u>
                                                  Maurice B. VerStandig