| | | |
|---|---|---|
| Label Matrix for local noticing<br>0868-3<br>Case 23-30352<br>District of North Dakota<br>Fargo<br>Sun Mar 10 20:28:22 CDT 2024 | Choice Financial Group<br>4501 23rd Avenue South<br>Fargo, ND 58104-8782 | Drain Services Inc.<br>415 Main Ave E<br>Ste 691<br>West Fargo, ND 58078-5327 |
| Meckler Marketing Consulting, LLC<br>2505 34th Avenue South<br>Fargo, ND 58104-8802 | U.S. BANKRUPTCY COURT<br>655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102-4932 | Acme Electric Motor, Inc.<br>c/o Scott Foyt, Registered Agent<br>1101 N. Washington Street<br>Grand Forks, ND 58203-0734 |
| Andrew Green<br>Halpern Cottrell Green PA<br>2287 Waters Dr<br>Mendota Heights, MN 55120-1363 | Arvig Enterprises, Inc.<br>f/k/a Smartsearch<br>150 2nd St SE<br>Perham, MN 56573 | Badger Daylighting Corporation<br>Halpern Cottrell Green<br>2287 Waters Drive<br>Saint Paul, MN 55120-1363 |
| Bank of the West<br>1560 11th Ave E<br>West Fargo, ND 58078-5202 | Choice Financial Group<br>4501 23rd Ave S<br>Fargo, ND 58104-8782 | Choice Financial Group<br>c/o Tracy A. Kennedy<br>Zimney Foster, P.C.<br>3100 South Columbia Road, Suite 200<br>Grand Forks, ND 58201-6062 |
| Choice Financial Group<br>c/o Zimney Foster P.C.<br>Attn: John D. Schroeder<br>3100 S. Columbia Road, Suite 200<br>Grand Forks, ND 58201-6062 | DSI Investments, LLC<br>1131 Legion Lane<br>West Fargo, ND 58078-8531 | Holcim - MWR, Inc.<br>t/a Aggregate Industries<br>2815 Dodd Road Ste 101<br>Saint Paul, MN 55121-1532 |
| Insure Forward<br>5650 37th Ave S<br>Fargo, ND 58104-7883 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kaler Doeling, PLLP<br>3429 Interstate Blvd S<br>Fargo ND 58103-2213 | Kevin Cameron<br>c/o Drain Services Inc.<br>415 Main Ave E<br>West Fargo, ND 58078-5300 |
| Kubota Credit Corporation, U.S.A.<br>PO Box 2046<br>Grapevine, TX 76099-2046 | Meckler Marketing Consulting, LLC<br>c/o Michael L. Gust<br>ABST Law, P.C.<br>4132 30th Avenue South, Suite 100<br>Fargo, ND 58104-8407 | North Dakota Office of State Tax Commiss<br>600 E. Boulevard Ave. Dept. 127<br>Bismarck, ND 58505-0602 |
| Orion First Financial, L.L.C.<br>P.O. Box 2149<br>Gig Harbor, WA 98335-4149 | Otter Tail Power Company<br>215 S. Cascade St.<br>Fergus Falls, MN 56537-2897 | Perma Liner Industries<br>3000 Automobile Blvd #300<br>Clearwater Beach, FL 33762 |
| Sarah J. Wencil<br>Office of the U.S. Trustee<br>Suite 1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | Sewer Equipment Co. of America<br>1590 Dutch Rd<br>Dixon, IL 61021-8624 | Tax Professionals P.C.<br>dba Arrow Advisors<br>PO Box 7309<br>Fargo, ND 58106-7309 |

The City of Mapleton, North Dakota
P O Box 9
Mapleton, ND 58059-0009

Tony Hamilton
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

Tony Hamilton
c/o Caren W. Stanley
Vogel Law Firm
PO Box 1389
Fargo ND 58107-1389

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

U.S. Small Business Administration
John W. Baker, Attorney
721 19th Street
Suite 426
Denver CO 80202-2517

(p)XCEL ENERGY
ATTN ATTN BANKRUPTCY DEPARTMENT
PO BOX 9477
MINNEAPOLIS MN 55484-0001

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102-4246

Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415-1320

Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109-0624

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302

Xcel Energy
P.O. Box 8
Eau Claire, WI 54702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)USA/IRS

(u)USA/SBA

(u)USA/SBA/IRS

(d)Meckler Marketing Consulting, LLC
2505 34th Avenue South
Fargo ND 58104-8802

(u)John W. Baker, Atty U.S. Small Business Ad

(u)Tony Hamilton

End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45