IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DRAIN SERVICES, INC. | ) | |
| | ) | Adversary No. 24-07001 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH PFAU, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

NOTICE IS HEREBY GIVEN that the Maurice B. VerStandig, Esq. and The Dakota Bankruptcy Firm, counsel for the Debtor in this case, have filed a motion to withdraw as counsel (in both the primary bankruptcy proceeding and the above-captioned adversary proceeding).

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

1

                                                                    Respectfully submitted,

Dated: March 10, 2024        By:    /s/ Maurice B. VerStandig
                                                              Maurice B. VerStandig, Esq.
                                                              The Dakota Bankruptcy Firm
                                                              1630 1st Avenue N
                                                              Suite B PMB 24
                                                              Fargo, North Dakota 58102-4246
                                                              Phone: (701) 394-3215
                                                              mac@dakotabankruptcy.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 10th day of March, 2024, a copy of the foregoing was served electronically upon filing via the ECF system. A copy is also being served upon Drain Services, via e-mail to kevin@drainservicesinc.com of even date and via US Mail, postage prepaid, on March 11, 2024, to:

Drain Services, Inc.
c/o Kevin Cameron
415 Main Ave E
Ste 691
West Fargo, ND 58078

                                                                       /s/ Maurice B. VerStandig
                                                                       Maurice B. VerStandig