UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Drain Services Inc.,                    Bankruptcy Case No. 23-30352
                                        Chapter 11
        Debtor.
_____/

**ORDER**

On March 10, 2024, Attorney Maurice B. VerStandig and The Dakota Bankruptcy Firm filed a Motion to Withdraw as Counsel for Debtor [Doc 152], showing cause for the relief they seek. The Court received no objections to the Motion. Therefore, **IT IS ORDERED** the Motion to Withdraw as Counsel for the Debtor is **GRANTED**. Attorney Maurice B. VerStandig and The Dakota Bankruptcy Firm may withdraw from further representation of Debtor in this case effective immediately.

Although there are no motions pending or hearings scheduled at this time, Debtor is advised that it may not file a motion for relief in the future or respond to a future motion filed by an interested party without counsel. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."); Stanko v. Bosselman, 749 F. App'x 493, 494 (8th Cir. 2019) (per curiam) ("[A] corporation may not appear pro se."); United States v. Lylalele, Inc., 221 F.3d 1345 (8th Cir. 2000) (unpublished table opinion) ("[C]orporations and trusts cannot appear in federal court without legal representation."); see also D.N.D. Bankr. L.R. 9010-2.

Dated this 26th day of March, 2024.

                                              /s/ Shon Hastings
                                              Shon Hastings, Judge
                                              United States Bankruptcy Court