United States Bankruptcy Court

District of North Dakota

In re:                                                                                    Case No. 23-30352-skh

Drain Services Inc.                                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3                          User: admin                                        Page 1 of 2

Date Rcvd: Mar 26, 2024                  Form ID: pdf2some                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |
| aty | + | Maurice VerStandig, c/o The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102-4246 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Tony Hamilton cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;kjohnson@vogellaw.com |
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net  karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kent Rockstad | on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov |

Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kent Rockstad

on behalf of Creditor USA/SBA/IRS Kent.Rockstad@usdoj.gov
Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Maurice VerStandig

on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Attorney Maurice VerStandig mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig

on behalf of Debtor Drain Services Inc. mac@mbvesq.com
mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust

on behalf of Creditor Meckler Marketing Consulting  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke

USTPRegion12.SX.ECF@usdoj.gov

Ross Nilson

on behalf of Defendant Joseph Pfau ross@nilsonbrandlaw.com

Ross Nilson

on behalf of Defendant Cecilia Pfau ross@nilsonbrandlaw.com

Sarah J. Wencil

on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta

on behalf of Trustee Thomas Kapusta tkapusta@aol.com

Thomas Kapusta

tkapusta@aol.com

Tracy A. Kennedy

on behalf of Creditor Choice Financial Group tracykennedy@northdakotalaw.net  brendadipersio@northdakotalaw.net


TOTAL: 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Drain Services Inc.,                          Bankruptcy Case No. 23-30352
                                              Chapter 11

                        Debtor.
_____/

**ORDER**

On March 10, 2024, Attorney Maurice B. VerStandig and The Dakota Bankruptcy Firm filed a Motion to Withdraw as Counsel for Debtor [Doc 152], showing cause for the relief they seek. The Court received no objections to the Motion. Therefore, **IT IS ORDERED** the Motion to Withdraw as Counsel for the Debtor is **GRANTED**.  Attorney Maurice B. VerStandig and The Dakota Bankruptcy Firm may withdraw from further representation of Debtor in this case effective immediately.

Although there are no motions pending or hearings scheduled at this time, Debtor is advised that it may not file a motion for relief in the future or respond to a future motion filed by an interested party without counsel.  See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries, for example, that a corporation may appear in the federal courts only through licensed counsel."); Stanko v. Bosselman, 749 F. App'x 493, 494 (8th Cir. 2019) (per curiam) ("[A] corporation may not appear pro se."); United States v. Lylalele, Inc., 221 F.3d 1345 (8th Cir. 2000) (unpublished table opinion) ("[C]orporations and trusts cannot appear in federal court without legal representation."); see also D.N.D. Bankr. L.R. 9010-2.

Dated this 26th day of March, 2024.


                        /s/ Shon Hastings
                        Shon Hastings, Judge
                        United States Bankruptcy Court