UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

Debtor

Bankruptcy No. 23-30352
Chapter 11 Case

**APPLICATION TO RETAIN DEBTOR'S COUNSEL**

Drain Services, Inc. ("Debtor") hereby applies to this court for its order as follows:

1. Debtor filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), on October 2, 2023 (the "Filing Date") and is currently operating as debtor-in-possession.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Debtor wishes to employ Erik A. Ahlgren and the Ahlgren Law Office, PLLC, 220 W. Washington Ave, Ste 105, Fergus Falls, MN 56537 ("Ahlgren") as attorney for the Debtor for the purpose of rendering professional services to the Debtor in all post-confirmation matters that may arise out of and in the course of the administration of the Debtor's estate and for the benefit of such estate, including representation in on-going adversary proceedings and matters relating to claims and claim objections.

3. Debtor's retention of counsel is necessitated by the withdrawal of Debtor's former counsel (Doc. 154). The Debtor has asked the applicant to begin work immediately and respectfully requests that the employment be authorized effective on the date of this application.

4.	Debtor has selected Ahlgren because he is an attorney knowledgeable of the Bankruptcy Code and the reorganization process.  He does not hold or represent an adverse interest to the Debtor and is a "disinterested person" as required by law.

5.	Ahlgren has agreed to perform services on an hourly fee plus costs basis.  All fees and costs shall be subject to court review and approval.  Ahlgren will calculate his fees for services in accordance with standard hourly rates for these services (as such rates are subject to normal adjustment from time to time for inflation and other factors).  Such rates are set forth in the accompanying affidavit of Erik A. Ahlgren.  Hourly work performed by Ahlgren and staff will be recorded in increments of tenths of an hour, as required by local practice.

6.	Based on the foregoing, Debtor requests an order of this court authorizing employment of Erik A. Ahlgren and the Ahlgren Law Office as its attorney under the terms and conditions set forth herein.

                                          Drain Services, Inc.

Dated April 11, 2024                      By: _____
                                                      Kevin Cameron

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

      Debtor

Bankruptcy No. 23-30352
Chapter 11 Case

## AFFIDAVIT OF ERIK A. AHLGREN

STATE OF MINNESOTA    )
                                  ) ss
COUNTY OF OTTER TAIL   )

ERIK A. AHLGREN, being first duly sworn upon oath, states:

      1.      I am an attorney duly licensed to practice law and admitted to practice before the state and federal courts of North Dakota and am an attorney in good standing. I am the principal attorney in the Ahlgren Law Office PLLC. This affidavit is submitted in support of the application of Drain Services, Inc. ("Debtor") to retain the Ahlgren Law Office, PLLC in the above-referenced bankruptcy case.

      2.      I do not hold or represent any interest adverse to Debtor in the above reorganization proceeding. I do not have any connection with creditors of the Debtor, other parties in interest, or their respective attorneys or accountants, or the U.S. Trustee or any person employed in the Office of the U. S. Trustee, except as follows: None other than that I am appointed through the United States Trustee to serve on the chapter 7 panel of Trustees in Minnesota and, where there is a conflict of interest with the North Dakota trustees, in North Dakota.

3.  If the Debtor's application to retain me as counsel in this reorganization proceeding is approved, I agree, by execution hereof, to act in the capacity of legal counsel to Debtor in this proceeding and for the purposes as outlined in Debtor's application for employment of counsel. My compensation will be calculated according to hourly rates established from time to time, subject to court approval, as provided in the Bankruptcy Code. The current hourly rate I will charge in this matter is $335 for my time, $275 for the time of attorney Sarah Duffy, a member of my firm, and $175 for staff time. The payment of any fees and costs will be subject to court review and approval as set forth herein and as required by law.

4.  I have not made any agreement for the sharing of any fees earned in connection with the representation in this reorganization matter.

FURTHER AFFIANT SAYETH NOT.

_____
Erik A. Ahlgren

Subscribed and sworn before me
this 11th day of April, 2024.

_____
Notary Public

CAROL J. KOCHER
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

Bankruptcy No. 23-30352
Chapter 11 Case

Debtor

NOTICE OF APPLICATION TO APPROVE EMPLOYMENT OF ERIK A AHLGREN AND AHLGREN LAW OFFICE, PLLC AS DEBTOR'S ATTORNEY

NOTICE IS HEREBY GIVEN that the above-referenced debtor has filed an application to employ Erik A Ahlgren and Ahlgren Law Office, PLLC as attorney for the debtor. A copy of the application is being filed of even date with this notice.

NOTICE IS FURTHER GIVEN that written objections to the application, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Ahlgren Law Office, PLLC

Date : April 11, 2024

/s/Erik A. Ahlgren
Attorney #09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

Bankruptcy No. 23-30352
Chapter 11 Case

Debtor

CERTIFICATE OF SERVICE

I, Erik A. Ahlgren, under penalty of perjury, hereby declare that on April 11, 2024 in connection with the above-referenced matter, the following documents:

1. Application to Retain Debtors Counsel;

2. Affidavit of Erik A. Ahlgren

3. Certificate of Service

were filed with the Clerk of Court via **ECF**, and **ECF** will send a notice of electronic filing to all of the parties requesting electronic notice.

Dated: April 11, 2024

/s/ Erik A. Ahlgren
Erik A. Ahlgren
North Dakota Attorney #09561
Ahlgren Law Office PLLC
220 W. Washington Ave, Ste 105
Fergus Falls, MN 56537
218-998-2775
erik@ahlgrenlawoffice.net

Attorney for Debtor