# Drain Services, Inc.

## Profit and Loss

January - March, 2024

|  | TOTAL |
|---|---:|
| Income | $60,980.00 |
| Cost of Goods Sold | $4,718.03 |
| **GROSS PROFIT** | **$56,261.97** |
| Expenses | $1,626.48 |
| **NET OPERATING INCOME** | **$54,635.49** |
| **NET INCOME** | **$54,635.49** |