# Drain Services, Inc.

## Balance Sheet

As of June 30, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|    Current Assets | $1,286,940.04 |
|    Fixed Assets | $157,270.48 |
|    Other Assets | $34,948.44 |
| **TOTAL ASSETS** | **$1,479,158.96** |
| **LIABILITIES AND EQUITY** | |
|    Liabilities | $804,430.24 |
|    Equity | $674,728.72 |
| **TOTAL LIABILITIES AND EQUITY** | **$1,479,158.96** |