# Drain Services, Inc.

## Profit and Loss

April - June, 2024

|  | TOTAL |
|---|---|
| Income | $29,175.00 |
| **GROSS PROFIT** | **$29,175.00** |
| Expenses | $493.66 |
| **NET OPERATING INCOME** | **$28,681.34** |
| **NET INCOME** | **$28,681.34** |