# Drain Services, Inc.

## Balance Sheet

As of September 30, 2024

|  | TOTAL |
|---|---:|
| ASSETS | $1,495,552.39 |
| LIABILITIES AND EQUITY | $1,495,552.39 |