# Drain Services, Inc.

## Profit and Loss

July - September, 2024

|  | TOTAL |
|---|---:|
| Income | $29,975.00 |
| Cost of Goods Sold | $112.70 |
| GROSS PROFIT | $29,862.30 |
| Expenses | $791.79 |
| NET OPERATING INCOME | $29,070.51 |
| NET INCOME | $29,070.51 |