# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>DRAIN SERVICES INC | CASE NO: 23-30352<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 174 |

On 10/22/2024, I did cause a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 174

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/22/2024

/s/ Sarah C Duffy
Sarah C Duffy  09574

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>DRAIN SERVICES INC | CASE NO: 23-30352<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 174 |

On 10/22/2024, a copy of the following documents, described below,

Notice and Motion for Approval of Settlement Agreement ECF Docket Reference No. 174

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/22/2024

_[signature]_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sarah C Duffy
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                                DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING     CHOICE FINANCIAL GROUP              DRAIN SERVICES INC
NCRS ADDRESS DOWNLOAD                4501 23RD AVENUE SOUTH              415 MAIN AVE E
CASE 23-30352                        FARGO   ND 58104-8782               STE 691
DISTRICT OF NORTH DAKOTA                                                 WEST FARGO   ND 58078-5327
MON OCT 21 15-57-18 PST 2024



                                                                         EXCLUDE
MECKLER MARKETING CONSULTING   LLC   MIDLAND STATES BANK                 (U)USAIRS
2505 34TH AVENUE SOUTH               BUCALTER PC
FARGO   ND 58104-8802                CO VALERIE BANTNER PEO   ESQ
                                     425 MARKET ST   SUITE 2900
                                     SAN FRANCISCO   CA 94105-2491


EXCLUDE                              EXCLUDE                             EXCLUDE
(U)USASBA                            (U)USASBAIRS                        US BANKRUPTCY COURT
                                                                         655 1ST AVENUE NORTH   SUITE 210
                                                                         FARGO   ND 58102-4932




ACME ELECTRIC MOTOR   INC            ANDREW GREEN                        ARVIG ENTERPRISES   INC
CO SCOTT FOYT   REGISTERED AGENT     HALPERN COTTRELL GREEN PA           FKA SMARTSEARCH
1101 N WASHINGTON STREET             2287 WATERS DR                      150 2ND ST SE
GRAND FORKS   ND 58203-0734          MENDOTA HEIGHTS   MN 55120-1363     PERHAM   MN 56573



BADGER DAYLIGHTING CORPORATION       BANK OF THE WEST                    CHOICE FINANCIAL GROUP
HALPERN COTTRELL GREEN               1560 11TH AVE E                     4501 23RD AVE S
2287 WATERS DRIVE                    WEST FARGO   ND 58078-5202          FARGO   ND 58104-8782
SAINT PAUL   MN 55120-1363



CHOICE FINANCIAL GROUP               CHOICE FINANCIAL GROUP              DSI INVESTMENTS   LLC
CO TRACY A KENNEDY                   CO ZIMNEY FOSTER PC                 1131 LEGION LANE
ZIMNEY FOSTER   PC                   ATTN JOHN D SCHROEDER               WEST FARGO   ND 58078-8531
3100 SOUTH COLUMBIA ROAD   SUITE 200 3100 S COLUMBIA ROAD   SUITE 200
GRAND FORKS   ND 58201-6062          GRAND FORKS   ND 58201-6062



HOLCIM   MWR   INC                   INSURE FORWARD                      (P)INTERNAL REVENUE SERVICE
TA AGGREGATE INDUSTRIES              5650 37TH AVE S                     CENTRALIZED INSOLVENCY OPERATIONS
2815 DODD ROAD STE 101               FARGO   ND 58104-7883               PO BOX 7346
SAINT PAUL   MN 55121-1532                                               PHILADELPHIA PA 19101-7346



INTERNAL REVENUE SERVICE             (P)JEFFERSON CAPITAL SYSTEMS LLC    KALER DOELING   PLLP
PO BOX 7346                          PO BOX 7999                         3429 INTERSTATE BLVD S
PHILADELPHIA   PA 19101-7346         SAINT CLOUD MN 56302-7999           FARGO ND 58103-2213



