**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| In re: | Bky. Case No. 23-30352 |
| | Chapter 11, Subchapter V |
| Drain Services, Inc., | |
|       Debtor. | |
| ----------------------------------------------/ | |
| Drain Services, Inc. | |
|       Plaintiff, | |
| | Adversary No.  24-07001 |
| v. | |
| Joseph Pfau, | **ORDER** |
| Cecilia Pfau, | |
|       Defendants. | |
| _____/ | |

     On October 21, 2024, the Debtor filed a motion seeking approval of a Settlement Agreement executed by the Plaintiff/Debtor and the Defendants Joseph Pfau and Cecilia Pfau. The Plaintiff served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Debtor and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with the potential recovery and appears to be in the best interest of the bankruptcy estate.  Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 24-07001, Doc. 30; Case No. 23-30352, Doc. 174] is **GRANTED**.  The Settlement Agreement filed as [Adv. No. 24-07001, Doc 29; Case No. 23-30352, Doc. 173] is **APPROVED.**

     Dated this 15th day of November, 2024.

                                                                       /s/ Shon Hastings
                                                                       Shon Hastings, Judge
                                                                       United States Bankruptcy Court