(03/20)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

## EXHIBIT LIST

Bankruptcy Case No: 23-30352   Bankruptcy Case Title: In re Drain Services, Inc.
Adversary Case No: _____   Adversary Case Title: _____

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | K. Cameron | $4,689.28 check in payment of October obligation | W | | | | | | | | |
| 2 | | K. Cameron | Plan of Reorganization see Doc. 142 | W | | | | | | | | |
| 3 | | K. Cameron | Pfau Settlement see Doc. 173 | W | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____