DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1176

PAY TO THE ORDER OF Chases Bank

DATE 11-7-24

$ 4,689 28/00

Forty Six Hundred and Eighty nine DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO OCT '24

⑆091305044⑆ 319⑆ 01176



fargomoorhead sewer authority

drainservices
INCORPORATED
415 main ave e, unit 691
west fargo, nd 58078