UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.,                                   Bankruptcy No. 23-30352
                                                        Chapter 11, Subchapter V

        Debtor.

## DEBTOR'S WITNESS LIST

| NAME & ADDRESS | Will/ May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Kevin Cameron<br>415 Main Ave E<br>West Fargo, ND | Will | • October payment of $4,689.28<br>• November payment of $4,689.28<br>• Terms of Plan of Reorganization<br>• Cause of Tight Cash Flow<br>• Settlement of Pfau Collection Action [Doc.174]<br>• Payment to Maurice VerStandig<br>• Ability to Make Plan Payments<br>• Unaudited Balance Sheets (Doc. 166 and 170)<br>• Unaudited Income Statements (Doc. 167 and 171)<br>• Tax Returns expected by end of November<br>• Working with Arrow Advisors to prepare and present more detailed financial statements |