UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

**EXHIBIT LIST**

Bankruptcy Case No. 23-30352             Bankruptcy Case Title: In re: Drain Services, Inc.
Adversary Case No:                       Adversary Case Title:

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim 6 | 11/19/24 | Tim Ziemba | Choice Bank Amended Proof of Claim, with all attachments | Will | | | | | | | | |
| CB-1 | 11/19/24 | Tim Ziemba | Drain Services, Inc. Default Notice dated 10/16/24 | Will | | | | | | | | |
| CB-2 | 11/19/24 | Tim Ziemba | Drain Services, Inc. Default Notice dated 10/7/24 | Will | | | | | | | | |
| CB-3 | 11/19/24 | Tim Ziemba | Drain Services, Inc. Default Notice dated 9/19/24 | Will | | | | | | | | |
| CB-4 | 11/19/24 | Tim Ziemba | Drain Services, Inc. Default Notice dated 7/18/24 | Will | | | | | | | | |
| CB-5 | 11/19/24 | Tim Ziemba | Drain Services, Inc. Default Notice dated 6/19/24 | Will | | | | | | | | |

\* - O - Original Record & Authenticity Only
\* - A - Admitted into Evidence for all purposes
§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Page **1** of **2**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CB-6 | 11/19/2024 | Kevin Cameron | Copy of Envelope and Check from Drain Services, Inc. to Choice Bank | Will | | | | | | | | |
| CB-7 | 11/19/2024 | Kevin Cameron | DSI Check DSI inv holding 6.28.24 thru 10.17 (version 1) spreadsheet | Will | | | | | | | | |
| Doc. # on Docket | 11/19/2024 | Kevin Cameron | Any document filed in this Proceeding, including Schedules, Balance Sheet, Profit and Loss Statement, and bank account statements. | Will (some) | | | | | | | | |

Sandra B. Dittus*
Tracy A. Kennedy*~
John D. Schroeder*
Jocelyn A. Dravitz*
Abigayle M. Lindgren*
Ryan W. Ames*^
Lauren K. Dub

\* Also licensed in Minnesota
~ Also licensed in Arizona
^ Also licensed in Montana

3100 South Columbia Road, Suite 200
Grand Forks ND 58201
(701) 772-8111
(701) 772-7328 (fax)

Website: www.northdakotalaw.net
email: firm@northdakotalaw.net

# Zimney Foster P.C.

Attorneys at Law

October 16, 2024

Drain Services Inc.
415 Main Ave E, Unit 691
West Fargo ND 58078

*Via First Class Mail*

Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 W. Washington Ave, Ste 105,
Fergus Falls, MN 56537
Erik@Ahlgrenlawoffice.net

*Via First Class Mail and email*

**RE:    Drain Services Inc. | North Dakota Bankruptcy No. 23-30352**
**Notice of Default under Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142]**

Dear Drain Services Inc. and Mr. Ahlgren,

As you know, I represent Choice Financial Group ("Choice Bank") with regard to the Bankruptcy matter where Drain Services Inc. is the Debtor, and Mr. Ahlgren is now its attorney, North Dakota Bankruptcy No. 23-30352. I am writing to you to give you each notice that Drain Services Inc. is in default of its obligations under the terms of the Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142] (the "Plan").

Please take notice that Drain Services Inc. is in default under the Plan for the reasons noted below:

1. Failure to pay to Choice Bank $4,689.28 on or before October 15, 2024, required under Article 4, Class 2 of the Plan.

2. Failure to file with the Bankruptcy Court on or before the first business day succeeding the fourteenth calendar day of October 2024 the following items required under Section 8.07 of the Plan: (i) an unaudited statement of profit and loss for the most recently concluded calendar quarter; (ii) an unaudited balance sheet as of the last business day of the most recently concluded calendar quarter; and (iii) when the Debtor has caused a federal tax return to be filed at any time during the most recently concluded calendar quarter, a copy of said federal tax return.

*Trusted Legal Advice Since 1932*

EXHIBIT
CB-1

Page | 2
October 16, 2024

Note, Debtor previously filed profit and loss statements (Doc. 167 and 171), and balance sheets (Doc. 166 and 170) these are entirely inadequate in light of the disclosed bank statements. They lack any details that would be sufficient to understand Debtor's operations and cash flows. Choice Bank believes this is not a good faith attempt to file the required financial statements required under the Plan.

Note further, under applicable IRS regulations, the time for Debtor to have timely filed a 2023 tax return has now expired. While the extension document was previously filed with the court (Doc. 168), the tax return should have now been filed.

