United States Bankruptcy Court
District of North Dakota

In re:  Case No. 23-30352-skh
Drain Services Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3  User: admin  Page 1 of 2
Date Rcvd: Nov 15, 2024  Form ID: pdf2some  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caren W. Stanley | on behalf of Creditor Tony Hamilton cstanley@vogellaw.com jnona@vogellaw.com;sthompson@vogellaw.com;jschares@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Drain Services Inc. erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| ERIK A. AHLGREN | on behalf of Plaintiff Drain Services Inc. erik@ahlgrenlawoffice.net lisa@ahlgrenlaw.net;michael@ahlgrenlaw.net;eaa@trustesolutions.net |
| John D. Schroeder | on behalf of Creditor Choice Financial Group jschroeder@northdakotalaw.net karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |

Case 23-30352   Doc 185   Filed 11/17/24   Entered 11/17/24 23:28:03   Desc Imaged
                    Certificate of Notice   Page 2 of 3

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 15, 2024 | Form ID: pdf2some | Total Noticed: 1 |

Kent Rockstad
    on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kent Rockstad
    on behalf of Creditor USA/SBA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kent Rockstad
    on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Maurice VerStandig
    on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
    on behalf of Attorney Maurice VerStandig mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
    on behalf of Creditor Meckler Marketing Consulting LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Robert B. Raschke
    USTPRegion12.SX.ECF@usdoj.gov

Ross Nilson
    on behalf of Defendant Cecilia Pfau ross@nilsonbrandlaw.com

Ross Nilson
    on behalf of Defendant Joseph Pfau ross@nilsonbrandlaw.com

Sarah Catherine Duffy
    on behalf of Debtor Drain Services Inc. sarah@ahlgrenlawoffice.net maranda@ahlgrenlawoffice.net

Sarah Catherine Duffy
    on behalf of Plaintiff Drain Services Inc. sarah@ahlgrenlawoffice.net maranda@ahlgrenlawoffice.net

Sarah J. Wencil
    on behalf of U.S. Trustee Robert B. Raschke sarah.j.wencil@usdoj.gov

Thomas Kapusta
    tkapusta@aol.com

Tracy A. Kennedy
    on behalf of Creditor Choice Financial Group tracykennedy@northdakotalaw.net brendadipersio@northdakotalaw.net

TOTAL: 19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | Bky. Case No. 23-30352 |
| | Chapter 11, Subchapter V |
| Drain Services, Inc., | |
| Debtor. | |
| ----------------------------------------------/ | |
| Drain Services, Inc. | |
| Plaintiff, | Adversary No. 24-07001 |
| v. | |
| Joseph Pfau, | **ORDER** |
| Cecilia Pfau, | |
| Defendants. | |
| _____/ | |

On October 21, 2024, the Debtor filed a motion seeking approval of a Settlement Agreement executed by the Plaintiff/Debtor and the Defendants Joseph Pfau and Cecilia Pfau. The Plaintiff served notice of the motion, which included a summary of the terms of the settlement. The Court received no objections. Based on the information provided by the Debtor and the documents filed in this case, the Court finds that the Settlement Agreement is fair and equitable, reflects a balance of the risks of litigation with the potential recovery and appears to be in the best interest of the bankruptcy estate. Therefore, **IT IS ORDERED** that the Motion for Approval of Settlement Agreement [Adv. No. 24-07001, Doc. 30; Case No. 23-30352, Doc. 174] is **GRANTED**. The Settlement Agreement filed as [Adv. No. 24-07001, Doc 29; Case No. 23-30352, Doc. 173] is **APPROVED.**

Dated this 15th day of November, 2024.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court