UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Drain Services, Inc. | ) | Case No. 23-30352 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |

MOTION TO APPEAR BY VIDEO

    Thomas J. Kapusta, Subchapter V Trustee, respectively moves this Court to enter an order under Local Rule 5000-2 allowing him to appear by video conference on Tuesday, November 19, 2024 at 10:30 a.m. on for the default motion hearing (Doc. 176 and 178).

The Subchapter V Trustee takes no position on the motion and travel to Fargo, North Dakota would be unduly burdensome and expensive.

    WHEREFORE, Trustee requests that he be allowed to appear by video.

Dated: November 18, 2024

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Drain Services, Inc. | ) | Case No. 23-30352 |
| | ) | |
| | ) | Chapter 11 |
| | ) | Subchapter V |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

Thomas Kapusta, Subchapter V Trustee, hereby certifies the filing of this document caused service via CM/ECF upon all CM/ECF recipients.

Dated: November 18, 2024

/s/ Thomas Kapusta
Thomas Kapusta