UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re:<br><br>Drain Services Inc.,<br><br>                        Debtor.<br>_____/<br>IN THE MATTER OF:<br><br>Default Motion by Choice Financial Group to Lift Automatic Stay as contemplated in the Plan filed November 4, 2024. (Doc. 176)<br><br>Objection by Debtor to Choice Financial Group's Default Motion to Lift Automatic Stay as Contemplated in the Plan filed November 11, 2024. (Doc. 177)<br>_____/ | Bankruptcy No. 23-30352<br>Chapter 11 – Subchapter V |

## ORDER GRANTING CONTINUANCE AND RESCHEDULING HEARING

The parties filed a stipulated motion to continue the hearing scheduled for <u>November 19, 2024.</u> The Court finds cause for granting the continuance.

IT IS ORDERED that Choice Financial Group's Motion to Lift Automatic Stay as contemplated in the Plan (Doc. 176) shall be continued to **<u>Thursday, December 19, 2024, at 2:00 p.m.</u>** <u>in Courtroom #3, Second Floor, Quentin N. Burdick United States Courthouse, 655 First Avenue North, Fargo, North Dakota</u>.

Dated:  November 18, 2024.

*/s/ Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Order served electronically November 18, 2024, to Electronic Mail Notice List for Case No. 23-30352.