UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

Chapter 11, Subchapter V
Case No. 23-30352

Debtor.

APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION
TO ATTORNEY FOR THE DEBTOR

The Ahlgren Law Office, PLLC, as attorney for the Debtor ("Applicant"), respectfully represents as follows:

1. Applicant is the attorney for the Debtor in the above-captioned Chapter 11 subchapter V case.

2. Debtor filed its voluntary petition for relief under Chapter 11 subchapter V on October 2, 2023. The case remains pending in this Court.

3. This court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334, and Federal Rule of Bankruptcy Procedure 5005. Bankruptcy Rule 2016 governs this application. The present matter is a core proceeding.

4. The Order Approving Retention of Counsel was executed by the Honorable Shon Hastings on April 11, 2024.

3. The Debtor's Second Amended Plan of Reorganization was confirmed on January 30, 2024.

6. Applicant has made no previous application for compensation. The Applicant was paid a retainer of $5,000.00 which Applicant has retained in Applicant's trust account pending approval of this application.

7. Pursuant to this current request, Applicant seeks authorization to apply the $5,000 retainer and seeks interim allowance of fees and reimbursement of expenses as follows:

| Fees: | | Hours | Rate | Cost |
|---|---|---|---|---|
| | Erik Ahlgren | 21.2 | 335.00 | 7,102.00 |
| | Sarah Duffy | 13.1 | 275.00 | 3,602.50 |
| | Lisa Tuel-Ahlgren | 8.8 | 175.00 | 1,540.00 |
| | Maranda Gray | 2.6 | 175.00 | 455.00 |
| Expenses: | | | | |
| | Bky Atty Services | | | 41.40 |
| Total: | | | | $12,740.90 |

8. All services rendered and expenses incurred for which compensation or reimbursement is required were performed or incurred for or on behalf of the Debtor; the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

9. Attached to this application are the following:

   a. an itemization of time expended, including a description of the task, the person performing the task and the hourly rate; and

   b. an itemization of all expenses.

10. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity.

   **Wherefore**, Applicant requests the Court to enter an Order awarding the requested fees and expenses.

Ahlgren Law Office, PLLC

Dated: November 20, 2024

/s/Erik A. Ahlgren
Erik A. Ahlgren
North Dakota Bar No. 09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR

Verification

I, Erik A. Ahlgren, the applicant in the foregoing Application for Allowance of Final Compensation to Attorney for the Debtor, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief

Executed on: November 20, 2024          /s/ Erik A. Ahlgren
                                                      Erik A. Ahlgren

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.

Chapter 11, Subchapter V
Case No. 23-30352

Debtor.

NOTICE OF APPLICATION FOR ALLOWANCE OF COMPENSATION TO ATTORNEY FOR THE DEBTOR

NOTICE IS HEREBY GIVEN that Ahlgren Law Office, PLLC has filed an Application for Allowance of Compensation to Attorney for the Debtor, a copy of which is served upon you.

Any response to this motion must be served and filed by delivery or mail not later than twenty-one (21) days from the date of the mailing of this Notice. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED AND SERVED, THE COURT MAY DEEM SUCH RESPONSE WAIVED.

Ahlgren Law Office, PLLC

Dated: November 20, 2024

/s/Erik A. Ahlgren
Erik A. Ahlgren
North Dakota Bar No. 09561
220 West Washington Ave, Ste 105
Fergus Falls, MN 56537
Office: 218-998-2775
erik@ahlgrenlawoffice.net

