UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>DRAIN SERVICES INC | CASE NO: 23-30352<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 190 |

On 11/20/2024, I did cause a copy of the following documents, described below,

Application for allowance of Interim Compensation to attorney for the debtor ECF Docket Reference No. 190

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/20/2024

/s/ Erik A Ahlgren
Erik A Ahlgren  191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br>DRAIN SERVICES INC | CASE NO: 23-30352<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 190 |

On 11/20/2024, a copy of the following documents, described below,

Application for allowance of Interim Compensation to attorney for the debtor ECF Docket Reference No. 190

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/20/2024

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                         DEBTOR
  LABEL MATRIX FOR LOCAL NOTICING    CHOICE FINANCIAL GROUP              DRAIN SERVICES INC
NCRS ADDRESS DOWNLOAD                4501 23RD AVENUE SOUTH              415 MAIN AVE E
CASE 23-30352                        FARGO   ND 58104-8782               STE 691
DISTRICT OF NORTH DAKOTA                                                 WEST FARGO   ND 58078-5327
WED NOV 20 11-57-18 PST 2024


                                                                         EXCLUDE
MECKLER MARKETING CONSULTING  LLC    MIDLAND STATES BANK                 (U)USAIRS
2505 34TH AVENUE SOUTH               BUCALTER PC
FARGO   ND 58104-8802                CO VALERIE BANTNER PEO  ESQ
                                     425 MARKET ST  SUITE 2900
                                     SAN FRANCISCO   CA 94105-2491


EXCLUDE                              EXCLUDE                             EXCLUDE
(U)USASBA                            (U)USASBAIRS                        US BANKRUPTCY COURT
                                                                         655 1ST AVENUE NORTH  SUITE 210
                                                                         FARGO  ND 58102-4932




ACME ELECTRIC MOTOR  INC             ANDREW GREEN                        ARVIG ENTERPRISES  INC
CO SCOTT FOYT  REGISTERED AGENT      HALPERN COTTRELL GREEN PA           FKA SMARTSEARCH
1101 N WASHINGTON STREET             2287 WATERS DR                      150 2ND ST SE
GRAND FORKS   ND 58203-0734          MENDOTA HEIGHTS   MN 55120-1363     PERHAM   MN 56573




BADGER DAYLIGHTING CORPORATION       BANK OF THE WEST                    CHOICE FINANCIAL GROUP
HALPERN COTTRELL GREEN               1560 11TH AVE E                     4501 23RD AVE S
2287 WATERS DRIVE                    WEST FARGO   ND 58078-5202          FARGO   ND 58104-8782
SAINT PAUL   MN 55120-1363




CHOICE FINANCIAL GROUP               CHOICE FINANCIAL GROUP              DSI INVESTMENTS  LLC
CO TRACY A KENNEDY                   CO ZIMNEY FOSTER PC                 1131 LEGION LANE
ZIMNEY FOSTER  PC                    ATTN JOHN D SCHROEDER               WEST FARGO   ND 58078-8531
3100 SOUTH COLUMBIA ROAD  SUITE 200  3100 S COLUMBIA ROAD  SUITE 200
GRAND FORKS   ND 58201-6062          GRAND FORKS   ND 58201-6062




HOLCIM  MWR  INC                     INSURE FORWARD                      (P)INTERNAL REVENUE SERVICE
TA AGGREGATE INDUSTRIES              5650 37TH AVE S                     CENTRALIZED INSOLVENCY OPERATIONS
2815 DODD ROAD STE 101               FARGO   ND 58104-7883               PO BOX 7346
SAINT PAUL   MN 55121-1532                                               PHILADELPHIA PA 19101-7346




INTERNAL REVENUE SERVICE             (P)JEFFERSON CAPITAL SYSTEMS LLC    KALER DOELING  PLLP
PO BOX 7346                          PO BOX 7999                         3429 INTERSTATE BLVD S
PHILADELPHIA   PA 19101-7346         SAINT CLOUD MN 56302-7999           FARGO ND 58103-2213




