# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30352 |
|---|---|
| DRAIN SERVICES, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/25/2024, I did cause a copy of the following documents, described below,

Fourth Application and Notice for Subchapter V Trustee Fees and Expenses

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/25/2024

/s/ Thomas Kapusta
Thomas Kapusta
Subchapter V Trustee

PO Box 90624
Sioux Falls, SD  57109
605 376 6715
tkapusta@aol.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| IN RE: | CASE NO: 23-30352 |
|---|---|
| DRAIN SERVICES, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/25/2024, a copy of the following documents, described below,

Fourth Application and Notice for Subchapter V Trustee Fees and Expenses

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/25/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas Kapusta

PO Box 90624
Sioux Falls, SD  57109

```
USPS FIRST CLASS MAILING RECIPIENTS:                                              Affidavit of first Class USPS Mail Service.
Parties with names struck through or labeled (CM/ECF) were not served via first Class USPS Mail Service.
CASE INFO                              CHOICE FINANCIAL GROUP                    DEBTOR
 LABEL MATRIX FOR LOCAL NOTICING        4501 23RD AVENUE SOUTH                   DRAIN SERVICES INC
 NCRS ADDRESS DOWNLOAD                  FARGO   ND 58104-8782                    415 MAIN AVE E
 CASE 23-30352                                                                   STE 691
 DISTRICT OF NORTH DAKOTA                                                        WEST FARGO   ND 58078-5327
 MON NOV 25 7-39-23 PST 2024



                                                                                 EXCLUDE
 MECKLER MARKETING CONSULTING   LLC     MIDLAND STATES BANK                      (U)USAIRS
 2505 34TH AVENUE SOUTH                 BUCALTER PC
 FARGO   ND 58104-8802                  CO VALERIE BANTNER PEO   ESQ
                                        425 MARKET ST   SUITE 2900
                                        SAN FRANCISCO   CA 94105-2491



 EXCLUDE                                EXCLUDE                                  EXCLUDE
 (U)USASBA                              (U)USASBAIRS                             US BANKRUPTCY COURT
                                                                                 655 1ST AVENUE NORTH  SUITE 210
                                                                                 FARGO   ND 58102-4932




 ACME ELECTRIC MOTOR  INC               ANDREW GREEN                             ARVIG ENTERPRISES  INC
 CO SCOTT FOYT   REGISTERED AGENT       HALPERN COTTRELL GREEN PA                FKA SMARTSEARCH
 1101 N WASHINGTON STREET               2287 WATERS DR                           150 2ND ST SE
 GRAND FORKS   ND 58203-0734            MENDOTA HEIGHTS   MN 55120-1363          PERHAM   MN 56573



 BADGER DAYLIGHTING CORPORATION         BANK OF THE WEST                         CHOICE FINANCIAL GROUP
 HALPERN COTTRELL GREEN                 1560 11TH AVE E                          4501 23RD AVE S
 2287 WATERS DRIVE                      WEST FARGO   ND 58078-5202               FARGO   ND 58104-8782
 SAINT PAUL   MN 55120-1363



 CHOICE FINANCIAL GROUP                 CHOICE FINANCIAL GROUP                   DSI INVESTMENTS   LLC
 CO TRACY A KENNEDY                     CO ZIMNEY FOSTER PC                      1131 LEGION LANE
 ZIMNEY FOSTER   PC                     ATTN JOHN D SCHROEDER                    WEST FARGO   ND 58078-8531
 3100 SOUTH COLUMBIA ROAD   SUITE 200   3100 S COLUMBIA ROAD   SUITE 200
 GRAND FORKS   ND 58201-6062            GRAND FORKS   ND 58201-6062



 HOLCIM  MWR  INC                       INSURE FORWARD                           (P)INTERNAL REVENUE SERVICE
 TA AGGREGATE INDUSTRIES                5650 37TH AVE S                          CENTRALIZED INSOLVENCY OPERATIONS
 2815 DODD ROAD STE 101                 FARGO   ND 58104-7883                    PO BOX 7346
 SAINT PAUL   MN 55121-1532                                                      PHILADELPHIA PA 19101-7346



 INTERNAL REVENUE SERVICE               (P)JEFFERSON CAPITAL SYSTEMS LLC         KALER DOELING   PLLP
 PO BOX 7346                            PO BOX 7999                              3429 INTERSTATE BLVD S
 PHILADELPHIA   PA 19101-7346           SAINT CLOUD MN 56302-7999                FARGO ND 58103-2213




                                                                                 EXCLUDE
 KEVIN CAMERON                          KUBOTA CREDIT CORPORATION   USA          (D)MECKLER MARKETING CONSULTING   LLC
 CO DRAIN SERVICES INC                  PO BOX 2046                              2505 34TH AVENUE SOUTH
 415 MAIN AVE E                         GRAPEVINE   TX 76099-2046                FARGO ND 58104-8802
 WEST FARGO   ND 58078-5300
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled (Bypass) or (CM/ECF) have been bypassed via first Class USPS Mail Service.

