# Drain Services, Inc.

## Balance Sheet
As of December 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Bank North x9319 | 342.18 |
|     QuickBooks Checking Account | 149.35 |
|   **Total Bank Accounts** | **$491.53** |
|   Accounts Receivable | $742,835.80 |
|   Other Current Assets | |
|     Shareholder Loan | 450,272.96 |
|     Undeposited Funds | 10,800.00 |
|   **Total Other Current Assets** | **$461,072.96** |
| **Total Current Assets** | **$1,204,400.29** |
|   Fixed Assets | |
|     -2022 Midsota Equipment | 15,229.39 |
|     -2022 Wells Cargo Trailer | 17,530.14 |
|     -Depreciable Assets | 520,617.05 |
|     -Major Repairs | 42,470.78 |
|     -UV Curing Equipment | 144,000.00 |
|     Accumulated Depreciation | -646,047.35 |
| **Total Fixed Assets** | **$93,800.01** |
|   Other Assets | |
|     Due from DSI Investments | 24,000.00 |
| **Total Other Assets** | **$24,000.00** |
| **TOTAL ASSETS** | **$1,322,200.30** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Long-Term Liabilities | |
|     BOTW Loan | 14,826.69 |
|     Choice Loans (All) | 270,343.39 |
|     EIDL Loan | 527,810.02 |
|     IRS Bankruptcy Claim | 48,854.42 |
|   **Total Long-Term Liabilities** | **$861,834.52** |
| **Total Liabilities** | **$861,834.52** |
|   Equity | |
|     Capital Stock | 1,000.00 |
|     Retained Earnings | 454,043.81 |
|     Shareholder Distributions | -190,143.65 |
|     Net Income | 195,465.62 |
| **Total Equity** | **$460,365.78** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,322,200.30** |

No assurance is provided on these financial statements.