# Drain Services, Inc.

## Profit and Loss
### January - December 2024

|  | TOTAL |
|---|---:|
| **Income** | **$723,903.40** |
| Cost of Goods Sold |  |
|     Equipment Rental for Jobs | 650.32 |
|     Job Materials Purchased | 54,617.75 |
|     Subcontractors Expense | 49,444.99 |
|     Tools and Small Equipment | 9,977.95 |
| **Total Cost of Goods Sold** | **$114,691.01** |
| **GROSS PROFIT** | **$609,212.39** |
| Expenses |  |
|     Advertising & Marketing | 20,106.52 |
|     Auto & Truck Expenses | 95,929.16 |
|     Bank Charges & Fees | 1,326.38 |
|     Business Licenses & Permits | 450.97 |
|     Charitable Contribution | 5,000.00 |
|     Computer & Internet Expenses | 119.28 |
|     Dues & Subscriptions | 2,822.40 |
|     Insurance Expense | 55,997.47 |
|     Interest Expense | 56,715.18 |
|     Meals & Entertainment | 11,668.76 |
|     Merchant Account Fees | 2,720.63 |
|     Miscellaneous Expense | 316.71 |
|     Office Supplies | 1,789.80 |
|     Payroll Expenses | **115,449.80** |
|     Postage & Delivery | 1,078.05 |
|     Professional Fees | 25,133.51 |
|     Repairs & Maintenance | 895.94 |
|     Telephone Expense | 49.38 |
|     Travel Expenses | 12,391.46 |
|     Utilities | 3,870.64 |
| **Total Expenses** | **$413,832.04** |
| **NET OPERATING INCOME** | **$195,380.35** |
| Other Income |  |
|     Interest Income | 85.27 |
| **Total Other Income** | **$85.27** |
| **NET OTHER INCOME** | **$85.27** |
| **NET INCOME** | **$195,465.62** |

No assurance is provided on these financial statements.