**BANKNORTH**

 **ibanknorth.com**

```
                    DRAIN SERVICES INC
                    PO BOX 691
                    WEST FARGO ND 58078



                              AS OF:  10/31/24              PAGE   1



BEGINNING THIS DECEMBER, OUR BANK STATEMENTS WILL HAVE A NEW LOOK.


YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT     9319      PIECES    3        BALANCE
PREV STATEMENT BALANCE  (09/30/24)                                   1,556.14
        1 DEPOSITS / CREDITS ......    52,699.96
          INTEREST PAID ...........
        2 CHECKS / DEBITS ........                 54,220.30
          STATEMENT BALANCE (10/31/24)                                  35.80
AVERAGE COLLECTED BALANCE ........     3,485.66
------------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT     9319
        10/01/24   MOBILE CHECK DEPOSIT            17,600.00
        10/02/24   DIRECT DEPOSIT/ACH              5,000.00
        10/03/24   INTERNET BANKING CREDIT         1,000.00
        10/04/24   INTERNET BANKING CREDIT         1,000.00
        10/08/24   INTERNET BANKING CREDIT         1,000.00
        10/09/24   INTERNET BANKING CREDIT         5,000.00
        10/10/24   INTERNET BANKING CREDIT         1,000.00
        10/11/24   INTERNET BANKING CREDIT         1,000.00
        10/11/24   POINT OF SALE CREDIT               26.00
        10/15/24   INTERNET BANKING CREDIT         2,300.00
        10/16/24   DIRECT DEPOSIT/ACH              5,000.00
        10/17/24   INTERNET BANKING CREDIT         1,873.96
        10/17/24   INTERNET BANKING CREDIT         6,079.36
        10/21/24   INTERNET BANKING CREDIT           600.00
        10/25/24   INTERNET BANKING CREDIT           220.64
        10/25/24   DIRECT DEPOSIT/ACH              4,000.00
------------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT     9319
10/01          503.00 ATM WITHDRAW 10/04           70.53 POINT OF SAL
10/02           60.00 POINT OF SAL 10/07           71.02 POINT OF SAL
10/02        13000.00 INTRNET BK D 10/07           88.04 POINT OF SAL
10/03            4.82 POINT OF SAL 10/07          178.59 POINT OF SAL
10/03           20.30 POINT OF SAL 10/07          234.29 POINT OF SAL
10/03           77.23 POINT OF SAL 10/07          265.23 POINT OF SAL
10/03         5000.00 INTRNET BK D 10/07          342.88 POINT OF SAL
10/04            9.34 POINT OF SAL 10/07          592.93 POINT OF SAL
10/04            9.66 POINT OF SAL 10/09           67.93 POINT OF SAL
10/04           19.09 POINT OF SAL 10/09          103.60 POINT OF SAL
10/04           19.32 POINT OF SAL 10/09          150.00 WEB PAYMENT
10/04           38.19 POINT OF SAL 10/09          500.00 ATM WITHDRAW
```

```
DRAIN SERVICES INC
PO BOX 691
WEST FARGO ND 58078


                        AS OF:  10/31/24              PAGE  2



10/09          5017.38 WEB PAYMENT  10/22          291.66 POINT OF SAL
10/10            26.00 POINT OF SAL 10/23           32.55 POINT OF SAL
10/10            26.00 POINT OF SAL 10/23           53.01 POINT OF SAL
10/10            96.38 POINT OF SAL 10/23           69.68 POINT OF SAL
10/10           517.55 POINT OF SAL 10/23          172.50 WEB PAYMENT
10/11            23.54 POINT OF SAL 10/23          461.10 AUTOMATIC PM
10/11           715.00 POINT OF SAL 10/23          962.16 INTRNET BK D
10/13          2300.00 RECURRING TR 10/24           19.59 POINT OF SAL
10/15            44.01 WEB PAYMENT  10/24           66.00 POINT OF SAL
10/15            44.01 WEB PAYMENT  10/24           83.93 POINT OF SAL
10/15            47.70 POINT OF SAL 10/24          430.73 POINT OF SAL
10/15            69.93 POINT OF SAL 10/24          500.00 ATM WITHDRAW
10/15            93.77 POINT OF SAL 10/25           23.00 POINT OF SAL
10/15            94.00 POINT OF SAL 10/25           36.00 POINT OF SAL
10/15           500.00 ATM WITHDRAW 10/25           40.00 POINT OF SAL
10/16            18.85 POINT OF SAL 10/25           58.54 POINT OF SAL
10/16            79.00 POINT OF SAL 10/28           17.33 POINT OF SAL
10/16            86.48 POINT OF SAL 10/28           54.62 POINT OF SAL
10/17            89.01 POINT OF SAL 10/28           62.29 POINT OF SAL
10/17          5000.00 INTRNET BK D 10/28           72.00 POINT OF SAL
10/18             3.40 POINT OF SAL 10/28           75.00 POINT OF SAL
10/18             3.57 POINT OF SAL 10/28           79.05 POINT OF SAL
10/18            38.01 POINT OF SAL 10/28           85.24 POINT OF SAL
10/18            75.00 POINT OF SAL 10/28           96.84 POINT OF SAL
10/21            14.79 POINT OF SAL 10/28          179.63 POINT OF SAL
10/21            24.80 POINT OF SAL 10/28         1299.13 POINT OF SAL
10/21            35.43 POINT OF SAL 10/29            6.53 POINT OF SAL
10/21            47.49 POINT OF SAL 10/29           23.00 POINT OF SAL
10/21            75.23 POINT OF SAL 10/29           25.54 POINT OF SAL
10/21           115.28 POINT OF SAL 10/29           41.14 POINT OF SAL
10/21           150.77 POINT OF SAL 10/29           53.67 POINT OF SAL
10/21           500.00 ATM WITHDRAW 10/29          100.44 POINT OF SAL
10/21           600.00 INTRNET BK D 10/29         3613.00 AUTOMATIC PM
10/21          1003.00 ATM WITHDRAW 10/30            9.25 POINT OF SAL
10/22            33.85 POINT OF SAL 10/01*  1173   4689.28 CUSTOMER CHE
10/22           101.65 POINT OF SAL 10/17   1174   1200.00 CUSTOMER CHE
----------------------------------------------------------------------
DAILY BALANCES .............. ACCOUNT    ▉9319
  09/30    1556.14  10/01   13963.86  10/02    5903.86  10/03    1801.51
  10/04    2635.38  10/07     862.40  10/08    1862.40  10/09    1023.49
  10/10    1357.56  10/11    1645.02  10/13     654.98- 10/15     751.60
```

```
          DRAIN SERVICES INC
          PO BOX 691
          WEST FARGO ND 58078


                         AS OF:  10/31/24              PAGE  3




   10/16     5567.27   10/17     7231.58   10/18    7111.60   10/21    5144.81
   10/22     4717.65   10/23     2966.65   10/24    1866.40   10/25    5929.50
   10/28     3908.37   10/29       45.05   10/30      35.80   10/31      35.80
```
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
--------------------------------------------------------------------------------

