# Drain Services, Inc.

## Balance Sheet
As of March 31, 2025

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Bank North x9319 | 4,021.87 |
|     QuickBooks Checking Account | 6,501.19 |
|   **Total Bank Accounts** | **$10,523.06** |
|   Accounts Receivable | $742,835.80 |
|   Other Current Assets | |
|     Shareholder Loan | 450,272.96 |
|     Undeposited Funds | 10,800.00 |
|   **Total Other Current Assets** | **$461,072.96** |
| **Total Current Assets** | **$1,214,431.82** |
|   Fixed Assets | |
|     -2022 Midsota Equipment | 15,229.39 |
|     -2022 Wells Cargo Trailer | 17,530.14 |
|     -Depreciable Assets | 520,617.05 |
|     -Major Repairs | 42,470.78 |
|     -UV Curing Equipment | 144,000.00 |
|     Accumulated Depreciation | -646,047.35 |
|   **Total Fixed Assets** | **$93,800.01** |
|   Other Assets | |
|     Due from DSI Investments | 24,000.00 |
|   **Total Other Assets** | **$24,000.00** |
| **TOTAL ASSETS** | **$1,332,231.83** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Long-Term Liabilities | |
|     BOTW Loan | 14,348.78 |
|     Choice Loans (All) | 261,624.55 |
|     EIDL Loan | 527,810.02 |
|     IRS Bankruptcy Claim | 46,103.60 |
|   **Total Long-Term Liabilities** | **$849,886.95** |
| **Total Liabilities** | **$849,886.95** |
|   Equity | |
|     Capital Stock | 1,000.00 |
|     Retained Earnings | 459,365.78 |
|     Shareholder Distributions | -79,822.63 |
|     Net Income | 101,801.73 |
|   **Total Equity** | **$482,344.88** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,332,231.83** |

No assurance is provided on these financial statements.