# Profit and Loss

## Drain Services, Inc.

### January-March, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Income | **$176,675.00** |
| Cost of Goods Sold | |
|   Job Materials Purchased | 3,885.99 |
|   Subcontractors Expense | 8,877.40 |
|   Tools and Small Equipment | 3,288.83 |
| **Total for Cost of Goods Sold** | **$16,052.22** |
| **Gross Profit** | **$160,622.78** |
| Expenses | |
|   Advertising & Marketing | 4,949.94 |
|   Auto & Truck Expenses | 7,335.34 |
|   Bank Charges & Fees | 748.69 |
|   Business Licenses & Permits | 215.00 |
|   Dues & Subscriptions | 198.00 |
|   Insurance Expense | 8,609.30 |
|   Interest Expense | 14,287.19 |
|   Meals & Entertainment | 1,671.72 |
|   Merchant Account Fees | 1,903.81 |
|   Payroll Expenses | 15,636.17 |
|   Postage & Delivery | 61.30 |
|   Travel Expenses | 1,062.29 |
|   Utilities | 2,157.82 |
| **Total for Expenses** | **$58,836.57** |
| **Net Operating Income** | **$101,786.21** |
| Other Income | |
|   Interest Income | 15.52 |
| **Total for Other Income** | **$15.52** |
| Other Expenses | |
| **Net Other Income** | **$15.52** |
| **Net Income** | **$101,801.73** |

No assurance is provided on these financial statements.