**BANKNORTH**

PO BOX 460 | Casselton ND 58012              Date  1/31/25          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

```
Regular Checking                                                            7
Account Number              9319    Statement Dates   1/01/25 thru  2/02/25
Previous Balance          342.18    Days in the statement period         33
   21 Deposits/Credits  78,550.00    Average Ledger                   634.81
   53 Checks/Debits     69,346.71
Service Charge               .00
Interest Paid                .00
Ending Balance          9,545.47
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $210.00 | $210.00 |
| Total Returned Item Fees | $.00 | $.00 |
| Prior Year Total Overdraft Fees  2024 |  | $645.00 |
| Prior Year Total Returned Item Fees  2024 |  | $.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 1/03 | Reverse OD Item Charge | 30.00 |
| 1/03 | Reverse OD Item Charge | 30.00 |
| 1/06 | Reverse OD Item Charge | 30.00 |
| 1/06 | Deposit/Credit    1892881006 | 23,250.00 |
| 1/07 | Transfer from x9634 to x9319 | 10,000.00 |
| 1/08 | Transfer from x9634 to x9319 | 2,300.00 |
| 1/09 | Reverse OD Item Charge | 30.00 |
| 1/09 | Reverse OD Item Charge | 30.00 |
| 1/09 | Transfer from x9634 to x9319 | 1,000.00 |
| 1/10 | Transfer from x9634 to x9319 | 3,000.00 |



Date  1/31/25          Page      2

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|--------|
| 1/14 | Reverse OD Item Charge | 30.00 |
| 1/14 | Reverse OD Item Charge | 30.00 |
| 1/14 | Reverse OD Item Charge | 30.00 |
| 1/14 | Reverse OD Item Charge | 30.00 |
| 1/15 | Reverse OD Item Charge | 30.00 |
| 1/15 | Transfer from x9634 to x9319 | 3,500.00 |
| 1/21 | Deposit/Credit     1903971338 | 10,200.00 |
| 1/23 | TRANSFER    Intuit | 6,000.00 |
|      | CCD | |
| 1/27 | TRANSFER    Intuit | 5,000.00 |
|      | CCD | |
| 1/28 | TRANSFER    Intuit | 8,000.00 |
|      | CCD | |
| 1/31 | TRANSFER    Intuit | 6,000.00 |
|      | CCD | |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 1/02 | Paid Item Fee | 30.00- |
| 1/02 | DBT CRD 1558 01/01/25 90848136 | 6.86- |
|      | DOLLAR GENERAL #18526 | |
|      | WYNDMERE      ND C#0898 | |
| 1/02 | Paid Item Fee | 30.00- |
| 1/02 | DBT CRD 0806 12/31/24 06410808 | 75.83- |
|      | MARATHON PETRO228973 | |
|      | WEST FARGO     ND C#0898 | |
| 1/02 | Paid Item Fee | 30.00- |
| 1/03 | DBT CRD 1552 01/01/25 87780777 | 50.00- |
|      | THE BLACK PELICAN | |
|      | WYNDMERE      ND C#0898 | |
| 1/03 | Paid Item Fee | 30.00- |
| 1/06 | Transfer from x9319 to x9634 | 21,000.00- |
| 1/07 | Transfer to DDA | 2,300.00- |
|      | Acct No.       2229634 | |
| 1/08 | ATM W/D 1553 01/07/25 00005906 | 503.00- |
|      | WELLS FARGO BANK | |
|      | 1401 13th Ave E | |
|      | West Fargo     ND C#0898 | |
| 1/08 | SALE      IN-LINE RENEWAL | 9,876.94- |
|      | CCD | |
| 1/08 | Paid Item Fee | 30.00- |
