# Balance Sheet

## Drain Services, Inc.
### As of June 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Assets | |
|  Current Assets | |
|   Bank Accounts | |
|    Bank North x9319 | 1,853.13 |
|    QuickBooks Checking Account | 5.32 |
|   **Total for Bank Accounts** | **$1,858.45** |
|   Accounts Receivable | |
|    Accounts Receivable (A/R) | 742,835.80 |
|   **Total for Accounts Receivable** | **$742,835.80** |
|   Other Current Assets | |
|    Shareholder Loan | 450,272.96 |
|    Undeposited Funds | 10,800.00 |
|   **Total for Other Current Assets** | **$461,072.96** |
|  **Total for Current Assets** | **$1,205,767.21** |
|  Fixed Assets | |
|   -2022 Midsota Equipment | 15,229.39 |
|   -2022 Wells Cargo Trailer | 17,530.14 |
|   Accumulated Depreciation | -646,047.35 |
|   -Depreciable Assets | 551,213.09 |
|   -Major Repairs | 42,470.78 |
|   -UV Curing Equipment | 144,000.00 |
|  **Total for Fixed Assets** | **$124,396.05** |
|  Other Assets | |
|   Due from DSI Investments | 24,000.00 |
|  **Total for Other Assets** | **$24,000.00** |
| **Total for Assets** | **$1,354,163.26** |
| Liabilities and Equity | |
|  Liabilities | |
|   Current Liabilities | |
|    Accounts Payable | |
|    Credit Cards | |
|    Other Current Liabilities | |
|   **Total for Current Liabilities** | **0** |

No assurance is provided on these financial statements.

# Balance Sheet

Drain Services, Inc.

As of June 30, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Long-term Liabilities | |
|   BOTW Loan | 13,861.25 |
|   Choice Loans (All) | 252,730.16 |
|   EIDL Loan | 527,810.02 |
|   IRS Bankruptcy Claim | 43,297.40 |
| **Total for Long-term Liabilities** | **$837,698.83** |
| **Total for Liabilities** | **$837,698.83** |
| Equity | |
|   Retained Earnings | 459,365.78 |
|   Net Income | 168,833.19 |
|   Capital Stock | 1,000.00 |
|   Shareholder Distributions | -112,734.54 |
| **Total for Equity** | **$516,464.43** |
| **Total for Liabilities and Equity** | **$1,354,163.26** |

No assurance is provided on these financial statements.