## Profit and Loss

### Drain Services, Inc.

January 1-June 30, 2025

| DISTRIBUTION ACCOUNT | JAN 2025 - MAR 2025 | APR 2025 - JUN 2025 | TOTAL |
|---|---:|---:|---:|
| Income | **169,975.00** | **143,150.00** | **$313,125.00** |
| Cost of Goods Sold | | | |
|   Job Materials Purchased | 3,885.99 | 8,109.66 | 11,995.65 |
|   Subcontractors Expense | 8,877.40 | 7,987.18 | 16,864.58 |
|   Tools and Small Equipment | 3,288.83 | 163.98 | 3,452.81 |
| **Total for Cost of Goods Sold** | **16,052.22** | **16,260.82** | **$32,313.04** |
| **Gross Profit** | **153,922.78** | **126,889.18** | **$280,811.96** |
| Expenses | | | |
|   Advertising & Marketing | 4,949.94 | 199.41 | 5,149.35 |
|   Auto & Truck Expenses | 7,335.34 | 6,829.50 | 14,164.84 |
|   Bank Charges & Fees | 748.69 | 635.00 | 1,383.69 |
|   Business Licenses & Permits | 215.00 | 35.00 | 250.00 |
|   Dues & Subscriptions | 297.00 | 198.00 | 495.00 |
|   Insurance Expense | 12,222.30 | 4,430.14 | 16,652.44 |
|   Interest Expense | 14,287.19 | 14,046.64 | 28,333.83 |
|   Meals & Entertainment | 1,671.72 | 2,011.86 | 3,683.58 |
|   Merchant Account Fees | 1,595.51 | 35.88 | 1,631.39 |
|   Miscellaneous Expense | | 595.37 | 595.37 |
|   Payroll Expenses | 15,636.17 | 13,717.14 | 29,353.31 |
|   Postage & Delivery | 61.30 | | 61.30 |
|   Professional Fees | | 4,542.90 | 4,542.90 |
|   Purchases | | 1,028.36 | 1,028.36 |
|   Repairs & Maintenance | | 20.45 | 20.45 |
|   Telephone Expense | 54.33 | 74.07 | 128.40 |
|   Travel Expenses | 1,062.29 | 149.40 | 1,211.69 |
|   Utilities | 2,103.49 | 1,204.90 | 3,308.39 |
| **Total for Expenses** | **62,240.27** | **49,754.02** | **$111,994.29** |
| **Net Operating Income** | **91,682.51** | **77,135.16** | **$168,817.67** |
| Other Income | | | |
|   Interest Income | 15.52 | | 15.52 |
| **Total for Other Income** | **15.52** | **0** | **$15.52** |
| Other Expenses | | | |
| **Net Other Income** | **15.52** | **0** | **$15.52** |
| **Net Income** | **91,698.03** | **77,135.16** | **$168,833.19** |

No assurance is provided on these financial statements.