**BANK**NORTH

PO BOX 460 | Casselton ND 58012          Date   4/30/25          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

```
Regular Checking                                                          14
Account Number              ████9319   Statement Dates   4/01/25 thru  4/30/25
Previous Balance            4,021.87   Days in the statement period        30
    8 Deposits/Credits     24,574.50   Average Ledger                  788.90
   56 Checks/Debits        26,551.34
Service Charge                   .00
Interest Paid                    .00
Ending Balance              2,045.03
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $240.00 | $930.00 |
| Total Returned Item Fees | $35.00 | $70.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 4/10 | Reverse OD Item Charge | 30.00 |
| 4/10 | Reverse OD Item Charge | 30.00 |
| 4/17 | Deposit/Credit     1969184526 | 3,150.00 |
| 4/22 | Return Item Credit | 864.50 |
| 4/23 | Deposit/Credit     1973730130 | 9,400.00 |
| 4/23 | Deposit/Credit     1974019482 | 4,500.00 |
| 4/24 | Transfer from x9634 to x9319 | 2,100.00 |
| 4/29 | Deposit/Credit     1978301394 | 4,500.00 |

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 4/01 | Outgoing Wire Fee | 25.00- |
| 4/01 | WIRE OUT/ DRAIN SERV 2229319 WIRE TO CONTRACT CARE | 1,028.36- |
| 4/01 | DBT CRD 1038 03/31/25 62924226 MARATHON PETRO261917 | 80.00- |

Member FDIC

**BANK**NORTH

Date  4/30/25                Page      2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| | MAPLETON      ND C#0898 | |
| 4/01 | DBT CRD 0429 03/31/25 41697079 | 99.83- |
| | FACEBK *E4J6XJ4PB2 | |
| | 650-5434800   CA C#0898 | |
| 4/02 | DBT CRD 0948 03/31/25 33049645 | 109.48- |
| | NAPA OF FARGO | |
| | FARGO          ND C#0898 | |
| 4/03 | Transfer from x9319 to x9327 | 600.00- |
| 4/03 | DBT CRD 1747 04/02/25 20323938 | 41.68- |
| | CHIPOTLE ONLINE | |
| | https://prod. CA C#0898 | |
| 4/07 | POS DEB 1432 04/06/25 00180729 | 12.91- |
| | DOLLAR GENERAL #18526 | |
| | DG 18526701 7TH ST | |
| | WYNDMERE       ND C#0898 | |
| 4/07 | DBT CRD 1129 04/04/25 93457256 | 298.72- |
| | OTTER TAIL POWER COMPA | |
| | 800-257-4044  MN C#0898 | |
| 4/07 | DBT CRD 0202 04/04/25 53616387 | 24.69- |
| | EVOICE SERVICES | |
| | 866-761-8109  CA C#0898 | |
| 4/08 | DBT CRD 1207 04/07/25 15217280 | 28.74- |
| | MARATHON PETRO261917 | |
| | MAPLETON       ND C#0898 | |
| 4/08 | DBT CRD 1706 04/06/25 95690245 | 54.77- |
| | PIZZA HUT 002795 | |
| | https://ipcha ND C#0898 | |
| 4/08 | DBT CRD 1802 04/06/25 29399096 | 60.00- |
| | MARATHON PETRO261917 | |
| | MAPLETON       ND C#0898 | |
| 4/08 | DBT CRD 1426 04/06/25 99774194 | 62.00- |
| | THE BLACK PELICAN | |
| | WYNDMERE       ND C#0898 | |
| 4/09 | Paid Item Fee | 30.00- |
| 4/09 | DBT CRD 1102 04/07/25 77787336 | 26.93- |
| | NAPA OF WEST FARGO | |
| | FARGO          ND C#0898 | |
| 4/09 | Paid Item Fee | 30.00- |
| 4/09 | DBT CRD 1124 04/07/25 90436491 | 45.24- |
| | NAPA OF FARGO | |
| | FARGO          ND C#0898 | |
| 4/09 | Paid Item Fee | 30.00- |
| 4/11 | Paid Item Fee | 30.00- |
| 4/14 | Paid Item Fee | 30.00- |
| 4/14 | Paid Item Fee | 30.00- |
| 4/15 | Paid Item Fee | 30.00- |
| 4/17 | XCELENERGY XCEL ENERGY-MN | 82.76- |
| | WEB | |
| 4/17 | Paid Item Fee | 30.00- |
| 4/17 | XCELENERGY XCEL ENERGY-MN | 181.18- |
| | WEB | |
| 4/17 | Paid Item Fee | 30.00- |
| 4/18 | Paid Item Fee | 30.00- |
| 4/22 | Return Item Fee | 35.00- |
| 4/23 | Transfer to DDA | 2,300.00- |
| | Acct No.      ███9634 | |
| 4/23 | BUS INSUR  TRAVELERS | 461.10- |

**BANK**NORTH

Date   4/30/25                Page        3

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| | CCD | |
| 4/25 | ACH        CITY OF MAPLETON | 80.00- |
| | PPD | |
| 4/25 | DBT CRD 1032 04/24/25 59517390 | 18.99- |
| | Subway 38304 | |
| | Barnesville   MN C#0898 | |
| 4/28 | DBT CRD 0918 04/26/25 13565150 | 50.27- |
| | CENEX-FARMERS COOPERAT | |
| | BARNESVILLE   MN C#0898 | |
| 4/28 | DBT CRD 1022 04/27/25 51916657 | 82.90- |
| | CENEX-FARMERS COOPERAT | |
| | BARNESVILLE   MN C#0898 | |
| 4/28 | DBT CRD 0905 04/24/25 07412584 | 126.60- |
