# Profit and Loss

### Drain Services, Inc.

#### July-September, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| Income | |
|   Job Income | 55,500.00 |
|   Sales | 97,600.00 |
| **Total for Income** | **$153,100.00** |
| Cost of Goods Sold | |
|   Job Materials Purchased | 4,109.66 |
|   Subcontractors Expense | 297.00 |
|   Tools and Small Equipment | 671.59 |
| **Total for Cost of Goods Sold** | **$5,078.25** |
| **Gross Profit** | **$148,021.75** |
| Expenses | |
|   Auto & Truck Expenses | 3,549.64 |
|   Bank Charges & Fees | 918.20 |
|   Computer & Internet Expenses | 131.06 |
|   Dues & Subscriptions | 393.99 |
|   Insurance Expense | 10,786.19 |
|   Meals & Entertainment | 2,423.24 |
|   Merchant Account Fees | 898.13 |
|   Miscellaneous Expense | 88.00 |
|   Office Supplies | 48.57 |
|   Professional Fees | 2,389.75 |
|   Telephone Expense | 79.02 |
|   Travel Expenses | 1,201.61 |
|   Uncategorized Expense | 36,303.32 |
|   Utilities | 1,354.38 |
| **Total for Expenses** | **$60,565.10** |
| **Net Operating Income** | **$87,456.65** |
| Other Income | |
| Other Expenses | |
| **Net Other Income** | |
| **Net Income** | **$87,456.65** |