## BANKNORTH

PO BOX 460 | Casselton ND 58012                     Date   7/31/25              Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

Regular Checking                                                                12
Account Number                      9319    Statement Dates   7/01/25 thru  7/31/25
Previous Balance                 1,853.13   Days in the statement period        31
    19 Deposits/Credits         57,290.00   Average Ledger                  891.54
    71 Checks/Debits            58,624.51
Service Charge                        .00
Interest Paid                         .00
Ending Balance                    518.62

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $150.00 | $1,415.00 |
| **Total Returned Item Fees** | $.00 | $70.00 |

### Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 7/02 | Reverse OD Item Charge | 30.00 |
| 7/02 | Reverse OD Item Charge | 30.00 |
| 7/02 | TRANSFER    Intuit CCD | 5,000.00 |
| 7/03 | TRANSFER    Intuit CCD | 6,000.00 |
| 7/07 | Transfer from x9327 to x9319 | 300.00 |
| 7/09 | Transfer from x0651 to x9319 | 200.00 |
| 7/11 | Deposit/Credit    2036759210 | 9,950.00 |
| 7/11 | TRANSFER    Intuit | 7,000.00 |

BANKNORTH

Date  7/31/25                Page      2

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|--------|
|      | CCD |  |
| 7/15 | Transfer from x9634 to x9319 | 1,000.00 |
| 7/15 | TRANSFER   Intuit | 2,000.00 |
|      | CCD |  |
| 7/21 | Transfer from x9634 to x9319 | 1,000.00 |
| 7/22 | Reverse OD Item Charge | 30.00 |
| 7/22 | Reverse OD Item Charge | 30.00 |
| 7/22 | Reverse OD Item Charge | 30.00 |
| 7/22 | Reverse OD Item Charge | 30.00 |
| 7/22 | Reverse OD Item Charge | 30.00 |
| 7/22 | Deposit/Credit    2044935926 | 16,600.00 |
| 7/25 | Reverse OD Item Charge | 30.00 |
| 7/29 | TRANSFER   Intuit | 8,000.00 |
|      | CCD |  |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/01 | Paid Item Fee | 30.00- |
| 7/01 | DBT CRD 0945 06/30/25 30695656 | 23.03- |
|      | MARATHON PETRO228973 |  |
|      | WEST FARGO    ND C#0898 |  |
| 7/01 | Paid Item Fee | 30.00- |
| 7/01 | DBT CRD 0835 06/30/25 89408321 | 1,575.11- |
|      | OK Tire - Fargo Main R |  |
|      | FARGO        ND C#0898 |  |
| 7/01 | Paid Item Fee | 30.00- |
| 7/02 | DBT CRD 1440 06/29/25 07492528 | 91.38- |
|      | CIRCLE K # 2746415 |  |
|      | MOORHEAD      MN C#0898 |  |
| 7/03 | Transfer from x9319 to x9327 | 8,000.00- |
| 7/07 | QBooks Onl INTUIT * | 99.00- |
|      | CCD |  |
| 7/07 | DBT CRD 0119 07/04/25 27519732 | 24.69- |
|      | EVOICE SERVICES |  |
|      | 866-761-8109  CA C#0898 |  |
| 7/08 | DBT CRD 1216 07/07/25 19666279 | 86.64- |
|      | CENEX-PETRO SERVE USA |  |
|      | FARGO        ND C#0898 |  |
| 7/08 | DBT CRD 2151 07/07/25 02806344 | 903.70- |
|      | EXPEDIA 73165963897278 |  |
|      | EXPEDIA.COM  WA C#0898 |  |
| 7/09 | DBT CRD 0850 07/08/25 98503955 | 150.81- |
|      | ACME TOOLS FARGO |  |
|      | FARGO        ND C#0898 |  |
| 7/10 | POS DEB 1943 07/09/25 85854055 | 44.00- |
|      | NNT https://prod.  280241 |  |
|      | 610 NEWPORT CTR ST |  |
|      | NEWPORT BEACH CA C#0898 |  |
| 7/10 | DBT CRD 1100 07/09/25 76074894 | 173.19- |
|      | NORTHERN ENGINE & SUPP |  |
|      | FARGO        ND C#0898 |  |
| 7/11 | Transfer from x9319 to x9327 | 700.00- |
| 7/11 | Transfer from x9319 to x0651 | 5,000.00- |
| 7/11 | Transfer from x9319 to x9634 | 10,000.00- |
| 7/14 | DBT CRD 1624 07/12/25 69162059 | 30.01- |
|      | CASEYS #3362 |  |
|      | DILWORTH     MN C#0898 |  |

