UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re: | Case No.: 23-30352 |
|---|---|
| Drain Services Inc., | Chapter 11 |
| Debtor. | |

CERTIFICATE OF SERVICE

STATE OF NORTH DAKOTA   )
                        ) SS
COUNTY OF CASS          )

[¶1]   I, Lila Stanley, under penalty of perjury, state as follows:

[¶2]   I am of legal age and not a party to the above-entitled matter.

[¶3]   On November 21, 2025, I deposited in the United States Post Office at Fargo, North Dakota, true and correct copies of the following document(s):

**Notice of Default and Motion for Allowance of an Administrative Expense with Exhibits A-B, Proposed Order, and Certificate of Service [ECF 211]**

[¶4]   A copy of the foregoing was securely enclosed in an envelope with first-class postage duly prepaid and addressed as follows:

Drain Services Inc.
415 Main Ave E
Suite 691
Fargo, ND 58078

[¶5]   To the best of my knowledge, the address above given was the last known post office address of the party intended to be served.

[¶6]   I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2025.

/s/ Lila Stanley
Lila Stanley