# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Drain Services, Inc.,                                    Case No.: 23-30352
                                                         Chapter 11, Subchapter V

        Debtor.

---

### OBJECTION TO NOTICE OF DEFAULT AND MOTION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE

---

Drain Services Inc. ("Drain Services"), the debtor in the above-named matter, by and through its undersigned counsel, hereby objects to the Notice of Default and Motion for Allowance of an Administrative Expense filed by Brookwood Estates MHC, LLC ("Brookwood") on November 21, 2025 (Doc. # 211 and hereafter referred to as the "Motion"), upon the following grounds:

### DRAIN SERVICES PERFORMED WORK ON THE BROOKWOOD PROJECT AND HAS NOT BEEN PAID IN FULL FOR ITS WORK

1.    Around May 2023, Neil DeZort ("DeZort") a Senior Project Manager for Open Management LLC, contacted Drain Services in the hopes of contracting with Drain Services to perform sewer line maintenance on Brookwood Estates MHP, a mobile home park that was recently acquired by Brookwood (the "Project"). Open Management LLC is Brookwood's managing entity.

2.    On May 22, 2023, Drain Services informed DeZort that it would be interested in surveying the site, and stated to DeZort that the sewer lines should be cleaned and televised before any contract was entered into so that the parties would better understand what would need to be included in the contract. That same day, DeZort responded that he wished to contract with

1

Drain Services before allowing Drain Services to perform any preliminary cleaning or televising work. A copy of the email exchange between DeZort and Drain Services is attached as Exhibit A to this Objection.

3. In September 2023, Drain Services provided Brookwood a quote for the Project (the "2023 Proposal"). The 2023 Proposal specifically notes that cleaning and inspection will occur as the project progresses. The 2023 Proposal was not intended to be a final agreement between Drain Services and Brookwood, as Drain Services had not yet been allowed to clean and inspect the sewer lines and thus could not accurately determine the full scope of the Project. A copy of the 2023 Proposal is attached as Exhibit B to this Objection.

4. The 2023 Proposal included installation of "Cure In Place Pipe" or "CIPP" at various manhole segments, installation of "CIPP T-Liner" at each lateral connection to the main water lines, and installation of "VAC-A-TEE" to aid in the cleanout of various parts of the sewage system. The 2023 Proposal also explicitly included cleaning and inspection work. The cleaning and inspection work shows the 2023 Proposal was not intended to be a final agreement between Drain Services and Brookwood, as Drain Services, at the time of drafting the 2023 Proposal, did not have sufficient knowledge of the sewage system to make an accurate, complete bid.

5. Pursuant to the 2023 Proposal, Drain Services received an initial payment of $205,575.

6. In October 2023, Drain Services began work on the Project. Over time, as Drain Services began inspecting and cleaning the infrastructure, it discovered that manhole inverts were eroded, broken, and missing in all structures. These inverts connect to the base of the manhole structure and are necessary to perform the work Drain Services was hired to perform;

2

but repairing these inverts was not included in the work to be performed pursuant to the 2023 Proposal. Further, Drain Services discovered that Brookwood's sewage system was connected to the sewage system of a nearby commercial district and, as a result, oil from the businesses located nearby had permeated Brookwood's sewage system, which presented unforeseen health risks, additional equipment maintenance, and environmental hurdles that all served to delay and increase the expense of the Project. Such defects could only be discovered upon performance of inspection and cleaning of the sewer system, which Brookwood declined to have performed in advance of receiving the 2023 Proposal.

7. After discovery of the unforeseen defects in Brookwood's sewage system, Drain Services contacted Brookwood and presented a change order which proposed to undertake the required rehabilitation of the manhole inverts, bases, and vertical structures so that Drain Services could finish the Project (the "2025 Proposal"). A copy of the 2025 Proposal is attached as <u>Exhibit C</u> to this Objection. The Project could not be completed without the additional work included in the 2025 Proposal.

