UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:  Bankruptcy No. 23-30352
Chapter 11

Drain Services Inc.,

                Debtor.
_____/

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

NOTICE IS GIVEN that a scheduling conference is scheduled for **Thursday, December 18, 2025, at 1:30 p.m. (Central Standard Time)** to consider the following matters:

- **Discuss the need for discovery with regard to Brookwood Estates Notice of Default and Motion for Allowance of an Administrative Expense.**

Please use the following instructions for the telephone conference: **Telephonic Conference Instructions:**

1) Call **701-297-7116**
2) Enter the Meeting ID **16121907752#**
3) Press **#** again when prompted for a Participant ID
4) Enter Passcode **529952**
5) Please identify yourself when you have been admitted to the conference.

Dated: December 16, 2025.

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically December 16, 2025, to Electronic Mail Notice List for Case No. 23-30352.