UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| In Re:<br><br>DRAIN SERVICES, INC.,<br><br>Debtor. | Case No.: 23-30352<br><br>Chapter 11 |
|---|---|

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Joshua A. Swanson, Esq. hereby enters an appearance on behalf of Brookwood Estates MHC, LLC, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. The undersigned requests that all notices and pleadings filed in this case be given and served upon:

  Joshua A. Swanson
  Vogel Law Firm
  218 NP Avenue
  P.O. Box 1389
  Fargo, ND 58107-1389
  jswanson@vogellaw.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, plans, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that Brookwood Estates MHC, LLC hereby reserves: (i) its rights to request the entry of final orders in non-core proceedings entered only

after de novo review by a judge of the U.S. District Court; (ii) its right to a jury trial, if any; (iii) a right to request withdrawal of the reference; or (iv) any other rights to which it may be entitled in law or equity.

    Dated: December 22, 2025.

**VOGEL LAW FIRM**

BY:   */s/ Joshua A. Swanson*
      Joshua A. Swanson (#06788)
      jswanson@vogellaw.com
      218 NP Avenue
      PO Box 1389
      Fargo, ND  58107-1389
      Telephone:  701.237.6983
      ATTORNEYS FOR BROOKWOOD ESTATES MHC, LLC

**Re:   Drain Services Inc.
Case No. 23-30352**

| | | |
|---|---|---|
| STATE OF NORTH DAKOTA | ) | |
| | ) SS | **CERTIFICATE OF SERVICE** |
| COUNTY OF CASS | ) | |

Justin Schares hereby states that on December 22, 2025, he caused the following document:

**NOTICE OF APPEARANCE AND REQUEST FOR
ALL NOTICES UNDER RULE 2002**

to be served electronically upon filing to all registered ECF users in the above-captioned case, and by United States Mail and electronic mail on:

Drain Services Inc.
415 Main Ave E.
Ste 691
West Fargo, ND  58078


*/s/  Tracy A. Ottum*
Tracy A. Ottum

3