**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.:  25-30352 |
|---|---|
| Drain Services Inc., | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

STATE OF NORTH DAKOTA    )
                         )  SS
COUNTY OF CASS           )

[¶1]    I, Sonie Thompson, under penalty of perjury, state as follows:

[¶2]    I am of legal age and not a party to the above-entitled matter.

[¶3]    On May 6, 2026, I deposited in the United States Post Office at Fargo, North Dakota, true and correct copies of the following document(s):

**Brookwood Estates MHC, LLC's 1. Prehearing Brief, 2. Witness List, and 3. Exhibit List re: Hearing on Motion for Allowance of an Administrative Expense**

[¶4]    A copy of the foregoing was securely enclosed in an envelope with first-class postage duly prepaid and addressed as follows:

Drain Services Inc.
415 Main Ave E
Suite 691
Fargo, ND 58078

[¶5]    To the best of my knowledge, the address above given was the last known post office address of the party intended to be served.

[¶6]    I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2026.

/s/ Sonie Thompson

Sonie Thompson