## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | Case No.: 23-30352 |
| Drain Services Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

## BROOKWOOD ESTATES MHC, LLC'S WITNESS LIST (RE: EVIDENTIARY HEARING ON NOTICE OF DEFAULT AND MOTION FOR ALLOWANCE OF AN ADMINSITRATIVE EXPENSE)

Brookwood Estates MHC, LLC hereby provides the following Witness List with respect to the following matters:

- **ECF 211** – Notice of Default and Motion for Allowance of an Administrative Expense set for hearing on **May 13, 2026, at 9:30 a.m.**

| NAME & ADDRESS | Will/May Call | SYNOPSIS OF TESTIMONY |
|---|---|---|
| Neil DeZort<br>Open Management, LLC | May Call | Negotiation and entry of contract between Brookwood Estates and Drain Services Inc. in June of 2023 |
| Kevin Cameron<br>Drain Services Inc. | Will Call | All aspects of the contract between Brookwood Estates and Drain Services Inc. |
| Michelle Oppelt<br>Open Management, LLC | May Call | All aspects of the contract between Brookwood Estates and Drain Services Inc. |
| Jim Elder<br>Open Management, LLC | May Call | All aspects of the contract between Brookwood Estates and Drain Services Inc. |

| Jack Kawalek<br>Open Management, LLC | May Call | All aspects of the contract between Brookwood Estates and Drain Services Inc. |
|---|---|---|
| Chris Hawley<br>Craftwell Architecture + Construction | May Call | Analysis of impossibility of contract between Brookwood Estates and Drain Services Inc., and value of work performed to date by Drain Services Inc. |

Dated this 6th day of May, 2026.

**VOGEL LAW FIRM**

BY: /s/ Drew J. Hushka

Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR BROOKWOOD ESTATES MHC, LLC*

2