**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

| In Re: | Case No.:  23-30352 |
|---|---|
| Drain Services Inc., | Chapter 11 (Subchapter V) |
| Debtor. | |

**BROOKWOOD ESTATES MHC, LLC'S EXHIBIT LIST (RE: EVIDENTIARY HEARING ON NOTICE OF DEFAULT AND MOTION FOR ALLOWANCE OF AN ADMINSITRATIVE EXPENSE)**

Brookwood Estates MHC, LLC hereby provides the following Exhibit List with respect to the following matters:

- **ECF 211** – Notice of Default and Motion for Allowance of an Administrative Expense set for hearing on **May 13, 2026, at 9:30 a.m.**

| EX. NO. | DATE | WITNESS | DESCRIPTION | WILL OR MAY | *STIPULATED | OFFERED | §OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 142 | | | Second Amended Subchapter V Plan of Reorganization **[ECF 142]** | W | | | | | | | | |
| ECF 211 | | | Notice of Default and Motion for Allowance of an Administrative Expense [**ECF 211**]<br><br>Exhibit A – September 18, 2023 Invoice 1<br>Exhibit B – August 29, 2025, Letter | W | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ECF 214 | | | Objection to Notice of Default and Motion for Allowance of an Administrative Expense [**ECF 214**]<br><br>Exhibit A – Email Chain between Neil DeZort and Kevin Cameron<br>Exhibit B – September 12, 2023 Proposal<br>Exhibit C – June 12, 2025 CO 1<br>Exhibit D – August 29, 2025, Letter | W | | | | | | | | |
| Ex. 1 | | | Chris Hawley Report | M | | | | | | | | |
| Ex. 2 | | | Transcript of Rule 30(b)(6) Deposition of Drain Services Inc. | M | | | | | | | | |

\* - O - Original Record & Authenticity Only

\* - A - Admitted into Evidence for all purposes

§ - Federal Rule of Evidence Rule Number

Irregular Exhibits: _____

Dated this 6th day of May, 2026.

**VOGEL LAW FIRM**

BY: */s/ Drew J. Hushka* _____
Kesha L. Tanabe
ktanabe@vogellaw.com
Drew J. Hushka (#08230)
dhushka@vogellaw.com
218 NP Avenue
PO Box 1389
Fargo, ND 58107-1389
Telephone: (701) 237-6983
Fax: (701) 476-7676
*ATTORNEYS FOR BROOKWOOD ESTATES MHC, LLC*