UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                     Bankruptcy No. 23-30352
                                                           Chapter 11 (Subchapter V)

Drain Services Inc.,


                        Debtor.
_____/

## NOTICE OF EVIDENTIARY HEARING

A hearing will be held at <u>Courtroom #3, Second Floor, Quentin N. Burdick United States</u>

<u>Courthouse, 655 First Avenue North, Fargo, North Dakota</u> on **<u>Tuesday, June 23, 2026, at 2:00 P.M.</u>**

**<u>(Central)</u>** to consider and act upon the following matters:

- **Evidentiary Hearing on Notice of Default and Motion by Brookwood Estates MHC, LLC for Allowance of an Administrative Expense filed November 21, 2025. (Doc. 211)**

   **Objection by Debtor to Brookwood Estates' Notice of Default and Motion for Allowance of an Administrative Expense filed December 11, 2025. (Doc. 214)**

   Deadline to disclose exhibits a party intends to use in its case in chief and to file exhibits lists and witness lists is **<u>Tuesday, June 16, 2026.</u>**


Please be advised that all hearings are evidentiary unless the Court schedules a preliminary hearing to address scheduling, discovery or other matters. Parties shall disclose witness lists and exhibits not later than two business days before the hearing on a contested matter.

Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney, if you have one. If you want the court to consider your views you should file a written response to the action, if one has not been filed, and attend the hearing that has been scheduled. If you do not take these steps, the court may assume that you do not oppose the action and may enter an order approving the request made in these legal documents.

This hearing may be cancelled or rescheduled without further notice. If you plan to attend the hearing, please confirm the date and time with the Bankruptcy Clerk's Office at (701) 297-7100.

Dated: May 28, 2026.                          Sara E. Diaz, Clerk
                                              United States Bankruptcy Court
                                              Quentin N. Burdick United States Courthouse
                                              655 1st Avenue North, Suite 210
                                              Fargo, ND 58102-4392

                                      By:     /s/   *Sharon Horsager*
                                              Sharon Horsager, Deputy Clerk

Copy served electronically on May 28, 2026, to Electronic Mail Notice List for Case No. 23-30352.