**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In Re:                                                        Case No. 23-30352

Drain Services, Inc.,                                          Chapter 11, Subchapter V

            Debtor.

---

**ORDER**

---

Brookwood Estate MHC, LLC, filed a Notice of Default and Motion for Allowance of an Administrative Expense on November 21, 2025.  Brookwood based its motion on a sewer rehabilitation project it hired Debtor Drain Services, Inc. to complete for Brookwood (the Project).  Debtor timely filed an objection to the motion.  On June 15, 2026, the parties filed a Stipulation to Resolve Brookwood Estates MHC, LLC's Notice of Default and Motion for Allowance of an Administrative Expense.  Based on the Stipulation and other documents filed in this case, IT IS ORDERED:

1. Brookwood's request for an administrative expense is allowed in the sum of $125,000.00, pursuant to 11 U.S.C. § 503.

2. Brookwood agrees to the payment of the administrative expense upon such other terms as agreed upon by the Parties.

3. Because the administrative expense is being paid beyond the five-year horizon Drain Services' Second Amended Plan, Drain Services understands that a discharge will not be granted as to the debt owed to Brookwood.

4. Except as relating to the enforcement of this Order and the amount owed by Debtor to Brookwood pursuant to this Order, and any other related document,

Debtor and Brookwood release and forever discharge each other from all liability of any nature whatsoever in law, equity, or otherwise, known or unknown, suspected or unsuspected, fixed or contingent which Debtor or Brookwood had or now has against the other related to or arising from the Project.

5. Brookwood agrees to release Kevin Cameron and Caitlyn Cameron and forever discharge them from all liability of any nature whatsoever in law, equity, or otherwise, known or unknown, suspected or unsuspected, fixed or contingent which Brookwood had or now has against the other related to or arising from the Project.

Dated: June 15, 2026.

Shon Hastings, Judge
United States Bankruptcy Court