United States Bankruptcy Court

District of North Dakota

In re:                                                                    Case No. 23-30352-skh

Drain Services Inc.                                                       Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2026 | Form ID: pdf2some | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2026:**

**Recip ID**    **Recipient Name and Address**
db    + Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2026        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2026 at the address(es) listed below:**

**Name**    **Email Address**

Caren Stanley
    on behalf of Creditor Tony Hamilton cstanley@vogellaw.com
    sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Drew J. Hushka
    on behalf of Creditor Brookwood Estates MHC  LLC dhushka@vogellaw.com,
    sthompson@vogellaw.com,lstanley@vogellaw.com,kjohnson@vogellaw.com

ERIK A. AHLGREN
    on behalf of Debtor Drain Services Inc. erik@ahlgrenlawoffice.net
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

ERIK A. AHLGREN
    on behalf of Plaintiff Drain Services Inc. erik@ahlgrenlawoffice.net
    lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net

District/off: 0868-3                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 15, 2026                          Form ID: pdf2some                              Total Noticed: 1

John D. Schroeder
                on behalf of Creditor Choice Financial Group john@dakotalawgroup.com  karensyrstad@northdakotalaw.net

John William Baker
                on behalf of Creditor John W. Baker  Atty U.S. Small Business Administration john.baker@sba.gov

Joshua A. Swanson
                on behalf of Creditor Brookwood Estates MHC  LLC jswanson@vogellaw.com

Kent Rockstad
                on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov
                Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kent Rockstad
                on behalf of Creditor USA/SBA/IRS Kent.Rockstad@usdoj.gov
                Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kent Rockstad
                on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov
                Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov

Kesha Tanabe
                on behalf of Creditor Brookwood Estates MHC  LLC ktanabe@vogellaw.com,
                sthompson@vogellaw.com;lstanley@vogellaw.com;kjohnson@vogellaw.com

Maurice VerStandig
                on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com
                mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
                on behalf of Attorney Maurice VerStandig mac@mbvesq.com
                mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael Gust
                on behalf of Creditor Meckler Marketing Consulting  LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net

Ross Nilson
                on behalf of Defendant Joseph Pfau ross@nilsonbrandlaw.com

Ross Nilson
                on behalf of Defendant Cecilia Pfau ross@nilsonbrandlaw.com

Sarah Catherine Duffy
                on behalf of Debtor Drain Services Inc. sarah@ahlgrenlawoffice.net
                jill@ahlgrenlawoffice.net,lisa@ahlgrenlawoffice.net,erik@ahlgrenlawoffice.net

Sarah Catherine Duffy
                on behalf of Plaintiff Drain Services Inc. sarah@ahlgrenlawoffice.net
                jill@ahlgrenlawoffice.net,lisa@ahlgrenlawoffice.net,erik@ahlgrenlawoffice.net

Sarah J. Wencil
                on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov

Thomas Kapusta
                tkapusta@aol.com

Tracy A. Kennedy
                on behalf of Creditor Choice Financial Group tracy@dakotalawgroup.com  brendadipersio@northdakotalaw.net

United States Trustee
                USTPRegion12.SX.ECF@usdoj.gov


TOTAL: 22

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In Re:                                                    Case No. 23-30352

Drain Services, Inc.,                                     Chapter 11, Subchapter V

          Debtor.

---

**ORDER**

---

Brookwood Estate MHC, LLC, filed a Notice of Default and Motion for Allowance of an Administrative Expense on November 21, 2025.  Brookwood based its motion on a sewer rehabilitation project it hired Debtor Drain Services, Inc. to complete for Brookwood (the Project).  Debtor timely filed an objection to the motion.  On June 15, 2026, the parties filed a Stipulation to Resolve Brookwood Estates MHC, LLC's Notice of Default and Motion for Allowance of an Administrative Expense.  Based on the Stipulation and other documents filed in this case, IT IS ORDERED:

1. Brookwood's request for an administrative expense is allowed in the sum of $125,000.00, pursuant to 11 U.S.C. § 503.

2. Brookwood agrees to the payment of the administrative expense upon such other terms as agreed upon by the Parties.

3. Because the administrative expense is being paid beyond the five-year horizon Drain Services' Second Amended Plan, Drain Services understands that a discharge will not be granted as to the debt owed to Brookwood.

4. Except as relating to the enforcement of this Order and the amount owed by Debtor to Brookwood pursuant to this Order, and any other related document,

Debtor and Brookwood release and forever discharge each other from all liability of any nature whatsoever in law, equity, or otherwise, known or unknown, suspected or unsuspected, fixed or contingent which Debtor or Brookwood had or now has against the other related to or arising from the Project.

5. Brookwood agrees to release Kevin Cameron and Caitlyn Cameron and forever discharge them from all liability of any nature whatsoever in law, equity, or otherwise, known or unknown, suspected or unsuspected, fixed or contingent which Brookwood had or now has against the other related to or arising from the Project.

Dated: June 15, 2026.

Shon Hastings, Judge
United States Bankruptcy Court