UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:

Drain Services, Inc.

CASE NO: 23-30352

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 11

ECF Docket Reference No. 229

On 10/8/2026, I did cause a copy of the following documents, described below,

Motion of Brookwood Estates MHC, LLC to Convert Case to Chapter 7 Case Pursuant to 11 U.S.C. 1112(b) ECF Docket Reference No. 229

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/8/2026

/s/ Drew J. Hushka
Drew J. Hushka 08230
Attorneys for Brookwood Estates MHC, LLC
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102
701-237-6983
dhushka@vogellaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:<br><br>Drain Services, Inc. | CASE NO: 23-30352<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 229 |

On 10/8/2026, a copy of the following documents, described below,

Motion of Brookwood Estates MHC, LLC to Convert Case to Chapter 7 Case Pursuant to 11 U.S.C. 1112(b) ECF Docket Reference No. 229

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/8/2026

/s/ Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Drew J. Hushka
Vogel Law Firm
218 NP Avenue
Fargo, ND 58102

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

DRAIN SERVICES INC
415 MAIN AVE E
STE 691
WEST FARGO ND 58078-5327

ANDREW GREEN
HALPERN COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

ARVIG ENTERPRISES INC
FKA SMARTSEARCH
150 2ND ST SE
PERHAM MN 56573

BANK OF THE WEST
1560 11TH AVE E
WEST FARGO ND 58078-5202

CHOICE FINANCIAL GROUP
CO TRACY A KENNEDY
ZIMNEY FOSTER PC
3100 SOUTH COLUMBIA ROAD SUITE 200
GRAND FORKS ND 58201-6062

HOLCIM MWR INC
TA AGGREGATE INDUSTRIES
2815 DODD ROAD STE 101
SAINT PAUL MN 55121-1532

INSURE FORWARD
5650 37TH AVE S
FARGO ND 58104-7883

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KALER DOELING PLLP
3429 INTERSTATE BLVD S
FARGO ND 58103-2213

ACME ELECTRIC MOTOR INC
CO SCOTT FOYT REGISTERED AGENT
1101 N WASHINGTON STREET
GRAND FORKS ND 58203-0734

BADGER DAYLIGHTING CORPORATION
HALPERN COTTRELL GREEN
2287 WATERS DRIVE
SAINT PAUL MN 55120-1363

DSI INVESTMENTS LLC
1131 LEGION LANE
WEST FARGO ND 58078-8531

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MECKLER MARKETING CONSULTING LLC
CO MICHAEL L GUST
ABST LAW PC
4132 30TH AVENUE SOUTH SUITE 100
FARGO ND 58104-8407

MIDLAND STATES BANK
CO VALERIE BANTNER PEO ESQ
BUCHALTER PC
425 MARKET ST SUITE 2900
SAN FRANCISCO CA 94105-2491

NORTH DAKOTA OFFICE OF STATE TAX COMMISS
600 E BOULEVARD AVE DEPT 127
BISMARCK ND 58505-0602

OTTER TAIL POWER COMPANY
215 S CASCADE ST
FERGUS FALLS MN 56537-2897

PERMA LINER INDUSTRIES
3000 AUTOMOBILE BLVD 300
CLEARWATER BEACH FL 33762

SARAH J WENCIL
OFFICE OF THE US TRUSTEE
SUITE 1015 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

SEWER EQUIPMENT CO OF AMERICA
1590 DUTCH RD
DIXON IL 61021-8624

TAX PROFESSIONALS PC
DBA ARROW ADVISORS
PO BOX 7309
FARGO ND 58106-7309

THE CITY OF MAPLETON NORTH DAKOTA
P O BOX 9
MAPLETON ND 58059-0009

US SMALL BUSINESS ADMINISTRATION
JOHN W BAKER ATTORNEY
721 19TH STREET
SUITE 426
DENVER CO 80202-2517

XCEL ENERGY
ATTN BANKUPTCY DEPARTMENT
414 NICOLLET MALL
MINNEAPOLIS 55401-1993

ERIK A AHLGREN
AHLGREN LAW OFFICE PLLC
220 W WASHINGTON AVE
STE 105
FERGUS FALLS MN 56537-2569

MAURICE VERSTANDIG
CO THE DAKOTA BANKRUPTCY FIRM
1630 1ST AVENUE N
SUITE B PMB 24
FARGO ND 58102-4246

SARAH CATHERINE DUFFY
AHLGREN LAW OFFICE
220 WEST WASHINGTON AVENUE
SUITE 105
FERGUS FALLS
FERGUS FALLS MN 56537-2569

**THOMAS KAPUSTA**
**PO BOX 90624**
**SIOUX FALLS SD 57109-0624**