Form newtr341

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Drain Services Inc.

Debtor(s)

CHAPTER 7
Bankruptcy No.
***23−30352***

# Notice of Rescheduled Meeting of Creditors and Appointment of New Trustee

TO ALL CREDITORS AND PARTIES IN INTEREST:

NOTICE IS GIVEN that a Rescheduled §341 Meeting of Creditors will be held on:

**December 2, 2026** at **1:00 PM**
**Zoom video meeting.**
**Go to Zoom.us/join, Enter Meeting ID: 3785727287, and Passcode: 9710734007**

Debtor(s), Attorney for Debtor, and Trustee shall be present at said Meeting.

Gene W. Doeling has rejected his appointment as trustee in the above−named case.

The new trustee in the case is:

Mary F Sieling
Sieling Law, PLLC
PO Box 1116
Minnetonka, MN 55345

612−325−1191

All other information contained in the original notice remains the same.

Dated: November 4, 2026

**Sara E Diaz**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932

BY: /s/ SJ
Deputy Clerk