United States Bankruptcy Court
District of North Dakota

In re: Case No. 23-30352-skh
Drain Services Inc. Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 User: admin Page 1 of 4
Date Rcvd: Nov 02, 2026 Form ID: 309C Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Drain Services Inc., 415 Main Ave E, Ste 691, West Fargo, ND 58078-5327 |
| aty | + | Caren Stanley, Vogel Law Firm, 218 Northern Pacific Avenue, Fargo, ND 58102-4834 |
| aty | + | Drew J. Hushka, Vogel Law Firm, 218 NP Avenue, PO Box 1389, Fargo, ND 58107-1389 |
| aty | + | John D. Schroeder, Dakota Law Group P.C., 3770 South Washington Street, Suite B, Grand Forks, ND 58201-7824 |
| aty | + | John William Baker, US Small Business Administration, 721 19th Street, Ste 426, Denver, CO 80202-2517 |
| aty | + | Joshua A. Swanson, Vogel Law Firm, 218 NP Avenue, Fargo, ND 58102-4834 |
| aty | + | Kesha Tanabe, Vogel Law Firm, 218 Northern Pacific Avenue, Fargo, ND 58102-4834 |
| aty | + | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102-4246 |
| aty | + | Maurice VerStandig, c/o The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102-4246 |
| aty | | Michael Gust, Anderson, Bottrell, Sanden & Thompson, 4132 30th Ave. SW, Suite 100, P.O. Box 10247, Fargo, ND 58106-0247 |
| aty | + | Sarah Catherine Duffy, Ahlgren Law Office, 220 West Washington Avenue, Suite 105, Fergus Falls Fergus Falls, MN 56537-2569 |
| aty | + | Tracy A. Kennedy, Dakota Law Group P.C., 3770 S. Washington St., Ste B, Grand Forks, ND 58201-7824 |
| cr | | Brookwood Estates MHC, LLC, c/o Kesha L. Tanabe, Vogel Law Firm, PO Box 1389, Fargo, ND 58107-1389 |
| cr | + | Choice Financial Group, 4501 23rd Avenue South, Fargo, ND 58104-8782 |
| 1089253 | + | Acme Electric Motor, Inc., c/o Scott Foyt, Registered Agent, 1101 N. Washington Street, Grand Forks, ND 58203-0734 |
| 1091506 | | Andrew Green, Halpern Cottrell Green PA, 2287 Waters Dr, Mendota Heights, MN 55120-1363 |
| 1089254 | | Arvig Enterprises, Inc., f/k/a Smartsearch, 150 2nd St SE, Perham, MN 56573 |
| 1091507 | + | Badger Daylighting Corporation, Halpern Cottrell Green, 2287 Waters Drive, Saint Paul, MN 55120-1363 |
| 1089255 | + | Bank of the West, 1560 11th Ave E, West Fargo, ND 58078-5202 |
| 1124672 | | Brookwood Estates MHC, LLC, c/o Joshua A. Swanson, Vogel Law Firm, 218 NP Avenue, P.O. Box 1389 Fargo, ND 58107-1389 |
| 1089256 | + | Choice Financial Group, 4501 23rd Ave S, Fargo, ND 58104-8782 |
| 1089288 | + | Choice Financial Group, c/o Zimney Foster P.C., Attn: John D. Schroeder, 3100 S. Columbia Road, Suite 200, Grand Forks, ND 58201-6062 |
| 1089496 | + | Choice Financial Group, c/o Tracy A. Kennedy, Zimney Foster, P.C., 3100 South Columbia Road, Suite 200, Grand Forks, ND 58201-6062 |
| 1089257 | + | DSI Investments, LLC, 1131 Legion Lane, West Fargo, ND 58078-8531 |
| 1089258 | + | Holcim - MWR, Inc., t/a Aggregate Industries, 2815 Dodd Road Ste 101, Saint Paul, MN 55121-1532 |
| 1089259 | + | Insure Forward, 5650 37th Ave S, Fargo, ND 58104-7883 |
| 1089717 | + | Kaler Doeling, PLLP, 3429 Interstate Blvd S, Fargo ND 58103-2213 |
| 1123035 | | Kesha L. Tanabe, Vogel Law Firm, P.O. Box 1389, Fargo ND 58107-1389 |
| 1089262 | + | Kevin Cameron, c/o Drain Services Inc., 415 Main Ave E, West Fargo, ND 58078-5300 |
| 1090507 | + | Meckler Marketing Consulting, LLC, c/o Michael L. Gust, ABST Law, P.C., 4132 30th Avenue South, Suite 100, Fargo, ND 58104-8407 |
| 1090506 | + | Meckler Marketing Consulting, LLC, 2505 34th Avenue South, Fargo ND 58104-8802 |
