**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: Drain Services, Inc. | § | Case No. 23-30352 |
| | § | |
| | § | |
| Debtors | § | |

# CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT OF NO DISTRIBUTION

Thomas Kapusta, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

**Case Disposition:**

No plan payments were made to the trustee. The case was confirmed non-consensually.

The plan was confirmed on 01/30/2024 and was not substantially consummated.

**Key Information:** (as reported in schedules filed by the debtor(s) or otherwise found in the case record)

1) This case has been pending for 37 months.

2) Assets Abandoned (without deducting any secured claims): Not Applicable

3) Assets Exempt: Not Applicable

4) Claims Scheduled: $1,184,515.20

5) Claims Asserted: Not Available.

6) Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable

**Trustee Compensation:**

The Court did award compensation pursuant to 11 U.S.C. § 330(a). The compensation was awarded on 12/20/2024. The amount of the awarded compensation totaled $11,289.51. The awarded compensation has been paid by the debtor to the trustee. The compensation was paid to me on 01/28/2025 and was paid in full.

I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: Nov 5, 2026

By: s/Thomas Kapusta
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

cf011a1b-0da9-4032-8270-d6a09725517e