**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**

**TO ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that **Choice Financial Group**, ("Choice Bank") a creditor of the above-named debtor Drain Services, Inc. ("Debtor"), has filed a Motion for Relief from Stay, a copy of which accompanies this Notice.

NOTICE IS FURTHER GIVEN that, pursuant to Local Rule of 2002-1 for the U.S. Bankruptcy Court District of North Dakota, written objections to the Motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court, whose address is 655 First Avenue North, Suite 210, Fargo, North Dakota 58102-4932, with a copy serviced on counsel for Choice Bank, whose name and address is listed below, within fourteen (14) days from the date of the mailing of this Notice. Any objections not filed and served may be deemed waived.

Dated: 11/19/2026

John D. Schroeder (ND ID #07147)
john@dakotalawgroup.com
DAKOTA LAW GROUP
(former known as Zimney Foster P.C.)
3770 South Washington Street, Suite B
Grand Forks, ND 58201
Phone: (701) 772-8111 Fax: (701) 772-7328
Attorney for Choice Financial Group

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**

Choice Financial Group, ("Choice Bank") a creditor of the above-named debtor Drain Services, Inc. ("Debtor"), hereby moves this Honorable Court, pursuant to Rule 4001(a)(1) and Rule 9014 of the Rules of Bankruptcy Procedure, and 11 U.S.C. § 362(d)(1), for relief from the automatic stay in order to foreclose against collateral for indebtedness owed to Choice Bank that is property of the estate.

In support of its Motion, Choice Bank states the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334(b) and 28 U.S.C. §157(b)(2)(g). This is a core proceeding. On October 12, 2023, the Debtor filed a petition commencing a Chapter 11, Subchapter V case. (Doc. No. 1). On January 30, 2024, this Court entered its *Order Confirming Debtor's Subchapter V Plan of Reorganization* on January 30, 2024 (the "Confirmation Order") (Doc. # 143). The Confirmation Order confirmed the Debtor's *Second Amended Subchapter V Plan of Reorganization* filed on January 30, 2024 (the "Plan") (Doc. # 142). After entry of the Confirmation Order, this case was subsequently converted to a proceeding under Chapter 7 pursuant to the Court's *Order Granting Motion to Convert from Chapter 11 Subchapter V case to Chapter 7 case filed by Creditor Brookwood Estates MHC, LLC* dated November 2, 2026 (Doc. # 231).

2. This Motion arises under 11 U.S.C. §§ 105(a), 362(d)(1), and 362(d)(2), and Fed R. Bankr.P. 4001(a) and 6007(b). This motion is filed under Fed.R.Bankr.P. 9014 and Local Rules 4001-2, 9013-1 and 9014-1.

3. The Debtor has granted a security interest in personal property collateral to secure debt owed to Choice Bank pursuant to the terms the Promissory Notes and Security Agreements submitted and attached to Choice Bank's Proof of Claim and Amended Proof of Claim on file with the Court as Claim Index #6, which are incorporated herein by reference.

4. Under the terms of the Promissory Notes and Security Agreements, as modified by the confirmed Plan and evidenced by the Amended Proof of Claim by Choice Bank, Debtor, for valuable consideration, agreed, executed and promised to pay to the order of Choice Bank the sum of $293,325.71 as of the Effective Date of the Plan, that being February 14, 2024, plus interest at the rate of 8.00 percent per annum thereafter.

5. Under the terms of the Promissory Notes and Security Agreements, as modified by the confirmed Plan and evidenced by the Amended Proof of Claim by Choice Bank, in order to secure the payment of the foregoing indebtedness, Debtor granted Choice Bank a security interest in the following personal property (hereinafter, the "Collateral").