                                                                         EXCLUDE
KEVIN CAMERON                        KUBOTA CREDIT CORPORATION   USA     (D)MECKLER MARKETING CONSULTING   LLC
CO DRAIN SERVICES INC                PO BOX 2046                         2505 34TH AVENUE SOUTH
415 MAIN AVE E                       GRAPEVINE   TX 76099-2046           FARGO ND 58104-8802
WEST FARGO   ND 58078-5300
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MECKLER MARKETING CONSULTING LLC<br>CO MICHAEL L GUST<br>ABST LAW PC<br>4132 30TH AVENUE SOUTH SUITE 100<br>FARGO ND 58104-8407 | MIDLAND STATES BANK<br>CO VALERIE BANTNER PEO ESQ<br>BUCHALTER PC<br>425 MARKET ST SUITE 2900<br>SAN FRANCISCO CA 94105-2491 | NORTH DAKOTA OFFICE OF STATE TAX<br>COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK ND 58505-0602 |
| ORION FIRST FINANCIAL LLC<br>PO BOX 2149<br>GIG HARBOR WA 98335-4149 | OTTER TAIL POWER COMPANY<br>215 S CASCADE ST<br>FERGUS FALLS MN 56537-2897 | PERMA LINER INDUSTRIES<br>3000 AUTOMOBILE BLVD 300<br>CLEARWATER BEACH FL 33762 |
| SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | SEWER EQUIPMENT CO OF AMERICA<br>1590 DUTCH RD<br>DIXON IL 61021-8624 | TAX PROFESSIONALS PC<br>DBA ARROW ADVISORS<br>PO BOX 7309<br>FARGO ND 58106-7309 |
| THE CITY OF MAPLETON NORTH DAKOTA<br>P O BOX 9<br>MAPLETON ND 58059-0009 | TONY HAMILTON<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | TONY HAMILTON<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET SUITE 320<br>BIRMINGHAM AL 35203 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER CO 80202-2517 |
| (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~AHLGREN LAW OFFICE PLLC~~<br>~~220 W WASHINGTON AVE~~<br>~~STE 105~~<br>~~FERGUS FALLS MN 56537-2569~~ | ~~EXCLUDE~~<br>~~(U)JOHN W BAKER ATTY US SMALL BUSINES~~<br>~~ADMI~~ |
| MAURICE VERSTANDIG<br>CO THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS MN 55415-1320 | ~~EXCLUDE~~<br>~~SARAH CATHERINE DUFFY~~<br>~~AHLGREN LAW OFFICE~~<br>~~220 WEST WASHINGTON AVENUE~~<br>~~SUITE 105~~<br>~~FERGUS FALLS~~<br>~~FERGUS FALLS MN 56537-2569~~ |
| THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS SD 57109-0624 | ~~EXCLUDE~~<br>~~(U)TONY HAMILTON~~ | |

Maurice VerStandig
c/o The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102
(Attorney)
represented by:
Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

(Creditor)
USA/SBA/IRS
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
USA/SBA
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
USA/IRS
represented by:
Kent Rockstad
Assistant U.S. Attorney
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 250
Fargo, ND 58102-4932

Kent.Rockstad@usdoj.gov

(Creditor)
John W. Baker, Atty U.S. Small
Business Administration
represented by:
John William Baker
US Small Business Administration
721 19th Street
Ste 426
Denver, CO 80202

john.baker@sba.gov

(U.S. Trustee)
Robert B. Raschke
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
represented by:
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

sarah.j.wencil@usdoj.gov

(Creditor)
Midland States Bank
Bucalter PC
c/o Valerie Bantner Peo, Esq.
425 Market St., Suite 2900
San Francisco, CA 94105

(Creditor)
Meckler Marketing Consulting, LLC
2505 34th Avenue South
Fargo, ND 58104
represented by:
Michael Gust
Anderson, Bottrell, Sanden & Thompson
4132 30th Ave. SW, Suite 100
P.O. Box 10247
Fargo, ND 58106-0247

mlgfilings@andersonbottrell.com

(Trustee)
Thomas Kapusta
PO Box 90624
Sioux Falls, SD 57109

tkapusta@aol.com

(Creditor)
Tony Hamilton
represented by:
Caren W. Stanley
Vogel Law Firm
P.O. Box 1389
Fargo, ND 58107-1389

cstanley@vogellaw.com

Maurice VerStandig
The Dakota Bankruptcy Firm
1630 1st Avenue N
Suite B PMB 24
Fargo, ND 58102

mac@mbvesq.com

Sarah Catherine Duffy
Ahlgren Law Office
220 West Washington Avenue
Suite 105
Fergus Falls
Fergus Falls, MN 56537

sarah@ahlgrenlawoffice.net

```
(Debtor)                              John D. Schroeder                        (Creditor)
Drain Services Inc.                   Zimney Foster P.C.                       Choice Financial Group
415 Main Ave E                        3100 S. Columbia Road, Ste. 200          4501 23rd Avenue South
Ste 691                               Grand Forks, ND 58201                    Fargo, ND 58103
West Fargo, ND 58078                                                           represented by:
Tax ID / EIN: 45-3577720              jschroeder@northdakotalaw.net            Tracy A. Kennedy
represented by:                                                                Zimney, Foster, PC
ERIK A. AHLGREN                                                                3100 South Columbia Road, Suite 200
Ahlgren Law Office, PLLC                                                       Grand Forks, ND 58201
220 W. Washington Ave.
Ste 105                                                                        tracykennedy@northdakotalaw.net
Fergus Falls, MN 56537

erik@ahlgrenlawoffice.net
```