This letter is the Default Notice as defined in the Plan at Article 4, Class 2.

Drain Services Inc. may cure the delinquency within ten (10) calendar days of the mailing of this letter. Drain Services Inc. may cure the default by making the delinquent payment to Choice Bank at 4501 23rd Avenue S., Fargo, ND 58104, on or before October 28, 2024 (the first business day after expiration of the 10-day notice period).

Further, Debtor may cure the non-monetary defaults by filing with the Bankruptcy Court on or before October 28, 2024, the following items required under Section 8.07 of the Plan: (i) an unaudited statement of profit and loss for the most recently concluded calendar quarter (and the prior calendar quarter); (ii) an unaudited balance sheet as of the last business day of the most recently concluded calendar quarter (and the prior calendar quarter); and (iii) the Debtor's federal tax return.

If Debtor fails to cure the defaults by October 28, 2024, Choice Bank will bring before the court the Delinquency Motion as contemplated in the Plan.

Note this letter does not amend or supersede the notice sent to you on October 7, 2024. The time to cure the defaults noted in that letter are not extended by this notice.

Regards,

John D. Schroeder

Cc:  Thomas Kaputsa, Subchapter V Trustee (via email only)
     Sarah J. Wencil, Office of the U.S. Trustee (via email only)
     Tim Ziemba, Choice Bank (via email only)

Sandra B. Dittus*
Tracy A. Kennedy*~
John D. Schroeder*
Jocelyn A. Dravitz*
Abigayle M. Lindgren*
Ryan W. Ames*^
Lauren K. Dub

* Also licensed in Minnesota
~ Also licensed in Arizona
^ Also licensed in Montana

3100 South Columbia Road, Suite 200
Grand Forks ND 58201
(701) 772-8111
(701) 772-7328 (fax)

Website: www.northdakotalaw.net
email: firm@northdakotalaw.net

# Zimney Foster P.C.

**Attorneys at Law**

October 7, 2024

Drain Services Inc.
575 County Road 10
Mapleton ND 58059

*Via First Class Mail*

Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 W. Washington Ave, Ste 105,
Fergus Falls, MN 56537
Erik@Ahlgrenlawoffice.net

*Via First Class Mail and email*

**RE:    Drain Services Inc. | North Dakota Bankruptcy No. 23-30352**
**Notice of Default under Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142]**

Dear Drain Services Inc. and Mr. Ahlgren,

As you know, I represent Choice Financial Group ("Choice Bank") with regard to the Bankruptcy matter where Drain Services Inc. is the Debtor, and Mr. Ahlgren is now its attorney, North Dakota Bankruptcy No. 23-30352. I am writing to you to give you each notice that Drain Services Inc. is in default of its obligations under the terms of the Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142] (the "Plan").

Please take notice that Drain Services Inc. is in default under the Plan for the reasons noted below:

1. Failure to pay certain fees and expenses due to Maurice B. VerStandig and The Dakota Bankruptcy Firm, LLC as detailed in the Notice of Default dated September 5, 2024, filed by Maurice B. VerStandig [Doc. 169].

2. Violation of the provisions of the Plan under Section 8.08 Notice of Large Expenditures, in that Debtor had a transfer of $50,000.00 out of Debtor's BankNorth checking account on June 28, 2024, and provided no advance notice to creditors. Despite demand first made by the undersigned on Debtor's counsel on September 4, 2024 for an explanation of this expenditure, none has been provided to date.

*Trusted Legal Advice Since 1932*

EXHIBIT
CB-2

P a g e | 2
October 7, 2024

This letter is the Default Notice as defined in the Plan at Article 4, Class 2. Drain Services Inc. may cure the delinquency within ten (10) calendar days of the mailing of this letter.

If Debtor fails to cure the defaults by October 17, 2024, Choice Bank will bring before the court the Delinquency Motion as contemplated in the Plan.