ATTORNEY FOR DEBTOR



**INVOICE**

Invoice # 1331
Date: 11/15/2024
Due On: 12/15/2024

# Ahlgren Law Office, PLLC

220 W Washington Ave Ste 105
Fergus Falls, MN 56537

Drain Services, Inc.
415 Main Ave E Ste 691
West Fargo, ND 58078

**24-01058**

## Chapter 11 23-30352 District of North Dakota

**Services**

| Type | Date | Notes | Quantity | Rate | Total | Attorney |
|---|---|---|---|---|---|---|
| Service | 04/10/2024 | Review file and confer regarding the same. | 0.80 | $275.00 | $220.00 | SD |
| Service | 04/10/2024 | Confer with S. Duffy to review Pfau Adv Proc; T/C with client; Draft application to retain counsel and supporting documents; Review Plan and draft file notes for meeting with client; T/C with S. Diaz re Jack Doheny claim; Emails with Debtor's former counsel re background; email Subchapter V trustee and S. Wencil of UST re background | 3.20 | $335.00 | $1,072.00 | EA |
| Service | 04/10/2024 | Review documents regarding adversary proceeding; confer with Erik Ahlgren regarding the same. | 0.50 | $275.00 | $137.50 | SD |
| Service | 04/11/2024 | Review application to employ; Draft Notice; Edit application; Review court service matrix; prepare pdf and file with court | 1.50 | $175.00 | $262.50 | LA |
| Service | 04/11/2024 | Meet with Kevin to obtain Adversary Proceeding documents and discuss plan obligations; Follow-up email; T/C re Jack Doheny Companies judgment | 1.50 | $335.00 | $502.50 | EA |
| Service | 04/23/2024 | Draft and file notice of appearance in Adv No 24-07001. | 0.80 | $175.00 | $140.00 | LA |