                                                                         EXCLUDE
KEVIN CAMERON                        KUBOTA CREDIT CORPORATION  USA      (D)MECKLER MARKETING CONSULTING  LLC
CO DRAIN SERVICES INC                PO BOX 2046                         2505 34TH AVENUE SOUTH
415 MAIN AVE E                       GRAPEVINE  TX 76099-2046            FARGO ND 58104-8802
WEST FARGO   ND 58078-5300
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| MECKLER MARKETING CONSULTING  LLC<br>CO MICHAEL L GUST<br>ABST LAW  PC<br>4132 30TH AVENUE SOUTH  SUITE 100<br>FARGO  ND 58104-8407 | MIDLAND STATES BANK<br>CO VALERIE BANTNER PEO  ESQ<br>BUCHALTER PC<br>425 MARKET ST  SUITE 2900<br>SAN FRANCISCO  CA 94105-2491 | NORTH DAKOTA OFFICE OF STATE TAX COMMISS<br>600 E BOULEVARD AVE DEPT 127<br>BISMARCK  ND 58505-0602 |
| ORION FIRST FINANCIAL  LLC<br>PO BOX 2149<br>GIG HARBOR  WA 98335-4149 | OTTER TAIL POWER COMPANY<br>215 S CASCADE ST<br>FERGUS FALLS  MN 56537-2897 | PERMA LINER INDUSTRIES<br>3000 AUTOMOBILE BLVD 300<br>CLEARWATER BEACH  FL 33762 |
| SARAH J WENCIL<br>OFFICE OF THE US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 | SEWER EQUIPMENT CO OF AMERICA<br>1590 DUTCH RD<br>DIXON  IL 61021-8624 | TAX PROFESSIONALS PC<br>DBA ARROW ADVISORS<br>PO BOX 7309<br>FARGO  ND 58106-7309 |
| THE CITY OF MAPLETON  NORTH DAKOTA<br>P O BOX 9<br>MAPLETON  ND 58059-0009 | TONY HAMILTON<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 | TONY HAMILTON<br>CO CAREN W STANLEY<br>VOGEL LAW FIRM<br>PO BOX 1389<br>FARGO ND 58107-1389 |
| US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 | US SMALL BUSINESS ADMINISTRATION<br>2 NORTH STREET SUITE 320<br>BIRMINGHAM  AL 35203 | US SMALL BUSINESS ADMINISTRATION<br>JOHN W BAKER   ATTORNEY<br>721 19TH STREET<br>SUITE 426<br>DENVER CO 80202-2517 |
| (P)XCEL ENERGY<br>ATTN ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | ~~EXCLUDE~~<br>~~ERIK A AHLGREN~~<br>~~AHLGREN LAW OFFICE  PLLC~~<br>~~220 W WASHINGTON AVE~~<br>~~STE 105~~<br>~~FERGUS FALLS  MN 56537-2569~~ | JOHN D SCHROEDER<br>ZIMNEY FOSTER PC<br>3100 S COLUMBIA ROAD  STE 200<br>GRAND FORKS  ND 58201-6062 |
| ~~EXCLUDE~~<br>~~(U)JOHN W BAKER  ATTY US SMALL BUSINESS ADMI~~ | MAURICE VERSTANDIG<br>CO THE DAKOTA BANKRUPTCY FIRM<br>1630 1ST AVENUE N<br>SUITE B PMB 24<br>FARGO  ND 58102-4246 | ROBERT B RASCHKE<br>ASSISTANT US TRUSTEE<br>SUITE 1015 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS  MN 55415-1320 |
| SARAH CATHERINE DUFFY<br>AHLGREN LAW OFFICE<br>220 WEST WASHINGTON AVENUE<br>SUITE 105<br>FERGUS FALLS<br>FERGUS FALLS  MN 56537-2569 | THOMAS KAPUSTA<br>PO BOX 90624<br>SIOUX FALLS  SD 57109-0624 | ~~EXCLUDE~~<br>~~(U)TONY HAMILTON~~ |