```
MECKLER MARKETING CONSULTING  LLC      MIDLAND STATES BANK                    NORTH DAKOTA OFFICE OF STATE TAX
CO MICHAEL L GUST                      CO VALERIE BANTNER PEO  ESQ            COMMISS
ABST LAW  PC                           BUCHALTER PC                           600 E BOULEVARD AVE DEPT 127
4132 30TH AVENUE SOUTH  SUITE 100      425 MARKET ST  SUITE 2900              BISMARCK  ND 58505-0602
FARGO  ND 58104-8407                   SAN FRANCISCO  CA 94105-2491


ORION FIRST FINANCIAL  LLC             OTTER TAIL POWER COMPANY               PERMA LINER INDUSTRIES
PO BOX 2149                            215 S CASCADE ST                       3000 AUTOMOBILE BLVD 300
GIG HARBOR  WA 98335-4149              FERGUS FALLS  MN 56537-2897            CLEARWATER BEACH  FL 33762


SARAH J WENCIL                         SEWER EQUIPMENT CO OF AMERICA          TAX PROFESSIONALS PC
OFFICE OF THE US TRUSTEE               1590 DUTCH RD                          DBA ARROW ADVISORS
SUITE 1015 US COURTHOUSE               DIXON  IL 61021-8624                   PO BOX 7309
300 SOUTH FOURTH STREET                                                       FARGO  ND 58106-7309
MINNEAPOLIS  MN 55415-1320


THE CITY OF MAPLETON  NORTH DAKOTA     TONY HAMILTON                          TONY HAMILTON
P O BOX 9                              VOGEL LAW FIRM                         CO CAREN W STANLEY
MAPLETON  ND 58059-0009                PO BOX 1389                            VOGEL LAW FIRM
                                       FARGO ND 58107-1389                    PO BOX 1389
                                                                              FARGO ND 58107-1389


US BANK NA DBA ELAN FINANCIAL SERVICES US SMALL BUSINESS ADMINISTRATION       US SMALL BUSINESS ADMINISTRATION
BANKRUPTCY DEPARTMENT                  2 NORTH STREET SUITE 320                JOHN W BAKER  ATTORNEY
PO BOX 108                             BIRMINGHAM  AL 35203                   721 19TH STREET
SAINT LOUIS MO 63166-0108                                                     SUITE 426
                                                                              DENVER CO 80202-2517


(P)XCEL ENERGY                         ERIK A AHLGREN                         JOHN D SCHROEDER
ATTN ATTN BANKRUPTCY DEPARTMENT        AHLGREN LAW OFFICE  PLLC               ZIMNEY FOSTER PC
PO BOX 9477                            220 W WASHINGTON AVE                   3100 S COLUMBIA ROAD  STE 200
MINNEAPOLIS MN 55484-0001              STE 105                                GRAND FORKS  ND 58201-6062
                                       FERGUS FALLS  MN 56537-2569


EXCLUDE
(U)JOHN W BAKER  ATTY US SMALL BUSINESS MAURICE VERSTANDIG                    ROBERT B RASCHKE
ADMI                                   CO THE DAKOTA BANKRUPTCY FIRM          ASSISTANT US TRUSTEE
                                       1630 1ST AVENUE N                      SUITE 1015 US COURTHOUSE
                                       SUITE B PMB 24                         300 SOUTH FOURTH STREET
                                       FARGO  ND 58102-4246                   MINNEAPOLIS  MN 55415-1320


                                                                              EXCLUDE
SARAH CATHERINE DUFFY                  THOMAS KAPUSTA                         (U)TONY HAMILTON
AHLGREN LAW OFFICE                     PO BOX 90624
220 WEST WASHINGTON AVENUE             SIOUX FALLS  SD 57109-0624
SUITE 105
FERGUS FALLS
FERGUS FALLS  MN 56537-2569
```