| -------- AUTOMATIC TRANSACTIONS  --------------- - | DEBITS | CREDITS |
|---|---|---|
| 10/01/24  IN9018 208 Main Ave N Thief River F MN | 503.00 | |
| 10/02/24  Intuit         TRANSFER  9002000202 | | 5000.00 |
| 10/02/24  PSF110 JAVA BEAN 517 DINER THIEF RIVER F MN | 60.00 | |
| 10/02/24  TRANSFER        ONLINE     ▮0594 | 13000.00 | |
| 10/03/24  TRANSFER        ONLINE     ▮0594 | | 1000.00 |
| 10/03/24  PSF372 CASEYS #3369 FARGO ND | 4.82 | |
| 10/03/24  PS2540 ACE HARDWARE - THIEF RIVE THIEF R IVER F MN | 20.30 | |
| 10/03/24  PSF381 CASEYS #3369 FARGO ND | 77.23 | |
| 10/03/24  TRANSFER        ONLINE     ▮0594 | 5000.00 | |
| 10/04/24  TRANSFER        ONLINE     ▮0594 | | 1000.00 |
| 10/04/24  PSF382 MAC'S DEVILS LAKE, ND DEVILS LAKE ND | 9.34 | |
| 10/04/24  PS2548 NEWBY'S ACE HARDWARE DEVILS LAKE ND | 9.66 | |
| 10/04/24  PS2538 NEWBY'S ACE HARDWARE DEVILS LAKE ND | 19.09 | |
| 10/04/24  PS2538 MAC'S DEVILS LAKE, ND DEVILS LAKE ND | 19.32 | |
| 10/04/24  PS2546 McDonalds 10209 800-5153636 ND | 38.19 | |
| 10/04/24  PS2541 TST*CHARRAS & TEQUILA Devils Lake ND | 70.53 | |
| 10/07/24  PS2545 BRAKE TIME 705 GRAND FORKS ND | 71.02 | |
| 10/07/24  PS4459 MARATHON PETRO229757 FARGO ND | 88.04 | |
| 10/07/24  PSF382 NAPA ONLINE 877-805-6272 GA | 178.59 | |
| 10/07/24  PS2534 NAPA OF FARGO FARGO ND | 234.29 | |
| 10/07/24  PS2549 GOODIN COMPANY 612-287-1124 MN | 265.23 | |
| 10/07/24  PSF379 BORDER STATES INDUSTRIES 701-2716 199 ND | 342.88 | |
| 10/07/24  PS4450 FERGUSON ENTPRS 3093 844-872-3857 | 592.93 | |

```
          DRAIN SERVICES INC
          PO BOX 691
          WEST FARGO ND 58078


                        AS OF:  10/31/24              PAGE   4




          ND
10/08/24  TRANSFER        ONLINE    ████0594                      1000.00
10/09/24  TRANSFER        ONLINE    ████0594                      5000.00
10/09/24  PS4450 HOLIDAY STATIONS 0469 WEST FARGO      67.93
          ND
10/09/24  PS2540 MENARDS FARGO ND WEST FARGO ND       103.60
10/09/24  INFISV 326 US HWY 59 Mahnomen MN            500.00
10/09/24  SELF LENDER INC PAYMENTS     ████6202       150.00
10/09/24  THE VERSTANDIG LTHE VERSTA4270465600       5017.38
10/10/24  TRANSFER        ONLINE    ████0594                      1000.00
10/10/24  PS4455 UPSIDE* CHIPOTLE HTTPSWWW.UPSI DC     26.00
10/10/24  PS2532 CHIPOTLE ONLINE https://prod. CA      26.00
10/10/24  PS2548 HOLIDAY STATIONS 0399 FARGO ND        96.38
10/10/24  PS2532 GRAINGER 800-4724643 IL              517.55
10/11/24  PSF109 UPSIDE* CHIPOTLE HTTPSWWW.UPSI DC                  26.00
10/11/24  TRANSFER        ONLINE    ████0594                      1000.00
10/11/24  PSF361 FERGUSON ENTPRS 3093 FARGO ND         23.54
10/11/24  PSQ304 SAMS CLUB #8172 FARGO ND             715.00
10/13/24  DRAIN SERVICES INC TO DSI INVESTMENTS LL   2300.00
          C
10/15/24  TRANSFER        ONLINE    ████0594                      2300.00
10/15/24  PSF375 MARATHON PETRO261917 MAPLETON ND      47.70
10/15/24  PS2542 AMAZON MKTPL*698QA5UV3 Amzn.com/b     69.93
          ill WA
10/15/24  PS0A3Z VISTOS TRAILER S 1175 MAI WEST FA     93.77
          RGO ND
10/15/24  PS4449 CENEX-EWING OIL, LLC HILLSBORO ND     94.00
10/15/24  INFISV 3909 13TH AVE SOUT FARGO ND          500.00
10/15/24  XCEL ENERGY-MN  XCELENERGY7411967505         44.01
10/15/24  XCEL ENERGY-MN  XCELENERGY7411967505         44.01
10/16/24  Intuit          TRANSFER 9002000202                    5000.00
10/16/24  PS2544 CENEX-DUSTERHOFT OIL INC GRAND FO     18.85
          RKS ND
10/16/24  PS4448 DOMINO'S 1875 320-235-8277 ND         79.00
10/16/24  PSF364 CENEX-DUSTERHOFT OIL INC GRAND FO     86.48
          RKS ND
10/17/24  TRANSFER        ONLINE    ████0594                      1873.96
10/17/24  TRANSFER        ONLINE    ████0594                      6079.36
10/17/24  PSF378 HOLIDAY STATIONS 0399 FARGO ND        89.01