| 1/08 | DBT CRD 1011 01/07/25 83171492 | 72.58- |
|      | FERGUSON ENTPRS 3093 | |
|      | 844-872-3857  ND C#0898 | |
| 1/08 | Paid Item Fee | 30.00- |
| 1/08 | DBT CRD 1043 01/07/25 02376105 | 87.58- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 1/08 | Paid Item Fee | 30.00- |
| 1/09 | PAYMENTS    SELF LENDER INC | 150.00- |
|      | WEB | |
| 1/09 | DBT CRD 1711 01/07/25 34643812 | 66.00- |
|      | DOMINO S 1862 | |
|      | 320-235-8277  ND C#0898 | |
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | PAYMENT     RESOLVE | 5,464.29- |
|      | CCD | |



Date  1/31/25          Page      3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | DBT CRD 1235 01/09/25 69015194 | 25.00- |
|      | DOMINO S 1862 | |
|      | 320-235-8277  ND C#0898 | |
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | DBT CRD 1256 01/12/25 81737691 | 36.22- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | DBT CRD 1017 01/10/25 86235165 | 80.00- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | DBT CRD 1703 01/11/25 26125371 | 80.00- |
|      | CASEYS #3362 1 CENTER | |
|      | DILWORTH      MN C#0898 | |
| 1/13 | Paid Item Fee | 30.00- |
| 1/13 | DBT CRD 0759 01/11/25 03703971 | 113.15- |
|      | BUILD.COM | |
|      | 800-375-3403  CA C#0898 | |
| 1/14 | DBT CRD 1701 01/11/25 28615716 | 13.95- |
|      | CASEYS #3362 | |
|      | DILWORTH      MN C#0898 | |
| 1/14 | Paid Item Fee | 30.00- |
| 1/15 | Paid Item Fee | 30.00- |
| 1/16 | XCELENERGY XCEL ENERGY-MN | 87.79- |
|      | WEB | |
| 1/16 | Paid Item Fee | 30.00- |
| 1/16 | XCELENERGY XCEL ENERGY-MN | 196.59- |
|      | WEB | |
| 1/16 | Paid Item Fee | 30.00- |
| 1/21 | Transfer to DDA | 2,300.00- |
|      | Acct No.      2229634 | |
| 1/23 | Transfer from x9319 to x9327 | 500.00- |
| 1/23 | BUS INSUR  TRAVELERS | 461.10- |
|      | CCD | |
| 1/24 | Transfer Per Kevin | 5,000.00- |
| 1/27 | Transfer from x9319 to x0651 | 5,000.00- |
| 1/28 | Transfer from x9319 to x9327 | 600.00- |
| 1/28 | INS PREM   UNITED FIN CAS | 3,613.00- |
|      | PPD | |
| 1/28 | DBT CRD 1244 01/27/25 73459786 | 57.85- |
|      | CENEX-FARMERS COOPERAT | |
|      | BARNESVILLE   MN C#0898 | |
| 1/31 | PAYMENT    RESOLVE | 479.23- |
|      | CCD | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 1/02 | 1263 | 1,200.00 | 1/13 | 1267 | 1,819.00 |
| 1/08 | 1264 | 1,220.00 | 1/29 | 1268 | 877.40 |
| 1/10 | 1265 | 2,000.00 | 1/23 | 1270* | 1,200.00 |
| 1/15 | 1266 | 2,223.35 | | | |



Date  1/31/25          Page     4

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 342.18 | 1/10 | 1,223.39 | 1/24 | 1,172.95 |
| 1/02 | 1,030.51- | 1/13 | 6,574.27- | 1/27 | 1,172.95 |
| 1/03 | 1,050.51- | 1/14 | 6,498.22- | 1/28 | 4,902.10 |
| 1/06 | 1,229.49 | 1/15 | 5,221.57- | 1/29 | 4,024.70 |
| 1/07 | 8,929.49 | 1/16 | 5,565.95- | 1/31 | 9,545.47 |
| 1/08 | 620.61- | 1/21 | 2,334.05 | | |
| 1/09 | 223.39 | 1/23 | 6,172.95 | | |