| | MENARDS MOORHEAD MN | |
| | 715-876-6378   MN C#0898 | |
| 4/28 | DBT CRD 0832 04/24/25 87677376 | 453.51- |
| | MENARDS MOORHEAD MN | |
| | 715-876-6378   MN C#0898 | |
| 4/29 | Transfer from x9319 to x9327 | 445.00- |
| 4/29 | INS PREM   UNITED FIN CAS | 3,613.00- |
| | PPD | |
| 4/29 | DBT CRD 1310 04/27/25 54410860 | 14.80- |
| | THE HOME DEPOT #3701 | |
| | FARGO         ND C#0898 | |
| 4/29 | DBT CRD 1328 04/27/25 65367370 | 32.91- |
| | MENARDS FARGO ND | |
| | WEST FARGO     ND C#0898 | |
| 4/30 | Transfer from x9319 to x0651 | 3,000.00- |
| 4/30 | DBT CRD 1312 04/28/25 55332048 | 21.00- |
| | TACO BELL #033440 | |
| | FERGUS FALLS   MN C#0898 | |
| 4/30 | DBT CRD 1259 04/28/25 47626531 | 64.68- |
| | THE HOME DEPOT #2831 | |
| | FERGUS FALLS   MN C#0898 | |
| 4/30 | DBT CRD 0533 04/29/25 78533214 | 68.80- |
| | MARATHON PETRO261917 | |
| | MAPLETON     ND C#0898 | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 4/14 | 1286 | 743.40 | 4/11 | 1289 | 545.40 |
| 4/07 | 1287 | 718.56 | 4/14 | 1290 | 512.46 |
| 4/09 | 1288 | 1,095.44 | 4/15 | 1291 | 786.45 |
| | | --- Check Listing Continuation --- | | | |
| 4/18 | 1292 | 4,689.28 | 4/24 | 1295 | 1,100.00 |
| 4/28 | 1293 | 765.00 | 4/28 | 1296 | 700.00 |
| 4/21 | 1294 | 864.50 | | | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | 2,788.68 | 4/11 | 995.88- | 4/23 | 6,082.49 |
| 4/02 | 2,679.20 | 4/14 | 2,311.74- | 4/24 | 7,082.49 |
| 4/03 | 2,037.52 | 4/15 | 3,128.19- | 4/25 | 6,983.50 |
| 4/07 | 982.64 | 4/17 | 302.13- | 4/28 | 4,805.22 |
| 4/08 | 777.13 | 4/18 | 5,021.41- | 4/29 | 5,199.51 |
| 4/09 | 480.48- | 4/21 | 5,885.91- | 4/30 | 2,045.03 |
| 4/10 | 420.48- | 4/22 | 5,056.41- | | |





Check: 1286 Amount: $743.40 Date: 4/14/2025 Check          1286

Check: 1287 Amount: $718.56 Date: 4/7/2025 Check           1287





Check: 1288 Amount: $1,095.44 Date: 4/9/2025 Check         1288

Check: 1289 Amount: $545.40 Date: 4/11/2025 Check          1289





Check: 1290 Amount: $512.46 Date: 4/14/2025 Check          1290

Check: 1291 Amount: $786.45 Date: 4/15/2025 Check          1291





Check: 1292 Amount: $4,689.28 Date: 4/18/2025 Check        1292

Check: 1293 Amount: $765.00 Date: 4/28/2025 Check          1293





Che                                    2025 Check

Check: 1296 Amount: $700.00 Date: 4/28/2025 Check          1296



**Remote Deposit**                                  Credit

BankNorthRDA
Mobile Micro Business Capture Drain Services IN
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:     4/17/2025
Items:    1
Amount:   $3,150.00
Batch ID: 237232738B
Account ID: 1759082 12016698
Acct Num:      319
AuxOnUs: 1969184526

**Remote Deposit**                                  Credit

BankNorthRDA
Mobile Micro Business Capture Drain Services IN
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:     4/23/2025
Items:    1
Amount:   $9,400.00
Batch ID: 237684S2194
Account ID: 1759082 12016698
Acct Num:      319
AuxOnUs: 1973730130

Check: 1969184526 Amount: $3,150.00 Date: 4/17/2025 Deposit/Credit    1969184526

Check: 1973730130 Amount: $9,400.00 Date: 4/23/2025 Deposit/Credit    1973

**BANK**NORTH

| Remote Deposit | Credit |
|---|---|

**BankNorthRDA**
*Mobile Micro Business Capture Drain Services IN*
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:        4/23/2025
Items:       1
Amount:      $4,500.00
Batch ID:    23769721914
Account ID:  1759062 12016698
Acct Num:    ▉▉▉319
AuxOnUs:     1974019482

Check: 1974019482 Amount: $4,500.00 Date: 4/23/2025 Deposit/Credit          19740

| Remote Deposit | Credit |
|---|---|

**BankNorthRDA**
*Mobile Micro Business Capture Drain Services IN*
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:        4/29/2025
Items:       1
Amount:      $4,500.00
Batch ID:    23810194550
Account ID:  1759062 12016698
Acct Num:    ▉▉▉319
AuxOnUs:     1978301394

Check: 1978301394 Amount: $4,500.00 Date: 4/29/2025 Deposit/Credit          1978

**BANK**NORTH

PO BOX 460 | Casselton ND 58012                    Date    5/30/25          Page        1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