**BANKNORTH**

Date  7/31/25              Page      3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/14 | DBT CRD 1240 07/13/25 36120109<br>MARATHON PETRO267856<br>FERGUS FALLS  MN C#0898 | 33.19- |
| 7/14 | DBT CRD 1842 07/11/25 53239695<br>McDonalds 37224<br>800-5153636   ND C#0898 | 34.57- |
| 7/14 | DBT CRD 1232 07/13/25 30573145<br>MARATHON PETRO267856<br>FERGUS FALLS  MN C#0898 | 79.64- |
| 7/14 | DBT CRD 1029 07/11/25 55645013<br>CENEX-ANJAAM HOLDINGS<br>HAWLEY       MN C#0898 | 85.59- |
| 7/14 | DBT CRD 1307 07/10/25 52460298<br>PY *PIZZA RANCH  FARGO<br>FARGO        ND C#0898 | 88.51- |
| 7/15 | POS DEB 1520 07/14/25 87725738<br>NNT https://prod.  182688<br>610 NEWPORT CTR ST<br>NEWPORT BEACH CA C#0898 | 22.00- |
| 7/15 | DBT CRD 1820 07/13/25 40214283<br>MARATHON PETRO267856<br>FERGUS FALLS  MN C#0898 | 5.80- |
| 7/15 | DBT CRD 1819 07/13/25 39268944<br>MARATHON PETRO267856<br>FERGUS FALLS  MN C#0898 | 15.52- |
| 7/15 | DBT CRD 0916 07/14/25 14109158<br>AUTOZONE #4370<br>MOORHEAD      MN C#0898 | 33.96- |
| 7/15 | DBT CRD 1314 07/14/25 56523443<br>STRUCTURAL MATERIALS I<br>7012827100    ND C#0898 | 468.38- |
| 7/16 | DBT CRD 1334 07/15/25 68460867<br>VIKING CAFE<br>FERGUS FALLS  MN C#5994 | 50.00- |
| 7/16 | DBT CRD 1210 07/14/25 15969957<br>ARCO HAWLEY EXPRESS LA<br>HAWLEY       MN C#0898 | 75.00- |
| 7/16 | DBT CRD 1411 07/15/25 88209822<br>FLEET FARM FUEL 515<br>FERGUS FALLS  MN C#0898 | 82.69- |
| 7/17 | XCELENERGY XCEL ENERGY-MN<br>WEB | 35.00- |
| 7/17 | XCELENERGY XCEL ENERGY-MN<br>WEB | 35.00- |
| 7/18 | ATM W/D 1734 07/17/25 003210<br>BORDER BANK<br>4530 17TH AVE S<br>FARGO        ND C#0898 | 500.00- |
| 7/18 | DBT CRD 0951 07/17/25 32909780<br>HOLIDAY STATIONS 0415<br>MOORHEAD      MN C#0898 | 90.82- |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1137 07/20/25 97708069<br>MARATHON PETRO228973<br>WEST FARGO    ND C#0898 | 12.65- |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1218 07/19/25 22359571 | 12.78- |

**BANK NORTH**

Date  7/31/25                Page      4

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | HOLIDAY STATIONS 0469 | |
|      | WEST FARGO    ND C#0898 | |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1414 07/17/25 92653199 | 22.00- |
|      | TACO BELL #033440 | |
|      | FERGUS FALLS  MN C#0898 | |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1220 07/19/25 24065418 | 39.45- |
|      | HOLIDAY STATIONS 0469 | |
|      | WEST FARGO    ND C#0898 | |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1232 07/17/25 31282368 | 53.87- |
|      | THE HOME DEPOT #2831 | |
|      | FERGUS FALLS  MN C#0898 | |
| 7/21 | Paid Item Fee | 30.00- |
| 7/21 | DBT CRD 1400 07/19/25 84269054 | 250.00- |
|      | DOMINO S 1875 | |
|      | 320-235-8277  ND C#0898 | |
| 7/21 | DBT CRD 1339 07/19/25 71803254 | 994.94- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO    ND C#0898 | |
| 7/21 | DBT CRD 0421 07/20/25 37136869 | 99.00- |
|      | IN *PINNACLE TRENCHLES | |
|      | 267-3880884    PA C#0898 | |
| 7/22 | Transfer to DDA | 2,300.00- |
|      | Acct No.       2229634 | |
| 7/23 | BUS INSUR  TRAVELERS | 513.20- |
|      | CCD | |
| 7/24 | AHLGREN LA AHLGREN LAW OFFI | 2,389.75- |
|      | WEB | |
| 7/24 | Paid Item Fee | 30.00- |
| 7/24 | POS DEB 1554 07/23/25 65020821 | 22.00- |
|      | NNT https://prod.  680207 | |
|      | 610 NEWPORT CTR ST | |
|      | NEWPORT BEACH CA C#0898 | |
| 7/24 | Paid Item Fee | 30.00- |
| 7/25 | ACH        CITY OF MAPLETON | 80.00- |
|      | PPD | |
| 7/25 | Paid Item Fee | 30.00- |
| 7/28 | Paid Item Fee | 30.00- |
| 7/29 | INS PREM   UNITED FIN CAS | 3,111.97- |
|      | PPD | |
| 7/30 | Transfer from x9319 to x9327 | 600.00- |
| 7/31 | DBT CRD 1530 07/30/25 38433270 | 181.72- |
|      | STRUCTURAL MATERIALS I | |
|      | 7012827100    ND C#0898 | |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 7/01 | 1191 | 2,030.00 | 7/22 | 1197* | 4,689.28 |
| 7/15 | 1192 | 1,023.57 | 7/24 | 1198 | 2,766.71 |
| 7/15 | 1193 | 209.00 | 7/31 | 1200* | 825.42 |
| 7/21 | 1194 | 4,500.00 | 7/28 | 1201 | 1,311.04 |
| 7/22 | 1195 | 1,001.65 | 7/29 | 1202 | 557.28 |

**BANK**NORTH

Date   7/31/25          Page       5

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 1,865.01- | 7/03 | 1,103.61 | 7/08 | 289.58 |
| 7/02 | 3,103.61 | 7/07 | 1,279.92 | 7/09 | 338.77 |
| 7/10 | 121.58 | 7/18 | 1,373.33 | 7/28 | 2,204.99- |
| 7/11 | 1,371.58 | 7/21 | 3,791.36- | 7/29 | 2,125.76 |
| 7/14 | 1,020.07 | 7/22 | 4,967.71 | 7/30 | 1,525.76 |
| 7/15 | 2,241.84 | 7/23 | 4,454.51 | 7/31 | 518.62 |
| 7/16 | 2,034.15 | 7/24 | 783.95- | | |
| 7/17 | 1,964.15 | 7/25 | 863.95- | | |

**BANKNORTH**





Check: 2036759210 Amount: $9,950.00 Date: 7/11/2025 Deposit/Credit 2036759210    Check: 2044935926 Amount: $16,600.00 Date: 7/22/2025 Deposit/Credit 2044



Check: 1191 Amount: $2,030.00 Date: 7/1/2025 Check    1191



Check: 1192 Amount: $1,023.57 Date: 7/15/2025 Check    1192



Check: 1193 Amount: $209.00 Date: 7/15/2025 Check    1193



Check: 1194 Amount: $4,500.00 Date: 7/21/2025 Check    1194



Check: 1195 Amount: $1,001.65 Date: 7/22/2025 Check    1195



Check: 1197 Amount: $4,689.28 Date: 7/22/2025 Check    1197



Check: 1198 Amount: $2,766.71 Date: 7/24/2025 Check    1198



Check: 1201 Amount: $1,311.04 Date: 7/28/2025 Check    1201





Check: 1202 Amount: $557.28 Date: 7/29/2025 Check          1202          Check: 1200 Amount: $825.42 Date: 7/31/2025 Check          1200

# THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT      $_____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)      $_____

_____

_____

## TOTAL      $_____

## SUBTRACT

➤ OUTSTANDING CHECKS
(IF ANY)      $_____

## BALANCE      $_____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

## PLEASE EXAMINE IMMEDIATELY AND REPORT IF INCORRECT.

---

## WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT

IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460
In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Balance Computation Method - Home Equity Line of Credit and Redi-Credit

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS

TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# BANKNORTH

PO BOX 460 | Casselton ND 58012          Date   8/29/25          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

Regular Checking                                                              9
Account Number              ████9319   Statement Dates   8/01/25 thru  9/01/25
Previous Balance               518.62  Days in the statement period         32
  23 Deposits/Credits       89,696.04  Average Ledger              1,095.53-
 104 Checks/Debits         102,131.18
Service Charge                    .00
Interest Paid                     .00
Ending Balance              11,916.52-

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $280.00 | $1,695.00 |
| **Total Returned Item Fees** | $210.00 | $280.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 8/04 | Reverse OD Item Charge | 30.00 |
| 8/04 | Deposit/Credit     2054310574 | 9,950.00 |
| 8/11 | AFCUSINVOI CNH IND AMERICA CCD | 55,500.00 |
| 8/12 | Transfer from x9634 to x9319 | 2,000.00 |
| 8/15 | Reverse OD Item Charge | 30.00 |
| 8/15 | Reverse OD Item Charge | 30.00 |
| 8/15 | Reverse OD Item Charge | 30.00 |
| 8/18 | Reverse OD Item Charge | 30.00 |
| 8/18 | Reverse OD Item Charge | 30.00 |

Member FDIC

**BANK**NORTH

Date  8/29/25              Page      2

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|--------|
| 8/18 | Reverse OD Item Charge | 30.00 |
| 8/18 | TRANSFER   Intuit | 6,000.00 |
|      | CCD | |
| 8/21 | Reverse OD Item Charge | 30.00 |
| 8/21 | Reverse OD Item Charge | 30.00 |
| 8/21 | Reverse OD Item Charge | 30.00 |
| 8/22 | Reverse OD Item Charge | 30.00 |
| 8/22 | Reverse OD Item Charge | 30.00 |
| 8/22 | Reverse OD Item Charge | 30.00 |
| 8/26 | Return Item Credit | 80.00 |
| 8/26 | Return Item Credit | 513.20 |
| 8/26 | Return Item Credit | 2,180.73 |
| 8/26 | Return Item Credit | 4,080.18 |
| 8/26 | Return Item Credit | 4,689.28 |
| 8/27 | Return Item Credit | 4,312.65 |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | DBT CRD 1816 07/30/25 35787754 | 92.96- |
|      | CASEYS #3362 | |
|      | DILWORTH      MN C#0898 | |
| 8/01 | DBT CRD 1853 07/30/25 59802958 | 496.55- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO   ND C#0898 | |
| 8/01 | Paid Item Fee | 30.00- |
| 8/04 | Transfer from x9319 to x9327 | 1,000.00- |
| 8/05 | ATM W/D 1430 08/04/25 007785 | 200.00- |
|      | BORDER BANK FARG | |
|      | 3203 32ND AVENUE | |
|      | FARGO        ND C#0898 | |
| 8/05 | QBooks Onl INTUIT * | 115.00- |
|      | CCD | |
| 8/06 | DBT CRD 1406 08/04/25 81858343 | 82.81- |
|      | MARATHON PETRO261917 | |
|      | MAPLETON     ND C#0898 | |
| 8/06 | DBT CRD 1047 08/05/25 68767077 | 450.40- |
|      | STRUCTURAL MATERIALS I | |
|      | 7012827100   ND C#0898 | |
| 8/07 | UI Tax Pmt Job Service ND | 30.16- |
|      | CTX | |
| 8/07 | DBT CRD 1210 08/06/25 18481351 | 16.99- |
|      | HOLIDAY STATIONS 0415 | |
|      | MOORHEAD     MN C#0898 | |
| 8/07 | DBT CRD 1212 08/06/25 16375961 | 86.84- |
|      | HOLIDAY STATIONS 0415 | |
|      | MOORHEAD     MN C#0898 | |
| 8/08 | Transfer from x9319 to x9327 | 200.00- |
| 8/08 | DBT CRD 0906 08/07/25 08194603 | 243.09- |
|      | STRUCTURAL MATERIALS I | |
|      | 7012827100   ND C#0898 | |
| 8/08 | DBT CRD 0933 08/07/25 23871398 | 426.18- |
|      | FERGUSON ENTPRS 3093 | |
|      | FARGO        ND C#0898 | |
| 8/11 | Transfer from x9319 to x9327 | 200.00- |
| 8/11 | Transfer from x9319 to x9327 | 750.00- |
| 8/11 | Transfer from x9319 to x9634 | 2,300.00- |
| 8/11 | Transfer from x9319 to x0651 | 8,000.00- |