8. After receiving no response from Brookwood on the 2025 Proposal, on August 29, 2025, as Drain Services had been unable to perform meaningful work on the Project and was stuck in "limbo" awaiting approval or rejection of the 2025 Proposal, Drain Services sent a letter to Brookwood requesting a response regarding the 2025 Proposal (the "August 29th Letter"). Further, in the August 29th Letter, Drain Services stated, if it did not receive a response regarding the 2025 Proposal by September 5, 2025, it would treat the Project as if it was terminated. The deadline was due to the fact that Drain Services had ordered equipment for the Project that would deteriorate if it was not inserted into the sewer system by the end of the year and September 5, 2025 was the latest that Drain Services could reasonably complete the installation, along with the

3

additional work required in the 2025 Proposal, before the looming winter shutdown. A copy of the August 29th Letter is attached as Exhibit D to this Objection.

9. Brookwood never accepted or rejected the 2025 Proposal, nor did it respond to the August 29th Letter. By failing to respond, Brookwood terminated its contract with Drain Services.

10. Since beginning operations on the Project in October 2023, Drain Services has diligently performed work on the Project and has accrued costs in excess of the $205,575 initial payment, thus Brookwood has provided no benefit to the estate, and has instead caused Drain Services to suffer damages.

11. By requiring Drain Services to submit the 2023 Proposal before allowing Drain Services to perform the preliminary inspection and cleaning necessary to discover the latent defects in Brookwood's sewage system, Brookwood assumed the risk that the discovery of those defects posed. Namely, the extra costs and delays they would cause to the Project.

REQUESTED RELIEF

Drain Services denies that it has breached its agreement with Brookwood and further denies that Brookwood has a claim that is properly considered an administrative expense. Drain Services respectfully submits that material issues of fact remain in dispute between the parties, including but not limited to the scope of work performed, the existence and impact of latent defects, and the parties' respective obligations under the 2023 Proposal and subsequent communications. These factual disputes cannot be resolved on the pleadings alone and require presentation of testimony and documentary evidence. Accordingly, pursuant to applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, Drain Services requests that the Court schedule and conduct an evidentiary hearing to allow the parties to

4

present evidence and argument on these contested matters. Such a hearing is necessary to ensure a full and fair determination of the issues raised by Brookwood's Motion and Drain Services' Objection.

|  |  |
|---|---|
| Dated: December 11, 2025 | AHLGREN LAW OFFICE, PLLC<br><br>/s/ Erik A. Ahlgren<br>Attorney #09561<br>220 West Washington Ave, Ste 105<br>Fergus Falls, MN 56537<br>Office: 218-998-2775<br>Fax: 218-998-6404<br>erik@ahlgrenlawoffice.net<br><br>ATTORNEY FOR DRAIN SERVICES, INC. |

## VERIFICATION

I, Kevin Cameron, am the Vice President of Drain Services, Inc. I have read the foregoing objection to notice of default and motion for allowance of an administrative expense. The facts stated therein are true and correct to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

_____
Kevin Cameron

5

# EXHIBIT A

Case 23-30352    Doc 214    Filed 12/11/25    Entered 12/11/25 16:39:04    Desc Main
Document      Page 6 of 20

**Kevin**

---

| | |
|---|---|
| **From:** | Neil DeZort <neil@openmgmt.com> |
| **Sent:** | Monday, May 22, 2023 9:20 AM |
| **To:** | Kevin |
| **Subject:** | Re: Brookwood Estates CIPP Work |

Hey Kevin,

I'm fine moving forward with getting under contract to do the CIPP work. To the best of our knowledge these deep lines are clay and I would prefer not to wait until they fail to need to fix them. Here is my only concern… what would happen if you cleaned/tv'd and they turn out to be PVC (This is highly unlikely)? At that point could we cancel the CIPP work and just pay for the cleaning/TV work? If we can't do that, how much would it be extra to do the cleaning/tv work twice? Essentially where I'm at is we are going to move forward with the CIPP work as long as it is warranted (i.e. clay pipe).

Thanks,



**Neil DeZort, PE (MT)**
Senior Project Manager

 (406) 250-6048
neil@openmgmt.com

---

On Mon, May 22, 2023 at 8:14 AM Kevin <Kevin@drainservicesinc.com> wrote:

> Neil,
>
> I was able to walk around the site last week.
>
> What would you like me to do next?
>
> We should clean and televise the lines so we know what we are up against – there's a double edge sword to this.  Cleaning and televising would be considered incidental to our CIPP pipe lining process – we would need to be under contract for the repairs in order to not incur an additional charge for these services.  The other option of making cleaning and televising a separate project would have separate charges – essentially you'd be paying for cleaning and televising twice.