| 1089265 | #+ | Orion First Financial, L.L.C., P.O. Box 2149, Gig Harbor, WA 98335-4149 |
| 1089266 | + | Otter Tail Power Company, 215 S. Cascade St., Fergus Falls, MN 56537-2897 |
| 1089267 | | Perma Liner Industries, 3000 Automobile Blvd #300, Clearwater Beach, FL 33762 |
| 1089285 | + | Sarah J. Wencil, Office of the U.S. Trustee, Suite 1015 U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415-1320 |
| 1089716 | + | Sewer Equipment Co. of America, 1590 Dutch Rd, Dixon, IL 61021-8624 |
| 1091431 | + | Tax Professionals P.C., dba Arrow Advisors, PO Box 7309, Fargo, ND 58106-7309 |
| 1089268 | + | The City of Mapleton, North Dakota, P O Box 9, Mapleton, ND 58059-0009 |
| 1092345 | + | Tony Hamilton, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1089662 | | Tony Hamilton, c/o Caren W. Stanley, Vogel Law Firm, PO Box 1389, Fargo ND 58107-1389 |
| 1089269 | | U.S. Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: erik@ahlgrenlawoffice.net | Nov 02 2026 18:47:00 | ERIK A. AHLGREN, Ahlgren Law Office, PLLC, 220 W. Washington Ave., Ste 105, Fergus Falls, MN 56537 |
| aty | | Email/Text: USAND.BankruptcyNC@usdoj.gov | Nov 02 2026 18:47:00 | Kent Rockstad, Assistant U.S. Attorney, Quentin N. Burdick U.S. Courthouse, 655 1st Avenue North, Suite 250, Fargo, ND 58102-4932 |
| tr | + | EDI: BGWDOELING.COM | Nov 02 2026 23:41:00 | Gene W Doeling, Gene W. Doeling, Trustee, Chapter 7, 3429 Interstate Blvd. S, Fargo, ND 58103-2213 |
| cr | + | Email/Text: vbantnerpeo@buchalter.com | Nov 02 2026 18:47:00 | Midland States Bank, Bucalter PC, c/o Valerie Bantner Peo, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 1089261 | | EDI: IRS.COM | Nov 02 2026 23:41:00 | Internal Revenue Service, PO Box 145595, Cincinnati, OH 45250 |
| 1091540 | | EDI: JEFFERSONCAP.COM | Nov 02 2026 23:41:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302 |
| 1089263 | ^ | MEBN | Nov 02 2026 18:39:56 | Kubota Credit Corporation, U.S.A., PO Box 2046, Grapevine, TX 76099-2046 |
| 1100321 | + | Email/Text: vbantnerpeo@buchalter.com | Nov 02 2026 18:47:00 | Midland States Bank, c/o Valerie Bantner Peo, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| 1089264 | + | Email/Text: ecftax@nd.gov | Nov 02 2026 18:47:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1090913 | | EDI: USBANKARS.COM | Nov 02 2026 23:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 1089306 | + | Email/Text: bankruptcynotices@sba.gov | Nov 02 2026 18:47:00 | U.S. Small Business Administration, John W. Baker, Attorney, 721 19th Street, Suite 426, Denver CO 80202-2517 |
| 1089270 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Nov 02 2026 18:47:00 | Xcel Energy, P.O. Box 8, Eau Claire, WI 54702 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | John W. Baker, Atty U.S. Small Business Administra |
| cr | | Tony Hamilton |
| cr | | USA/IRS |
| cr | | USA/SBA |
| cr | | USA/SBA/IRS |
| cr | *+ | Meckler Marketing Consulting, LLC, 2505 34th Avenue South, Fargo, ND 58104-8802 |
| 1089260 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Caren Stanley | on behalf of Creditor Tony Hamilton cstanley@vogellaw.com lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Drew J. Hushka | on behalf of Creditor Brookwood Estates MHC LLC dhushka@vogellaw.com, lstanley@vogellaw.com,kjohnson@vogellaw.com |