6. All of Debtor's machinery and equipment owned as of October 2, 2023, or subsequently acquired through the use of cash collateral as provided in the court's *Order Granting Debtor's Motion for Leave to Use Cash Collateral* (Doc. 64), including the following:

| |
|---|
| Jetter Model Easy Kleen Groundhog With Accessories |
| 2012 Ford F250 Super Duty VIN 1FTBF2A67CEC46010 |
| 2022 Wells Cargo Trailer VIN 7K61E2026NH000095 |
| 2015 Ford F250 VIN 1FT7W2B69FEA00939 |
| 2014 Ford F350 VIN 1FT8W3BT2EEA85007 |
| 2022 Midsota Bumper Hitch Trailer VIN 5JWBS2427NA102658 |
| 2016 Ford Transit Van VIN 1FTRS4XG2GKB13796 |
| permaliner inversion drum and items |

| |
|---|
| quik shot continuous inversion cannon and items |
| point repair bladder 4-6 and items |
| point repair bladder 1.5-3 and items |
| air delivery rods |
| concrete mixer and items |
| jackhammers (3), bits(many), rods, etc |
| dump trailer |
| picote milling machine and items |
| pb30 porta burst and items |
| hydraullic pump and power pack, hoses |
| ridgid 200 ft camera |
| ridgid 100 ft camera |
| CUSTOM 65 ft pool camera |
| ridgid locator |
| generator |
| air compressors (6) |
| ladders, hand tools, misc. |
| picote spin casting machine |
| cobra crawler (debtor claims was stolen) |
| kubota kx-040 excavator |
| kubota tilt-trailer |
| titan epoxy spraying pump & items |
| light ray uv cure |
| light ray uv cure items |
| aluminum trench shoring |
| dump trailer 2 |
| tilt trailer 2 |
| traffic control devices |
| portable jetting reel for combo truck |
| combo truck trailer, hoses, & items |
| Ibak crawler |
| grout injection equipment -- wisdot |
| bosch demolition equipment |
| combo truck extension hoses |
| picote milling machine and items (2) |
| uvcipp curing equipment and items |
| uvcipp enclosed trailer |
| equipment trailer |
| mytana 200 foot camera |
| point repair bladder and items 8"-10" |
| concrete mixer and items |
| concrete curing blankets |
| dewattering pumps (6) |

7. As of November 18, 2026, the total amount outstanding under the Promissory Notes and Security Agreements, as modified by the confirmed Plan, is principal of $242,192.13 and accrued interest of $15,930.86, plus per day interest for each day thereafter of $53.8205. The Debtor is delinquent in the amount of $51,582.08 (11 payments of $4,689.28 each) in installments of principal and interest. Additionally, Choice Bank claims the $199.00 filing fee in order to resolve this motion.

8. Debtor is in default under the Plan. Attached to the Declaration in support of this Motion as **Exhibit 1** is an itemization of all payments made on the indebtedness since the Effective Date of the Plan.

9. Choice Bank is the holder of the Promissory Notes and Security Agreements, as modified by the confirmed Plan, and the party entitled to enforce the same.

10. Choice Bank estimates the current market value of the Collateral to be $250,000.00. Based on the Debtor's liquidation analysis in the Plan, at most, the Collateral is worth approximately $300,000.00 in a liquidation value ($872,894.88 less 2/3 of equipment value lost in liquidation process claimed in the Plan on page 3-4). The Debtor's liquidation analysis also does not account for wear and tear on the equipment and depreciation between the nearly three years since plan confirmation.

11. The Collateral is not only subject to the claims of Choice Bank, but is also security for the Claims of the United States Small Business Administration (the "SBA"). In the Plan, the amount of SBA's claim was $527,810.02. Even assuming that all payments under the Plan have been made and all were a straight reduction to principal of SBA's claim, the amount remaining due to SBA would be $443,264.02 (33 months of $2,562 = $84,546).

12. The Debtor lacks equity in the Collateral, and the Debtor does not need the Collateral for an effective reorganization, this now being a Chapter 7 case. Further, the Debtor is delinquent in making payments to Choice Bank and there is cause for lifting the stay in light of the lack of payments to Choice Bank and the conversion of this case to a proceeding under Chapter 7. Thus, the requirements for lifting the stay under 11 U.S.C. § 362(d)(2) or (d)(1) have been satisfied.

**WHEREFORE,** Choice Bank respectfully requests that this Honorable Court issue an Order pursuant to 11 U.S.C. §362(d)(2) or 11 U.S.C. §362(d)(1) granting relief from the automatic stay in order to foreclose and otherwise enforce the Choice Bank's security interest against the Collateral in accordance with applicable non-bankruptcy law; that this Honorable Court find that Bankruptcy Rule 4001(a)(3) is not applicable so that Choice Bank may immediately enforce its rights against the Collateral; and for such other and further relief as this Court deems just and proper.

Dated: November 19, 2026

*/s/ John D. Schroeder*

John D. Schroeder (ND ID #07147)
john@dakotalawgroup.com
DAKOTA LAW GROUP
(former known as Zimney Foster P.C.)
3770 South Washington Street, Suite B
Grand Forks, ND 58201
Phone: (701) 772-8111 Fax: (701) 772-7328
Attorney for Choice Financial Group

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re:<br><br>Drain Services Inc.<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Case No. 23-30352<br>(Chapter 7) |

**DECLARATION OF TIMOTHY ZIEMBA IN SUPPORT OF CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**

**TIMOTHY ZIEMBA**, being of legal age and fully competent to testify as to the matters provided below, declares and states as follows:

1. I am the AVP | Special Assets Officer for Choice Financial Group ("Choice Bank") and am personally familiar with the dealings of the Debtor, Drain Services, Inc., with Choice Bank.

2. The Debtor has granted a security interest in personal property collateral to secure debt owed to Choice Bank pursuant to the terms the Promissory Notes and Security Agreements submitted and attached to Choice Bank's Proof of Claim and Amended Proof of Claim on file with the Court as Claim Index #6, which are incorporated herein by reference.

3. Under the terms of the Promissory Notes and Security Agreements, as modified by the confirmed Plan and evidenced by the Amended Proof of Claim by Choice Bank, Debtor, for valuable consideration, agreed, executed and promised to pay to the order of Choice Bank the sum of $293,325.71 as of the Effective Date of the Plan, that being February 14, 2024, plus interest at the rate of 8.00 percent per annum thereafter.

4. Under the terms of the Promissory Notes and Security Agreements, as modified by the confirmed Plan and evidenced by the Amended Proof of Claim by Choice Bank, in order to

secure the payment of the foregoing indebtedness, Debtor granted Choice Bank a security interest in the following personal property (hereinafter, the "Collateral")

All of Debtor's machinery and equipment owned as of October 2, 2023, or subsequently acquired through the use of cash collateral as provided in the court's *Order Granting Debtor's Motion for Leave to Use Cash Collateral* (Doc. 64), including the following:

| |
|---|
| Jetter Model Easy Kleen Groundhog With Accessories |
| 2012 Ford F250 Super Duty VIN 1FTBF2A67CEC46010 |
| 2022 Wells Cargo Trailer VIN 7K61E2026NH000095 |
| 2015 Ford F250 VIN 1FT7W2B69FEA00939 |
| 2014 Ford F350 VIN 1FT8W3BT2EEA85007 |
| 2022 Midsota Bumper Hitch Trailer VIN 5JWBS2427NA102658 |
| 2016 Ford Transit Van VIN 1FTRS4XG2GKB13796 |
| permaliner inversion drum and items |
| quik shot continuous inversion cannon and items |
| point repair bladder 4-6 and items |
| point repair bladder 1.5-3 and items |
| air delivery rods |
| concrete mixer and items |
| jackhammers (3), bits(many), rods, etc |
| dump trailer |
| picote milling machine and items |
| pb30 porta burst and items |
| hydraullic pump and power pack, hoses |
| ridgid 200 ft camera |
| ridgid 100 ft camera |
| CUSTOM 65 ft pool camera |
| ridgid locator |
| generator |
| air compressors (6) |
| ladders, hand tools, misc. |
| picote spin casting machine |
| cobra crawler (debtor claims was stolen) |
| kubota kx-040 excavator |
| kubota tilt-trailer |
| titan epoxy spraying pump & items |
| light ray uv cure |
| light ray uv cure items |
| aluminum trench shoring |
| dump trailer 2 |

| |
|---|
| tilt trailer 2 |
| traffic control devices |
| portable jetting reel for combo truck |
| combo truck trailer, hoses, & items |
| Ibak crawler |
| grout injection equipment -- wisdot |
| bosch demolition equipment |
| combo truck extension hoses |
| picote milling machine and items (2) |
| uvcipp curing equipment and items |
| uvcipp enclosed trailer |
| equipment trailer |
| mytana 200 foot camera |
| point repair bladder and items 8"-10" |
| concrete mixer and items |
| concrete curing blankets |
| dewattering pumps (6) |

5. As of November 18, 2026, the total amount outstanding under the Promissory Notes and Security Agreements, as modified by the confirmed Plan, is principal of $242,192.13 and accrued interest of $15,930.86, plus per day interest for each day thereafter of $53.8205. The Debtor is delinquent in the amount of $51,582.08 (11 payments of $4,689.28 each) in installments of principal and interest. Additionally, Choice Bank claims the $199.00 filing fee in order to resolve its motion.

6. Debtor is in default under the Plan. Attached hereto as **Exhibit 1** is an itemization of all payments made on the indebtedness since the Effective Date of the Plan.

7. Choice Bank is the holder of the Promissory Notes and Security Agreements, as modified by the confirmed Plan, and the party entitled to enforce the same.

8. Choice Bank estimates the current market value of the Collateral to be $250,000.00. Based on the Debtor's liquidation analysis in the Plan, at most, the Collateral is worth approximately $300,000.00 in a liquidation value ($872,894.88 less 2/3 of equipment value lost in liquidation process claimed in the Plan on page 3-4). The Debtor's liquidation

analysis also does not account for wear and tear on the equipment and depreciation between the nearly three years since plan confirmation.

9. The Collateral is not only subject to the claims of Choice Bank, but is also security for the Claims of the United States Small Business Administration (the "SBA"). In the Plan, the amount of SBA's claim was $527,810.02. Even assuming that all payments under the Plan have been made and all were a straight reduction to principal of SBA's claim, the amount remaining due to SBA would be $443,264.02 (33 months of $2,562 = $84,546).

10. I thank the Court for its time and attention to this matter. I ask that the Court grant Choice Bank the relief that is requested in its Motion.

11. I declare, under penalty of perjury, that the foregoing is true and correct.

Signed on November 19, 2026, at Fargo, Cass County, North Dakota.

Timothy Ziemba

| | |
|---|---|
| Claim amount | $293,325.71 |
| Claim rate | 8.00% |
| Payment due date | 15th of the Month |

| Due Date | Date | Principal | Interest | Payment | Applied to interest | Applied to Principal | Principal Outstanding | Interest Outstanding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | 2/14/2024 | $293,325.71 | | | | | $293,325.71 | $0.00 | $293,325.71 |
| May-24 | 5/31/2024 | $293,325.71 | $6,974.63 | $4,698.28 | $4,698.28 | $0.00 | $293,325.71 | $2,276.35 | $295,602.06 |
| Jun-24 | 7/2/2024 | $293,325.71 | $2,085.87 | $4,698.28 | $4,362.23 | $336.05 | $292,989.66 | $0.00 | $292,989.66 |
| Jul-24 | 8/1/2024 | $292,989.66 | $1,953.26 | $4,698.28 | $1,953.26 | $2,745.02 | $290,244.64 | $0.00 | $290,244.64 |
| Aug-24 | 8/27/2024 | $290,244.64 | $1,676.97 | $4,698.28 | $1,676.97 | $3,021.31 | $287,223.33 | $0.00 | $287,223.33 |
| Sep-24 | 9/30/2024 | $287,223.33 | $2,170.13 | $4,698.28 | $2,170.13 | $2,528.15 | $284,695.18 | $0.00 | $284,695.18 |
| Oct-24 | 11/18/2024 | $284,695.18 | $3,100.01 | $4,698.28 | $3,100.01 | $1,598.27 | $283,096.91 | $0.00 | $283,096.91 |
| Nov-24 | 11/18/2024 | $283,096.91 | $0.00 | $4,698.28 | $0.00 | $4,698.28 | $278,398.63 | $0.00 | $278,398.63 |
| Dec-24 | 11/20/2024 | $278,398.63 | $123.73 | $4,698.28 | $123.73 | $4,574.55 | $273,824.09 | $0.00 | $273,824.09 |
| Jan-25 | 11/27/2024 | $273,824.09 | $425.95 | $4,698.28 | $425.95 | $4,272.33 | $269,551.76 | $0.00 | $269,551.76 |
| Feb-25 | 11/27/2024 | $269,551.76 | $0.00 | $4,698.28 | $0.00 | $4,698.28 | $264,853.48 | $0.00 | $264,853.48 |
| Mar-25 | 3/17/2025 | $264,853.48 | $6,474.20 | $4,698.28 | $4,698.28 | $0.00 | $264,853.48 | $1,775.92 | $266,629.39 |
| Apr-25 | 4/17/2025 | $264,853.48 | $1,824.55 | $4,698.28 | $3,600.46 | $1,097.82 | $263,755.66 | $0.00 | $263,755.66 |
| May-25 | 6/5/2025 | $263,755.66 | $2,872.01 | $4,698.28 | $2,872.01 | $1,826.27 | $261,929.38 | $0.00 | $261,929.38 |
| Jun-25 | 6/23/2025 | $261,929.38 | $1,047.72 | $4,698.28 | $1,047.72 | $3,650.56 | $258,278.82 | $0.00 | $258,278.82 |
| Jul-25 | 7/21/2025 | $258,278.82 | $1,607.07 | $4,698.28 | $1,607.07 | $3,091.21 | $255,187.61 | $0.00 | $255,187.61 |
| Aug-25 | 8/22/2025 | $255,187.61 | $1,814.67 | $4,698.28 | $1,814.67 | $2,883.61 | $252,304.00 | $0.00 | $252,304.00 |
| Sep-25 | 11/14/2025 | $252,304.00 | $4,709.67 | $4,698.28 | $4,698.28 | $0.00 | $252,304.00 | $11.39 | $252,315.39 |
| Oct-25 | 11/14/2025 | $252,304.00 | $0.00 | $4,698.28 | $11.39 | $4,686.89 | $247,617.11 | $0.00 | $247,617.11 |
| Nov-25 | 12/2/2025 | $247,617.11 | $990.47 | $4,698.28 | $990.47 | $3,707.81 | $243,909.30 | $0.00 | $243,909.30 |
| Dec-25 | 1/26/2026 | $243,909.30 | $2,981.11 | $4,698.28 | $2,981.11 | $1,717.17 | $242,192.13 | $0.00 | $242,192.13 |
| Jan-26 | 11/18/2026 | $242,192.13 | $15,930.86 | | | | $242,192.13 | $15,930.86 | $258,122.99 |
| | | | | | | | | | |
| | 11/19/2026 | $242,192.13 | $53.8205 | One Day's interest | | | | | |

EXHIBIT

1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**

This case is before the court on the motion of Choice Financial Group, ("Choice Bank") for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that Choice Bank may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following personal property (hereinafter, the "Collateral"):

All of Debtor's machinery and equipment owned as of October 2, 2023, or subsequently acquired through the use of cash collateral as provided in the court's *Order Granting Debtor's Motion for Leave to Use Cash Collateral* (Doc. 64), including the following:

| |
|---|
| Jetter Model Easy Kleen Groundhog With Accessories |
| 2012 Ford F250 Super Duty VIN 1FTBF2A67CEC46010 |
| 2022 Wells Cargo Trailer VIN 7K61E2026NH000095 |
| 2015 Ford F250 VIN 1FT7W2B69FEA00939 |
| 2014 Ford F350 VIN 1FT8W3BT2EEA85007 |

| |
|---|
| 2022 Midsota Bumper Hitch Trailer VIN 5JWBS2427NA102658 |
| 2016 Ford Transit Van VIN 1FTRS4XG2GKB13796 |
| permaliner inversion drum and items |
| quik shot continuous inversion cannon and items |
| point repair bladder 4-6 and items |
| point repair bladder 1.5-3 and items |
| air delivery rods |
| concrete mixer and items |
| jackhammers (3), bits(many), rods, etc |
| dump trailer |
| picote milling machine and items |
| pb30 porta burst and items |
| hydraullic pump and power pack, hoses |
| ridgid 200 ft camera |
| ridgid 100 ft camera |
| CUSTOM 65 ft pool camera |
| ridgid locator |
| generator |
| air compressors (6) |
| ladders, hand tools, misc. |
| picote spin casting machine |
| cobra crawler (debtor claims was stolen) |
| kubota kx-040 excavator |
| kubota tilt-trailer |
| titan epoxy spraying pump & items |
| light ray uv cure |
| light ray uv cure items |
| aluminum trench shoring |
| dump trailer 2 |
| tilt trailer 2 |
| traffic control devices |
| portable jetting reel for combo truck |
| combo truck trailer, hoses, & items |
| Ibak crawler |
| grout injection equipment -- wisdot |
| bosch demolition equipment |
| combo truck extension hoses |
| picote milling machine and items (2) |
| uvcipp curing equipment and items |
| uvcipp enclosed trailer |
| equipment trailer |
| mytana 200 foot camera |
| point repair bladder and items 8"-10" |

| |
|---|
| concrete mixer and items |
| concrete curing blankets |
| dewattering pumps (6) |

3. Notwithstanding, Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: ______________________________ ________________________________________
Honorable Shon Hastings, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 23-30352 |
| Drain Services Inc. | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**DECLARATION OF SERVICE**

**KAREN SYRSTAD,** a legal assistant in the office of Dakota Law Group P.C., 3770 South Washington Street, Suite B, Grand Forks, ND 58201, is of legal age and not a party to or interested in the above-entitled matter and declares, that on November 19, 2026, she served the following:

1. **NOTICE OF CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**
2. **CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**
3. **DECLARATION OF TIMOTHY ZIEMBA IN SUPPORT OF CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**
4. **Proposed ORDER GRANTING CHOICE FINANCIAL GROUP'S MOTION FOR RELIEF FROM STAY**
5. **THIS DECLARATION OF SERVICE**

to the people who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System and this notice constitutes service, and by sending the same in a postage paid envelope addressed to each person named below, at the address stated below, which is the last known address of the addressee, and by depositing said envelope in the United States mail in Grand Forks, North Dakota.

**Erik A. Ahlgren**
**Sarah Catherine Duffy**
Ahlgren Law Office, PLLC
220 W. Washington Ave., Ste 105
Fergus Falls MN 56537
**Attorneys for Debtor**

**Drain Services Inc.**
415 Main Ave E, Ste 691
West Fargo ND 58078

**Sarah J. Wencil**
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis MN 55415
sarah.j.wencil@usdoj.gov

**Mary F. Sieling**
Sieling Law, PLLC
PO Box 1116
Minnetonka MN 55345
**Trustee**

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 19, 2026 at Grand Forks, North Dakota

*/s/ Karen Syrstad*
**KAREN SYRSTAD**