Regards,

*[signature]*

John D. Schroeder

Cc:   Thomas Kaputsa, Subchapter V Trustee (via email only)
      Sarah J. Wencil, Office of the U.S. Trustee (via email only)
      Tim Ziemba, Choice Bank (via email only)

*Trusted Legal Advice Since 1932*

Sandra B. Dittus*
Tracy A. Kennedy*~
John D. Schroeder*
Jocelyn A. Dravitz*
Abigayle M. Lindgren*
Ryan W. Ames*^

\* Also licensed in Minnesota
~ Also licensed in Arizona
^ Also licensed in Montana

3100 South Columbia Road, Suite 200
Grand Forks ND 58201
(701) 772-8111
(701) 772-7328 (fax)

Website: www.northdakotalaw.net
email: firm@northdakotalaw.net

# Zimney Foster P.C.

### Attorneys at Law

September 19, 2024

Drain Services Inc.
575 County Road 10
Mapleton ND 58059

*Via First Class Mail*

Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 W. Washington Ave, Ste 105
Fergus Falls, MN 56537
Erik@Ahlgrenlawoffice.net

*Via First Class Mail and email*

**RE:   Drain Services Inc. | North Dakota Bankruptcy No. 23-30352**
       **Notice of Default under Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142]**

Dear Drain Services Inc. and Mr. Ahlgren,

As you know, I represent Choice Financial Group ("Choice Bank") with regard to the Bankruptcy matter where Drain Services Inc. is the Debtor, and Mr. Ahlgren is now its attorney, North Dakota Bankruptcy No. 23-30352. I am writing to you to give you each notice that Drain Services Inc. is in default of its obligations under the terms of the Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142] (the "Plan").

Please take notice that Drain Services Inc. is in default under the Plan for its failure to make payment when due and for the other reasons noted below, if any:

1. Failure to pay to Choice Bank $4,689.28 on or before September 15, 2024, required under Article 4, Class 2 of the Plan.

This letter is the Default Notice as defined in the Plan at Article 4, Class 2. Drain Services Inc. may cure the delinquency within ten (10) calendar days of the mailing of this letter. Drain Services Inc. may cure the default by making the delinquent payment to Choice Bank at 4501 23rd Avenue S., Fargo, ND 58104, on or before September 30, 2024 (the first business day after expiration of the 10-day notice period).

*Trusted Legal Advice Since 1932*

**EXHIBIT**

**CB-3**

Page | 2
September 19, 2024

If Debtor fails to cure the default by September 30, 2024, Choice Bank will bring before the court the Delinquency Motion as contemplated in the Plan.

Regards,

*[signature]*

John D. Schroeder

Cc:  Thomas Kaputsa, Subchapter V Trustee (via email only)
     Sarah J. Wencil, Office of the U.S. Trustee (via email only)
     Tim Ziemba, Choice Bank (via email only)

Sandra B. Dittus*
Tracy A. Kennedy*~
John D. Schroeder*
Jocelyn A. Dravitz*
Abigayle M. Lindgren*
Ryan W. Ames*^

\* Also licensed in Minnesota
~ Also licensed in Arizona
^ Also licensed in Montana

3100 South Columbia Road, Suite 200
Grand Forks ND 58201
(701) 772-8111
(701) 772-7328 (fax)

Website: www.northdakotalaw.net
email: firm@northdakotalaw.net

# Zimney Foster P.C.

Attorneys at Law

July 18, 2024

Drain Services Inc.
575 County Road 10
Mapleton ND 58059

*Via First Class Mail*

Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 W. Washington Ave, Ste 105
Fergus Falls, MN 56537
Erik@Ahlgrenlawoffice.net

*Via First Class Mail and email*

**RE: Drain Services Inc. | North Dakota Bankruptcy No. 23-30352
Notice of Default under Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142]**

Dear Drain Services Inc. and Mr. Ahlgren,

As you know, I represent Choice Financial Group ("Choice Bank") with regard to the Bankruptcy matter where Drain Services Inc. is the Debtor, and Mr. Ahlgren is now its attorney, North Dakota Bankruptcy No. 23-30352. I am writing to you to give you each notice that Drain Services Inc. is in default of its obligations under the terms of the Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142] (the "Plan").

Please take notice that Drain Services Inc. is in default under the Plan for its failure to make payment when due and for the other reasons noted below, if any:

1. Failure to pay to Choice Bank $4,689.28 on or before July 15, 2024, required under Article 4, Class 2 of the Plan.

This letter is the Default Notice as defined in the Plan at Article 4, Class 2. Drain Services Inc. may cure the delinquency within ten (10) calendar days of the mailing of this letter. Drain Services Inc. may cure the default by making the delinquent payment to Choice Bank at 4501 23rd Avenue S., Fargo, ND 58104, on or before July 29, 2024 (the first business day after expiration of the 10-day notice period).

*Trusted Legal Advice Since 1932*

**EXHIBIT CB-4**

Page | 2
July 18, 2024

If Debtor fails to cure the default by July 29, 2024, Choice Bank will bring before the court the Delinquency Motion as contemplated in the Plan.


Regards,

*[signature]*

John D. Schroeder

Cc:   Thomas Kaputsa, Subchapter V Trustee (via email only)
      Sarah J. Wencil, Office of the U.S. Trustee (via email only)
      Tim Ziemba, Choice Bank (via email only)

Sandra B. Dittus\*
Tracy A. Kennedy\*~
John D. Schroeder\*
Jocelyn A. Dravitz\*
Abigayle M. Lindgren\*
Ryan W. Ames\*^

\* Also licensed in Minnesota
~ Also licensed in Arizona
^ Also licensed in Montana

3100 South Columbia Road, Suite 200
Grand Forks ND 58201
(701) 772-8111
(701) 772-7328 (fax)

Website: www.northdakotalaw.net
email: firm@northdakotalaw.net

# Zimney Foster P.C.

Attorneys at Law

June 19, 2024

Drain Services Inc.
575 County Road 10
Mapleton ND 58059

*Via First Class Mail*

Erik A. Ahlgren
Ahlgren Law Office, PLLC
220 W. Washington Ave, Ste 105
Fergus Falls, MN 56537
Erik@Ahlgrenlawoffice.net

*Via First Class Mail and email*

**RE:    Drain Services Inc. | North Dakota Bankruptcy No. 23-30352**
**Notice of Default under Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142]**

Dear Drain Services Inc. and Mr. Ahlgren,

As you know, I represent Choice Financial Group ("Choice Bank") with regard to the Bankruptcy matter where Drain Services Inc. is the Debtor, and Mr. Ahlgren is now its attorney, North Dakota Bankruptcy No. 23-30352. I am writing to you to give you each notice that Drain Services Inc. is in default of its obligations under the terms of the Drain Services, Inc's Second Amended Subchapter V Plan of Reorganization [Doc. 142] (the "Plan").

Please take notice that Drain Services Inc. is in default under the Plan for its failure to make payment when due and for the other reasons noted below, if any:

1. Failure to pay to Choice Bank $4,689.28 on or before June 15, 2024, required under Article 4, Class 2 of the Plan.

This letter is the Default Notice as defined in the Plan at Article 4, Class 2. Drain Services Inc. may cure the delinquency within ten (10) calendar days of the mailing of this letter. Drain Services Inc. may cure the default by making the delinquent payment to Choice Bank at 4501 23rd Avenue S., Fargo, ND 58104, on or before July 1, 2024 (the first business day after expiration of the 10-day notice period).

*Trusted Legal Advice Since 1932*

**EXHIBIT**

**CB-5**

P a g e | 2
June 19, 2024

If Debtor fails to cure the default by July 1, 2024, Choice Bank will bring before the court the Delinquency Motion as contemplated in the Plan.

Regards,

*[signature]*

John D. Schroeder

Cc:   Thomas Kaputsa, Subchapter V Trustee (via email only)
      Sarah J. Wencil, Office of the U.S. Trustee (via email only)
      Tim Ziemba, Choice Bank (via email only)

**drainservices** INCORPORATED
415 main ave e, unit 691
west fargo, nd 58078

FARGO ND 581
12 NOV 2024 PM 1 L



fargomoorhead sewer authority

58104-078201

CHOICE BANK
C/O TIM
4501 23RD AVE S
FARGO, ND
58104

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

1176
77-504/913

DATE 11-7-24

PAY TO THE ORDER OF _____

FOUR THOUSAND SIX HUNDRED EIGHTY-NINE 28/100 DOLLARS   $4,689.28

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO OCT '24

⑆091305044⑆ 229319⑆ 01176

EXHIBIT
CB-6
exhibitsticker.com

| DATE | DESCRIPTION | AMOUNT | FROM DSI | TO DSI | BALANCE THIS ACCOUNT |
|---|---|---|---|---|---|
| 6/28/2024 | TRANSFER ONLINE 1742830594 | 50000 | 50000 | | 50000 |
| 7/1/2024 | TRANSFER ONLINE 1742830594 | -4000 | | 4000 | 46000 |
| 7/1/2024 | TRANSFER ONLINE 1742830594 | -2524.8 | | 2524.8 | 43475.2 |
| 7/1/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 42475.2 |
| 7/1/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 41475.2 |
| 7/1/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 40475.2 |
| 7/2/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 39475.2 |
| 7/3/2024 | TRANSFER ONLINE 1742830594 | -4000 | | 4000 | 35475.2 |
| 7/3/2024 | KEVIN PAYROLL JULY PER KEVIN S PHONE CALL | -5000 | | | 35475.2 |
| 7/5/2024 | TRANSFER ONLINE 1742830594 | -5000 | | 5000 | 30475.2 |
| 7/8/2024 | TRANSFER ONLINE 1742830594 | -5000 | | 5000 | 25475.2 |
| 7/8/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 24475.2 |
| 7/9/2024 | TRANSFER ONLINE 1742830594 | -2000 | | 2000 | 22475.2 |
| 7/10/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 21475.2 |
| 7/10/2024 | PHONE TRNSF DEB | -3000 | | 3000 | 18475.2 |
| 7/11/2024 | TRANSFER ONLINE 1742830594 | -11000 | | 11000 | 7475.2 |
| 7/15/2024 | TRANSFER ONLINE 1742830594 | -3000 | | 3000 | 4475.2 |
| 7/16/2024 | TRANSFER ONLINE 1742830594 | -2000 | | 2000 | 2475.2 |
| 7/18/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | 1975.2 |
| 7/19/2024 | TRANSFER ONLINE 1742830594 | -673.96 | | 673.96 | 1301.24 |
| 7/22/2024 | TRANSFER ONLINE 1742830594 | -2000 | | 2000 | -698.76 |
| 7/22/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | -1698.76 |
| 7/23/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | -2198.76 |
| 7/24/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | -2698.76 |
| 7/26/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | -3198.76 |
| 7/26/2024 | TRANSFER ONLINE 1742830594 | 25000 | 25000 | | 21801.24 |
| 7/29/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 20801.24 |
| 7/29/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | 20301.24 |
| 7/30/2024 | TRANSFER ONLINE 1742830594 | -4500 | | 4500 | 15801.24 |
| 7/30/2024 | TRANSFER ONLINE 1742830594 | -4000 | | 4000 | 11801.24 |
| 7/30/2024 | TRANSFER ONLINE 1742830594 | -4000 | | 4000 | 7801.24 |
| 7/30/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | 7301.24 |
| 8/1/2024 | TRANSFER ONLINE 1742830594 | -1500 | | 1500 | 5801.24 |
| 8/1/2024 | TRANSFER ONLINE 1742830594 | -1000 | | 1000 | 4801.24 |
| 8/1/2024 | TRANSFER ONLINE 1742830594 | -500 | | 500 | 4301.24 |
| 8/2/2024 | TRANSFER ONLINE 1742830594 | -4500 | | 4500 | -198.76 |
| 8/2/2024 | TRANSFER ONLINE 1742830594 | -1800 | | 1800 | -1998.76 |
| 8/5/2024 | TRANSFER ONLINE 1742830594 | -200 | | 200 | -2198.76 |
| 8/5/2024 | TRANSFER ONLINE 1742830594 | -200 | | 200 | -2398.76 |
| 8/5/2024 | TRANSFER ONLINE 1742830594 | -200 | | 200 | -2598.76 |
| 8/5/2024 | TRANSFER ONLINE 1742830594 | -100 | | 100 | -2698.76 |

EXHIBIT CB-7

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 8/6/2024 | TRANSFER ONLINE 1742830594 | -300 | 300 | -2998.76 |
| 8/6/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | -3098.76 |
| 8/8/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | -3198.76 |
| 8/9/2024 | TRANSFER ONLINE 1742830594 | -200 | 200 | -3398.76 |
| 8/9/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | -3498.76 |
| 8/12/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | -3598.76 |
| 8/12/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | -3698.76 |
| 8/15/2024 | PHONE TRNSF DEB | -10000 | 10000 | -13698.76 |
| 8/15/2024 | PHONE TRNSF DEB | -2000 | 2000 | -15698.76 |
| 8/15/2024 | AUTO PAYMENT FOR LOAN # 2080743 | -2126.04 | | -15698.76 |
| 8/15/2024 | TRANSFER ONLINE 1742830594 | 33000 | 33000 | 17301.24 |
| 8/15/2024 | TRANSFER ONLINE 1742830594 | 2500 | 2500 | 19801.24 |
| 8/16/2024 | PHONE TRNSF DEB | -2000 | 2000 | 17801.24 |
| 8/19/2024 | TRANSFER ONLINE 1742830594 | -6373.96 | 6373.96 | 11427.28 |
| 8/19/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 10427.28 |
| 8/19/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 9427.28 |
| 8/19/2024 | PHONE TRNSF DEB | -4300 | 4300 | 5127.28 |
| 8/20/2024 | TRANSFER ONLINE 1742830594 | -2000 | 2000 | 3127.28 |
| 8/20/2024 | TRANSFER ONLINE 1742830594 | -100 | 100 | 3027.28 |
| 8/20/2024 | TRANSFER ONLINE 1742830594 | 4000 | 4000 | 7027.28 |
| 8/22/2024 | TRANSFER ONLINE 1742830594 | -900 | 900 | 6127.28 |
| 8/26/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 5127.28 |
| 8/26/2024 | TRANSFER ONLINE 1742830594 | -500 | 500 | 4627.28 |
| 8/26/2024 | TRANSFER ONLINE 1742830594 | -500 | 500 | 4127.28 |
| 8/27/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 3127.28 |
| 8/27/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 2127.28 |
| 8/29/2024 | TRANSFER ONLINE 1742830594 | -6000 | 6000 | -3872.72 |
| 9/19/2024 | TRANSFER ONLINE 1742830594 | -15173.96 | 15173.96 | -19046.68 |
| 9/19/2024 | TRANSFER ONLINE 1742830594 | -150 | 150 | -19196.68 |
| 9/19/2024 | TRANSFER ONLINE 1742830594 | 30000 | 30000 | 10803.32 |
| 9/20/2024 | TRANSFER ONLINE 1742830594 | -400 | 400 | 10403.32 |
| 9/23/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 9403.32 |
| 9/23/2024 | TRANSFER ONLINE 1742830594 | -450 | 450 | 8953.32 |
| 9/26/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 7953.32 |
| 9/26/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 6953.32 |
| 9/27/2024 | TRANSFER ONLINE 1742830594 | -1500 | 1500 | 5453.32 |
| 9/30/2024 | TRANSFER ONLINE 1742830594 | -5000 | 5000 | 453.32 |
| 10/1/2024 | TRANSFER ONLINE 1742830594 | -1500 | 1500 | -1046.68 |
| 10/2/2024 | TRANSFER ONLINE 1742830594 | 13000 | 13000 | 11953.32 |
| 10/3/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 10953.32 |
| 10/3/2024 | TRANSFER ONLINE 1742830594 | 5000 | 5000 | 15953.32 |
| 10/4/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 14953.32 |
| 10/8/2024 | TRANSFER ONLINE 1742830594 | -3000 | 3000 | 11953.32 |
| 10/8/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | 10953.32 |

| Date | Description | Debit | Credit | | Balance |
|---|---|---|---|---|---|
| 10/9/2024 | TRANSFER ONLINE 1742830594 | -5000 | 5000 | | 5953.32 |
| 10/10/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | | 4953.32 |
| 10/11/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | | 3953.32 |
| 10/11/2024 | TRANSFER ONLINE 1742830594 | -1000 | 1000 | | 2953.32 |
| 10/17/2024 | Pending: TRANSFER ONLINE DR | -1873.96 | 1873.96 | | 1079.36 |
| 10/17/2024 | Pending: TRANSFER ONLINE CR | 5000 | 5000 | | 6079.36 |
| 10/17/2024 | Pending: TRANSFER ONLINE DR | -6079.36 | 6079.36 | | 0 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-30352 |
| Drain Services Inc. ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

## DECLARATION OF SERVICE

**KAREN SYRSTAD,** a legal assistant in the office of Zimney Foster P.C., 3100 South Columbia Road, Ste. 200, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on November 15, 2024, she served the following:

1. **CREDITOR CHOICE FINANCIAL GROUP'S EXHIBIT LIST – LIFT OF STAY MOTION w/attached EXHIBITS CB-1 – CB-7**
2. **CREDITOR CHOICE FINANCIAL GROUP'S WITNESS LIST – LIFT OF STAY MOTION**
3. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Erik A. Ahlgren**
Ahlgren Law Office, PLLC
220 West Washington Ave, Ste 105
Fergus Falls MN 56537
erik@ahlgrenlawoffice.net
**Attorney for Debtor**

**Drain Services Inc.**
415 Main Ave E, Unit 691
West Fargo ND 58078

**Sarah J. Wencil**
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

**Robert B. Rashcke**
Assistant U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415

And I declare, under penalty of perjury, that the foregoing is true and correct.

1

Dated: November 15, 2024 at Grand Forks, North Dakota

*/s/ Karen Syrstad*
**KAREN SYRSTAD**