Page 1 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/30/2024 | Prepare for and appear at pretrial hearing. | 0.70 | $275.00 | $192.50 | SD |
| Service | 05/06/2024 | Receive pretrial, trial, and scheduling orders. Calculate and post deadlines. | 1.00 | $175.00 | $175.00 | MG |
| Service | 05/10/2024 | Prepare and file Notice of Appearance. | 0.50 | $175.00 | $87.50 | MG |
| Service | 05/21/2024 | Review notice regarding deficiencies on plan; confer with Erik Ahlgren regarding the same. | 0.40 | $275.00 | $110.00 | SD |
| Service | 05/21/2024 | T/C with Kevin re Notice of Default under Plan | 0.25 | $335.00 | $83.75 | EA |
| Service | 05/28/2024 | Draft initial disclosures. | 0.50 | $275.00 | $137.50 | SD |
| Service | 05/30/2024 | Contact client regarding plan deficiencies; receive and review documents. | 0.50 | $275.00 | $137.50 | SD |
| Service | 05/31/2024 | Review plan; Redact 3 months of bank statements and tax doc; T/C with ND bankruptcy clerk re filing of bank statements; file bank statements, 2023 tax extension, Qtr 1 2024 Balance Sheet and P & L. | 0.80 | $175.00 | $140.00 | LA |
| Service | 05/31/2024 | Prepare draft initial disclosure in adversary case. | 0.40 | $175.00 | $70.00 | MG |
| Service | 06/04/2024 | Review and respond to Bank of the West payment | 0.25 | $335.00 | $83.75 | EA |
| Service | 06/04/2024 | Review initial disclosures from Pfaus; settlement offer from opposing counsel; draft initial disclosures for Drain Services. | 1.50 | $275.00 | $412.50 | SD |
| Service | 06/05/2024 | Review all documents regarding adversary case in preparation of serving initial disclosures. | 1.00 | $275.00 | $275.00 | SD |
| Service | 06/18/2024 | Email client regarding reissuance of check. | 0.10 | $275.00 | $27.50 | SD |
| Service | 06/19/2024 | Review file documents for adversary action. | 0.40 | $275.00 | $110.00 | SD |
| Service | 06/20/2024 | Correspondence with client regarding offer; send response to opposing attorney regarding the same. | 0.40 | $275.00 | $110.00 | SD |
| Service | 06/27/2024 | Finalize and serve Initial Disclosures in Adversary Case. | 0.70 | $175.00 | $122.50 | MG |
| Service | 06/27/2024 | Participate in phone conference with court for adversary proceeding regarding jury trial. | 0.50 | $275.00 | $137.50 | SD |
| Service | 07/01/2024 | Phone call with client; email opposing counsel regarding status of request for information on invoice dispute. | 0.30 | $275.00 | $82.50 | SD |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 07/18/2024 | Review notice of default; Email to client; T/C with Kevin; Review Plan and promissory note re collection costs; email re same | 0.50 | $335.00 | $167.50 | EA |
| Service | 07/18/2024 | Receive counteroffer; correspondence with client regarding the same. | 0.30 | $275.00 | $82.50 | SD |
| Service | 07/31/2024 | Phone call with client discussing settlement offer in adversary action; draft email and send counteroffer. | 0.50 | $275.00 | $137.50 | SD |
| Service | 08/02/2024 | Correspondence with client and opposing counsel regarding settlement offers. | 0.30 | $275.00 | $82.50 | SD |
| Service | 08/16/2024 | T/C with Kevin; Email bank's attorney | 0.25 | $335.00 | $83.75 | EA |
| Service | 08/20/2024 | Correspondence regarding settlement. | 0.20 | $275.00 | $55.00 | SD |
| Service | 08/21/2024 | Review email from J. Schroeder; Email and T/C with Kevin; Follow-up call with Kevin | 0.25 | $335.00 | $83.75 | EA |
| Service | 08/22/2024 | Review and forward info to bank | 0.20 | $335.00 | $67.00 | EA |
| Service | 08/23/2024 | Review email re BMO plan payment; T/C with Kevin; Reply to email | 0.25 | $335.00 | $83.75 | EA |
| Service | 08/29/2024 | Phone call with client discussing adversary proceeding; review invoices and confer regarding the same; email opposing counsel response to settlement offer. | 0.50 | $275.00 | $137.50 | SD |
| Service | 09/04/2024 | Arrange for redacting and filing quarterly business reports; Reveiw email from J. Schroeder, Choice Bank; Review Plan of Reorganization and draft email re same; T/C and follow-up with K Cameron re Choice Bank information requests; Email J. Schroeder re same | 2.00 | $335.00 | $670.00 | EA |
| Service | 09/05/2024 | Review email re Qtr 2 reporting; redact bank statements and tax return extension; file P & L, balance sheet, bank statements and tax extension with court; calendar quarterly reporting through Qtr 4 of 2028. | 1.50 | $175.00 | $262.50 | LA |
| Service | 09/05/2024 | T/C with Mac re notice of default; Email and leave message with Kevin; Email UST re tax return; Research and draft email re Mac's attorney fees | 2.00 | $335.00 | $670.00 | EA |
| Service | 09/06/2024 | Settlement negotiations. | 0.80 | $275.00 | $220.00 | SD |
| Service | 09/07/2024 | Email Mac re attorney fees | 0.20 | $335.00 | $67.00 | EA |
| Service | 09/18/2024 | Draft settlement agreement. | 1.30 | $275.00 | $357.50 | SD |
| Service | 09/19/2024 | Review and edit Pfau settlement agreement; Draft documents for approval of | 1.70 | $175.00 | $297.50 | LA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | settlement in lead bankruptcy case and adversary, draft proposed orders and proposed stip of dismissal; email docs to Sarah. | | | | |
| Service | 09/19/2024 | Review default notice; email re same | 0.20 | $335.00 | $67.00 | EA |
| Service | 09/19/2024 | Finalize pleadings for settlement; send draft settlement agreement and supporting pleadings to opposing attorney. | 0.40 | $275.00 | $110.00 | SD |
| Service | 09/23/2024 | T/C with Kevin re default notices and litigation settlement | 0.50 | $335.00 | $167.50 | EA |
| Service | 09/23/2024 | Email with opposing attorney regarding revisions to settlement agreement; revise agreement and finalize. | 0.40 | $275.00 | $110.00 | SD |
| Service | 09/29/2024 | Text and email communications re plan payments and required filings; email bank's atty re same | 0.25 | $335.00 | $83.75 | EA |
| Service | 10/08/2024 | Review J. Schroeder default letter; T/C with Kevin re same; Review bank statements and Plan; T/C with M VerStandig; follow-up calls with Kevin to understand factual background; draft response to default letter; Review documents and provide instructions for quarterly reporting | 2.00 | $335.00 | $670.00 | EA |
| Service | 10/09/2024 | Review email re Qtr 3 reporting; redact bank statements; file P & L, balance sheet, bank statements with court | 1.00 | $175.00 | $175.00 | LA |
| Service | 10/09/2024 | Receive final agreement from opposing counsel; send to client for signature. | 0.20 | $275.00 | $55.00 | SD |
| Service | 10/10/2024 | T/C with Kevin re plan payments and contracting issues | 0.25 | $335.00 | $83.75 | EA |
| Service | 10/14/2024 | Send client agreement for signature. | 0.20 | $275.00 | $55.00 | SD |
| Service | 10/16/2024 | Review default notice and prior default notice; T/C with Kevin re same; Email J Schroeder re 10/7 default letter | 0.80 | $335.00 | $268.00 | EA |
| Service | 10/16/2024 | Email correspondence with Ross Nilson regarding finalizing settlement agreement. | 0.20 | $275.00 | $55.00 | SD |
| Service | 10/17/2024 | Review email from J. Schroeder re 10/7 default letter; T/C with Kevin; Email and T/C to Mac; Reply email to J Schroeder | 0.60 | $335.00 | $201.00 | EA |
| Service | 10/21/2024 | update motions and proposed orders to approve Pfau settlement; file settlement agreement and motion to approve settlement agreement in lead bky and adversary case; email proposed orders to | 0.60 | $175.00 | $105.00 | LA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | court; upload filed docs for service | | | | |
| Service | 10/21/2024 | Send fully signed agreement to Lisa for filing with court for settlement approval. | 0.10 | $275.00 | $27.50 | SD |
| Service | 10/22/2024 | file Certificate of service w court | 0.20 | $175.00 | $35.00 | LA |
| Service | 10/25/2024 | Receive and response to client email. | 0.10 | $275.00 | $27.50 | SD |
| Service | 11/04/2024 | Review Default motion filed by Choice Bank; email re same; Review and forward re Dakota Tire claim | 1.00 | $335.00 | $335.00 | EA |
| Service | 11/05/2024 | Review Default Motion; Review Plan and procedures for response to Default Motion; email to Erik and Aaron; calendar response date | 0.20 | $175.00 | $35.00 | LA |
| Service | 11/05/2024 | T/C with M VerStandig re Choice Bank Default motion and his attorney fee claim; T/C with client re same; Email client re payment of Pfau settlement | 0.80 | $335.00 | $268.00 | EA |
| Service | 11/06/2024 | Review proposed financial statements and email re same | 0.25 | $335.00 | $83.75 | EA |
| Service | 11/07/2024 | T/C with Kevin and follow-up email re response to Choice Bank default motion | 0.20 | $335.00 | $67.00 | EA |
| Service | 11/09/2024 | Research and draft Response to Choice Bank Motion for Default; T/C with Kevin; Revise and finalize same | 3.50 | $335.00 | $1,172.50 | EA |
| Service | 11/15/2024 | Edit exhibit list; file exhibit list, witness list and Oct check exhibit; process filed documents to share file. | 0.50 | $175.00 | $87.50 | LA |

**Quantity Subtotal**   45.7

**Services Subtotal**   $12,699.50

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/22/2024 | Bky Atty Services: Service of Motion to approve Pfau settlement agreement | 1.00 | $41.40 | $41.40 |

**Expenses Subtotal**   $41.40

**Quantity Total**   45.7

**Subtotal**   $12,740.90

**Total**   $12,740.90

Invoice # 1331 - 24-01058 - 11/15/2024

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1331 | 12/15/2024 | $12,740.90 | $0.00 | $12,740.90 |
| | | | **Outstanding Balance** | **$12,740.90** |
| | | | **Amount in Trust** | **$16,793.34** |
| | | | **Total Credit** | **$4,052.44** |

Please make all amounts payable to: Ahlgren Law Office, PLLC