10/17/24  TRANSFER        ONLINE    ████0594          5000.00
10/18/24  PS2532 CITY OF DICKINSON DICKINSON ND         3.40
```

```
DRAIN SERVICES INC
PO BOX 691
WEST FARGO ND 58078


                        AS OF:  10/31/24                PAGE  5




10/18/24   PSF369 CITY OF DICKINSON DICKINSON ND          3.57
10/18/24   PS4449 KFC F275002 DICKINSON ND               38.01
10/18/24   PSF375 MARATHON PETRO57133 CASSELTON ND        75.00
10/21/24   TRANSFER        ONLINE      ████0594                      600.00
10/21/24   PS4561 City Of Fargo Solid Waste FARGO N       14.79
           D
10/21/24   PS4561 VISTOS TRAILER SALES - 76 WEST FA       24.80
           RGO ND
10/21/24   PSF109 CULVER'S OF FARGO 13TH FARGO ND         35.43
10/21/24   PSF371 VISTOS TRAILER SALES - 76 WEST FA       47.49
           RGO ND
10/21/24   PS4453 NTE 5460 Fargo ND                       75.23
10/21/24   PSF360 CHSC/SW GRAIN-GLADSTON / GLADSTON      115.28
           E ND
10/21/24   PS2544 VISTOS TRAILER SALES - 76 WEST FA      150.77
           RGO ND
10/21/24   INFISV 3100 25TH ST SOUTH FARGO ND            500.00
10/21/24   IN9018 3201 S University Fargo ND            1003.00
10/21/24   TRANSFER        ONLINE      ████0594          600.00
10/22/24   PS2542 McDonalds 10209 800-5153636 ND          33.85
10/22/24   PS4563 HOLIDAY STATIONS 0469 WEST FARGO       101.65
           ND
10/22/24   PSF363 CROSSINGS INN WASECA 5078350022 M      291.66
           N
10/23/24   PS2541 WASECA BP WASECA MN                     32.55
10/23/24   PSF362 WASECA BP WASECA MN                     53.01
10/23/24   PSF378 SAUK CENTRE FLEET SUPPLY SAUK CEN       69.68
           TRE MN
10/23/24   SELF LENDER INC PAYMENTS      ████6202        172.50
10/23/24   TRAVELERS      BUS INSUR 0000408976           461.10
10/23/24   TRANSFER        ONLINE      ████0594          962.16
10/24/24   PS4563 KWIK TRIP #1034 WASECA MN               19.59
10/24/24   PS2544 DOMINO'S 1963 507-833-8888 MN           66.00
10/24/24   PSF369 KWIK TRIP #1034 WASECA MN               83.93
10/24/24   PSF362 MENARDS MANKATO MN MANKATO MN          430.73
10/24/24   INFISV 607 SMITH AVE SOUT SAINT PAUL MN       500.00
10/25/24   TRANSFER        ONLINE      ████0594                      220.64
10/25/24   Intuit          TRANSFER  9002000202                     4000.00
10/25/24   PS2548 TACO BELL #033440 FERGUS FALLS MN       23.00
10/25/24   PS2550 LOWES #02518* OWATONNA MN               36.00
10/25/24   PSF109 TASTY HOUSE OF WASECA WASECA MN         40.00
```

```
DRAIN SERVICES INC
PO BOX 691
WEST FARGO ND 58078


                    AS OF:  10/31/24              PAGE   6



10/25/24   PSF382 CENEX ZIP TRIP FERGUS FALLS MN        58.54
10/28/24   PS4458 HOLIDAY STATIONS 0469 WEST FARGO      17.33
           ND
10/28/24   PS2550 MENARDS FARGO ND WEST FARGO ND        54.62
10/28/24   PSF368 HOLIDAY STATIONS 0469 WEST FARGO      62.29
           ND
10/28/24   PS2549 DOMINO'S 1963 507-833-8888 MN         72.00
10/28/24   PS2540 YELLOW MUSHROOM PIZZA WASECA MN       75.00
10/28/24   PS2542 MARATHON PETRO261917 MAPLETON ND      79.05
10/28/24   PS2536 KWIK TRIP #681 SAINT MICHAEL MN       85.24
10/28/24   PSF363 HOLIDAY STATIONSTORE0508 MAPLE GR     96.84
           OVE MN
10/28/24   PS2540 CROSSINGS INN WASECA WASECA MN       179.63
10/28/24   PSQ304 SAMS CLUB #8172 FARGO ND            1299.13
10/29/24   PS2536 KWIK TRIP #403 OWATONNA MN             6.53
10/29/24   PS2533 TACO BELL 040344 SAUK CENTRE MN       23.00
10/29/24   PS4561 KWIK TRIP #403 OWATONNA MN            25.54
10/29/24   PS2532 LOWES #02518* OWATONNA MN             41.14
10/29/24   PS2549 KWIK TRIP #403 OWATONNA MN            53.67
10/29/24   PSF380 HOLIDAY STATIONS 0447 SAUK CENTRE    100.44
           MN
10/29/24   UNITED FIN CAS  INS PREM       ████138     3613.00
10/30/24   PS2550 CHIPOTLE ONLINE https://prod. CA       9.25
```

**Record Of Deposit**

Institution: BankNorth
Date: 10/1/2024 11:17:03 **AMPT**
Receipt Number: 427503605
Deposit Account Number: [    ]319
Total Transaction Amount: $17600.00
Deposit Channel: Mobile

10/1/2024          17600.00



1173               10/1/2024          4689.28



1174               10/17/2024         1200.00



ibanknorth.com



```
                DRAIN SERVICES INC
                PO BOX 691
                WEST FARGO ND 58078


                         AS OF:  11/29/24              PAGE   1



WE MADE THE MOVE TO A .BANK DOMAIN FOR AN EVEN MORE SECURE BANKING EXPERIENCE.
 IF ITS NOT .BANK - ITS NOT US!

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT      9319      PIECES    5        BALANCE
PREV STATEMENT BALANCE   (10/31/24)                                      35.80
        1 DEPOSITS / CREDITS ......    48,000.00
          INTEREST PAID ...........
        4 CHECKS / DEBITS ........                  51,670.61
          STATEMENT BALANCE (11/29/24)                               3,634.81-
AVERAGE COLLECTED BALANCE ........     370.98
-------------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT      9319
            11/12/24  DIRECT DEPOSIT/ACH             4,000.00
            11/12/24  DIRECT DEPOSIT/ACH            16,800.00
            11/13/24  INTERNET BANKING CREDIT        2,300.00
            11/14/24  INTERNET BANKING CREDIT        3,100.00
            11/15/24  INTERNET BANKING CREDIT        1,000.00
            11/19/24  INTERNET BANKING CREDIT        6,000.00
            11/20/24  INTERNET BANKING CREDIT          250.00
            11/22/24  INTERNET BANKING CREDIT          300.00
            11/25/24  MOBILE CHECK DEPOSIT           10,750.00
            11/26/24  INTERNET BANKING CREDIT          500.00
            11/27/24  INTERNET BANKING CREDIT        3,000.00
-------------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT      9319
11/06          24.69 POINT OF SAL 11/22          21.59 POINT OF SAL
11/12         150.00 WEB PAYMENT   11/22          70.51 POINT OF SAL
11/12        4000.00 INTRNET BK D 11/25           14.90 POINT OF SAL
11/12       16000.00 INTRNET BK D 11/25           14.95 POINT OF SAL
11/13        2300.00 RECURRING TR 11/25           21.00 POINT OF SAL
11/14          44.01 WEB PAYMENT  11/25           62.62 POINT OF SAL
11/14          44.01 WEB PAYMENT  11/25           92.32 POINT OF SAL
11/18          17.06 POINT OF SAL 11/25          200.00 INTRNET BK D
11/18          18.50 POINT OF SAL 11/25          269.48 POINT OF SAL
11/18         101.74 POINT OF SAL 11/25          461.10 AUTOMATIC PM
11/18         503.00 ATM WITHDRAW 11/25        10000.00 INTRNET BK D
11/19          62.66 AUTOMATIC PM 11/26            0.11 POINT OF SAL
11/19          76.24 POINT OF SAL 11/26            3.00 POINT OF SAL
11/19         169.84 POINT OF SAL 11/29           21.49 POINT OF SAL
11/19         511.60 POINT OF SAL 11/29           31.71 POINT OF SAL
11/21         267.24 POINT OF SAL 11/29           44.81 POINT OF SAL
11/22          17.66 POINT OF SAL 11/29           83.12 POINT OF SAL
                ----- CONTINUED ON NEXT PAGE -----
```

```
        DRAIN SERVICES INC
        PO BOX 691
        WEST FARGO ND 58078


                        AS OF:  11/29/24              PAGE   2
```

```
11/29         429.88 POINT OF SAL 11/19      1,176    4689.28 CUSTOMER CHE
11/29        3613.00 AUTOMATIC PM 11/19      1177     1028.36 CUSTOMER CHE
11/14*  1175 2989.13 CUSTOMER CHE 11/27      1178     3200.00 CUSTOMER CHE
```
----------------------------------------------------------------------
```
DAILY BALANCES .............. ACCOUNT    9319
  10/31      35.80  11/06      11.11  11/12     661.11  11/13     661.11
  11/14     683.96  11/15    1683.96  11/18    1043.66  11/19     505.68
  11/20     755.68  11/21     488.44  11/22     678.68  11/25     292.31
  11/26     789.20  11/27     589.20                    11/29    3634.81-
```
----------------------------------------------------------------------
----------------------------------------------------------------------
```
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
```
----------------------------------------------------------------------

| | AUTOMATIC TRANSACTIONS | DEBITS | CREDITS |
|---|---|---|---|
| 11/06/24 | PS2534 EVOICE SERVICES 866-761-8109 CA | 24.69 | |
| 11/12/24 | Intuit        TRANSFER  9002000202 | | 4000.00 |
| 11/12/24 | U.S. BANK NATIONAP PAYMENTWDUSBAPPAY | | 16800.00 |
| 11/12/24 | SELF LENDER INC PAYMENTS        6202 | 150.00 | |
| 11/12/24 | TRANSFER        ONLINE        0594 | 4000.00 | |
| 11/12/24 | TRANSFER        ONLINE       30594 | 16000.00 | |
| 11/13/24 | TRANSFER        ONLINE        0594 | | 2300.00 |
| 11/13/24 | DRAIN SERVICES INC TO DSI INVESTMENTS LLC | 2300.00 | |
| 11/14/24 | TRANSFER        ONLINE        0594 | | 3100.00 |
| 11/14/24 | XCEL ENERGY-MN  XCELENERGY7411967505 | 44.01 | |
| 11/14/24 | XCEL ENERGY-MN  XCELENERGY7411967505 | 44.01 | |
| 11/15/24 | TRANSFER        ONLINE        0594 | | 1000.00 |
| 11/18/24 | PS2536 McDonalds 15040 121-8732995 MN | 17.06 | |
| 11/18/24 | PS2548 PY *PIZZA RANCH DETROIT LAKES MN | 18.50 | |
| 11/18/24 | PS4450 EXXON NORTHSHORE PLAZA DETROIT LAKES MN | 101.74 | |
| 11/18/24 | IN9018 1401 13th Ave E West Fargo ND | 503.00 | |
| 11/19/24 | TRANSFER        ONLINE        0594 | | 6000.00 |
| 11/19/24 | PS2532 HOLIDAY STATIONS 0469 WEST FARGO ND | 76.24 | |
| 11/19/24 | PS4457 MENARDS FARGO ND WEST FARGO ND | 169.84 | |
| 11/19/24 | PS2545 MENARDS FARGO ND 715-876-6378 ND | 511.60 | |
| 11/19/24 | DELUXE CHECK      CHECK/ACC      6800 | 62.66 | |
| 11/20/24 | TRANSFER        ONLINE        0594 | | 250.00 |

----- CONTINUED ON NEXT PAGE -----

```
        DRAIN SERVICES INC
        PO BOX 691
        WEST FARGO ND 58078


                        AS OF:  11/29/24                PAGE   3



11/21/24   PS2550 FERGUSON ENTPRS 3093 FARGO ND        267.24
11/22/24   TRANSFER        ONLINE     ████0594                       300.00
11/22/24   PSF382 FERGUSON ENTPRS 3093 FARGO ND         17.66
11/22/24   PSF361 HOLIDAY STATIONS 0469 WEST FARGO      21.59
           ND
11/22/24   PSF109 HOLIDAY STATIONS 0469 WEST FARGO      70.51
           ND
11/25/24   PS2542 MENARDS MOORHEAD MN MOORHEAD MN       14.90
11/25/24   PSF362 FERGUSON ENTPRS 3093 FARGO ND         14.95
11/25/24   PS2548 TACO BELL 737579 763-489-2991 MN      21.00
11/25/24   PS2546 TST* THE PIGGY BBQ OF WES WEST FA     62.62
           RGO ND
11/25/24   PSF380 OK TIRE - FARGO MAIN RETA FARGO N     92.32
           D
11/25/24   PS2550 THE HOME DEPOT #3701 FARGO ND        269.48
11/25/24   TRAVELERS        BUS INSUR 0000408976       461.10
11/25/24   TRANSFER        ONLINE     ████0594         200.00
11/25/24   TRANSFER        ONLINE     ████0594       10000.00
11/26/24   TRANSFER        ONLINE     ████0594                       500.00
11/26/24   PS4682 OPC*PROF SERVICE FEE 24 ELKHORN N        .11
           E
11/26/24   PS4682 OPC*ONE CALL CENTER PMTS HANOVER       3.00
           MD
11/27/24   TRANSFER        ONLINE     ████0594                      3000.00
11/29/24   PS2540 HOLIDAY STATIONS 0399 FARGO ND        21.49
11/29/24   PS4564 MENARDS FARGO ND WEST FARGO ND        31.71
11/29/24   PSF378 FERGUSON ENTPRS 3093 FARGO ND         44.81
11/29/24   PS2533 HOLIDAY STATIONS 0399 FARGO ND        83.12
11/29/24   PS2547 FERGUSON ENTPRS 3093 FARGO ND        429.88
11/29/24   UNITED FIN CAS   INS PREM  ████8138        3613.00
```

Record Of Deposit

Institution: BankNorth
Date: 11/25/2024 9:25:13 AMPT
Receipt Number: 433017173
Deposit Account Number: ___9319
Total Transaction Amount: $10750.00
Deposit Channel: Mobile

**BACK IMAGE**



 BANKNORTH

ibanknorth.com


```
                DRAIN SERVICES INC
                PO BOX 691
                WEST FARGO ND 58078


                        AS OF:  12/06/24              PAGE   1


WE MADE THE MOVE TO A .BANK DOMAIN FOR AN EVEN MORE SECURE BANKING EXPERIENCE.
 IF ITS NOT .BANK - ITS NOT US!

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT     9319      PIECES    2       BALANCE
PREV STATEMENT BALANCE   (11/29/24)                                 3,634.81-
         DEPOSITS / CREDITS ......    6,000.00
         INTEREST PAID ...........
     2 CHECKS / DEBITS ........                   2,206.89
         STATEMENT BALANCE (12/06/24)                                 158.30
AVERAGE COLLECTED BALANCE ........    1,181.57-
------------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT     9319
            12/02/24  INTERNET BANKING CREDIT       4,000.00
            12/04/24  INTERNET BANKING CREDIT       2,000.00
------------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT     9319
12/02            25.76 POINT OF SAL 12/04          60.00 OVERDRAFT CH
12/02            34.00 POINT OF SAL 12/03*   1179  623.00 CUSTOMER CHE
12/03            85.63 POINT OF SAL 12/03*   1381  1150.14 CUSTOMER CHE
12/03           228.36 POINT OF SAL
------------------------------------------------------------------------------
DAILY BALANCES .............. ACCOUNT     9319
  11/29   3634.81-  12/02   305.43   12/03   1781.70-  12/04    158.30
                                              12/06    158.30
------------------------------------------------------------------------------
------------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
------------------------------------------------------------------------------
-------- AUTOMATIC TRANSACTIONS --------------- -       DEBITS       CREDITS
12/02/24  TRANSFER       ONLINE        0594                          4000.00
12/02/24  PS2534 THE HOME DEPOT #3701 FARGO ND    25.76
12/02/24  PS2542 DOMINO'S 1862 320-235-8277 ND    34.00
12/03/24  PSF376 HOLIDAY STATIONS 0469 WEST FARGO  85.63
          ND
12/03/24  PSF375 MENARDS FARGO ND WEST FARGO ND   228.36
12/04/24  TRANSFER       ONLINE        0594                          2000.00
```

Account 02229319                                                                                  Page 2



1179                              12/3/2024                      623.00

1381                              12/3/2024                      1150.14

**BANKNORTH**

PO BOX 460 | Casselton ND 58012          Date 12/31/24          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

| | | |
|---|---|---|
| Regular Checking | | 3 |
| Account Number | ████9319 | |
| Previous Balance | 158.30 | Statement Dates  12/09/24 thru 12/31/24 |
| 10 Deposits/Credits | 29,833.96 | Days in the statement period      23 |
| 38 Checks/Debits | 29,650.08 | Average Ledger                 755.85 |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 342.18 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $60.00 | $645.00 |
| Total Returned Item Fees | $.00 | $.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 12/09 | Deposit/Credit    1870148022 | 10,000.00 |
| 12/16 | Transfer from x9634 to x9319 | 1,000.00 |
| 12/17 | Transfer from x9634 to x9319 | 400.00 |
| 12/17 | Transfer from x9634 to x9319 | 673.96 |
| 12/17 | TRANSFER    Intuit | 4,000.00 |
| | CCD | |
| 12/18 | Transfer from x9634 to x9319 | 1,000.00 |
| 12/24 | Reverse OD Item Charge | 30.00 |
| 12/24 | Reverse OD Item Charge | 30.00 |
| 12/26 | Deposit/Credit    1883265446 | 9,200.00 |
| 12/30 | Transfer from x9634 to x9319 | 3,500.00 |

Member FDIC

**BANKNORTH**

Date 12/31/24                 Page        2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/09 | TRM#PS4448 EFT WITHDRAWAL 1205 | 24.69 |
|       | EVOICE SERVICES      866 761  CA | |
| 12/09 | PAYMENTS    SELF LENDER INC | 150.00 |
|       | WEB | |
| 12/09 | PAYMENT    1207 020523 | 77.12 |
|       | HOLIDAY STATIO | |
|       | WEST FARGO    ND | |
|       | Card #0898 | |
| 12/09 | PAYMENT    1208 121313 | 145.43 |
|       | SAMSCLUB #8172 | |
|       | FARGO       ND | |
|       | Card #0898 | |
| 12/10 | Transfer from x9319 to x9327 | 1,000.00 |
| 12/10 | Transfer from x9319 to x9634 | 6,000.00 |
| 12/10 | DBT CRD 0000 12/08/24 23932234 | 84.47 |
|       | MENARDS FARGO ND | |
|       | WEST FARGO    ND C#0898 | |
| 12/13 | DBT CRD 0807 12/12/24 08536674 | 610.45 |
|       | FERGUSON ENTPRS 3093 | |
|       | 844 872 3857  ND C#0898 | |
| 12/16 | XCELENERGY XCEL ENERGY MN | 44.01 |
|       | WEB | |
| 12/16 | XCELENERGY XCEL ENERGY MN | 44.01 |
|       | WEB | |
| 12/16 | DBT CRD 1519 12/15/24 67671903 | 13.95 |
|       | CENEX PETRO SERVE USA | |
|       | ADA        MN C#0898 | |
| 12/16 | DBT CRD 1047 12/15/24 04528131 | 87.93- |
|       | MARATHON PETRO20032 | |
|       | GLYNDON     MN C#0898 | |
| 12/17 | ATM W/D 1233 12/17/24 00007526 | 403.50 |
|       | BMO BANK N.A. | |
|       | 412 EAST MAIN | |
|       | ADA        MN C#0898 | |
| 12/17 | Transfer from x9319 to x9634 | 4,000.00 |
| 12/18 | SALE       TAX PROFESSIONAL | 535.00 |
|       | CCD | |
| 12/18 | DBT CRD 1449 12/16/24 49685869 | 52.40 |
|       | TST*WEST MAIN PIZZA GU | |
|       | Ada        MN C#0898 | |
| 12/18 | DBT CRD 1405 12/16/24 23471569 | 94.40 |
|       | MCCOLLUM HARDWARE | |
|       | ADA        MN C#0898 | |
| 12/18 | DBT CRD 1241 12/17/24 72820310 | 95.72 |
|       | CENEX PETRO SERVE USA | |
|       | ADA        MN C#0898 | |
| 12/18 | DBT CRD 1541 12/17/24 81118917 | 469.21 |
|       | FERGUSON ENTPRS 3093 | |
|       | FARGO      ND C#0898 | |
| 12/19 | POS DEB 1315 12/19/24 00449108 | 80.00 |
|       | Gordys Map | |
|       | 3695 163rd Ave SE | |
|       | Mapleton    ND C#0898 | |
| 12/19 | POS DEB 1221 12/19/24 04391029 | 117.57 |
|       | MAC S FARGO | |
|       | 4200 MAIN AVENUE | |
|       | FARGO      ND C#0898 | |

**BANKNORTH**

|  | | Date 12/31/24 | Page | 3 |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 12/19 | DBT CRD 0942 12/17/24 65526410 | 29.68 |
| | MENARDS MOORHEAD MN | |
| | MOORHEAD      MN C#0898 | |
| 12/23 | Paid Item Fee | 30.00 |
| 12/23 | BUS INSUR  TRAVELERS | 461.10 |
| | CCD | |
| 12/23 | Paid Item Fee | 30.00 |
| 12/23 | DBT CRD 0939 12/21/24 62741685 | 18.09 |
| | MARATHON PETRO228973 | |
| | WEST FARGO    ND C#0898 | |
| 12/23 | Paid Item Fee | 30.00 |
| 12/23 | DBT CRD 1014 12/20/24 84614117 | 211.44 |
| | SAMSCLUB #8172 | |
| | FARGO       ND C#0898 | |
| 12/23 | Paid Item Fee | 30.00 |
| 12/26 | Transfer from x9319 to x9634 | 5,000.00 |
| 12/26 | DBT CRD 0928 12/24/24 75043072 | 971.83 |
| | SIXT MINNNEAPOLIS AP P | |
| | SAINT PAUL    MN C#0898 | |
| 12/30 | INS PREM  UNITED FIN CAS | 3,613.00 |
| | PPD | |
| 12/30 | DBT CRD 1656 12/28/24 25987111 | 84.00 |
| | DOMINO S 1862 | |
| | 320 235 8277  ND C#0898 | |
| 12/30 | DBT CRD 1646 12/28/24 19965555 | 93.73 |
| | MARATHON PETRO261917 | |
| | MAPLETON     ND C#0898 | |
| 12/30 | DBT CRD 1002 12/29/24 77639659 | 407.35 |
| | O REILLY 1932 | |
| | FARGO       ND C#0898 | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 12/09 | 1180 | 1,600.00 | 12/18 | 1262 | 900.00 |
| 12/23 | 1261* | 2,010.00 | | | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/09 | 8,161.06 | 12/17 | 1,946.70 | 12/24 | 2,187.91 |
| 12/10 | 1,076.59 | 12/18 | 799.97 | 12/26 | 1,040.26 |
| 12/13 | 466.14 | 12/19 | 572.72 | 12/30 | 342.18 |
| 12/16 | 1,276.24 | 12/23 | 2,247.91 | | |

BANKNORTH



Check: 1180 Amount: $1,600.00 Date: 12/9/2024 Check        1180

Check: 1261 Amount: $2,010.00 Date: 12/23/2024 Check        1261

Check: 1262 Amount: $900.00 Date: 12/18/2024 Check        1262




ibanknorth.com

```
        DSI INVESTMENTS LLC
        1131 LEGION LN W
        WEST FARGO ND 58078



                        AS OF:  10/31/24                PAGE   1



BEGINNING THIS DECEMBER, OUR BANK STATEMENTS WILL HAVE A NEW LOOK.


YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ...........  ACCOUNT █████ 9634    PIECES    0        BALANCE
PREV STATEMENT BALANCE   (09/30/24)                                  4,500.00
        DEPOSITS / CREDITS ......    25,300.00
        INTEREST PAID ...........
        CHECKS / DEBITS .........                  29,600.00
      STATEMENT BALANCE (10/31/24)                                    200.00
AVERAGE COLLECTED BALANCE ........     6,616.55
--------------------------------------------------------------------------
DEPOSITS / CREDITS ..........  ACCOUNT█████ 9634
            10/02/24   INTERNET BANKING CREDIT       13,000.00
            10/03/24   INTERNET BANKING CREDIT        5,000.00
            10/13/24   AUTO TRANSFER FROM CKING       2,300.00
            10/17/24   INTERNET BANKING CREDIT        5,000.00
--------------------------------------------------------------------------
CHECKS / DEBITS ............  ACCOUNT 02229634
10/01       1500.00 INTRNET BK D 10/11       1000.00 INTRNET BK D
10/03       1000.00 INTRNET BK D 10/15       2126.04 AUTO LOAN PA
10/04       1000.00 INTRNET BK D 10/15       2300.00 INTRNET BK D
10/08       1000.00 INTRNET BK D 10/17       1873.96 INTRNET BK D
10/08       3000.00 INTRNET BK D 10/17       6079.36 INTRNET BK D
10/09       5000.00 INTRNET BK D 10/23       1500.00 INTRNET BK D
10/10       1000.00 INTRNET BK D 10/25        220.64 INTRNET BK D
10/11       1000.00 INTRNET BK D
--------------------------------------------------------------------------
DAILY BALANCES ............  ACCOUNT █████ 634
  09/30    4500.00    10/01    3000.00    10/02   16000.00    10/03   20000.00
  10/04   19000.00    10/08   15000.00    10/09   10000.00    10/10    9000.00
  10/11    7000.00    10/13    9300.00    10/15    4873.96    10/17    1920.64
  10/23     420.64    10/25     200.00                        10/31     200.00
--------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
--------------------------------------------------------------------------
--------  AUTOMATIC TRANSACTIONS  -------------- -        DEBITS        CREDITS
10/01/24   TRANSFER        ONLINE    █████ 0594      1500.00
10/02/24   TRANSFER        ONLINE    █████ 0594                       13000.00
10/03/24   TRANSFER        ONLINE    █████ 594                         5000.00
```

```
        DSI INVESTMENTS LLC
        1131 LEGION LN W
        WEST FARGO ND 58078



                        AS OF:  10/31/24              PAGE  2



10/03/24   TRANSFER        ONLINE    ████0594        1000.00
10/04/24   TRANSFER        ONLINE    ████0594        1000.00
10/08/24   TRANSFER        ONLINE    ████0594        1000.00
10/08/24   TRANSFER        ONLINE    ████0594        3000.00
10/09/24   TRANSFER        ONLINE    ████0594        5000.00
10/10/24   TRANSFER        ONLINE    ████0594        1000.00
10/11/24   TRANSFER        ONLINE    ████0594        1000.00
10/11/24   TRANSFER        ONLINE    ████0594        1000.00
10/13/24   DRAIN SERVICES INC TO DSI INVESTMENTS LL            2300.00
           C
10/15/24   TRANSFER        ONLINE    ████0594        2300.00
10/15/24   AUTO PAYMENT FOR LOAN #  2080743          2126.04
10/17/24   TRANSFER        ONLINE    ████0594                  5000.00
10/17/24   TRANSFER        ONLINE    ████0594        1873.96
10/17/24   TRANSFER        ONLINE    ████0594        6079.36
10/23/24   TRANSFER        ONLINE    ████0594        1500.00
10/25/24   TRANSFER        ONLINE    ████0594         220.64
```

 

ibanknorth.com

```
        DSI INVESTMENTS LLC
        1131 LEGION LN W
        WEST FARGO ND 58078


                        AS OF:  11/29/24                    PAGE  1


WE MADE THE MOVE TO A .BANK DOMAIN FOR AN EVEN MORE SECURE BANKING EXPERIENCE.
 IF ITS NOT .BANK - ITS NOT US!

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT█████ 9634      PIECES      1        BALANCE
PREV STATEMENT BALANCE   (10/31/24)                                       200.00
        DEPOSITS / CREDITS ......    32,300.00
        INTEREST PAID ...........
    1 CHECKS / DEBITS ........                       26,000.00
        STATEMENT BALANCE (11/29/24)                                    6,500.00
AVERAGE COLLECTED BALANCE ........     4,096.55
----------------------------------------------------------------------------
DEPOSITS / CREDITS .......... ACCOUNT█████ 634
            11/12/24  INTERNET BANKING CREDIT        4,000.00
            11/12/24  INTERNET BANKING CREDIT       16,000.00
            11/13/24  AUTO TRANSFER FROM CKING       2,300.00
            11/25/24  INTERNET BANKING CREDIT       10,000.00
----------------------------------------------------------------------------
CHECKS / DEBITS ............. ACCOUNT█████ 9634
11/06        100.00 INTRNET BK D 11/19       6000.00 INTRNET BK D
11/13       1000.00 INTRNET BK D 11/20        250.00 INTRNET BK D
11/13       2300.00 INTRNET BK D 11/22        300.00 INTRNET BK D
11/13       4000.00 PHONE TRNSF  11/22        300.00 INTRNET BK D
11/14       3100.00 INTRNET BK D 11/25        100.00 INTRNET BK D
11/15        873.96 INTRNET BK D 11/26         50.00 INTRNET BK D
11/15       1000.00 INTRNET BK D 11/26        500.00 INTRNET BK D
11/15       1000.00 INTRNET BK D 11/27       3000.00 INTRNET BK D
11/15       2126.04 AUTO LOAN PA
----------------------------------------------------------------------------
DAILY BALANCES ............. ACCOUNT█████ 634
  10/31      200.00  11/06      100.00  11/12    20100.00  11/13    15100.00
  11/14    12000.00  11/15     7000.00  11/19     1000.00  11/20      750.00
  11/22      150.00  11/25    10050.00  11/26     9500.00  11/27     6500.00
                                                           11/29     6500.00
----------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1-877-847-4540.  AFTER HOURS
CALL 1-800-535-8440 OR, IF OUTSIDE THE U.S. CALL 1-402-399-3600.
----------------------------------------------------------------------------
-------- AUTOMATIC TRANSACTIONS --------------- -         DEBITS      CREDITS
11/06/24  TRANSFER      ONLINE   █████594               100.00
11/12/24  TRANSFER      ONLINE   █████0594                            4000.00
            ----- CONTINUED ON NEXT PAGE -----
```

```
          DSI INVESTMENTS LLC
          1131 LEGION LN W
          WEST FARGO ND 58078


                              AS OF:  11/29/24              PAGE  2



11/12/24   TRANSFER        ONLINE       ████0594                        16000.00
11/13/24   DRAIN SERVICES INC TO DSI INVESTMENTS LL                      2300.00
           C
11/13/24   TRANSFER        ONLINE       ████0594          1000.00
11/13/24   TRANSFER        ONLINE       ████0594          2300.00
11/14/24   TRANSFER        ONLINE       ████0594          3100.00
11/15/24   AUTO PAYMENT FOR LOAN #    ██0743              2126.04
11/15/24   TRANSFER        ONLINE       ████0594           873.96
11/15/24   TRANSFER        ONLINE       ████0594          1000.00
11/15/24   TRANSFER        ONLINE       ████0594          1000.00
11/19/24   TRANSFER        ONLINE       ████0594          6000.00
11/20/24   TRANSFER        ONLINE       ████0594           250.00
11/22/24   TRANSFER        ONLINE       ████0594           300.00
11/22/24   TRANSFER        ONLINE       ████0594           300.00
11/25/24   TRANSFER        ONLINE       ████0594                        10000.00
11/25/24   TRANSFER        ONLINE       ████0594           100.00
11/26/24   TRANSFER        ONLINE       ████0594            50.00
11/26/24   TRANSFER        ONLINE       ████0594           500.00
11/27/24   TRANSFER        ONLINE       ████0594          3000.00
```

**BankNorth**
**Casselton**
**Transfer From Checking**

| | |
|---|---|
| **Account** | ▇9634 |
| **Name** | DSI INVESTMENTS LLC |
| **Tran Date** | 11/13/2024 |
| **Tran TS** | 11/13/2024 11:38:46 AM |
| **Teller Name** | ATD |

**4,000.00**

**PER KEVIN'S EMAIL TO CAMI**

000000000      11/13/2024
4000.00

BankNorth
▇5044<
11/13/2024

Back of Image

000000000      11/13/2024
4000.00

 **BANKNORTH**

ibanknorth.com



```
         DSI INVESTMENTS LLC
         1131 LEGION LN W
         WEST FARGO ND 58078


                            AS OF:  12/06/24              PAGE  1



WE MADE THE MOVE TO A .BANK DOMAIN FOR AN EVEN MORE SECURE BANKING EXPERIENCE.
 IF ITS NOT .BANK   ITS NOT US!

YOUR ACCOUNT TYPE IS:  REGULAR ACCOUNT
CHECKING SUMMARY ........... ACCOUNT ████ 634      PIECES    0        BALANCE
PREV STATEMENT BALANCE   (11/29/24)                                 6,500.00
         INTEREST PAID ............
         CHECKS / DEBITS ........              6,500.00
         STATEMENT BALANCE (12/06/24)                                   0.00
AVERAGE COLLECTED BALANCE ......... 2,571.43
--------------------------------------------------------------------------------
CHECKS / DEBITS ............ ACCOUNT ████ 9634
12/02          4000.00 INTRNET BK D 12/04         2000.00 INTRNET BK D
12/04           500.00 INTRNET BK D
--------------------------------------------------------------------------------
DAILY BALANCES ............. ACCOUNT ████ 634
  11/29   6500.00  12/02   2500.00  12/04        .00  12/06         .00
--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
YOU NEED TO REPORT A LOST OR STOLEN DEBIT/ATM CARD IMMEDIATELY IN ORDER TO
LIMIT UNAUTHORIZED USE OF THE CARD. TELEPHONE US AT 1 877 847 4540.  AFTER HOURS
CALL 1 800 535 8440 OR, IF OUTSIDE THE U.S. CALL 1 402 399 3600.
--------------------------------------------------------------------------------
-------- AUTOMATIC TRANSACTIONS --------------- -         DEBITS       CREDITS
12/02/24  TRANSFER      ONLINE ████ 594          4000.00
12/04/24  TRANSFER      ONLINE ████ 594           500.00
12/04/24  TRANSFER      ONLINE ████ 594          2000.00
```

# BANKNORTH

PO BOX 460 | Casselton ND 58012          Date 12/31/24          Page      1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

```
Regular Checking                                                          0
Account Number                 ███9634   Statement Dates  12/09/24 thru 12/31/24
Previous Balance                   .00   Days in the statement period         23
   3 Deposits/Credits          15  0.00  Average Ledger                 3,425.90
  12 Checks/Debits          15,000.00
Service Charge                     .00
Interest Paid                      .00
Ending Balance                     .00
```

|  | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 12/10 | Transfer from x9319 to x9634 | 6,000.00 |
| 12/17 | Transfer from x9319 to x9634 | 4,000.00 |
| 12/26 | Transfer from x9319 to x9634 | 5,000.00 |

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 12/13 | Transfer to Loan | 2,126.04 |
|  | Acct No.       ███0743 |  |
| 12/16 | Transfer from x963█ o x9319 | 1,000.00 |
| 12/16 | Transfer from x963█ o x9327 | 1,000.00 |
| 12/17 | Transfer from x9634 to x9319 | 400.00 |
| 12/17 | Transfer from x9634 to x9319 | 673.96 |
| 12/17 | Transfer from x9634 to x9327 | 800.00 |
| 12/18 | Transfer from x9634 to x9319 | 1,000.00 |
| 12/20 | Transfer from x9634 to x9327 | 1,200.00 |
| 12/26 | Transfer from x9634 to x9327 | 800.00 |
| 12/30 | Transfer from x9634 to x9319 | 3,500.00 |
| 12/31 | Transfer from x9634 to x9327 | 500.00 |
| 12/31 | Transfer from x9634 to x0651 | 2,000.00 |

Member FDIC

**BANKNORTH**

Date 12/31/24          Page      2

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/09 | .00 | 12/17 | 4,000.00 | 12/30 | 2,500.00 |
| 12/10 | 6,000.00 | 12/18 | 3,000.00 | 12/31 | .00 |
| 12/13 | 3,873.96 | 12/20 | 1,800.00 | | |
| 12/16 | 1,873.96 | 12/26 | 6,000.00 | | |