Check: 1263 Amount: $1,200.00 Date: 1/2/2025 Check    1263

Check: 1264 Amount: $1,220.00 Date: 1/8/2025 Check    1264



Check: 1265 Amount: $2,000.00 Date: 1/10/2025 Check    1265

Check: 1266 Amount: $2,223.35 Date: 1/15/2025 Check    1266



Check: 1267 Amount: $1,819.00 Date: 1/13/2025 Check    1267





Check: 1268 Amount: $877.40 Date: 1/29/2025 Check    1268

Check: 1270 Amount: $1,200.00 Date: 1/23/2025 Check    1270

 **BANK**NORTH

PO BOX 460 | Casselton ND 58012          Date   2/28/25          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

| | | |
|---|---|---|
| Regular Checking | | 8 |
| Account Number | █9319 | Statement Dates   2/03/25 thru  3/02/25 |
| Previous Balance | 9,545.47 | Days in the statement period        28 |
| 10 Deposits/Credits | 32,400.74 | Average Ledger           1,603.17- |
| 44 Checks/Debits | 47,682.95 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 5,736.74- | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $210.00 | $420.00 |
| Total Returned Item Fees | $.00 | $.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 2/04 | TRANSFER     Intuit | 4,000.00 |
| | CCD | |
| 2/10 | Transfer from x9634 to x9319 | 1,000.00 |
| 2/11 | Reverse OD Item Charge | 30.00 |
| 2/11 | Reverse OD Item Charge | 30.00 |
| 2/12 | Deposit/Credit     1920713586 | 10,200.00 |
| 2/13 | Transfer from x9327 to x9319 | 3,000.00 |
| 2/18 | Deposit/Credit     1924236246 | 11,000.00 |
| 2/20 | Reverse OD Item Charge | 30.00 |
| 2/21 | Reverse OD Item Charge | 30.00 |
| 2/25 | PAYOUTS     SELF LENDER INC | 3,080.74 |
| | PPD | |

Member FDIC



Date  2/28/25          Page      2

| Checks / Debits | | |
|---|---|---|
| Date | Description | Amount |
| 2/03 | Transfer from x9319 to x9634 | 9,000.00- |
| 2/04 | Transfer from x9319 to x9634 | 4,000.00- |
| 2/05 | DBT CRD 0130 02/04/25 70205455 EVOICE SERVICES 866-761-8109  CA C#0898 | 24.69- |
| 2/06 | DBT CRD 1131 02/05/25 23386554 HOLIDAY STATIONS 0415 MOORHEAD      MN C#0898 | 80.00- |
| 2/07 | DBT CRD 1144 02/05/25 38981842 MENARDS MOORHEAD MN MOORHEAD      MN C#0898 | 33.79- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | PAYMENTS   SELF LENDER INC WEB | 150.00- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | DBT CRD 1452 02/07/25 51321690 DAIRY QUEEN #46197 DILWORTH      MN C#0898 | 21.03- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | DBT CRD 1236 02/07/25 70108045 THE HOME DEPOT #3701 FARGO        ND C#0898 | 34.46- |
| 2/10 | Paid Item Fee | 30.00- |
| 2/10 | DBT CRD 1700 02/08/25 28465365 MARATHON PETRO261917 MAPLETON     ND C#0898 | 85.86- |
| 2/10 | DBT CRD 1007 02/07/25 78628388 HOLIDAY STATIONS 3804 MOORHEAD     MN C#0898 | 100.09- |
| 2/10 | DBT CRD 1429 02/06/25 37812162 THE HOME DEPOT #3701 FARGO        ND C#0898 | 130.39- |
| 2/12 | Transfer from x9319 to x9327 | 2,000.00- |
| 2/13 | Transfer from x9319 to x9327 | 5,000.00- |
| 2/13 | PAYMENTS   SELF LENDER INC WEB | 150.00- |
| 2/14 | DBT CRD 1222 02/13/25 61704931 City of West Fargo ND 704-817-2500  NC C#0898 | 23.50- |
| 2/18 | Transfer from x9319 to x9634 | 8,000.00- |
| 2/18 | XCELENERGY XCEL ENERGY-MN WEB | 98.40- |
| 2/18 | XCELENERGY XCEL ENERGY-MN WEB | 365.67- |
| 2/18 | DBT CRD 1301 02/15/25 84778880 JIMMY JOHNS - 1637 - E 701-532-3120  ND C#0898 | 24.07- |
| 2/18 | DBT CRD 0806 02/15/25 07922582 DEANERS DINER WEST FARGO    ND C#0898 | 40.00- |
| 2/18 | DBT CRD 1216 02/14/25 57610647 JIMMY JOHNS - 1637 - E 701-532-3120  ND C#0898 | 43.06- |
| 2/18 | DBT CRD 1616 02/14/25 01792592 MARATHON PETRO261917 | 80.00- |



Date  2/28/25       Page    3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | MAPLETON        ND C#0898 | |
| 2/18 | DBT CRD 1140 02/16/25 32299507 | 87.03- |
|      | PETRO SERVE USA 083 | |
|      | FARGO           ND C#0898 | |
| 2/19 | Paid Item Fee | 30.00- |
| 2/19 | DBT CRD 1440 02/17/25 44414908 | 58.00- |
|      | DOMINO S 1862 | |
|      | 320-235-8277  ND C#0898 | |
| 2/19 | Paid Item Fee | 30.00- |
| 2/20 | DBT CRD 1524 02/18/25 70671143 | 82.91- |
|      | MENARDS MOORHEAD MN | |
|      | MOORHEAD       MN C#0898 | |
| 2/20 | Paid Item Fee | 30.00- |
| 2/24 | BUS INSUR  TRAVELERS | 461.10- |
|      | CCD | |
| 2/24 | Paid Item Fee | 30.00- |
| 2/28 | INS PREM    UNITED FIN CAS | 3,613.00- |
|      | PPD | |
| 2/28 | Paid Item Fee | 30.00- |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 2/10 | 1271 | 1,800.00 | 2/13 | 1274 | 3,000.00 |
| 2/10 | 1272 | 900.00 | 2/18 | 1275 | 2,300.00 |
| 2/10 | 1273 | 565.90 | 2/19 | 1276 | 5,000.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/03 | 545.47 | 2/11 | 2,500.74- | 2/20 | 4,713.38- |
| 2/04 | 545.47 | 2/12 | 5,699.26 | 2/21 | 4,683.38- |
| 2/05 | 520.78 | 2/13 | 549.26 | 2/24 | 5,174.48- |
| 2/06 | 440.78 | 2/14 | 525.76 | 2/25 | 2,093.74- |
| 2/07 | 406.99 | 2/18 | 487.53 | 2/28 | 5,736.74- |
| 2/10 | 2,560.74- | 2/19 | 4,630.47- | | |



Check: 1271 Amount: $1,800.00 Date: 2/10/2025 Check 1271



Check: 1272 Amount: $900.00 Date: 2/10/2025 Check 1272



Check: 1273 Amount: $565.90 Date: 2/10/2025 Check 1273



Check: 1274 Amount: $3,000.00 Date: 2/13/2025 Check 1274



Check: 1275 Amount: $2,300.00 Date: 2/18/2025 Check 1275



Check: 1276 Amount: $5,000.00 Date: 2/19/2025 Check 1276



Check: 1920713586 Amount: $10,200.00 Date: 2/12/2025 Deposit/Credit

19201920886 1924236246 Amount: $11,000.00 Date: 2/18/2025 Deposit/Credit 192


# BANKNORTH

PO BOX 460 | Casselton ND 58012                    Date  3/31/25              Page        1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

BANKNORTH IS UPDATING OUR SERVICE FEE SCHEDULE EFFECTIVE MAY 1, 2025.
Please see the attached updated Service Fee Schedule.  Pay special attention to:
Continuous Overdraft Fee, Dormant Account Fee and Excessive Transaction Fee.

```
Regular Checking                                                              14
Account Number              ███9319   Statement Dates   3/03/25 thru  3/31/25
Previous Balance          5,736.74-   Days in the statement period           29
   15 Deposits/Credits   81,046.05    Average Ledger                   1,193.47
   67 Checks/Debits      71,287.44
Service Charge                 .00
Interest Paid                  .00
Ending Balance           4,021.87
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $270.00 | $690.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

## Deposits / Credits

| Date | Description | | Amount |
|---|---|---|---|
| 3/04 | Return Item Credit | | 12,035.00 |
| 3/10 | Deposit/Credit | 1939905142 | 23,000.00 |
| 3/10 | Deposit/Credit | 1939906138 | 13,000.00 |
| 3/10 | TRANSFER    Intuit | | 6,000.00 |
|      | CCD | | |
| 3/13 | MAKEGOOD    SELF LENDER INC | | 1.05 |
|      | PPD | | |
| 3/18 | Reverse OD Item Charge | | 30.00 |
| 3/18 | Reverse OD Item Charge | | 30.00 |
| 3/18 | Reverse OD Item Charge | | 30.00 |

Member FDIC



Date　3/31/25　　　　Page　　2

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|--------|
| 3/18 | Reverse OD Item Charge | 30.00 |
| 3/18 | Reverse OD Item Charge | 30.00 |
| 3/19 | Reverse OD Item Charge | 30.00 |
| 3/19 | Reverse OD Item Charge | 30.00 |
| 3/21 | Deposit/Credit　1948745990 | 12,000.00 |
| 3/21 | Deposit/Credit　1948746814 | 400.00 |
| 3/26 | Deposit/Credit　1951651698 | 14,400.00 |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | SALE　　　IN-LINE RENEWAL<br>CCD | 12,035.00- |
| 3/04 | Return Item Fee | 35.00- |
| 3/10 | Transfer to DDA<br>Acct No.　　　2229634 | 2,300.00- |
| 3/11 | Transfer from x9319 to x9327 | 1,000.00- |
| 3/11 | Transfer from x9319 to x0651 | 5,000.00- |
| 3/12 | SALE　　　IN-LINE RENEWAL<br>CCD | 12,070.00- |
| 3/13 | Transfer from x9319 to x9327 | 2,000.00- |
| 3/13 | Transfer to DDA<br>Acct No.　　　2229634 | 2,300.00- |
| 3/13 | DBT CRD 0849 03/12/25 97489314<br>USPS PO 3791680913<br>WEST FARGO　　ND C#0898 | 61.30- |
| 3/13 | DBT CRD 0844 03/12/25 94918374<br>PREMIER BANKCARD LLC<br>605-3573440　　SD C#0898 | 327.87- |
| 3/13 | DBT CRD 0323 03/12/25 01885865<br>HERTZ CAR RENTAL<br>WWW.HERTZ.COM OK C#0898 | 628.49- |
| 3/14 | DBT CRD 1125 03/12/25 91079979<br>MENARDS MOORHEAD MN<br>MOORHEAD　　MN C#0898 | 7.23- |
| 3/14 | DBT CRD 1033 03/12/25 60172621<br>MENARDS MOORHEAD MN<br>MOORHEAD　　MN C#0898 | 65.99- |
| 3/14 | DBT CRD 1409 03/13/25 89403581<br>INSPECTIONS CITY OF FA<br>701-2411301　ND C#0898 | 75.00- |
| 3/14 | DBT CRD 1237 03/12/25 34761968<br>MARATHON PETRO261917<br>MAPLETON　　ND C#0898 | 90.00- |
| 3/14 | DBT CRD 1606 03/14/25 60104412<br>ND SECRETARY OF STATE<br>701-328-3723　ND C#0898 | 140.00- |
| 3/14 | DBT CRD 1853 03/12/25 60263256<br>THE HOME DEPOT #3701<br>FARGO　　ND C#0898 | 242.61- |
| 3/14 | DBT CRD 1043 03/13/25 66250342<br>WESTIN KIERLAND RESORT<br>WWW.KIERLANDR AZ C#0898 | 385.80- |
| 3/17 | Paid Item Fee | 30.00- |
| 3/17 | POS DEB 1546 03/14/25 00151505<br>GAS & TRAVEL CENTER LLC<br>17405 SOUTH 40TH S<br>PHOENIX　　AZ C#0898 | 16.91- |



Date  3/31/25          Page      3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 3/17 | Paid Item Fee | 30.00- |
| 3/17 | POS DEB 1654 03/14/25 17699908 | 226.35- |
|      | LACOSTE #442-PHOENIX OTL | |
|      | 4976 PREMIUM OUTLE | |
|      | CHANDLER      AZ C#0898 | |
| 3/17 | Paid Item Fee | 30.00- |
| 3/17 | DBT CRD 1324 03/16/25 62943593 | 20.00- |
|      | CK *SILVERSTAR- SHEYEN | |
|      | WEST FARGO    ND C#0898 | |
| 3/17 | Paid Item Fee | 30.00- |
| 3/17 | DBT CRD 2138 03/14/25 95316454 | 130.00- |
|      | PF CHANGS #5300 CP | |
|      | SCOTTSDALE    AZ C#0898 | |
| 3/17 | Paid Item Fee | 30.00- |
| 3/17 | DBT CRD 1716 03/14/25 02145950 | 131.12- |
|      | OLD NAVY US 7207 | |
|      | CHANDLER      AZ C#0898 | |
| 3/17 | Paid Item Fee | 30.00- |
| 3/18 | Paid Item Fee | 30.00- |
| 3/18 | Paid Item Fee | 30.00- |
| 3/18 | DBT CRD 0652 03/16/25 26713778 | 30.94- |
|      | QT 478 | |
|      | MESA          AZ C#0898 | |
| 3/18 | Paid Item Fee | 30.00- |
| 3/18 | DBT CRD 1231 03/16/25 31096462 | 48.00- |
|      | 92571 - FARGO HECTOR I | |
|      | FARGO         ND C#0898 | |
| 3/18 | Paid Item Fee | 30.00- |
| 3/19 | XCELENERGY XCEL ENERGY-MN | 140.95- |
|      | WEB | |
| 3/19 | Paid Item Fee | 30.00- |
| 3/19 | XCELENERGY XCEL ENERGY-MN | 324.02- |
|      | WEB | |
| 3/19 | Paid Item Fee | 30.00- |
| 3/21 | Paid Item Fee | 30.00- |
| 3/24 | Paid Item Fee | 30.00- |
| 3/24 | BUS INSUR  TRAVELERS | 461.10- |
|      | CCD | |
| 3/24 | Paid Item Fee | 30.00- |
| 3/25 | ACH        CITY OF MAPLETON | 80.00- |
|      | PPD | |
| 3/25 | Paid Item Fee | 30.00- |
| 3/26 | Transfer from x9319 to x9634 | 2,300.00- |
| 3/27 | DBT CRD 1420 03/26/25 96399213 | 20.06- |
|      | MAC S FARGO, ND | |
|      | FARGO         ND C#0898 | |
| 3/27 | DBT CRD 1225 03/26/25 27054648 | 21.00- |
|      | CHIPOTLE ONLINE | |
|      | https://prod. CA C#0898 | |
| 3/27 | DBT CRD 1507 03/26/25 24391825 | 28.99- |
|      | MAC S FARGO, ND | |
|      | FARGO         ND C#0898 | |
| 3/28 | Transfer from x9319 to x9327 | 200.00- |
| 3/28 | INS PREM   UNITED FIN CAS | 3,613.00- |
|      | PPD | |
| 3/28 | DBT CRD 1413 03/27/25 92120620 | 17.75- |
|      | PAPA JOHNS #2513 | |



Date  3/31/25          Page      4

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | 972-232-2118  ND C#0898 | |
| 3/31 | DBT CRD 1149 03/27/25 05832427 | 10.23- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO     ND C#0898 | |
| 3/31 | DBT CRD 0954 03/30/25 36966388 | 50.00- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 3/31 | DBT CRD 1550 03/27/25 50336686 | 55.86- |
|      | NAPA OF WEST FARGO | |
|      | FARGO         ND C#0898 | |
| 3/31 | DBT CRD 1057 03/28/25 74677523 | 77.40- |
|      | STRUCTURAL MATERIALS I | |
|      | 7012827100    ND C#0898 | |
| 3/31 | DBT CRD 1628 03/27/25 72811090 | 84.28- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 3/31 | DBT CRD 1201 03/28/25 12751124 | 764.64- |
|      | OTTER TAIL POWER COMPA | |
|      | 800-257-4044  MN C#0898 | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 3/10 | 1277 | 2,870.00 | 3/17 | 1282 | 1,105.29 |
| 3/13 | 1278 | 5,000.00 | 3/17 | 1283 | 2,374.20 |
| 3/18 | 1279 | 2,000.00 | 3/24 | 1284 | 810.00 |
| 3/18 | 1280 | 4,689.28 | 3/31 | 1285 | 341.78 |
| 3/21 | 1281 | 4,000.00 | | | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | 17,771.74- | 3/14 | 1,665.02 | 3/25 | 2,793.14- |
| 3/04 | 5,771.74- | 3/17 | 2,518.85- | 3/26 | 9,306.86 |
| 3/10 | 31,058.26 | 3/18 | 9,257.07- | 3/27 | 9,236.81 |
| 3/11 | 25,058.26 | 3/19 | 9,722.04- | 3/28 | 5,406.06 |
| 3/12 | 12,988.26 | 3/21 | 1,352.04- | 3/31 | 4,021.87 |
| 3/13 | 2,671.65 | 3/24 | 2,683.14- | | |



Check: 1277 Amount: $2,870.00 Date: 3/10/2025 Check 1277

Check: 1278 Amount: $5,000.00 Date: 3/13/2025 Check 1278

Check: 1279 Amount: $2,000.00 Date: 3/18/2025 Check 1279

Check: 1280 Amount: $4,689.28 Date: 3/18/2025 Check 1280

Check: 1281 Amount: $4,000.00 Date: 3/21/2025 Check 1281

Check: 1282 Amount: $1,105.29 Date: 3/17/2025 Check 1282

Check: 1283 Amount: $2,374.20 Date: 3/17/2025 Check 1283

Check: 1284 Amount: $810.00 Date: 3/24/2025 Check 1284

Check: 1285 Amount: $341.78 Date: 3/31/2025 Check 1285

Check: 1939905142 Amount: $23,000.00 Date: 3/10/2025 Deposit/Credit 1939

Check: 1939906138 Amount: $13,000.00 Date: 3/10/2025 Deposit/Credit 1939  Check: 1948745990 Amount: $12,000.00 Date: 3/21/2025 Deposit/Credit 1948



| **Remote Deposit** | | **Credit** |
|---|---|---|

BankNorthRDA
Mobile Micro Business Capture Drah Services IN
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:        3/21/2025
Items:       1
Amount:      $400.00
Batch ID:    23499154662
Account ID: 1759282 12011698
Acct Num:    ████319
AuxOnUs:     1948746814

| **Remote Deposit** | | **Credit** |
|---|---|---|

BankNorthRDA
Mobile Micro Business Capture Drah Services IN
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:        3/26/2025
Items:       1
Amount:      $14,400.00
Batch ID:    23526935446
Account ID: 1759282 12011698
Acct Num:    ████319
AuxOnUs:     1951651698

Check: 1948746814 Amount: $400.00 Date: 3/21/2025 Deposit/Credit

19487468Check: 1951651698 Amount: $14,400.00 Date: 3/26/2025 Deposit/Credit    195



PO BOX 460 | Casselton ND 58012                     Date  1/31/25           Page      1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

Regular Checking                                                                              0
Account Number                    ████9634   Statement Dates   1/01/25 thru  2/02/25
Previous Balance                      .00    Days in the statement period           33
     3 Deposits/Credits        25,600.00    Average Ledger                   2,157.19
    10 Checks/Debits           25,426.04
Service Charge                        .00
Interest Paid                         .00
Ending Balance                    173.96

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|-----------------------|--------------------|
| Total Overdraft Fees     | $.00                  | $.00               |
| Total Returned Item Fees | $.00                  | $.00               |

## Deposits / Credits
| Date | Description                         | Amount    |
|------|-------------------------------------|-----------|
| 1/06 | Transfer from x9319 to x9634        | 21,000.00 |
| 1/07 | Transfer from DDA                   | 2,300.00  |
|      | Acct No.         ████9319           |           |
| 1/21 | Transfer from DDA                   | 2,300.00  |
|      | Acct No.         ████9319           |           |

## Checks / Debits
| Date | Description                  | Amount     |
|------|------------------------------|------------|
| 1/06 | Transfer from x9634 to x9327 | 500.00-    |
| 1/07 | OK PER KEVIN                 | 2,000.00-  |
| 1/07 | Transfer from x9634 to x9319 | 10,000.00- |
| 1/08 | Transfer from x9634 to x9319 | 2,300.00-  |
| 1/09 | Transfer from x9634 to x9327 | 500.00-    |
| 1/09 | Transfer from x9634 to x9319 | 1,000.00-  |
| 1/10 | Transfer from x9634 to x9319 | 3,000.00-  |
| 1/15 | Transfer from x9634 to x9327 | 500.00-    |
| 1/15 | Transfer from x9634 to x9319 | 3,500.00-  |
| 1/22 | Transfer to Loan             | 2,126.04-  |
|      | Acct No.         ████0743    |            |

Member FDIC



Date  1/31/25          Page    2

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | .00 | 1/08 | 8,500.00 | 1/15 | .00 |
| 1/06 | 20,500.00 | 1/09 | 7,000.00 | 1/21 | 2,300.00 |
| 1/07 | 10,800.00 | 1/10 | 4,000.00 | 1/22 | 173.96 |


## BANKNORTH

PO BOX 460 | Casselton ND 58012    Date  2/28/25    Page    1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

| Regular Checking | | | 0 |
|---|---|---|---|
| Account Number | 9634 | Statement Dates   2/03/25 thru  3/02/25 | |
| Previous Balance | 173.96 | Days in the statement period | 28 |
| 3 Deposits/Credits | 21,000.00 | Average Ledger | 2,694.56 |
| 14 Checks/Debits | 21,173.96 | | |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | .00 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

### Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 2/03 | Transfer from x9319 to x9634 | 9,000.00 |
| 2/04 | Transfer from x9319 to x9634 | 4,000.00 |
| 2/18 | Transfer from x9319 to x9634 | 8,000.00 |

### Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 2/03 | Transfer from x9634 to x9327 | 173.96- |
| 2/04 | Transfer from x9634 to x9327 | 500.00- |
| 2/06 | Transfer from x9634 to x9327 | 500.00- |
| 2/07 | Transfer from x9634 to x9327 | 5,000.00- |
| 2/07 | Transfer from x9634 to x9327 | 5,000.00- |
| 2/10 | Transfer from x9634 to x9319 | 1,000.00- |
| 2/11 | Transfer from x9634 to x9327 | 100.00- |
| 2/12 | Transfer from x9634 to x9327 | 100.00- |
| 2/18 | Transfer from x9634 to x9327 | 800.00- |
| 2/18 | Transfer from x9634 to x9327 | 2,000.00- |
| 2/18 | Transfer to Loan | 2,126.04- |

Member FDIC



Date  2/28/25          Page      2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | Acct No. ▬▬▬0743 | |
| 2/19 | Transfer from x9634 to x9327 | 1,000.00- |
| 2/20 | Transfer from x9634 to x9327 | 873.96- |
| 2/25 | Transfer to Drain Man Per Kevi | 2,000.00- |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/03 | 9,000.00 | 2/10 | 1,000.00 | 2/19 | 2,873.96 |
| 2/04 | 12,500.00 | 2/11 | 900.00 | 2/20 | 2,000.00 |
| 2/06 | 12,000.00 | 2/12 | 800.00 | 2/25 | .00 |
| 2/07 | 2,000.00 | 2/18 | 3,873.96 | | |



PO BOX 460 | Casselton ND 58012          Date   3/31/25          Page        1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

BANKNORTH IS UPDATING OUR SERVICE FEE SCHEDULE EFFECTIVE MAY 1, 2025.
Please see the attached updated Service Fee Schedule.  Pay special attention to:
Continuous Overdraft Fee, Dormant Account Fee and Excessive Transaction Fee.

```
Regular Checking                                                        0
Account Number              9634   Statement Dates   3/03/25 thru  3/31/25
Previous Balance             .00   Days in the statement period         29
   3 Deposits/Credits   6,900.00   Average Ledger                   284.41
   4 Checks/Debits      6,800.00
Service Charge               .00
Interest Paid                .00
Ending Balance            100.00
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

### Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 3/10 | Transfer from DDA | 2,300.00 |
|  | Acct No.        9319 |  |
| 3/13 | Transfer from DDA | 2,300.00 |
|  | Acct No.        9319 |  |
| 3/26 | Transfer from x9319 to x9634 | 2,300.00 |

### Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 3/12 | Per Kevin via phone | 2,000.00- |
| 3/14 | Transfer from x9634 to x9327 | 2,600.00- |
| 3/26 | Transfer to Loan | 2,126.04- |
|  | Acct No.        0743 |  |
| 3/28 | Transfer from x9634 to x9327 | 73.96- |

Member FDIC



Date  3/31/25       Page     2

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/03 | .00 | 3/13 | 2,600.00 | 3/28 | 100.00 |
| 3/10 | 2,300.00 | 3/14 | .00 | | |
| 3/12 | 300.00 | 3/26 | 173.96 | | |