```
Regular Checking                                                         7
Account Number              ████9319  Statement Dates    5/01/25 thru  6/01/25
Previous Balance            2,045.03  Days in the statement period          32
   2 Deposits/Credits       9,409.77  Average Ledger                    706.94-
  45 Checks/Debits         14,128.35
Service Charge                   .00
Interest Paid                    .00
Ending Balance              2,673.55-
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $300.00 | $1,230.00 |
| Total Returned Item Fees | $.00 | $70.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 5/12 | POS CRE 0000 05/11/25 75223590 | 9.77 |
|  | HOLIDAY STATIONS 0469 | |
|  | WEST FARGO    ND C#0898 | |
| 5/22 | Deposit/Credit    1996893682 | 9,400.00 |

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 5/01 | DBT CRD 1354 04/29/25 80447926 | 70.00- |
|  | SUPER BUFFET | |
|  | FARGO        ND C#0898 | |
| 5/01 | DBT CRD 1026 04/30/25 54232492 | 73.42- |
|  | MARATHON PETRO228973 | |
|  | WEST FARGO    ND C#0898 | |
| 5/01 | DBT CRD 1828 04/30/25 45318040 | 83.44- |
|  | GREAT WALL CHINESE RES | |
|  | FARGO        ND C#0898 | |

Member FDIC

# BANKNORTH

Date  5/30/25                    Page      2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | DBT CRD 0349 04/30/25 17789276<br>FACEBK *XGRPJLUPB2<br>650-5434800   CA C#0898 | 99.58- |
| 5/01 | DBT CRD 1316 04/30/25 58033825<br>HOLCIM MWR FARGO<br>855-339-4900  MI C#0898 | 100.62- |
| 5/01 | DBT CRD 1601 04/30/25 56635919<br>HOLCIM MWR FARGO<br>855-339-4900  MI C#0898 | 105.95- |
| 5/05 | DBT CRD 1703 05/02/25 93985589<br>TACO BELL 737579<br>763-489-2991  MN C#0898 | 20.00- |
| 5/05 | DBT CRD 1908 05/03/25 05132067<br>TST* GRAND JUNCTION SU<br>MOORHEAD       MN C#0898 | 35.78- |
| 5/05 | DBT CRD 2028 05/03/25 52964971<br>UNVRS* BRICK CONVEN...<br>UNIVERSE.COM  CA C#0898 | 52.76- |
| 5/05 | DBT CRD 1928 05/02/25 14467373<br>BRAKE TIME 701<br>FARGO         ND C#0898 | 80.94- |
| 5/05 | DBT CRD 0127 05/04/25 32471476<br>EVOICE SERVICES<br>866-761-8109  CA C#0898 | 24.69- |
| 5/07 | DBT CRD 1640 05/06/25 80023823<br>CENEX-EWING OIL, LLC<br>DRAYTON        ND C#0898 | 95.63- |
| 5/08 | DBT CRD 0931 05/07/25 22931347<br>OSTROM S HARDWARE<br>WEST FARGO     ND C#0898 | 60.46- |
| 5/08 | DBT CRD 0954 05/07/25 36458000<br>BURGGRAF S ACE HARDWAR<br>MOORHEAD       MN C#0898 | 63.00- |
| 5/08 | DBT CRD 0953 05/06/25 35846937<br>CASEYS #2219<br>DETROIT LAKES MN C#0898 | 91.12- |
| 5/09 | DBT CRD 1125 05/08/25 89019094<br>HOLIDAY STATIONS 0415<br>MOORHEAD       MN C#0898 | 83.90- |
| 5/12 | DBT CRD 1113 05/08/25 84182608<br>MENARDS MOORHEAD MN<br>MOORHEAD       MN C#0898 | 38.79- |
| 5/12 | DBT CRD 1806 05/11/25 31925957<br>HOLIDAY STATIONS 0469<br>WEST FARGO     ND C#0898 | 80.00- |
| 5/12 | DBT CRD 1008 05/08/25 45198458<br>MENARDS MOORHEAD MN<br>MOORHEAD       MN C#0898 | 132.73- |
| 5/12 | DBT CRD 0852 05/10/25 99691869<br>THE HOME DEPOT #3701<br>FARGO         ND C#0898 | 243.17- |
| 5/15 | DBT CRD 1115 05/14/25 81221245<br>PETRO SERVE USA 083<br>FARGO         ND C#0898 | 50.00- |
| 5/16 | Paid Item Fee | 30.00- |
| 5/16 | XCELENERGY XCEL ENERGY-MN<br>WEB | 57.23- |

**BANK** NORTH

Date   5/30/25           Page       3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 5/16 | Paid Item Fee | 30.00- |
| 5/16 | XCELENERGY XCEL ENERGY-MN | 104.98- |
|      | WEB | |
| 5/16 | Paid Item Fee | 30.00- |
| 5/19 | Paid Item Fee | 30.00- |
| 5/21 | Paid Item Fee | 30.00- |
| 5/22 | Paid Item Fee | 30.00- |
| 5/22 | Continuous Overdraft Charge | 5.00- |
| 5/23 | Continuous Overdraft Charge | 5.00- |
| 5/27 | ACH          CITY OF MAPLETON | 80.00- |
|      | PPD | |
| 5/27 | Paid Item Fee | 30.00- |
| 5/27 | Continuous Overdraft Charge | 5.00- |
| 5/28 | Paid Item Fee | 30.00- |
| 5/28 | Continuous Overdraft Charge | 5.00- |
| 5/29 | Paid Item Fee | 30.00- |
| 5/29 | Continuous Overdraft Charge | 5.00- |
| 5/30 | Continuous Overdraft Charge | 5.00- |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 5/21 | 1181 | 4,000.00 | 5/22 | 1297* | 1,002.00 |
| 5/28 | 1182 | 1,395.00 | 5/16 | 1298 | 1,891.16 |
| 5/29 | 1183 | 772.00 | 5/19 | 1299 | 2,840.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 1,512.02 | 5/15 | 368.82 | 5/27 | 431.55- |
| 5/05 | 1,297.85 | 5/16 | 1,774.55- | 5/28 | 1,861.55- |
| 5/07 | 1,202.22 | 5/19 | 4,644.55- | 5/29 | 2,668.55- |
| 5/08 | 987.64 | 5/21 | 8,674.55- | 5/30 | 2,673.55- |
| 5/09 | 903.74 | 5/22 | 311.55- | | |
| 5/12 | 418.82 | 5/23 | 316.55- | | |

**BANKNORTH**



Check: 1181 Amount: $4,000.00 Date: 5/21/2025 Check          1181

Check: 1182 Amount: $1,395.00 Date: 5/28/2025 Check          1182



Check: 1183 Amount: $772.00 Date: 5/29/2025 Check          1183



Check: 1297 Amount: $1,002.00 Date: 5/22/2025 Check          1297



Check: 1298 Amount: $1,891.16 Date: 5/16/2025 Check          1298



Check: 1299 Amount: $2,840.00 Date: 5/19/2025 Check          1299

Check: 1996893682 Amount: $9,400.00 Date: 5/22/2025 Deposit/Credit          1996893682

# BANKNORTH

PO BOX 460 | Casselton ND 58012                 Date   6/30/25            Page        1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

```
Regular Checking                                              7
Account Number              ███9319  Statement Dates   6/02/25 thru  6/30/25
Previous Balance            2,673.55- Days in the statement period        29
   5 Deposits/Credits     113,502.15  Average Ledger            22,662.63
 117 Checks/Debits        108,975.47
Service Charge                   .00
Interest Paid                    .00
Ending Balance             1,853.13
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $1,265.00 |
| Total Returned Item Fees | $.00 | $70.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 6/03 | AFCUSINVOI CNH IND AMERICA CCD | 111,000.00 |
| 6/20 | POS CRE 0000 06/16/25 14313135 MENARDS FARGO ND WEST FARGO    ND C#0898 | 2.15 |
| 6/27 | Transfer from x9634 to x9319 | 500.00 |
| 6/30 | Transfer from x0651 to x9319 | 500.00 |
| 6/30 | Transfer from x9634 to x9319 | 1,500.00 |

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 6/02 | Paid Item Fee | 30.00- |
| 6/02 | Continuous Overdraft Charge | 5.00- |
| 6/03 | Transfer to DDA Acct No.    ███9634 | 2,300.00- |
| 6/03 | Transfer from x9319 to x9634 | 5,000.00- |

Member FDIC

**BANK**NORTH

Date  6/30/25                Page     2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/03 | Transfer from x9319 to x0651 | 10,000.00- |
| 6/03 | Transfer from x9319 to 9327 | 17,000.00- |
| 6/04 | J2543 OOFF ARROW ADVISORS S | 4,267.07- |
|      | CCD | |
| 6/04 | DBT CRD 1550 06/03/25 50142584 | 20.45- |
|      | O REILLY 1932 | |
|      | FARGO          ND C#5994 | |
| 6/04 | DBT CRD 1404 06/03/25 86617936 | 107.64- |
|      | HOLCIM MWR FARGO | |
|      | 855-339-4900  MI C#0898 | |
| 6/05 | ATM W/D 2014 06/04/25 00004283 | 500.00- |
|      | CHOICE FINANCIAL | |
|      | 4501 23RD AVE S | |
|      | FARGO          ND C#0898 | |
| 6/05 | Transfer from x9319 to x9327 | 1,200.00- |
| 6/05 | AHLGREN LA AHLGREN LAW OFFI | 275.83- |
|      | WEB | |
| 6/05 | DBT CRD 0925 06/04/25 19094336 | 15.00- |
|      | RVT*CITY OF FERGUS FAL | |
|      | 218-3325400    MN C#0898 | |
| 6/05 | DBT CRD 1133 06/04/25 96325285 | 26.54- |
|      | BATTLE LAKE STANDARD | |
|      | BATTLE LAKE    MN C#0898 | |
| 6/05 | DBT CRD 1134 06/04/25 94314194 | 86.29- |
|      | BATTLE LAKE STANDARD | |
|      | BATTLE LAKE    MN C#0898 | |
| 6/05 | DBT CRD 0124 06/04/25 30439092 | 24.69- |
|      | EVOICE SERVICES | |
|      | 866-761-8109  CA C#0898 | |
| 6/06 | QBooks Onl INTUIT * | 99.00- |
|      | CCD | |
| 6/06 | DBT CRD 1650 06/04/25 86258820 | 26.17- |
|      | TACO BELL 737589 | |
|      | 763-489-2991 ND C#0898 | |
| 6/06 | DBT CRD 1654 06/04/25 88986233 | 41.01- |
|      | McDonalds 1100 | |
|      | 170-1232863    ND C#0898 | |
| 6/09 | ATM W/D 1414 06/06/25 00005237 | 503.00- |
|      | WELLS FARGO BANK | |
|      | 2501 13th Ave S | |
|      | Fargo          ND C#0898 | |
| 6/09 | SALE        IN-LINE RENEWAL | 10,401.64- |
|      | CCD | |
| 6/09 | SALE        IN-LINE RENEWAL | 20,194.40- |
|      | CCD | |
| 6/09 | DBT CRD 1742 06/05/25 17381846 | 40.44- |
|      | PY *E&G 1058 FARGO | |
|      | FARGO          ND C#0898 | |
| 6/09 | DBT CRD 1753 06/06/25 24220188 | 51.22- |
|      | McDonalds 37224 | |
|      | 800-5153636    ND C#0898 | |
| 6/09 | DBT CRD 1805 06/08/25 31124814 | 58.00- |
|      | DOMINO S 1875 | |
|      | 320-235-8277  ND C#0898 | |
| 6/09 | DBT CRD 0834 06/07/25 88890319 | 60.00- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON       ND C#0898 | |

**BANK**NORTH

Date  6/30/25              Page     3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/09 | DBT CRD 1326 06/06/25 62679801<br>MARATHON PETRO228973<br>WEST FARGO    ND C#0898 | 73.18- |
| 6/09 | DBT CRD 0935 06/06/25 25161821<br>MENARDS MOORHEAD MN<br>MOORHEAD      MN C#0898 | 131.38- |
| 6/09 | DBT CRD 1309 06/05/25 53411173<br>MENARDS FARGO ND<br>WEST FARGO    ND C#0898 | 183.74- |
| 6/09 | DBT CRD 1558 06/06/25 55099309<br>MENARDS FARGO ND<br>WEST FARGO    ND C#0898 | 232.62- |
| 6/09 | DBT CRD 1053 06/07/25 72297504<br>ND WSI<br>800-777-5033  ND C#0898 | 356.04- |
| 6/09 | DBT CRD 2346 06/07/25 72078188<br>GOGORENTALS.COM<br>GOGORENTALS.C ND C#0898 | 701.44- |
| 6/10 | DBT CRD 1252 06/09/25 43582222<br>STRATA CORPORATION<br>999-999-9999  ND C#0898 | 1,819.70- |
| 6/11 | ATM W/D 1006 06/11/25 00003369<br>BREMER BANK<br>3131 FRONTAGE ROAD<br>MOORHEAD      MN C#0898 | 200.00- |
| 6/11 | DBT CRD 1324 06/10/25 62501686<br>ND SECRETARY OF STATE<br>701-328-3723  ND C#0898 | 20.00- |
| 6/11 | DBT CRD 1057 06/10/25 72601780<br>HOLIDAY STATIONS 0415<br>MOORHEAD      MN C#0898 | 61.14- |
| 6/11 | DBT CRD 1003 06/09/25 42336918<br>MENARDS FARGO ND<br>WEST FARGO    ND C#0898 | 68.35- |
| 6/11 | DBT CRD 1141 06/10/25 01148530<br>STRATA CORPORATION<br>701-7923050    ND C#0898 | 1,804.37- |
| 6/12 | DBT CRD 1650 06/11/25 86537528<br>ACME TOOLS FARGO<br>FARGO         ND C#0898 | 15.88- |
| 6/12 | DBT CRD 1423 06/10/25 98035952<br>MENARDS MOORHEAD MN<br>MOORHEAD      MN C#0898 | 17.24- |
| 6/12 | DBT CRD 1534 06/10/25 40811965<br>PAPA JOHNS #1671<br>972-232-2118  ND C#0898 | 31.21- |
| 6/12 | DBT CRD 1859 06/10/25 61550952<br>MARATHON PETRO228973<br>WEST FARGO    ND C#0898 | 72.46- |
| 6/12 | DBT CRD 1225 06/11/25 27496383<br>FERGUSON ENTPRS 3093<br>FARGO         ND C#0898 | 97.40- |
| 6/12 | DBT CRD 1121 06/10/25 88737759<br>MENARDS MOORHEAD MN<br>MOORHEAD      MN C#0898 | 307.89- |
| 6/13 | ATM W/D 2015 06/12/25 00005752<br>RAMADA #1 FA-673865 | 204.00- |

**BANKNORTH**

Date  6/30/25                Page      4

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| | 3333 13TH AVE S | |
| | FARGO         ND C#0898 | |
| 6/13 | Transfer to DDA | 2,300.00- |
| | Acct No.      2229634 | |
| 6/13 | DBT CRD 1012 06/11/25 47246999 | 4.63- |
| | McDonalds 12042 | |
| | 121-8236707   MN C#0898 | |
| 6/13 | DBT CRD 0807 06/12/25 70284997 | 66.00- |
| | LOVE S #0353 OUTSIDE | |
| | FARGO         ND C#0898 | |
| 6/13 | DBT CRD 0955 06/11/25 37230554 | 93.91- |
| | MENARDS MOORHEAD MN | |
| | MOORHEAD      MN C#0898 | |
| 6/16 | Per Kevin Phone Call | 3,500.00- |
| | Per Kevin Phone Call | |
| 6/16 | XCELENERGY XCEL ENERGY-MN | 36.78- |
| | WEB | |
| 6/16 | XCELENERGY XCEL ENERGY-MN | 53.36- |
| | WEB | |
| 6/16 | POS DEB 1429 06/13/25 00628785 | 708.00- |
| | SAMS CLUB #8172 | |
| | 4831 13TH AVE S | |
| | FARGO         ND C#0898 | |
| 6/16 | POS DEB 1043 06/14/25 10332668 | 800.00- |
| | LOWE S #1650 | |
| | 5001 13TH AVENUE S | |
| | FARGO         ND C#0898 | |
| 6/16 | DBT CRD 1110 06/12/25 82548473 | 21.92- |
| | CASEYS #3297 | |
| | MOOREHEAD     MN C#0898 | |
| 6/16 | DBT CRD 1254 06/13/25 44783238 | 33.00- |
| | CHINA KING | |
| | WEST FARGO    ND C#0898 | |
| 6/16 | DBT CRD 1111 06/12/25 78529489 | 39.59- |
| | CASEYS #3297 | |
| | MOOREHEAD     MN C#0898 | |
| 6/16 | DBT CRD 2104 06/15/25 74426357 | 46.60- |
| | APPLEBEES 7642 OLO | |
| | 701-838-2822  ND C#0898 | |
| 6/16 | DBT CRD 0844 06/14/25 93623031 | 50.07- |
| | ARCO HAWLEY EXPRESS LA | |
| | HAWLEY        MN C#0898 | |
| 6/16 | DBT CRD 1854 06/13/25 60420057 | 77.00- |
| | DOMINO S 1862 | |
| | 320-235-8277  ND C#0898 | |
| 6/16 | DBT CRD 1800 06/14/25 28388710 | 97.00- |
| | THE HOME DEPOT 3701 | |
| | FARGO         ND C#0898 | |
| 6/16 | DBT CRD 1606 06/14/25 60044254 | 100.29- |
| | MENARDS FARGO ND | |
| | WEST FARGO    ND C#0898 | |
| 6/17 | DBT CRD 1634 06/15/25 76845004 | 14.50- |
| | WHALE OF A WASH- | |
| | FARGO         ND C#0898 | |
| 6/17 | DBT CRD 1354 06/16/25 80651259 | 33.07- |
| | HARDEES 1503093 | |
| | FARGO         ND C#0898 | |

# BANKNORTH

Date   6/30/25                Page     5

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 6/17 | DBT CRD 1621 06/15/25 66898576 | 109.62- |
|      | MARATHON PETRO228973 | |
|      | WEST FARGO    ND C#0898 | |
| 6/17 | DBT CRD 1503 06/15/25 21943737 | 149.40- |
|      | RAMADA INNS | |
|      | 701-2323333   ND C#0898 | |
| 6/18 | ATM W/D 1432 06/17/25 00000457 | 203.00- |
|      | WELLS FARGO BANK | |
|      | 406 Main Ave | |
|      | Fargo         ND C#0898 | |
| 6/18 | POS DEB 1547 06/17/25 04743665 | 30.00- |
|      | NNT https://prod.   482160 | |
|      | 610 NEWPORT CTR ST | |
|      | NEWPORT BEACH CA C#0898 | |
| 6/18 | DBT CRD 0915 06/16/25 13025676 | 8.52- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO    ND C#0898 | |
| 6/18 | DBT CRD 1127 06/17/25 91446644 | 13.25- |
|      | MARATHON PETRO224410 | |
|      | FARGO         ND C#0898 | |
| 6/18 | DBT CRD 0914 06/16/25 12480529 | 75.51- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO    ND C#0898 | |
| 6/18 | DBT CRD 1016 06/17/25 50051842 | 147.40- |
|      | HOLCIM MWR FARGO | |
|      | 855-339-4900  MI C#0898 | |
| 6/20 | ATM W/D 1244 06/19/25 00003702 | 200.00- |
|      | BREMER BANK | |
|      | 3131 FRONTAGE ROAD | |
|      | MOORHEAD      MN C#0898 | |
| 6/20 | DBT CRD 1439 06/18/25 07477957 | 1.95- |
|      | VPS*CLAYCOUNTYCF | |
|      | NASHVILLE     TN C#0898 | |
| 6/20 | DBT CRD 1303 06/18/25 49972908 | 7.31- |
|      | HOLIDAY STATIONS 0415 | |
|      | MOORHEAD      MN C#0898 | |
| 6/20 | DBT CRD 1249 06/18/25 41466593 | 34.72- |
|      | MENARDS MOORHEAD MN | |
|      | MOORHEAD      MN C#0898 | |
| 6/20 | DBT CRD 1259 06/18/25 45172941 | 89.13- |
|      | HOLIDAY STATIONS 0415 | |
|      | MOORHEAD      MN C#0898 | |
| 6/20 | DBT CRD 1439 06/18/25 07485660 | 89.99- |
|      | CLAYCOUNTYLANDFILLPOS | |
|      | MOORHEAD      MN C#0898 | |
| 6/23 | ATM W/D 1218 06/21/25 00003782 | 200.00- |
|      | BREMER BANK | |
|      | 3131 FRONTAGE ROAD | |
|      | MOORHEAD      MN C#0898 | |
| 6/23 | DBT CRD 1346 06/21/25 76071907 | 26.21- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 6/23 | DBT CRD 1344 06/21/25 72057383 | 62.67- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON      ND C#0898 | |
| 6/23 | DBT CRD 1656 06/22/25 89788999 | 72.00- |
|      | DOMINO S 1875 | |

**BANKNORTH**

Date  6/30/25          Page    6

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| | 320-235-8277  ND C#0898 | |
| 6/23 | DBT CRD 1258 06/20/25 45223616 | 77.53- |
| | MARATHON PETRO264531 | |
| | FARGO      ND C#0898 | |
| 6/23 | DBT CRD 2132 06/20/25 91389171 | 78.24- |
| | OXBOW GOLF COUNTRY CLU | |
| | HICKSON     ND C#0898 | |
| 6/23 | DBT CRD 2015 06/21/25 42033115 | 96.81- |
| | KASOWSKI-GUBRUD REPAIR | |
| | BUFFALO     ND C#0898 | |
| 6/23 | DBT CRD 0829 06/20/25 85551262 | 99.00- |
| | IN *PINNACLE TRENCHLES | |
| | 267-3880884   PA C#0898 | |
| 6/23 | DBT CRD 0822 06/20/25 77329453 | 104.76- |
| | SHELL OIL10084470011 | |
| | FARGO      ND C#0898 | |
| 6/23 | DBT CRD 1321 06/22/25 56758819 | 120.01- |
| | MARATHON PETRO261917 | |
| | MAPLETON    ND C#0898 | |
| 6/23 | DBT CRD 0831 06/20/25 87171420 | 4,000.00- |
| | OK Tire - Fargo Main R | |
| | FARGO      ND C#0898 | |
| 6/24 | DBT CRD 1629 06/22/25 73480912 | 15.10- |
| | MENARDS FARGO ND | |
| | WEST FARGO   ND C#0898 | |
| 6/24 | DBT CRD 1420 06/23/25 96280665 | 56.00- |
| | CLAYCOUNTYLANDFILLPOS | |
| | MOORHEAD    MN C#0898 | |
| 6/24 | DBT CRD 1923 06/22/25 13857277 | 91.66- |
| | OSAKA SUSHI BAR & HIBA | |
| | FARGO      ND C#0898 | |
| 6/25 | DBT CRD 1420 06/23/25 96277704 | 1.95- |
| | VPS*CLAYCOUNTYCF | |
| | NASHVILLE    TN C#0898 | |
| 6/25 | DBT CRD 1939 06/24/25 21866099 | 30.75- |
| | MARATHON PETRO261917 | |
| | MAPLETON    ND C#0898 | |
| 6/25 | DBT CRD 1934 06/24/25 18247454 | 78.33- |
| | MARATHON PETRO261917 | |
| | MAPLETON    ND C#0898 | |
| 6/25 | DBT CRD 1248 06/23/25 40867091 | 203.49- |
| | THE HOME DEPOT 3701 | |
| | FARGO      ND C#0898 | |
| 6/26 | ATM W/D 1601 06/25/25 00003951 | 200.00- |
| | BREMER BANK | |
| | 3131 FRONTAGE ROAD | |
| | MOORHEAD    MN C#0898 | |
| 6/26 | ACH      CITY OF MAPLETON | 80.00- |
| | PPD | |
| 6/26 | DBT CRD 1153 06/24/25 08380033 | 31.82- |
| | OXBOW GOLF COUNTRY CLU | |
| | HICKSON     ND C#0898 | |
| 6/27 | ATM W/D 1803 06/26/25 00001796 | 500.00- |
| | FIRST COMM CU | |
| | 1404 12TH AVE N | |
| | FARGO      ND C#0898 | |
| 6/27 | ATM W/D 1131 06/27/25 00028111 | 503.50- |

**BANK**NORTH

|  |  | Date | 6/30/25 | Page | 7 |
|---|---|---|---|---|---|

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
|  | U.S. BANK | |
|  | US BANK WEST SAINT | |
|  | W SAINT PAUL    MN C#0898 | |
| 6/27 | DBT CRD 1645 06/25/25 83131145 | 35.64- |
|  | McDonalds 1100 | |
|  | 170-1232863    ND C#0898 | |
| 6/27 | DBT CRD 1423 06/25/25 95158527 | 83.32- |
|  | MARATHON PETRO229369 | |
|  | FELTON    MN C#0898 | |
| 6/30 | DBT CRD 1237 06/27/25 34270987 | 49.08- |
|  | COSSETTA INC | |
|  | SAINT PAUL    MN C#0898 | |
| 6/30 | DBT CRD 1745 06/28/25 19556514 | 57.26- |
|  | BREWTUS BRICKHOUSE | |
|  | WEST FARGO    ND C#0898 | |
| 6/30 | DBT CRD 1114 06/29/25 84461141 | 86.18- |
|  | NTE 5460 | |
|  | Fargo    ND C#0898 | |
| 6/30 | DBT CRD 1700 06/26/25 90155401 | 89.83- |
|  | CASEYS #3362 | |
|  | DILWORTH    MN C#0898 | |
| 6/30 | DBT CRD 1413 06/27/25 89750627 | 90.68- |
|  | HOLIDAY STATIONSTORE38 | |
|  | MINNETONKA    MN C#0898 | |
| 6/30 | DBT CRD 1301 06/27/25 48846526 | 123.78- |
|  | COSSETTA INC | |
|  | SAINT PAUL    MN C#0898 | |
| 6/30 | DBT CRD 1220 06/28/25 24155473 | 301.72- |
|  | BOTTLE BARN LIQUORS | |
|  | WEST FARGO    ND C#0898 | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 6/02 | 1184 | 633.20 | 6/16 | 1188 | 479.19 |
| 6/06 | 1185 | 4,689.28 | 6/16 | 1189 | 1,723.18 |
| 6/09 | 1186 | 377.07 | 6/24 | 1190 | 4,689.28 |
| 6/12 | 1187 | 770.00 | | | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/02 | 3,341.75- | 6/11 | 24,641.55 | 6/23 | 6,752.50 |
| 6/03 | 73,358.25 | 6/12 | 23,329.47 | 6/24 | 1,900.46 |
| 6/04 | 68,963.09 | 6/13 | 20,660.93 | 6/25 | 1,585.94 |
| 6/05 | 66,834.74 | 6/16 | 12,894.95 | 6/26 | 1,274.12 |
| 6/06 | 61,979.28 | 6/17 | 12,588.36 | 6/27 | 651.66 |
| 6/09 | 28,615.11 | 6/18 | 12,110.68 | 6/30 | 1,853.13 |
| 6/10 | 26,795.41 | 6/20 | 11,689.73 | | |

# BANKNORTH



DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1184

DATE 5-28-25

PAY TO THE ORDER OF Thue Banuie                    $ 633 ²⁰

Six Hundred And Thirty-three ²⁰/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO Ant + Freight

⑈091305044⑈ 7319⑈ 01184

Check: 1184 Amount: $633.20 Date: 6/2/2025 Check        1184

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1185

DATE 6-2-25

PAY TO THE ORDER OF Choice Bank                    $ 4,689 ²⁸

Four Thousand Six Hundred And Eighty-Nine ²⁸/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO

⑈091305044⑈ 7319⑈ 01185

Check: 1185 Amount: $4,689.28 Date: 6/6/2025 Check        1185

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1186

DATE 6-8-25

PAY TO THE ORDER OF Gateo Descoteaux                    $ 377 ⁰⁷

Three Hundred And Seventy-Seven ⁰⁷/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO CC

⑈091305044⑈ 7319⑈ 01186

Check: 1186 Amount: $377.07 Date: 6/9/2025 Check        1186



DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1187

DATE 6-9-25

PAY TO THE ORDER OF Compare Tech                    $ 770 ⁰⁰

Seven Hundred And Seventy DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO

⑈091305044⑈ 7319⑈ 01187

Check: 1187 Amount: $770.00 Date: 6/12/2025 Check        1187

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1188

DATE 6-13-25

PAY TO THE ORDER OF Gateo Descoteaux                    $ 479 ¹⁹

Four Hundred And Seventy-Nine ¹⁹/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO 30½

⑈091305044⑈ 7319⑈ 01188

Check: 1188 Amount: $479.19 Date: 6/16/2025 Check        1188



DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1189

DATE 6-13-25

PAY TO THE ORDER OF Thue Banuie                    $ 1,723 ¹⁸

Seventeen Hundred And Twenty-Three ¹⁸/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO 9-30 + 23 = Gas

⑈091305044⑈ 7319⑈ 01189

Check: 1189 Amount: $1,723.18 Date: 6/16/2025 Check        1189

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913

1190

DATE 6-15-25

PAY TO THE ORDER OF Choice                    $ 4,689 ²⁸

Four Thousand Six Hundred And Eighty-Nine ²⁸/₁₀₀ DOLLARS

BANKNORTH
VALUES-BASED BANKING
www.ibanknorth.com

MEMO

⑈091305044⑈ 7319⑈ 01190

Check: 1190 Amount: $4,689.28 Date: 6/24/2025 Check        1190

**BANK**NORTH

PO BOX 460 | Casselton ND 58012                Date    4/30/25            Page        1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

| | | |
|---|---|---|
| Regular Checking | | 0 |
| Account Number | ■9634 | Statement Dates    4/01/25 thru  4/30/25 |
| Previous Balance | 100.00 | Days in the statement period        30 |
|   1 Deposits/Credits | 2,300.00 | Average Ledger                  123.33 |
|   2 Checks/Debits | 2,200.00 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Ending Balance | 200.00 | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 4/23 | Transfer from DDA | 2,300.00 |
| | Acct No.    ■9319 | |

## Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 4/01 | Transfer from x9634 to x9327 | 100.00- |
| 4/24 | Transfer from x9634 to x9319 | 2,100.00- |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4/01 | .00 | 4/23 | 2,300.00 | 4/24 | 200.00 |

Member FDIC

**BANK**NORTH

PO BOX 460 | Casselton ND 58012                Date    5/30/25              Page      1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

Regular Checking                                                                    0
Account Number              ████9634   Statement Dates    5/01/25 thru   6/01/25
Previous Balance              200.00   Days in the statement period            32
    Deposits/Credits             .00   Average Ledger                     200.00
    Checks/Debits                .00
Service Charge                   .00
Interest Paid                    .00
Ending Balance                200.00

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| Total Overdraft Fees     |                 $.00  |             $.00   |
| Total Returned Item Fees |                 $.00  |             $.00   |

### Daily Balances

| Date | Balance |
|------|---------|
| 5/01 | 200.00  |

Member FDIC

**BANK**NORTH

PO BOX 460 | Casselton ND 58012                    Date   6/30/25          Page      1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

```
Regular Checking                                                              0
Account Number                    9634   Statement Dates   6/02/25 thru  6/30/25
Previous Balance                 200.00  Days in the statement period          29
  3 Deposits/Credits           9,600.00  Average Ledger              2,905.21
  8 Checks/Debits              9,778.12
Service Charge                      .00
Interest Paid                       .00
Ending Balance                   21.88
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $.00 | $.00 |
| Total Returned Item Fees | $.00 | $.00 |

### Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 6/03 | Transfer from DDA | 2,300.00 |
|  | Acct No.        9319 |  |
| 6/03 | Transfer from x9319 to x9634 | 5,000.00 |
| 6/13 | Transfer from DDA | 2,300.00 |
|  | Acct No.        9319 |  |

### Checks / Debits

| Date | Description | Amount |
|---|---|---|
| 6/03 | Transfer to Loan | 4,252.08- |
|  | Acct No.        0743 |  |
| 6/11 | Transfer from x9634 to x9327 | 500.00- |
| 6/16 | Transfer to Loan | 2,126.04- |
|  | Acct No.        0743 |  |
| 6/24 | Transfer from x9634 to x9327 | 200.00- |
| 6/26 | Transfer from x9634 to x9327 | 200.00- |
| 6/27 | Transfer from x9634 to x9319 | 500.00- |
| 6/30 | Transfer from x9634 to x0651 | 500.00- |
| 6/30 | Transfer from x9634 to x9319 | 1,500.00- |

Member FDIC

**BANK**NORTH

Date   6/30/25          Page      2

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/02 | 200.00 | 6/13 | 5,047.92 | 6/26 | 2,521.88 |
| 6/03 | 3,247.92 | 6/16 | 2,921.88 | 6/27 | 2,021.88 |
| 6/11 | 2,747.92 | 6/24 | 2,721.88 | 6/30 | 21.88 |