**BANK**NORTH

Date  8/29/25                Page      3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 8/11 | SALE        IN-LINE RENEWAL<br>CCD | 39,027.00- |
| 8/11 | POS DEB 1540 08/09/25 00128999<br>SPEEDWAY 46582<br>21550 S DIAMOND LA<br>ROGERS       MN C#0898 | 11.41- |
| 8/11 | DBT CRD 1210 08/10/25 18560750<br>MCDONALD S F8193<br>SAUK CENTRE   MN C#0898 | 10.00- |
| 8/11 | DBT CRD 0953 08/08/25 34732956<br>CASEYS #3362<br>DILWORTH      MN C#0898 | 13.64- |
| 8/11 | DBT CRD 0634 08/08/25 16079972<br>MARATHON PETRO228973<br>WEST FARGO    ND C#0898 | 18.03- |
| 8/11 | DBT CRD 1810 08/09/25 33146752<br>CENEX ZIP TRIP<br>FERGUS FALLS  MN C#0898 | 19.48- |
| 8/11 | DBT CRD 2043 08/08/25 60840820<br>MARATHON PETRO228973<br>WEST FARGO    ND C#0898 | 25.96- |
| 8/11 | DBT CRD 1225 08/08/25 26058062<br>HOLIDAY STATIONS 0415<br>MOORHEAD      MN C#0898 | 37.27- |
| 8/11 | DBT CRD 1541 08/09/25 42219145<br>SPEEDWAY 46582<br>ROGERS       MN C#0898 | 43.57- |
| 8/11 | DBT CRD 1203 08/10/25 12776473<br>HOLIDAY STATIONS 0447<br>SAUK CENTRE   MN C#0898 | 43.83- |
| 8/11 | DBT CRD 1714 08/07/25 98499806<br>CASEYS #3362<br>DILWORTH      MN C#0898 | 51.98- |
| 8/11 | DBT CRD 1319 08/09/25 59987972<br>DAVANNIS #1 SAINT PAUL<br>651-6904848   MN C#0898 | 58.97- |
| 8/11 | DBT CRD 0733 08/07/25 51815133<br>MENARDS FARGO ND<br>WEST FARGO    ND C#0898 | 116.08- |
| 8/11 | DBT CRD 1959 08/09/25 35836818<br>TST* MANCINIS CHAR HOU<br>SAINT PAUL    MN C#0898 | 185.00- |
| 8/11 | DBT CRD 2117 08/11/25 82592176<br>PRICELN*INTERCONTINENT<br>203-299-8000  CT C#0898 | 297.91- |
| 8/11 | DBT CRD 1049 08/09/25 69661065<br>HARBOR FREIGHT TOOLS 2<br>ST PAUL       MN C#0898 | 347.59- |
| 8/12 | ATM W/D 1843 08/11/25 00003435<br>CAPITAL VIEW-667147<br>637 SMITH AVE N.<br>ST PAUL       MN C#0898 | 103.50- |
| 8/12 | Transfer from x9319 to x9327 | 8,000.00- |
| 8/12 | DBT CRD 0814 08/11/25 76656384<br>HOLIDAY STATIONS 0345<br>ALEXANDRIA    MN C#0898 | 1.39- |
| 8/12 | DBT CRD 1856 08/11/25 61888663 | 10.00- |

**BANK**NORTH

Date  8/29/25            Page     4

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | CUB FOODS WSP | |
|      | WEST ST.PAUL   MN C#0898 | |
| 8/12 | DBT CRD 1542 08/10/25 45474171 | 12.28- |
|      | ARCO ROTHSAY TRUCK STO | |
|      | ROTHSAY       MN C#0898 | |
| 8/12 | DBT CRD 0811 08/11/25 73516279 | 38.63- |
|      | HOLIDAY STATIONS 0345 | |
|      | ALEXANDRIA    MN C#0898 | |
| 8/12 | DBT CRD 1930 08/11/25 18496459 | 47.64- |
|      | PANDA EXPRESS #1914 | |
|      | BLOOMINGTON   MN C#0898 | |
| 8/13 | DBT CRD 1304 08/12/25 50480663 | 20.00- |
|      | MCDONALD S F10892 | |
|      | ST CLOUD      MN C#0898 | |
| 8/13 | DBT CRD 1253 08/12/25 42644460 | 37.50- |
|      | PILOT 00134 | |
|      | ST. CLOUD     MN C#0898 | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/14 | XCELENERGY XCEL ENERGY-MN | 35.00- |
|      | WEB | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/14 | XCELENERGY XCEL ENERGY-MN | 35.00- |
|      | WEB | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/14 | DBT CRD 0839 08/13/25 88212069 | 37.97- |
|      | HOLIDAY STATIONS 0414 | |
|      | W FARGO       ND C#0898 | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/14 | DBT CRD 1717 08/12/25 02440274 | 127.83- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO    ND C#0898 | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/14 | DBT CRD 1708 08/12/25 96986742 | 257.05- |
|      | THE HOME DEPOT #3701 | |
|      | FARGO         ND C#0898 | |
| 8/14 | Paid Item Fee | 30.00- |
| 8/15 | DBT CRD 1844 08/13/25 54925443 | 33.00- |
|      | TACO BELL 737589 | |
|      | 763-489-2991  ND C#0898 | |
| 8/15 | Paid Item Fee | 30.00- |
| 8/15 | DBT CRD 1349 08/13/25 77881860 | 60.00- |
|      | THE BLACK PELICAN | |
|      | WYNDMERE      ND C#0898 | |
| 8/15 | Paid Item Fee | 30.00- |
| 8/15 | DBT CRD 0716 08/13/25 42111248 | 262.43- |
|      | MENARDS FARGO ND | |
|      | WEST FARGO    ND C#0898 | |
| 8/15 | Paid Item Fee | 30.00- |
| 8/20 | Paid Item Fee | 30.00- |
| 8/20 | DBT CRD 1028 08/19/25 57334092 | 31.14- |
|      | WINSUPPLY FARGO ND | |
|      | FARGO         ND C#0898 | |
| 8/20 | Paid Item Fee | 30.00- |
| 8/20 | DBT CRD 1709 08/19/25 97781465 | 53.00- |
|      | MCDONALD S F1100 | |
|      | FARGO         ND C#0898 | |
| 8/20 | Paid Item Fee | 30.00- |

**BANKNORTH**

Date  8/29/25          Page      5

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 8/20 | DBT CRD 1533 08/19/25 40125057 | 94.81- |
|      | Scheels Fargo | |
|      | Fargo        ND C#0898 | |
| 8/20 | Paid Item Fee | 30.00- |
| 8/21 | BILLPAY     OTTERTAILPOWERCO | 363.77- |
|      | TEL | |
| 8/21 | Paid Item Fee | 30.00- |
| 8/21 | BILLPAY     OTTERTAILPOWERCO | 663.41- |
|      | TEL | |
| 8/21 | Paid Item Fee | 30.00- |
| 8/21 | DBT CRD 1338 08/19/25 71310319 | 22.37- |
|      | MARATHON PETRO261743 | |
|      | KINDRED     ND C#0898 | |
| 8/21 | Paid Item Fee | 30.00- |
| 8/21 | DBT CRD 1335 08/19/25 68227071 | 26.33- |
|      | MARATHON PETRO261743 | |
|      | KINDRED     ND C#0898 | |
| 8/21 | Paid Item Fee | 30.00- |
| 8/21 | DBT CRD 0407 08/20/25 28672161 | 99.00- |
|      | IN *PINNACLE TRENCHLES | |
|      | 267-3880884    PA C#0898 | |
| 8/21 | Paid Item Fee | 30.00- |
| 8/22 | Paid Item Fee | 30.00- |
| 8/25 | ACH        CITY OF MAPLETON | 80.00- |
|      | PPD | |
| 8/25 | BUS INSUR  TRAVELERS | 513.20- |
|      | CCD | |
| 8/26 | Return Item Fee | 35.00- |
| 8/26 | Return Item Fee | 35.00- |
| 8/26 | Return Item Fee | 35.00- |
| 8/26 | Return Item Fee | 35.00- |
| 8/26 | Return Item Fee | 35.00- |
| 8/27 | Return Item Fee | 35.00- |
| 8/28 | INS PREM   UNITED FIN CAS | 3,067.31- |
|      | PPD | |
| 8/28 | Paid Item Fee | 30.00- |
| 8/28 | Continuous Overdraft Charge | 5.00- |
| 8/29 | Paid Item Fee | 30.00- |
| 8/29 | RETRY PYMT TRAVELERS | 513.20- |
|      | WEB | |
| 8/29 | Continuous Overdraft Charge | 5.00- |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 8/22 | 1199 | 600.00 | 8/26 | 1208 | 4,312.65 |
| 8/04 | 1203* | 1,710.59 | 8/25 | 1209 | 2,180.73 |
| 8/04 | 1204 | 730.01 | 8/25 | 1210 | 4,080.18 |
| 8/14 | 1205 | 5,000.00 | 8/25 | 1211 | 4,689.28 |
| 8/18 | 1206 | 498.32 | 8/28 | 1211* | 4,689.28 |
| 8/20 | 1207 | 1,826.68 | 8/29 | 1212 | 1,288.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 100.89- | 8/12 | 2,315.88 | 8/22 | 2,078.73- |
| 8/04 | 6,438.51 | 8/13 | 2,258.38 | 8/25 | 13,622.12- |
| 8/05 | 6,123.51 | 8/14 | 3,414.47- | 8/26 | 6,566.38- |

**BANK**NORTH

Date   8/29/25          Page       6

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/06 | 5,590.30 | 8/15 | 3,769.90- | 8/27 | 2,288.73- |
| 8/07 | 5,456.31 | 8/18 | 1,821.78 | 8/28 | 10,080.32- |
| 8/08 | 4,587.04 | 8/20 | 303.85- | 8/29 | 11,916.52- |
| 8/11 | 8,529.32 | 8/21 | 1,538.73- | | |

**BANK**NORTH



**Remote Deposit**                                          Credit

**BankNorthRDA**
*Mobile Micro Business Capture Drain Services IN*
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date:        8/4/2025
Items:       1
Batch ID:    246449103318
Account ID: 1759082 12016698
Acct Num:    9319
AuxOnUs:     2054310574

Check: 2054310574 Amount: $9,950.00 Date: 8/4/2025 Deposit/Credit    2054310574



Check: 1203 Amount: $1,710.59 Date: 8/4/2025 Check    1203



Check: 1204 Amount: $730.01 Date: 8/4/2025 Check    1204

Check: 1205 Amount: $5,000.00 Date: 8/14/2025 Check    1205



Check: 1206 Amount: $498.32 Date: 8/18/2025 Check    1206



Check: 1207 Amount: $1,826.68 Date: 8/20/2025 Check    1207



Check: 1199 Amount: $600.00 Date: 8/22/2025 Check    1199

Check: 1211 Amount: $4,689.28 Date: 8/28/2025 Check    1211

Check: 1212 Amount: $1,288.00 Date: 8/29/2025 Check    1212

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT        $_____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)        $_____

_____

_____

**TOTAL**        $_____

**SUBTRACT**

OUTSTANDING CHECKS
(IF ANY)        $_____

**BALANCE**        $_____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

**PLEASE EXAMINE IMMEDIATELY
AND REPORT IF INCORRECT.**

### WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT
IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Balance Computation Method - Home Equity Line of Credit and Redi-Credit**

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS
TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**BANK**NORTH

PO BOX 460 | Casselton ND 58012          Date   9/30/25          Page      1

Drain Services INC
415 Main Ave Unit 691
PO Box 691
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

Regular Checking                                                          4
Account Number             ████9319   Statement Dates   9/02/25 thru  9/30/25
Previous Balance          11,916.52-  Days in the statement period         29
    6 Deposits/Credits    35,301.93   Average Ledger                  684.58-
   43 Checks/Debits       26,204.42
Service Charge                   .00
Interest Paid                    .00
Ending Balance             2,819.01-

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $80.00 | $1,775.00 |
| **Total Returned Item Fees** | $35.00 | $315.00 |

## Deposits / Credits

| Date | Description | Amount |
|---|---|---|
| 9/04 | Return Item Credit | 4,312.65 |
| 9/08 | Deposit/Credit     2081955726 | 15,000.00 |
| 9/09 | Transfer from x9634 to x9319 | 2,000.00 |
| 9/10 | TRANSFER    Intuit | 7,000.00 |
|      | CCD |  |
| 9/16 | Transfer from x9634 to x9319 | 2,300.00 |
| 9/30 | Return Item Credit | 4,689.28 |

Member FDIC

# BANKNORTH

Date  9/30/25                Page    2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 9/02 | Continuous Overdraft Charge | 5.00- |
| 9/03 | Continuous Overdraft Charge | 5.00- |
| 9/04 | Continuous Overdraft Charge | 5.00- |
| 9/05 | QBooks Onl INTUIT * | 115.00- |
|      | CCD | |
| 9/05 | Paid Item Fee | 30.00- |
| 9/05 | Continuous Overdraft Charge | 5.00- |
| 9/08 | Transfer to DDA | 2,300.00- |
|      | Acct No.        2229634 | |
| 9/10 | DBT CRD 1606 09/09/25 60017828 | 12.00- |
|      | City Of Fargo Solid Wa | |
|      | FARGO        ND C#0898 | |
| 9/10 | DBT CRD 0750 09/09/25 62308794 | 29.64- |
|      | EVOICE SERVICES | |
|      | 866-761-8109 CA C#0898 | |
| 9/11 | Transfer from x9319 to x9327 | 536.84- |
| 9/11 | Transfer from x9319 to x9327 | 1,077.00- |
| 9/11 | DBT CRD 1156 09/10/25 08242731 | 40.00- |
|      | HOLIDAY STATIONS 0469 | |
|      | WEST FARGO    ND C#0898 | |
| 9/12 | Transfer from x9319 to x0651 | 200.00- |
| 9/15 | ATM W/D 1433 09/12/25 00006592 | 503.00- |
|      | WELLS FARGO BANK | |
|      | 1401 13th Ave E | |
|      | West Fargo    ND C#0898 | |
| 9/15 | Transfer from x9319 to x9327 | 1,000.00- |
| 9/15 | Transfer to DDA | 2,300.00- |
|      | Acct No.        2229634 | |
| 9/15 | XCELENERGY XCEL ENERGY-MN | 35.00- |
|      | WEB | |
| 9/15 | XCELENERGY XCEL ENERGY-MN | 35.00- |
|      | WEB | |
| 9/15 | DBT CRD 1206 09/12/25 14369778 | 35.40- |
|      | CASEYS #3362 | |
|      | DILWORTH      MN C#0898 | |
| 9/15 | DBT CRD 1837 09/12/25 48083388 | 67.67- |
|      | HOLIDAY STATIONS 0469 | |
|      | WEST FARGO    ND C#0898 | |
| 9/16 | Transfer from x9319 to x9327 | 46.93- |
| 9/17 | DBT CRD 1203 09/16/25 14143239 | 26.99- |
|      | Amazon.com*NI7IN0GU3 | |
|      | Amzn.com/bill WA C#0898 | |
| 9/22 | ATM W/D 1552 09/19/25 009313 | 200.00- |
|      | BORDER BANK FARG | |
|      | 3203 32ND AVENUE | |
|      | FARGO        ND C#0898 | |
| 9/22 | DBT CRD 2222 09/20/25 21569485 | 21.58- |
|      | AMAZON MKTPL*MU2RK4HG3 | |
|      | Amzn.com/bill WA C#0898 | |
| 9/22 | DBT CRD 1021 09/20/25 53066867 | 75.21- |
|      | MONSTER TRUCK WARS | |
|      | MONSTERTRUCKS TX C#0898 | |
| 9/22 | DBT CRD 2008 09/21/25 41058366 | 127.28- |
|      | OLIVE GARDEN 0021188 | |
|      | FARGO        ND C#0898 | |
| 9/22 | DBT CRD 0410 09/20/25 30410601 | 99.00- |
|      | IN *PINNACLE TRENCHLES | |

**BANK**NORTH

Date   9/30/25                Page      3

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
|      | 267-3880884   PA C#0898 | |
| 9/23 | BUS INSUR  TRAVELERS | 513.20- |
|      | CCD | |
| 9/24 | DBT CRD 1518 09/22/25 30807987 | 10.00- |
|      | DOMINO S 1862 | |
|      | 320-235-8277   ND C#0898 | |
| 9/25 | ATM W/D 0910 09/25/25 00009293 | 403.00- |
|      | WELLS FARGO BANK | |
|      | 1401 13th Ave E | |
|      | West Fargo    ND C#0898 | |
| 9/25 | DBT CRD 1146 09/23/25 03816329 | 16.88- |
|      | PY *PIZZA RANCH - DILW | |
|      | DILWORTH     MN C#0898 | |
| 9/25 | DBT CRD 1030 09/23/25 56837315 | 41.81- |
|      | MARATHON 20032 | |
|      | GLYNDON      MN C#0898 | |
| 9/26 | DBT CRD 1849 09/25/25 57937109 | 4.73- |
|      | McDonalds 37224 | |
|      | 800-5153636   ND C#0898 | |
| 9/26 | DBT CRD 1400 09/24/25 84054597 | 12.46- |
|      | JIMMY JOHNS # 475 - E | |
|      | 701-772-6700  ND C#0898 | |
| 9/26 | DBT CRD 1837 09/25/25 50604955 | 34.56- |
|      | McDonalds 37224 | |
|      | 800-5153636   ND C#0898 | |
| 9/30 | Return Item Fee | 35.00- |
| 9/30 | INS PREM   UNITED FIN CAS | 3,067.31- |
|      | PPD | |
| 9/30 | Paid Item Fee | 30.00- |

## Checks in Number Order

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 9/11 |         | 1,000.00 | 9/15 | 1213* | 1,000.00 |
| 9/17 |         | 2,100.00 | 9/29 | 1221* | 4,689.28 |
| 9/03 | 1208*   | 4,312.65 |      |       | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/02 | 11,921.52- | 9/11 | 6,923.00 | 9/24 | 826.74 |
| 9/03 | 16,239.17- | 9/12 | 6,723.00 | 9/25 | 365.05 |
| 9/04 | 11,931.52- | 9/15 | 1,746.93 | 9/26 | 313.30 |
| 9/05 | 12,081.52- | 9/16 | 4,000.00 | 9/29 | 4,375.98- |
| 9/08 | 618.48 | 9/17 | 1,873.01 | 9/30 | 2,819.01- |
| 9/09 | 2,618.48 | 9/22 | 1,349.94 |      | |
| 9/10 | 9,576.84 | 9/23 | 836.74 |      | |



**Remote Deposit** | **Credit**

BankNorthRDA
*Mobile Micro Business Capture Drain Services IN*
PO Box 460
Casselton, ND 58012-0460
800-290-4306

Date: 9/8/2025
Items: 1
Amount: $15,000.00
Batch ID: 249502261174
Account ID: 1759082 12016698
Acct Num: ▓9319
AuxOnUs: 2081955726

Check: 2081955726 Amount: $15,000.00 Date: 9/8/2025 Deposit/Credit

---

**Received From** | **CHECKING WITHDRAWAL**

⊕ BANKNORTH

Account Number ▓9319

Date 9-11-25 ✳

one thousand Dollars $ 1,000.—

Print Name Kevin Cameron

Signature _____

NOT NEGOTIABLE - TO BE USED ONLY AT COUNTER BY DEPOSITOR

⑆5757⑈000⑆

2081955726: 0 Amount: $1,000.00 Date: 9/11/2025 Withdrawal

---

DRAIN SERVICES INC.
415 MAIN AVE E # 691
WEST FARGO, ND 58078

77-504/913          1213

DATE 9-11-25

PAY TO THE ORDER OF  Dr Ferris (Brad)  $ 1,000 00/xx

One Thousand Only _____ DOLLARS

⊕ BANKNORTH
VALUE-BASED BANKING
www.ibanknorth.com

MEMO 325 111 M45 _____

⑆091305044⑆ ▓9319 01213

Check: 1213 Amount: $1,000.00 Date: 9/15/2025 Check          1213

---

**Debit** | | **Withdrawal From DDA**

Bank:         BankNorth
Branch #:     3
Branch Name:  Casselton Branch
Teller ID:    T37CLAEGER
Drawer #:     302
Trans #:      10
Misc:         Trn In-Person Transfer, *MAND Per Brad Transfer from Drain Services to DSI Investment

Date/Time:    9/17/2025  3:19 PM
Workstation:  CAS-D-TELLER2
HIN #:        939150110000023

SIGNATURE: No Signature Captured

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5757-0001 | ▓9319 | 50 | $2,100.00 |

Check: 0 Amount: $2,100.00 Date: 9/17/2025 Withdrawal

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT   $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)   $ _____

**TOTAL**   $ _____

**SUBTRACT**

OUTSTANDING CHECKS
(IF ANY)   $ _____

**BALANCE**   $ _____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

## PLEASE EXAMINE IMMEDIATELY AND REPORT IF INCORRECT.

---

### WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT

IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### Balance Computation Method - Home Equity Line of Credit and Redi-Credit

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS

TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# BANKNORTH

PO BOX 460 | Casselton ND 58012                    Date    7/31/25              Page      1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

```
Regular Checking                                                         0
Account Number          ▇▇9634  Statement Dates  7/01/25 thru  7/31/25
Previous Balance           21.88  Days in the statement period          31
  2 Deposits/Credits    12,300.00  Average Ledger                 2,081.79
  8 Checks/Debits       12,126.04
Service Charge               .00
Interest Paid                .00
Ending Balance            195.84
```

|                            | Total For This Period | Total Year-to-Date |
|----------------------------|----------------------:|-------------------:|
| **Total Overdraft Fees**   | $.00                  | $.00               |
| **Total Returned Item Fees** | $.00                | $.00               |

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|--------|
| 7/11 | Transfer from x9319 to x9634 | 10,000.00 |
| 7/22 | Transfer from DDA | 2,300.00 |
|      | Acct No.  ▇▇9319 | |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/15 | Per Kevin's Phone Call | 4,000.00- |
| 7/15 | Transfer from x9634 to x9327 | 400.00- |
| 7/15 | Transfer from x9634 to x9319 | 1,000.00- |
| 7/15 | Transfer to Loan | 2,126.04- |
|      | Acct No.  ▇▇0743 | |

Member FDIC

**BANK**NORTH

Date   7/31/25         Page      2

## Checks / Debits

| Date | Description | Amount |
|------|-------------|--------|
| 7/21 | Transfer from x9634 to x9319 | 1,000.00- |
| 7/23 | Transfer from x9634 to x9327 | 3,000.00- |
| 7/25 | Transfer from x9634 to x9327 | 400.00- |
| 7/30 | Transfer from x9634 to x9327 | 200.00- |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/01 | 21.88 | 7/21 | 1,495.84 | 7/25 | 395.84 |
| 7/11 | 10,021.88 | 7/22 | 3,795.84 | 7/30 | 195.84 |
| 7/15 | 2,495.84 | 7/23 | 795.84 | | |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT       $

### ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)       $

### TOTAL       $

### SUBTRACT

OUTSTANDING CHECKS
(IF ANY)       $

### BALANCE       $

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

### PLEASE EXAMINE IMMEDIATELY
### AND REPORT IF INCORRECT.

---

### WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT

IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460
In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

#### Balance Computation Method - Home Equity Line of Credit and Redi-Credit

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS

TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**BANK**NORTH

PO BOX 460 | Casselton ND 58012                Date    8/29/25              Page       1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

```
Regular Checking                                                                    0
Account Number              ████9634   Statement Dates   8/01/25 thru  9/01/25
Previous Balance             195.84    Days in the statement period         32
  1 Deposits/Credits       2,300.00    Average Ledger                   347.40
  2 Checks/Debits          2,250.00
Service Charge                  .00
Interest Paid                   .00
Ending Balance               245.84
```

|  | Total For This Period | Total Year-to-Date |
|---|---|---|
| **Total Overdraft Fees** | $.00 | $.00 |
| **Total Returned Item Fees** | $.00 | $.00 |

### Deposits / Credits
| Date | Description | Amount |
|---|---|---|
| 8/11 | Transfer from x9319 to x9634 | 2,300.00 |

### Checks / Debits
| Date | Description | Amount |
|---|---|---|
| 8/12 | Transfer from x9634 to x9319 | 2,000.00- |
| 8/18 | Transfer from x9634 to x9327 | 250.00- |

### Daily Balances
| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/01 | 195.84 | 8/11 | 2,495.84 | 8/12 | 495.84 |
| 8/18 | 245.84 | | | | |

Member FDIC

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

BANK BALANCE SHOWN
ON THIS STATEMENT        $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)        $ _____

_____

_____

**TOTAL**        $ _____

**SUBTRACT**

OUTSTANDING CHECKS
(IF ANY)        $ _____

**BALANCE**        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

## PLEASE EXAMINE IMMEDIATELY
## AND REPORT IF INCORRECT.

### WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT
IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460
In your letter, give us the following information:
- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

#### Balance Computation Method - Home Equity Line of Credit and Redi-Credit
We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS
TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.
1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# BANK NORTH

PO BOX 460 | Casselton ND 58012                    Date    9/30/25            Page        1

Dsi Investments LLC
1131 Legion Ln W
West Fargo ND 58078

Effective July 1, 2025: The amount available for withdrawal on deposits not subject
to next day availability increased from $225 to $275. Exception holds (large
deposits , new accounts, repeat overdrafts) increased from $5,525 to $6,725.

Regular Checking                                                                2
Account Number              ▮9634   Statement Dates   9/02/25 thru  9/30/25
Previous Balance            245.84   Days in the statement period         29
   3 Deposits/Credits     6,700.00   Average Ledger                  274.64
   4 Checks/Debits        6,926.04
Service Charge                  .00
Interest Paid                   .00
Ending Balance               19.80

|                          | Total For This Period | Total Year-to-Date |
|--------------------------|----------------------:|-------------------:|
| **Total Overdraft Fees** |                 $.00 |              $.00 |
| **Total Returned Item Fees** |             $.00 |              $.00 |

## Deposits / Credits

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08 | Transfer from DDA | 2,300.00 |
|      | Acct No.      ▮9319 | |
| 9/15 | Transfer from DDA | 2,300.00 |
|      | Acct No.      ▮9319 | |
| 9/17 | Deposit/Credit | 2,100.00 |

## Checks / Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 9/09 | Transfer from x9634 to x9319 | 2,000.00- |
| 9/11 | Transfer from x9634 to x9327 |   500.00- |
| 9/16 | Transfer from x9634 to x9319 | 2,300.00- |

Member FDIC

**BANK**NORTH

Date   9/30/25          Page      2

## Checks in Number Order

| Date | Check # | Amount |
|------|---------|--------|
| 9/17 | | 2,126.04 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/02 | 245.84 | 9/11 | 45.84 | 9/17 | 19.80 |
| 9/08 | 2,545.84 | 9/15 | 2,345.84 | | |
| 9/09 | 545.84 | 9/16 | 45.84 | | |

**BANK**NORTH

---

| **Credit** | **Deposit To DDA** |
|---|---|
| **Bank:** BankNorth | **Date/Time:** 9/17/2025  3:19 PM |
| **Branch #:** 3 | **Workstation:** CAS-D-TELLER2 |
| **Branch Name:** Casselton Branch | **HIN #:** 939150110000022 |
| **Teller ID:** T37CLAEGER | **Owner:** Dsi Investments LLC |
| **Drawer #:** 302 | |
| **Trans #:** 10 | |
| **Misc:** Trn In-Person Transfer, *MAND Per Brad Transfer from Drain Services to DSI Investment. | |

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5757-0011 | ▉9634 | 10 | $2,100.00 |

Check: 0 Amount: $2,100.00 Date: 9/17/2025 Deposit/Credit

---

| **Debit** | **Checking Withdrawal** |
|---|---|
| **Bank:** BankNorth | **Date/Time:** 9/17/2025  3:21 PM |
| **Branch #:** 3 | **Workstation:** CAS-D-TELLER2 |
| **Branch Name:** Casselton Branch | **HIN #:** 939150110000025 |
| **Teller ID:** T37CLAEGER | |
| **Drawer #:** 302 | |
| **Trans #:** 11 | |
| **Misc:** Trn Loan Payment, Enter Information Payment to loan #0743 | |

**SIGNATURE:** No Signature Captured

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5757-0001 | ▉634 | 50 | $2,126.04 |

Check: 0 Amount: $2,126.04 Date: 9/17/2025 Withdrawal

# THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING –
NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | ◀ |

BANK BALANCE SHOWN
ON THIS STATEMENT    $ _____

**ADD**

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)    $ _____

_____

_____

**TOTAL**    $ _____

**SUBTRACT**

▶ OUTSTANDING CHECKS
(IF ANY)    $ _____

**BALANCE**    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK
BALANCE AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT

## PLEASE EXAMINE IMMEDIATELY AND REPORT IF INCORRECT.

---

### WHAT TO DO IF YOU THINK YOU FIND AN ERROR ON YOUR STATEMENT

IF YOU THINK THERE IS AN ERROR ON YOUR STATEMENT, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460

In your letter, give us the following information:

- Account Information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

YOU MUST CONTACT US WITHIN 60 DAYS AFTER THE ERROR APPEARED ON YOUR STATEMENT.

You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

#### Balance Computation Method - Home Equity Line of Credit and Redi-Credit

We figure the interest charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new advances and fees, and subtract any unpaid interest or finance charges and any payments or credits. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS ON CONSUMER ACCOUNTS

TELEPHONE US AT 1-877-847-4540, WRITE US AT PO BOX 460, CASSELTON, ND 58012-0460 OR EMAIL US AT INFO@BANKNORTH.BANK as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts we may take up to 20 business days to credit your account for the amount you think is in error. If a notice of error involves unauthorized use of your Visa Point of Sale debit card, we will provide provisional credit within five (5) business days after you notify us instead of ten (10) or twenty (20) business days.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.