325

Let me know if you have any questions or want to chat about next steps,

Kevin Cameron

VP Drain Services, INC

701-799-8787

**From:** Neil DeZort <neil@openmgmt.com>
**Sent:** Tuesday, May 16, 2023 2:29 PM
**To:** Kevin <Kevin@drainservicesinc.com>
**Subject:** Re: Brookwood Estates CIPP Work

Yep absolutely. I will give the local onsite community manager a heads up that you will be poking around. Her name is Karissa and her number is 701-970-9556 in case you need her for anything while you are out there.

**Neil DeZort, PE (MT)**
Senior Project Manager

(406) 250-6048
neil@openmgmt.com

On Tue, May 16, 2023 at 12:55 PM Kevin <Kevin@drainservicesinc.com> wrote:

> Hi Neil,
>
> Am I ok to survey the site?

326

Kevin Cameron

VP Drain Services, INC

701-799-8787

---

**From:** Neil DeZort <neil@openmgmt.com>
**Sent:** Tuesday, May 16, 2023 1:40:32 PM
**To:** kevin@drainservicesinc.com <kevin@drainservicesinc.com>
**Subject:** Brookwood Estates CIPP Work

Hi Kevin,

Thanks for calling me back this morning. As we discussed, we recently acquired the Brookwood Estates MHP and one of the concerning issues we discovered during due diligence was the depth of the sewer line that runs parallel to 12th Street East. I have attached a map that we had put together showing the approximate location of the sewer mains along with some periodic depths (approximate) of the manholes. I also attached a figure showing the lines that we would ultimately like to slip-line highlighted in green.

We are going to need to do this work in two phases, but for the preliminary/investigative portion on your end I think it makes sense to camera all the lines and collect any field information you would need upfront all at once. Then we can get an accurate cost estimate and plan how much work we would like to tackle in phase 1 based on our budget. Obviously, I want to start at the deepest sections to the south and work our way back up to the shallow end in terms of priority. For services, you can assume that every lot adjacent to the line has a service tap into it.

As you take a look at this, please let me know if you have any questions. Otherwise, just let me know what our next steps are to get the ball rolling on this work.

Thanks,

**Neil DeZort, PE (MT)**
Senior Project Manager

(406) 250-6048

neil@openmgmt.com

**Kevin**

---

**From:** Neil DeZort <neil@openmgmt.com>
**Sent:** Tuesday, May 16, 2023 2:29 PM
**To:** Kevin
**Subject:** Re: Brookwood Estates CIPP Work

Yep absolutely. I will give the local onsite community manager a heads up that you will be poking around. Her name is Karissa and her number is 701-970-9556 in case you need her for anything while you are out there.



**Neil DeZort, PE (MT)**
Senior Project Manager



(406) 250-6048
neil@openmgmt.com

---

On Tue, May 16, 2023 at 12:55 PM Kevin <Kevin@drainservicesinc.com> wrote:
Hi Neil,

Am I ok to survey the site?

Kevin Cameron
VP Drain Services, INC
701-799-8787

---

**From:** Neil DeZort <neil@openmgmt.com>
**Sent:** Tuesday, May 16, 2023 1:40:32 PM
**To:** kevin@drainservicesinc.com <kevin@drainservicesinc.com>
**Subject:** Brookwood Estates CIPP Work

Hi Kevin,

Thanks for calling me back this morning. As we discussed, we recently acquired the Brookwood Estates MHP and one of the concerning issues we discovered during due diligence was the depth of the sewer line that runs parallel to 12th Street East. I have attached a map that we had put together showing the approximate location of the sewer mains along with some periodic depths (approximate) of the manholes. I also attached a figure showing the lines that we would ultimately like to slip-line highlighted in green.

We are going to need to do this work in two phases, but for the preliminary/investigative portion on your end I think it makes sense to camera all the lines and collect any field information you would need upfront all at once. Then we can get an accurate cost estimate and plan how much work we would like to tackle in phase 1 based on our budget. Obviously, I want to start at the deepest sections to the south

and work our way back up to the shallow end in terms of priority. For services, you can assume that every lot adjacent to the line has a service tap into it.

As you take a look at this, please let me know if you have any questions. Otherwise, just let me know what our next steps are to get the ball rolling on this work.

Thanks,



**Neil DeZort, PE (MT)**
Senior Project Manager

 (406) 250-6048

neil@openmgmt.com

**Kevin**

---

| | |
|---|---|
| **From:** | Neil DeZort <neil@openmgmt.com> |
| **Sent:** | Tuesday, May 16, 2023 1:41 PM |
| **To:** | Kevin |
| **Subject:** | Brookwood Estates CIPP Work |
| **Attachments:** | Brookwood Estates Sewer Map Manhole Depth .jpg; Areas for CIPP work.pdf |

Hi Kevin,

Thanks for calling me back this morning. As we discussed, we recently acquired the Brookwood Estates MHP and one of the concerning issues we discovered during due diligence was the depth of the sewer line that runs parallel to 12th Street East. I have attached a map that we had put together showing the approximate location of the sewer mains along with some periodic depths (approximate) of the manholes. I also attached a figure showing the lines that we would ultimately like to slip-line highlighted in green.

We are going to need to do this work in two phases, but for the preliminary/investigative portion on your end I think it makes sense to camera all the lines and collect any field information you would need upfront all at once. Then we can get an accurate cost estimate and plan how much work we would like to tackle in phase 1 based on our budget. Obviously, I want to start at the deepest sections to the south and work our way back up to the shallow end in terms of priority. For services, you can assume that every lot adjacent to the line has a service tap into it.

As you take a look at this, please let me know if you have any questions. Otherwise, just let me know what our next steps are to get the ball rolling on this work.

Thanks,



**Neil DeZort, PE (MT)**
Senior Project Manager

 (406) 250-6048
✉ neil@openmgmt.com

**EXHIBIT B**



# PROPOSAL

415 Main Ave E
Unit #691
West Fargo, ND 58078
701.799.8787

9/12/2023

**TO**  Brookwood Estates
C/O Neil

**JOB**  Brookwood Estates
Sanitary Sewer Rehabilitation
Phase 1 – ADD MH 5-28

| CATEGORY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| INSPECTION | Cleaning and inspection will occur as the project progresses. Proposal to include:<br>1. CIPP mains to include cleaning and CTTV before and after<br>2. CIPP T-Liner for laterals to include lateral/connection cleaning before and after<br>3. Vac-A-Tee for any laterals that do not have accessible cleanouts | INCLUDED | INCLUDED |
| CIPP SEGMENTS | Cure In Place Pipe (CIPP) for the following manhole segments:<br><br>1. MH 5-4        90 FEET<br>2. MH 22-5      215 FEET<br>3. MH 18-22    240 FEET<br>4. MH 14-18    170 FEET<br>5. MH 28-14    110 FEET<br>6. MH 50-28    222 FEET<br>7. MH 4 TO CITY  130 FEET<br><br>1,177 FEET | $150.00/FT | $176,550.00 |
| CIPP T-LINER | CIPP T-LINER at each lateral connection to the mains that have been lined:<br><br>1. MH 5-4     4 TEES<br>2. MH 22-5   7 TEES<br>3. MH 18-22  4 TEES<br>4. MH 14-18  4 TEES<br>5. MH 28-14  4 TEES<br><br>23 TEES | $6,000.00/EA | $138,000.00 |
| VAC-A-TEE | Vac-a-tee at laterals where there is not an accessible cleanout. Cleanout access is necessary for T-Liner installation. Backfill of all materials removed included.<br><br>23 LATERALS | $4,200.00/EA | $96,600.00 |
| **50% AT PROPOSAL ACCEPTANCE**<br>**25% AT CIPP LINER INSTALLATION**<br>**25% AT CIPP T-LINER INSTALLATION** | | SUBTOTAL | |
| | | SALES TAX | |
| | | TOTAL | $411,150.00 |

**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT C



**CO 1**

415 Main Ave E
Unit #691
West Fargo, ND 58078
701.799.8787

6/12/2025

**TO** Brookwood Estates
C/O Jim

**JOB** Brookwood Estates
Sanitary Sewer Rehabilitation
Phase 1 CO 1

| CATEGORY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| INSPECTION | Cleaning & CCTV operations have revealed defective infrastructure that will prevent the successful installation of all CIPP segments, Tliners, and Vac-A-Tees.<br><br>The manhole inverts are eroded, broken, and missing in all structures. The inverts connect to the base of the manhole structure which are access points for maintenance upstream and downstream. The inverts will need to be reinforced for CIPP liner segment end seals to be installed properly. Liner end seals provide a mechanical lock between liner segments and manhole inverts. Recommend rehabilitation of the manhole inverts, bases, and vertical structures.<br><br>The laterals that have been inspected are showing multiple fractures that will impede and/or prevent successful installations of TLiners and Vac-A-Tees. Recommend extending each TLiner from 10 FEET to 40 FEET to bring CIPP all the way to house connections where the sewer lateral transverses from horizontal to vertical. | INCLUDED | INCLUDED |
| MANHOLE REHAB | Manhole rehabilitation for the affected manholes:<br><br>MH4, MH5, MH22, MH18, MH14, MH28, MH50<br><br>Rehab to include cleaning/vacuuming debris, removal of broken concrete, removal of broken ladders, cement grouting of inverts/bases, cement spin cast of MH structure from base to iron frame/lid.<br><br>7 STRUCTURES | $10,000.00/EA | $70,000.00 |
| CIPP TLINER EXTENSIONS | CIPP TLiner extensions at each of the affected properties. TLiners will be extended from 10 FEET to 50 FEET.<br><br>30 FOOT EXTENSION X 23 PROPERTIES = 690 FEET | $100.00/FT | $69,000.00 |
| **50% AT CO1 ACCEPTANCE** | | **SUBTOTAL** | |
| **50% AT PROJECT COMPLETION** | | **SALES TAX** | |
| | | **TOTAL** | $139,000.00 |

**THANK YOU FOR YOUR BUSINESS!**

**EXHIBIT D**



August 29, 2025

Remington Kostenko
P.O. Box 667
Minot, ND 58702
Email: rklaw@srt.com                                               SENT VIA EMAIL

**RE: Drain Services, Inc. Sanitary Sewer Rehabilitation for Brookwood Estates MHC, LLC**

Mr. Kostenko:

In October 2023, Drain Services, Inc. ("DSI"), was hired to undertake a sanitary sewer rehabilitation project at the Brookwood Estates MHC, LLC ("Brookwood") mobile home park located in West Fargo, North Dakota. The proposal, a copy of which is attached as Exhibit A, included an inspection, installation of cure in place pipe (CIPP), CIPP T-Liners at each lateral connection to the mains that have been lined and vac-a-tee at laterals where there is not an accessible cleanout.

Cleaning and CCTV operations revealed defective infrastructure that will prevent the successful installation of all CIPP segments, T-Liners, and Vac-A-Tees. The manhole inverts are eroded, broken, and missing in all structures. These inverts connect to the base of the manhole structure which are access points for maintenance upstream and downstream. The inverts will need to be reinforced for CIPP liner segment end seals, which provide a mechanical lock between liner segments and manhole inverts, to be properly installed.

In June 2025, DSI presented a change order, a copy of which is attached as Exhibit B, which proposed to undertake the required rehabilitation of the manhole inverts, bases, and vertical structures. The change order also proposed extending each T-Liner from 10 feet to 40 feet to bring CIPP all the way to house connections where the sewer lateral transverses from horizontal to vertical. To date, Brookwood has neither approved nor rejected this change order. No work can be completed until the required rehabilitation of the manhole inverts, bases, and vertical structures has been arranged for.

Utilizing the Brookwood downpayment funds, in June 2025, DSI ordered the "T-LINER" required for the project (the "Liner"). To produce the Liner several weeks of production time is required. The Liner was provided to DSI on August 24, 2025. The nature of the Liner is such that it must be installed or it will begin to deteriorate and become unusable. If the Liner is not utilized before the end of this year, it will be unusable.

DSI requests that Brookwood approve the submitted change order so that it may once again undertake work on the project, or, in the alternative, terminate the project and retrieve the Liner from DSI.

Due to the short time remaining in the year when construction work may be completed, and the time intensive work required before the Liner may be installed, DSI requests that your response come no

later than September 5, 2025. If we do not receive a response by that time, we will treat the Project as if it has been terminated.

Best regards,

Aaron Ahlgren