| ERIK A. AHLGREN | on behalf of Debtor Drain Services Inc. erik@ahlgrenlawoffice.net lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| ERIK A. AHLGREN | on behalf of Plaintiff Drain Services Inc. erik@ahlgrenlawoffice.net lisa@ahlgrenlawoffice.net;michael@ahlgrenlaw.net;jill@ahlgrenlawoffice.net;eaa@trustesolutions.net;hadley@ahlgrenlawoffice.net;jill@ahlgrenlawoffice.net |
| Gene W Doeling | heather@kdlawpartners.com mn20@ecfcbis.com |
| John D. Schroeder | on behalf of Creditor Choice Financial Group john@dakotalawgroup.com karensyrstad@northdakotalaw.net |
| John William Baker | on behalf of Creditor John W. Baker Atty U.S. Small Business Administration john.baker@sba.gov |
| Joshua A. Swanson | on behalf of Creditor Brookwood Estates MHC LLC jswanson@vogellaw.com |
| Kent Rockstad | on behalf of Creditor USA/SBA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kent Rockstad | on behalf of Creditor USA/IRS Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kent Rockstad | on behalf of Creditor USA/SBA Kent.Rockstad@usdoj.gov Margo.Kern@usdoj.gov;Amber.Ripplinger@usdoj.gov;usand.bankruptcyeast@usdoj.gov;CaseView.ECF@usdoj.gov |
| Kesha Tanabe | on behalf of Creditor Brookwood Estates MHC LLC ktanabe@vogellaw.com, lstanley@vogellaw.com;kjohnson@vogellaw.com |
| Maurice VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael Gust | on behalf of Creditor Meckler Marketing Consulting LLC mlgfilings@andersonbottrell.com, jernst@abstlaw.net |
| Ross Nilson | on behalf of Defendant Cecilia Pfau ross@nilsonbrandlaw.com |
| Ross Nilson | on behalf of Defendant Joseph Pfau ross@nilsonbrandlaw.com |
| Sarah Catherine Duffy | on behalf of Debtor Drain Services Inc. sarah@ahlgrenlawoffice.net jill@ahlgrenlawoffice.net,lisa@ahlgrenlawoffice.net,erik@ahlgrenlawoffice.net |

| | |
|---|---|
| Sarah Catherine Duffy | on behalf of Plaintiff Drain Services Inc. sarah@ahlgrenlawoffice.net jill@ahlgrenlawoffice.net,lisa@ahlgrenlawoffice.net,erik@ahlgrenlawoffice.net |
| Sarah J. Wencil | on behalf of U.S. Trustee United States Trustee sarah.j.wencil@usdoj.gov |
| Thomas Kapusta | tkapusta@aol.com |
| Tracy A. Kennedy | on behalf of Creditor Choice Financial Group tracy@dakotalawgroup.com brendadipersio@northdakotalaw.net |
| United States Trustee | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 23

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Drain Services Inc.<br>Name | EIN: | 45−3577720 |
| United States Bankruptcy Court | District of North Dakota | Date case filed in chapter: | 11 10/2/23 |
| Case number: | 23−30352 | Date case converted to chapter: | 7 11/2/26 |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Drain Services Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 415 Main Ave E<br>Ste 691<br>West Fargo, ND 58078 | |
| **4. Debtor's attorney**<br>Name and address | ERIK A. AHLGREN<br>Ahlgren Law Office, PLLC<br>220 W. Washington Ave.<br>Ste 105<br>Fergus Falls, MN 56537 | Contact phone 218−998−2775<br><br>Email: erik@ahlgrenlawoffice.net |
| **5. Bankruptcy trustee**<br>Name and address | Gene W Doeling<br>Gene W. Doeling, Trustee, Chapter 7<br>3429 Interstate Blvd. S<br>Fargo, ND 58103 | Contact phone 701−232−8757<br><br>Email: heather@kdlawpartners.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 655 1ST AVENUE NORTH, SUITE 210<br>FARGO, ND 58102 | Hours open:<br>8:00am−4:30pm Mon−Fri<br><br>Contact phone (701) 297−7100<br><br>Date: 11/2/26 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 4, 2026 at 09:00 AM (Central)**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 980 141 0397, and Passcode 3977356318 OR, call (1) 701−607−6750** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |